## EXHIBIT B

**Services Agreement**

KE 34167833