**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) |
|  | ) Case No. 15-01145 (ABG) |
|  | ) |
| Debtors. | ) (Joint Administration Requested) |
|  | ) |

**AGENDA FOR FIRST-DAY HEARING**

| | |
|---|---|
| Time and Date of Hearing: | January 15, 2015, at 11:00 a.m. (Central Time) |
| Location of Hearing: | The Honorable A. Benjamin Goldgar<br>Courtroom No. 2103<br>United States Bankruptcy Court for the Northern District of Illinois<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC ("Prime Clerk"), at https://cases.primeclerk.com/CEOC. Further information may be obtained by calling Prime Clerk at (655) 842-4123 within the United States or Canada or, outside of the United States or Canada, by calling +1 (646) 795-6969. |

**I.   Introduction**

    1.    ***First Day Declaration.***  Declaration of Randall S. Eisenberg, Chief Restructuring Officer of Caesars Entertainment Operating Company, Inc., in Support of First Day Pleadings [Docket No. 6]

    2.    ***First Day Memorandum.***  Debtors' Memorandum in Support of Chapter 11 Petitions [Docket No. 4]

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

KE 34443038

## II. Matters Requested to Be Heard at First Day Hearing

1. ***Joint Administration.*** Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 21]

   **Status:** A proposed order will be submitted to the Court.

2. ***Cash Collateral.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 22]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

3. ***Wages and Benefits.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries, and Other Compensation, (B) Reimbursable Employee Expenses, and (C) Obligations Relating to Medical and Other Benefits Programs, and (II) Granting Related Relief [Docket No. 7]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

4. ***Cash Management.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Their Cash Management System, (B) Maintain Their Existing Bank Accounts and Business Forms, and (C) Continue Intercompany Transactions, and (II) Granting Related Relief [Docket No. 8]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

5. ***Shippers, Warehousemen, Lienholders, 503(b)(9), Foreign Vendors.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Prepetition Claims of Certain Lien Claimants, (B) Section 503(b)(9) Claims, and (C) Foreign Vendor Claims, (II) Approving Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 9]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be

        scheduled by the Court, at which time a proposed final order will be submitted to the Court.

6. ***PACA.***  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Claims Arising Under the Perishable Agricultural Commodities Act, and (II) Granting Related Relief [Docket No. 10]

**Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

7. ***Critical Vendors.***  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Vendors, (II) Approving and Authorizing Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 11]

**Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

8. ***Customer Programs.***  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 12]

**Status:** A proposed order will be submitted to the Court.

9. ***Taxes.***  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 13]

**Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing to be scheduled by the Court, at which time a proposed final order will be submitted to the Court.

KE 34443038

10. ***Insurance.***  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage, (B) Satisfy Payment of Prepetition Obligations Related to That Insurance Coverage in the Ordinary Course of Business, and (C) Renew, Supplement, or Enter into New Insurance Coverage in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 14]

**Status:**     A proposed order will be submitted to the Court.

11. ***Surety Bond.***  Debtors' Motion for Entry of an Order (I) Approving Continuation of Surety Bond Program, and (II) Granting Related Relief [Docket No. 15]

**Status:**     A proposed order will be submitted to the Court.

12. ***Prime Clerk Retention.***  Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Prime Clerk LLC as Notice, Claims, and Solicitation Agent, Effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date and (II) Granting Related Relief [Docket No. 16]

**Status:**     A proposed order will be submitted to the Court.

13. ***Case Management.***  Debtors' Motion for Entry of an Order (I) Approving Case Management Procedures, (II) Approving The Notice Thereof, and (III) Granting Related Relief  [Docket No. 18]

**Status:**     A proposed order will be submitted to the Court.

14. ***Schedules and Statements Extension.***  Debtors' Motion for Entry of an Order (I) Extending Deadline to File Schedules of Assets and Liabilities, Current Income and Expenditures, and Executory Contracts and Unexpired Leases and Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 19]

**Status:**     A proposed order will be submitted to the Court.

KE 34443038

III. **Matters the Debtors Request that the Court Hear at a Later Hearing**

    A. **Final Relief for First Day Motions**

The Debtors are *not* requesting that the following matters be heard on a final basis at this hearing. The Debtors request that a later hearing be scheduled to hear these matters on a final basis.

1. *Cash Collateral.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief [Docket No. 22]

2. *Wages and Benefits.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries, and Other Compensation, (B) Reimbursable Employee Expenses, and (C) Obligations Relating to Medical and Other Benefits Programs, and (II) Granting Related Relief [Docket No. 7]

3. *Taxes.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 13]

4. *Cash Management.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Their Cash Management System, (B) Maintain Their Existing Bank Accounts and Business Forms, and (C) Continue Intercompany Transactions, and (II) Granting Related Relief [Docket No. 8]

5. *Shippers, Warehousemen, Lienholders, 503(b)(9), Foreign Vendors.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Prepetition Claims of Certain Lien Claimants, (B) Section 503(b)(9) Claims, and (C) Foreign Vendor Claims, (II) Approving Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 9]

6. *PACA.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Claims Arising Under the Perishable Agricultural Commodities Act, and (II) Granting Related Relief [Docket No. 10]

7. *Critical Vendors.* Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Vendors, (II) Approving and Authorizing Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 11]

| | |
|---|---|
| Dated:  January 15, 2015<br>Chicago, Illinois | */s/ David R. Seligman, P.C.*<br>James H.M. Sprayregen, P.C.<br>David R. Seligman, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:      (312) 862-2200<br><br>         - and -<br><br>Paul M. Basta, P.C.<br>Nicole L. Greenblatt<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |

KE 34443038