**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT | ) | Case No. 15-01145 (ABG) |
| OPERATING COMPANY, INC., *et al.* | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance as counsel to certain holders of Caesars first lien bonds who have signed restructuring support agreements (collectively, the "First Lien Bondholders") and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, including but not limited to pleadings, motions, orders to show cause, applications, presentments, petitions, complaints, memoranda, affidavits, declarations, orders, disclosure statements, and plans of reorganization, or other documents filed or entered in this case, be served upon and transmitted to:

Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
Daniel M. Eggerman
Matthew C. Ziegler
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Ph: (212) 715-9100

Mark A. Berkoff
William Choslovsky
Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Ph: (312) 269-8000
Fax: (312) 269-1747

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the First Lien

Bondholders (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 15, 2015

Respectfully submitted,

**NEAL, GERBER & EISENBERG LLP**

By: */s/ Mark A. Berkoff*
    Mark A. Berkoff
    William Choslovsky
    Nicholas M. Miller
    **NEAL, GERBER & EISENBERG LLP**
    Two North LaSalle Street – Suite 1700
    Chicago, Illinois  60602-3801
    (312) 269-8000

    - and -

    Kenneth H. Eckstein
    Gregory A. Horowitz
    Douglas H. Mannal
    Daniel M. Eggerman
    Matthew C. Ziegler
    **KRAMER LEVIN NAFTALIS**
      **& FRANKEL LLP**
    1177 Avenue of the Americas
    New York, NY 10036
    Ph: (212) 715-9100

    *Counsel to Certain Holders of Caesars First Lien Bonds who have signed restructuring support agreements*

20703160.1

## CERTIFICATE OF SERVICE

I, Mark A. Berkoff, hereby certify that on January 15, 2015, the Notice of

Appearance and Request for Notices was served upon the parties entitled to receive notice by the

Court's CM/ECF system and they were sent an email notification of such filing by the Court's

CM/ECF system. In addition, the parties listed below were served via First Class, U.S. Mail.


By: */s/ Mark A. Berkoff*
Mark A. Berkoff


James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, Illinois 60654

Paul M. Basta, P.C.
Nicole L. Greenblatt
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022-4611


Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn Street, Suite 873
Chicago, Il 60604