APPEARANCE

# United States Bankruptcy Court

For the _Northern_ District of _Illinois_

In re )
) Case No.
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

| Print Name on this Line | Firm Name |
| | FIRM ID NUMBER: |
| Signature | |
| ATTORNEY ID NUMBER | Street Address |
| | City    State    Zip |
| | Telephone |
| | khansen@stroock.com |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____