IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,** *et al.*,[1] | ) ) ) | **Case No. 15-01145 (ABG)** |
| | ) | (Jointly Administered) |
| | ) ) | |
| Debtors. | ) ) | Hon. A. Benjamin Goldgar |

### NOTICE OF FILING

To:  See Attached Service List

　　　PLEASE TAKE NOTICE that on February 6, 2015, the United States Trustee by his attorney, Denise A. DeLaurent, caused a copy of the **AMENDED NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　By:  /s/ *Denise A. DeLaurent*
　　　　　　　　　　　　　　　　　　Denise A. DeLaurent, Attorney
　　　　　　　　　　　　　　　　　　Office of the U.S. Trustee
　　　　　　　　　　　　　　　　　　219 S. Dearborn St., Room 873
　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　(312) 886-3326

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

## CERTIFICATE OF SERVICE

      I, Denise A. DeLaurent, Attorney, state that pursuant to Local Rule 9013-1(D) the above **AMENDED NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE** was filed on February 6, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail.

                      /S/     Denise A. DeLaurent

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Ryan Dahl,     ryan.dahl@kirkland.com
David R Seligman     dseligman@kirkland.com
Nicole Greenblatt     nicole.greenblatt@kirkland.com,
Jeffrey Pawlitz     jpawlitz@kirkland.com
R Scott Alsterda     rsalsterda@uhlaw.com
William J. Barrett     william.barrett@bfkn.com,
Leslie Allen Bayles     leslie.bayles@bryancave.com
Bruce Bennett     bbennett@jonesday.com
Michael T. Benz     benz@chapman.com,
Mark A Berkoff     mberkoff@ngelaw.com
Timothy R Casey     timothy.casey@dbr.com
Folarin S. Dosunmu     fdosunmu@muchshelist.com,
David R Doyle     ddoyle@shawfishman.com,
Devon J Eggert     deggert@freeborn.com,
Joseph D Frank     jfrank@fgllp.com,
Steven A Ginther     ndilecf@dor.mo.gov
David L Going     dgoing@armstrongteasdale.com,
Oren B Haker     obhaker@stoel.com
Kristopher Hansen     mmagzamen@stroock.com;
Steve Jakubowski     sjakubowski@rsplaw.com,
Elizabeth L Janczak     ejanczak@freeborn.com,
Julie A. Johnston-Ahlen     jjohnston-ahlen@novackandmacey.com,
Richard S Lauter     rlauter@freeborn.com,
Ryan O. Lawlor     Ryan.Lawlor@bryancave.com
Vincent E. Lazar     vlazar@jenner.com,
Mark E Leipold     mleipold@gouldratner.com,
John P. Leon     jleon@subranni.com,
Michael Joseph Linneman     linnemanm@jbltd.com
Samuel E. Lovett  cfilburn@paulweiss.com;
Nicholas M Miller     nmiller@ngelaw.com,
Daniel R Murray     dmurray@jenner.com
Mark Page     mpage@kelleydrye.com,

Aaron Paushter     aaron.paushter@dlapiper.com
Peter J Roberts     proberts@shawfishman.com
Brandy A Sargent     basargent@stoel.com,
Jeffrey M Schwartz     jschwartz@muchshelist.com,
Brian L Shaw     bshaw@shawfishman.com,
Peter A Siddiqui     peter.siddiqui@kattenlaw.com
Stephen J Siegel     ssiegel@novackandmacey.com,
Kevin C Smith     ksmith@smithsersic.com,
Joseph M Tiller     jtiller@jonesday.com
Jennifer A Trofa     jtrofa@subranni.com,
Matthew Warren     matthew.warren@lw.com,
Samuel C. Wisotzkey     swisotzkey@kmksc.com,
Ira S Dizengoff     idizengoff@akingump.com
N. Neville Reid     nreid@fslc.com
Scott M. Zauber     szauber@subranni.com
Paula K. Jacobi     pjacobi@btlaw.com
James H. Millar     james.millar@dbr.com


**Parties Served via Electronic Mail:**

Linda Rosenthal Linda.Rosenthal@IGT.com
John Leon  JLeon@subranni.com
Dorothy Capers   dorothy.capers@usfoods.com
Leslie  Bayles    leslie.bayles@bryancave.com
James D. Heaney   james.heaney@lawdeb.com
Arlene Alves   alves@sewkis.com
Matt Meehan    matt@meehancombs.com
James H. Millar  james.millar@dbr.com
Geoffrey J. Lewis  glewis@wilmingtontrust.com
Seth H. Lieberman    slieberman@pryorcashman.com
Patrick Sibley  psibley@pryorcashman.com
Charles Corbin  charles.corbin@hilton.com
Debra A. Dandeneau  debra.dandeneau@weil.com
Willie Gregory wgregory@southlandmanagement.com
Jim F. Spencer  jspencer@watkinseager.com
John P. Henson  jhenson@ johnhensonlaw.com
Thomas Avallone   TAvallone@planethollywoodintl.com
Michael T. Bevilacqua   Mike.bevilacqua@pepsico.com
Richard Rust  rrust@amalgamatedlife.com
James Bentley  james.bentley@srz.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| **CAESARS ENTERTAINMENT OPERATING** ) | |
| **COMPANY, INC.,** *et al.*,[2] ) | **Case No. 15-01145 (ABG)** |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. A. Benjamin Goldgar |
| ) | |

**AMENDED NOTICE OF APPOINTMENT OF
OFFICIAL UNSECURED CREDITORS' COMMITTEE\***

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in these cases:

| CREDITOR | REPRESENTATIVE |
|---|---|
| 1.  National Retirement Fund<br>6 Blackstone Valley Place<br>Lincoln, RI  02865-1112 | Richard Rust |
| 2.  International Game Technology<br>9295 Prototype Drive<br>Reno, NV  89521-8986 | Linda Rosenthal |
| 3.  US Foods, Inc<br>9399 W. Higgins Road,<br>Suite 600<br>Rosemont, Il  60018 | Dorothy Capers |

\*     The purpose of this Amended Notice of Appointment of Official Unsecured Creditors' Committee is to inform the Court of the resignation of the Board of Levee Commissioners for the Yazoo Mississippi Delta and the addition of National Retirement Fund.

---

[2] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 4. | Law Debenture Trust Company of New York<br>400 Madison Avenue, Suite 4D<br>New York, NY  10017 | James D. Heaney |
| 5. | MeehanCombs Global Credit<br>Opportunities Master Fund, LP<br>40 Signal Road<br>Stamford, Connecticut  06902 | Matt Meehan |
| 6. | Wilmington Trust, NA<br>Rodney Square North<br>1100 N. Market Street<br>Wilmington, DE  19890-00001 | Geoffrey J. Lewis |
| 7. | Hilton Worldwide, Inc<br>7930 Jones Branch Drive, 6th Floor<br>McLean, Virginia  22102 | Charles Corbin** |
| 8. | Earl of Sandwich (Atlantic City) LLC<br>4700 Millenia Blvd, Suite 400<br>Orlando, FL  32839 | Thomas Avallone |
| 9. | PepsiCo, Inc<br>1100 Reynolds Blvd.<br>Winston-Salem, NC  27105 | Michael T Bevilacqua |

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: February 6, 2015                    By: */s/   Denise A. DeLaurent*
                                               Denise A. DeLaurent
                                               Attorney for the U.S. Trustee

**       Interim Chairperson