**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Case No. 15-01145 (ABG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE
OF SECOND PRIORITY NOTEHOLDERS**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Second Priority Noteholders (the "Noteholder Committee") appointed in the chapter 11 cases of Caesars Entertainment Operating Company, Inc., et al. (collectively, the "Debtors") hereby submits this verified statement (the "Verified Statement") and in support thereof states:

1. On February 5, 2015 (the "Formation Date"), the United States Trustee for the Northern District of Illinois appointed the Noteholder Committee pursuant to section 1102(a) of title 11 of the United States Code. The Noteholder Committee consists of the following seven members: (i) Wilmington Savings Fund Society, FSB, as Trustee, (ii) BOKF, N.A., as Trustee, (iii) Delaware Trust Company, as Trustee, (iv) Tennenbaum Opportunities Partners V, LP, (v) Centerbridge Credit Partners Master LP, (vi) Palomino Fund, Ltd., and (vii) Oaktree FF Investment Fund LP – Class B.

---

[1] Due to the large number of Debtors in these jointly-administered cases, a complete list of the Debtors is not provided herein, but is available at https://cases.primeclerk.com/CEOC, the website of the Debtors' claims and noticing agent.

2. The Noteholder Committee members hold claims against, and/or act as agent or indenture trustee for holders of claims against, the Debtors' estates. In accordance with Bankruptcy Rule 2019, attached hereto as <u>Exhibit A</u> is a list of the names and addresses of, and the nature and amount of all disclosable economic interests held by, each Noteholder Committee member in relation to the Debtors as of the Formation Date. The claims and amounts set forth on Exhibit A have been provided by the applicable Noteholder Committee members and by filing this Verified Statement, the Noteholder Committee makes no representation regarding the amount, allowance or priority of such claims and reserves all rights with respect thereto.

3. Nothing contained in this Verified Statement or Exhibit A hereto should be construed as a limitation upon, or waiver of any Noteholder Committee member's rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

4. Pursuant to Bankruptcy Rule 2019(c)(4), a copy of the *Notice of Appointment of Official Committee of Second Priority Noteholders* dated February 5, 2015 is attached hereto as <u>Exhibit B</u>.

5. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

6. The Noteholder Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: February 25 2015

Respectfully submitted,

Brad B. Erens (No. 06206864)
Timothy W. Hoffmann (No. 6289756)
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585
bberens@jonesday.com
thoffmann@jonesday.com

and

*/s/ Joshua M. Mester*
Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua Mester
JONES DAY
555 South Flower Street
Los Angeles, CA  90071.2452
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

**EXHIBIT A**

| Committee Member Name and Address | Nature and Amount of Disclosable Economic Interests |
|---|---|
| BOKF, N.A.<br>1600 Broadway, 3rd Floor<br>Denver, Colorado 80202 | BOKF, N.A. serves as successor indenture trustee under the Indenture dated as of April 16, 2010 (as amended and supplemented from time to time, the "2010 Indenture"), pursuant to which CEOC issued 12.75% Second-Priority Senior Secured Notes due 2018.  As of the Formation Date, the following amounts were outstanding under the 2010 Indenture:<br><br>12.75% Second-Priority Senior Secured Notes due 2018<br><br>$750,000,000.00 in principal, plus accrued and unpaid interest. |
| Centerbridge Credit Partners Master LP<br>375 Park Avenue, 12th Floor<br>New York, New York 10152 | 10.00% Second-Priority Senior Secured Notes due 2018<br><br>$78,067,094.94 in principal, plus accrued and unpaid interest.<br><br>12.75% Second-Priority Senior Secured Notes due 2018<br><br>$30,002,000.00 in principal, plus accrued and unpaid interest.<br><br>10.75% Senior Notes due 2016<br><br>$32,400,000.00 in principal, plus accrued and unpaid interest. |

| Committee Member<br>Name and Address | Nature and Amount of<br>Disclosable Economic Interests |
|---|---|
| Delaware Trust Company<br>2711 Centerville Road<br>Wilmington, Delaware 19808 | Delaware Trust Company serves as successor indenture trustee under the Indenture dated as of December 24, 2008 (as amended and supplemented from time to time, the "2008 Indenture"), pursuant to which CEOC issued 10.00% Second-Priority Senior Secured Notes due 2015 and 10.00% Second-Priority Senior Secured Notes due 2018.  As of the Formation Date, the following amounts were outstanding under the 2008 Indenture:<br><br>10.00% Second-Priority Senior Secured Notes due 2018<br><br>$816,137,191.70 in principal, plus accrued and unpaid interest.<br><br>10.00% Second-Priority Senior Secured Notes due 2015<br><br>$3,740,136.09 in principal, plus accrued and unpaid interest. |
| Oaktree FF Investment Fund LP – Class B<br>333 S. Grand Ave., 28th Floor<br>Los Angeles, California 90071 | 10.00% Second-Priority Senior Secured Notes due 2018<br><br>$15,452,000.00 in principal, plus accrued and unpaid interest. |

- 2 -

| **Committee Member Name and Address** | **Nature and Amount of Disclosable Economic Interests** |
|---|---|
| Palomino Fund Ltd.<br>c/o Appaloosa Management L.P.[2]<br>51 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078 | <u>10.00% Second-Priority Senior Secured Notes due 2018</u><br>$321,984,000.00 in principal, plus accrued and unpaid interest.<br><u>12.75% Second-Priority Senior Secured Notes due 2018</u><br>$12,000.00 in principal, plus accrued and unpaid interest.<br><u>10.75% Senior Notes due 2016</u><br>$5,078,000.00 in principal, plus accrued and unpaid interest.<br><u>Other</u><br>Recovery Lock<br>$1,832,000.00 |
| Tennenbaum Opportunities Partners V, LP<br>2951 28th Street, Suite 1000<br>Santa Monica, California 90405 | <u>10.00% Second-Priority Senior Secured Notes</u><br>$80,839,000.00 in principal, plus accrued and unpaid interest. |

---

[2]   Appaloosa Management L.P. is the general partner of Appaloosa Investment Limited Partnership I and Thoroughbred Fund L.P., and the investment advisor to Palomino Fund Ltd. and Thoroughbred Master Ltd. (collectively, the "<u>Appaloosa Funds</u>").  As of the Formation Date, the Appaloosa Funds collectively held $853,690,000 in principal amount of 10.00% Second-Priority Senior Secured Notes due 2018, $28,425,000 in principal amount of 12.75% Second-Priority Senior Secured Notes due 2018, $13,000,000 in principal amount of 10.75% Senior Notes due 2016, and had sold protection, in the aggregate amount of $5,000,000, to a counter party through a "Recovery Lock" where the reference obligation was CEOC's 5.75% unsecured bonds due 2017 (CUSIP 413627AWO).  Pursuant to its terms, the Recovery Lock was settled for a cash payment on February 19, 2015.

| Committee Member<br>Name and Address | Nature and Amount of<br>Disclosable Economic Interests |
|---|---|
| Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, Delaware 19801 | Wilmington Savings Fund Society, FSB serves as successor indenture trustee under the Indenture dated as of April 15, 2009 (as amended and supplemented from time to time, the "<u>2009 Indenture</u>"), pursuant to which CEOC issued 10.00% Second-Priority Senior Secured Notes due 2018.  As of the Formation Date, the following amounts were outstanding under the 2009 Indenture:<br><br><u>10.00% Second-Priority Senior Secured Notes due 2018</u><br><br>$3,680,498,000.00 in principal, plus accrued and unpaid interest. |

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,** *et al.*,[1] | ) ) ) | **Case No. 15-01145 (ABG)** (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

## NOTICE OF FILING

To:  See Attached Service List

PLEASE TAKE NOTICE that on February 5, 2015, the United States Trustee by his attorney, Denise A. DeLaurent, caused a copy of the **NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF SECOND PRIORITY NOTEHOLDERS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

By: /s/ *Denise A. DeLaurent*
Denise DeLaurent, Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(312) 886-3326

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

## CERTIFICATE OF SERVICE

      I, Denise A. DeLaurent, Attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF SECOND PRIORITY NOTEHOLDERS** was filed on February 5, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail.

                                                    /S/     Denise A. DeLaurent

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Ryan Dahl,    ryan.dahl@kirkland.com
David R Seligman    dseligman@kirkland.com
Nicole Greenblatt    nicole.greenblatt@kirkland.com,
Jeffrey Pawlitz    jpawlitz@kirkland.com
R Scott Alsterda    rsalsterda@uhlaw.com
William J. Barrett    william.barrett@bfkn.com,
Leslie Allen Bayles    leslie.bayles@bryancave.com
Bruce Bennett    bbennett@jonesday.com
Michael T. Benz    benz@chapman.com,
Mark A Berkoff    mberkoff@ngelaw.com
Timothy R Casey    timothy.casey@dbr.com
Folarin S. Dosunmu    fdosunmu@muchshelist.com,
David R Doyle    ddoyle@shawfishman.com,
Devon J Eggert    deggert@freeborn.com,
Joseph D Frank    jfrank@fgllp.com,
Steven A Ginther    ndilecf@dor.mo.gov
David L Going    dgoing@armstrongteasdale.com,
Oren B Haker    obhaker@stoel.com
Kristopher Hansen    mmagzamen@stroock.com;
Steve Jakubowski    sjakubowski@rsplaw.com,
Elizabeth L Janczak    ejanczak@freeborn.com,
Julie A. Johnston-Ahlen    jjohnston-ahlen@novackandmacey.com,
Richard S Lauter    rlauter@freeborn.com,
Ryan O. Lawlor    Ryan.Lawlor@bryancave.com
Vincent E. Lazar    vlazar@jenner.com,
Mark E Leipold    mleipold@gouldratner.com,
John P. Leon    jleon@subranni.com,
Michael Joseph Linneman    linnemanm@jbltd.com
Samuel E. Lovett    cfilburn@paulweiss.com;
Nicholas M Miller    nmiller@ngelaw.com,
Daniel R Murray    dmurray@jenner.com

Mark Page    mpage@kelleydrye.com,
Aaron Paushter    aaron.paushter@dlapiper.com
Peter J Roberts    proberts@shawfishman.com
Brandy A Sargent    basargent@stoel.com,
Jeffrey M Schwartz    jschwartz@muchshelist.com,
Brian L Shaw    bshaw@shawfishman.com,
Peter A Siddiqui    peter.siddiqui@kattenlaw.com
Stephen J Siegel    ssiegel@novackandmacey.com,
Kevin C Smith    ksmith@smithsersic.com,
Joseph M Tiller    jtiller@jonesday.com
Jennifer A Trofa    jtrofa@subranni.com,
Matthew Warren    matthew.warren@lw.com,
Samuel C. Wisotzkey    swisotzkey@kmksc.com,


**Parties Served via Electronic Mail:**

Patrick J Healy phealy@wsfsbank.com
Eric R Wilson ewilson@kelleydrye.com
George F. Kubin gkubin@csbt.com
Andrew I Silfen Andrew.silfen@arentfox.com
Sandra E. Horwitz shorwitz@delawaretrust.com
Ryan O Lawlor Ryan.Lawlor@bryancave.com
Stephanie Wickouski Stephanie.wickouski@bryancave.com
David Hollander David.Hollander@tennenbaum.com
Bruce Bennett bbennett@jonesday.com
Sidney P Levinson slevinson@jonesday.com
Joshua M Mester jmester@jonesday.com
Vivek Melwani VMelwani@centerbridge.com
James Bolin j.bolin@amlp.com
Kenneth Liang KLiang@oaktreecapital.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| **CAESARS ENTERTAINMENT OPERATING** ) | | |
| **COMPANY, INC.**, *et al.*,[1] ) | | Case No. 15-01145 (ABG) |
| ) | | (Jointly Administered) |
| ) | | |
| Debtors. ) | | Hon. A. Benjamin Goldgar |
| ) | | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE
OF SECOND PRIORITY NOTEHOLDERS**

The following persons, selected from second priority noteholders who are willing to serve, are hereby appointed as the Official Committee of Second Priority Noteholders in these cases:

| | NOTEHOLDER | REPRESENTATIVE |
|---|---|---|
| 1. | Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, DE  19801 | Patrick J. Healy |
| 2. | BOKF, N.A.<br>One Williams Center, 10SW<br>Tulsa, OK  74103 | George F. Kubin |
| 3. | Delaware Trust Company<br>2711 Centerville Road<br>Wilmington, DE  19808 | Sandra E. Horwitz |
| 4. | Tennenbaum Opportunities Partner V, LP<br>2951 28th St., Suite 1000<br>Santa Monica, CA  90405 | David Hollander |

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

| NOTEHOLDER | REPRESENTATIVE |
|---|---|
| 5. Centerbridge Credit Partners Master LP<br>375 Park Avenue, 12th floor<br>New York, NY 10152 | Vivek Melwani |
| 6. Palomino Fund Ltd<br>51 John F. Kennedy Pkwy.<br>Short Hills, NJ 07078 | James Bolin |
| 7. Oaktree FF Investment Fund LP<br>333 S. Grand Ave, 28th Floor<br>Los Angeles, CA 90071 | Kenneth Liang |

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: February 5, 2015

By: */s/ Denise DeLaurent*
Denise DeLaurent
Attorney for the U.S. Trustee