<div align="center">

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

</div>

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| **CAESARS ENTERTAINMENT OPERATING** | ) | |
| **COMPANY, INC.,** *et al.,*[1] | ) | **Case No. 15-01145 (ABG)** |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

<div align="center">

**NOTICE OF EMERGENCY MOTION**

</div>

PLEASE TAKE NOTICE THAT on **WEDNESDAY, MARCH 25, 2015**, at the hour of **1:30 PM**, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in Courtroom 2525, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in his place and shall **PRESENT AND REQUEST AN IMMEDIATE HEARING** on an **EMERGENCY APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF EXAMINER**, a copy of which is attached hereto and is herewith served upon you.

By: /s/ *Denise A. DeLaurent*
Denise DeLaurent, Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(312) 886-3326

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| **CAESARS ENTERTAINMENT OPERATING** | ) | |
| **COMPANY, INC.,** *et al.,*[2] | ) | **Case No. 15-01145 (ABG)** |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

## <u>CERTIFICATE OF SERVICE</u>

I, Denise A. DeLaurent, Attorney, state that on March 23, 2015, copies of **U.S. TRUSTEE'S EMERGENCY APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF EXAMINER** were: (1) filed electronically with the Court's CM/ECF system; (2) served on all parties shown on *Exhibit A* via the Court's Electronic Notice for Registrants; and (3) served on all other parties shown on *Exhibit B* via Email, or, if no email was provided, via First Class Mail.

By: /s/  *Denise A. DeLaurent*

---

[2] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

# EXHIBIT A

# CM/ECF REGISTRANTS

- David A Agay     dagay@mcdonaldhopkins.com,
  mbrady@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- R Scott Alsterda     rsalsterda@nixonpeabody.com
- Jeffrey E Altshul     jaltshul@carlsondash.com, kidstein@carlsondash.com
- Margaret M Anderson     panderson@fslc.com,
  cjelks@fslc.com;abouse@fslc.com;bkdocket@fslc.com
- George P Apostolides     gpapostolides@arnstein.com, jbmedziak@arnstein.com
- Edmund Aronowitz     earonowitz@gelaw.com,
  alebdjiri@gelaw.com;tschuster@gelaw.com;rwittman@gelaw.com;gnovod@gelaw.com
- William J. Barrett     william.barrett@bfkn.com,
  mark.mackowiak@bfkn.com;gregory.demo@bfkn.com
- Leslie Allen Bayles     leslie.bayles@bryancave.com
- Bruce Bennett     bbennett@jonesday.com,
  kfloyd@jonesday.com;slevinson@jonesday.com;dciarlo@jonesday.com
- Michael T. Benz     benz@chapman.com, eickmann@chapman.com
- Peter L Berk     plberk@berklegal.com, hmilman@berklegal.com
- Mark A Berkoff     mberkoff@ngelaw.com,
  cdennis@ngelaw.com,ecfdocket@ngelaw.com,mmirkovic@ngelaw.com
- Christopher M Cahill     ccahill@lewis-gellen.com, abockman@lewis-gellen.com
- Kurt M Carlson     kcarlson@carlsondash.com, knoonan@carlsondash.com
- Timothy R Casey     timothy.casey@dbr.com, andrew.groesch@dbr.com
- William J. Choslovsky     wchoslovsky@ngelaw.com, ecfdocket@ngelaw.com
- Scott R Clar     sclar@craneheyman.com,
  mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Christopher Combest     christopher.combest@quarles.com,
  Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
- Ryan Dahl     ryan.dahl@kirkland.com,
  david.eaton@kirkland.com;michael.weitz@kirkland.com;joe.graham@kirkland.com;carrie.sroka@kirkland.com;j.michael.jones@kirkland.com;neal.donnelly@kirkland.com
- Debra Dandeneau     debra.dandeneau@weil.com,
  dana.kaufman@weil.com,david.griffiths@weil.com,lori.seavey@weil.com
- Aaron Davis     aaron.davis@bryancave.com,
  CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
- Denise A Delaurent     USTPRegion11.es.ecf@usdoj.gov,
  Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Chris L. Dickerson     chris.dickerson@dlapiper.com,
  jeremy.hall@dlapiper.com;jonathan.pfleeger@dlapiper.com
- Ira S Dizengoff     idizengoff@akingump.com,
  srochester@akingump.com;jrubin@akingump.com;apreis@akingump.com;tyhong@akingump.com
- David R Doyle     ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Devon J Eggert     deggert@freeborn.com, bkdocketing@freeborn.com

- Thomas R. Fawkes    tomf@restructuringshop.com
- Daniel A Fliman    courtnotices@kasowitz.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Jonathan P Friedland    jfriedland@lplegal.com, jthompson@lplegal.com
- Steven A Ginther    ndilecf@dor.mo.gov
- Gabriel Glazer    gglazer@pszjlaw.com
- David L Going    dgoing@armstrongteasdale.com, crupp@armstrongteasdale.com
- Joshua Greenblatt    jgreenblatt@kasowitz.com
- Nicole Greenblatt    nicole.greenblatt@kirkland.com,
  bfriedman@kirkland.com;patrick.evans@kirkland.com;melissa.koss@kirkland.com;Jessi
  ca.peet@kirkland.com;jenna.ward@kirkland.com;alex.cross@kirkland.com
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Stephen C Hackney    stephen.hackney@kirkland.com
- Oren B Haker    obhaker@stoel.com
- Kristopher
  Hansen    mmagzamen@stroock.com;ssiegel@stroock.com;dmohamed@stroock.com;jsi
  egel@stroock.com;jcanfield@stroock.com;fmerola@stroock.com;morozco@stroock.com
  ;jlau@stroock.com;egilad@stroock.com
- Mark F Hebbeln    mhebbeln@foley.com
- Roger J. Higgins    rhiggins@rogerhigginslaw.com
- Timothy W Hoffmann    thoffmann@jonesday.com
- Patrick L Huffstickler    phuffstickler@coxsmith.com, aseifert@coxsmith.com
- Paula K. Jacobi    pjacobi@btlaw.com, jsantana@btlaw.com;jbennett@btlaw.com
- Steve Jakubowski    sjakubowski@rsplaw.com, docketing@rsplaw.com
- Elizabeth L Janczak    ejanczak@freeborn.com,
  bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Julie A. Johnston-Ahlen    jjohnston-ahlen@novackandmacey.com,
  mbianchi@novackmacey.com
- Gary M. Kaplan    gkaplan@fbm.com
- Harold L. Kaplan    hkaplan@foley.com
- Gregg Kleiner    gkleiner@mckennalong.com, wowen@mckennalong.com
- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com
- Richard S Lauter    rlauter@freeborn.com,
  bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Ryan O. Lawlor    Ryan.Lawlor@bryancave.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Vincent E. Lazar    vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- Steven H Leech    s.leech@gozdel.com
- Mark E Leipold    mleipold@gouldratner.com,
  srodriguez@gouldratner.com;lgray@gouldratner.com
- John P. Leon    jleon@subranni.com, desk@subranni.com
- Brandon Levitan    blevitan@proskauer.com,
  jdubuque@proskauer.com;mbienenstock@proskauer.com;jliu@proskauer.com;pabelson
  @proskauer.com;GRAICHT@proskauer.com;vindelicato@proskauer.com;ebarak@pros
  kauer.com;mzerjal@proskauer.com;ctheodoridis@proskauer.com
- Michael Joseph Linneman    linnemanm@jbltd.com

- Sara E Lorber    slorber@wfactorlaw.com,
  slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
- Samuel E. Lovett    ,
  cfilburn@paulweiss.com;jsaferstein@paulweiss.com;lclayton@paulweiss.com;mtattnall
  @paulweiss.com;jjohn@paulweiss.com
- Jeff J Marwil    jmarwil@proskauer.com,
  mzerjal@proskauer.com;ctheodoridis@proskauer.com;sma@proskauer.com
- Richard McCord    rmccord@certilmanbalin.com
- Joshua M. Mester    jmester@jonesday.com
- James H. Millar    james.millar@dbr.com
- Nicholas M Miller    nmiller@ngelaw.com,
  ecfdocket@ngelaw.com;cdennis@ngelaw.com;mmirkovic@ngelaw.com
- James E. Morgan    jem@h2law.com, smckinney@howardandhoward.com
- Kevin H Morse    khmorse@arnstein.com
- Daniel R Murray    dmurray@jenner.com
- Christopher J. Nadeau    cnadeau@traublieberman.com
- Mark Page    mpage@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
- Aaron Paushter    aaron.paushter@dlapiper.com
- Jeffrey Pawlitz    jpawlitz@kirkland.com, benjamin.winger@kirkland.com
- Lars A Peterson    lapeterson@foley.com, khall@foley.com
- Paul V Possinger    ppossinger@proskauer.com,
  mthomas@proskauer.com;mlespinasselee@proskauer.com;nwilliams@proskauer.com
- Robert Radasevich    rradasevich@ngelaw.com, igarcia@ngelaw.com
- N. Neville Reid    nreid@fslc.com,
  bkdocket@fslc.com,kgoin@fslc.com,abouse@fslc.com
- Schonfeld Richard    rreyes@cslawoffice.net
- Peter J Roberts    proberts@shawfishman.com
- David Rosner    drosner@kasowitz.com
- Brandy A Sargent    basargent@stoel.com,
  erheaston@stoel.com;docketclerk@stoel.com;obhaker@stoel.com;cejordan@stoel.com;e
  leliasen@stoel.com;jason.abrams@stoel.com
- Ryan T Schultz    rschultz@fslc.com, bkdocket@fslc.com,abouse@fslc.com
- Samuel Schwartz    ecf@schwartzlawyers.com, schwartzecf@gmail.com
- David R Seligman    dseligman@kirkland.com
- David R Seligman    dseligman@kirkland.com
- David R Seligman    dseligman@kirkland.com
- David R Seligman    dseligman@kirkland.com
- David R Seligman    dseligman@kirkland.com,
  maureen.mccarthy@kirkland.com;j.michael.jones@kirkland.com;gregory.pesce@kirklan
  d.com;nathan.gimpel@kirkland.com;ryan.hehner@kirkland.com
- Brian L Shaw    bshaw@shawfishman.com, jbunton@shawfishman.com
- Patrick Sibley    psibley@pryorcashman.com, SLieberman@PRYORCASHMAN.com
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com
- Stephen J Siegel    ssiegel@novackandmacey.com, cziganto@novackandmacey.com

- Andrew I. Silfen    andrew.silfen@arentfox.com,
  Mark.Joachim@arentfox.com;Jackson.Toof@arentfox.com;Beth.Brownstein@arentfox.com;Manuel.Arreaza@arentfox.com;Lisa.Indelicato@arentfox.com
- Kevin C Smith    ksmith@smithsersic.com, dgreen@smithsersic.com
- Mark K Thomas    mthomas@proskauer.com
- Joseph M Tiller    jtiller@jonesday.com
- L. Judson Todhunter    JTodhunter@howardandhoward.com
- Jennifer A Trofa    jtrofa@subranni.com, desk@subranni.com
- Elizabeth B Vandesteeg    evandesteeg@lplegal.com,
  nbailey@lplegal.com;ikropiewnicka@lplegal.com
- Matthew Warren    matthew.warren@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Daniel I Waxman    lexbankruptcy@wyattfirm.com
- Sean P Williams    seanw@restructuringshop.com
- Samuel C. Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com
- Scott M. Zauber    szauber@subranni.com, desk@subranni.com
- Jeffrey Zeiger    jzeiger@kirkland.com

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CAESARS ENTERTAINMENT OPERATING | ) | Case No. 15-01145 (ABG) |
| COMPANY, INC., et al.,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**MASTER/2002 SERVICE LIST AS OF MARCH 16, 2015**

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145 (ABG)
Master/2002 Service List as of March 16, 2015

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Caesars Entertainment Operating Company, Inc. | Attn: General Counsel | 1 Caesars Palace Drive | | Las Vegas | NV | 89109 | | | | rlambert@caesars.com |
| Counsel to Debtors | Kirkland & Ellis LLP | James HM Sprayregen, David R Seligman, Ryan Preston Dahl, Jeffrey J. Zeiger, David J. Zott & Stephen C. Hackney | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com; david.seligman@kirkland.com; david.zott@kirkland.com; jeffrey.zeiger@kirkland.com; ryan.dahl@kirkland.com; jeffrey.zeiger@kirkland.com; stephen.hackney@kirkland.com; zoe.graham@kirkland.com |
| Counsel to Debtors | Kirkland & Ellis LLP | Paul M Basta, Nicole L Greenblatt, Christopher Greco | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | paul.basta@kirkland.com; nicole.greenblatt@kirkland.com; christopher.greco@kirkland.com |
| Claims Agent | Prime Clerk LLC | Ben Steele | 830 3rd Ave FL 9 | | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | cescinfo@primeclerk.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | Sara L. Brauner, Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | sbrauner@akingump.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com |
| Chief Restructuring Officer for Debtors | AlixPartners | Randall S. Eisenberg | 40 West 57th Street | | New York | NY | 10019 | | 646-428-9127 | 212-490-1344 | reisenberg@alixpartners.com |
| Interested Party | American Express, Global Merchant Services | Craig McDowell | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | | 212-640-1086 | | Craig.B.Mcdowell@aexp.com |
| Counsel to Christina L. Coppede | Ansell Grimm & Aaron, P.C. | James G. Aaron, Esq. | 1500 Lawrence Ave., CN-7807 | | Ocean | NJ | 07712 | | 732-922-1000 | 732-643-5403 | jga@ansellgrimm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Andrew I. Silfen & Beth M. Brownstein | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Mark B. Joachim | 1717 K Street, NW | | Washington | DC | 20006 | | 202-857-6000 | 202-857-6395 | mark.joachim@arentfox.com |
| Gaming Commissions | Arizona Department of Gaming | Dan Bergin, Director | 1110 W. Washington St, Suite 450 | | Phoenix | AZ | 85007 | | | | |
| Counsel to Aristocrat Technologies, Inc. | Armstrong Teasdale LLP | David L. Going, Richard W. Engel, Jr. | 7700 Forsyth Blvd., Suite 1800 | | St. Louis | MO | 63105 | | 314-621-5070 | 314-621-5065 | dgoing@armstrongteasdale.com; rengel@armstrongteasdale.com |
| Attorney General for the State of Illinois | Attorney General for the State of Illinois | Attn Bankruptcy Section | 500 S 2nd St | | Springfield | IL | 62701 | | 217-782-1090 | 217-785-2551 | |
| Counsel to ACE American Insurance Company and certain of its affiliated entities, but not including ACE American Insurance Ltd. | Ballard Spahr LLP | Tobey M. Daluz, Esquire, Leslie C. Heilman, Esquire | 919 North Market Street, 11th Floor | | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com; heilmanl@ballardspahr.com |
| Counsel to Elixir Management Corporation, on behalf of certain affiliated holders | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett | 200 West Madison St., Suite 3900 | | Chicago | IL | 60606 | | 312-629-5172 | 312-984-3150 | william.barrett@bfkn.com |
| Counsel to City of Hammond, Indiana | Barnes & Thornburg LLP | Paula K. Jacobi | One N. Wacker Drive, Suite 4400 | | Chicago | IL | 60606 | | 312-214-4864 | 312-759-5646 | pjacobi@btlaw.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab, Esq. & Kenneth T. Law, Esq. | 2600 El Camino Real, Suite 300 | | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com |
| Counsel to Indenture Trustee for the 10.00% Second Priority Senior Secured Notes due 2018 and the 10.00% Second Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq. | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-541-2000 | 212-541-4630 | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| Counsel to Indenture Trustee for the 10.00% Second Priority Senior Secured Notes due 2018 and the 10.00% Second Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq. | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601-3315 | | 312-602-5010 | 312-698-7411 | ryan.lawlor@bryancave.com |
| Counsel to US Foods, Inc. | Bryan Cave LLP | Leslie Allen Bayles | 161 North Clark Street | Suite 4300 | Chicago | IL | 60654 | | 312-602-5000 | 312-698-7499 | leslie.bayles@bryancave.com |
| Counsel to Hospitality Network, LLC | Bryan Cave LLP | Aaron Davis | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601 | | 312-602-5135 | 312-698-7535 | aaron.davis@bryancave.com |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Gaming Commissions | Bureau of Gambling Control | Kamala D. Harris, Attorney General | 4949 Broadway, Suite E-231 | | Sacramento | CA | 95820 | | | | |
| Agent for Creditor, EMC Corporation | c/o Receivable Management Services ("RMS") | Attn: Ronald L Rowland, Esq | 307 International Circle, Ste. 270 | | Hunt Valley | MD | 21030 | | 410-773-4035 | | Ronald.Rowland@bcpr.com |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq. | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-378-2500 | wmiller@cahill.com |
| Gaming Commissions | California Gambling Control Commission | Tina Littleton, Executive Director | 2399 Gateway Oaks Dr. Ste 220 | | Sacramento | CA | 95833-4231 | | | | |
| Counsel to Southwestern Electric Power Company | Carlson Dash, LLC | Kurt M. Carlson, Jeffrey E. Altshul | 216 S. Jefferson Street, Suite 504 | | Chicago | IL | 60661 | | 312-382-1600 | | kcarlson@carlsondash.com; jaltshul@carlsondash.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Armegeco Capital Partners (US) LP | Carlson Dash, LLC | Jeffrey E. Altshul & Kurt M. Carlson | 216 S. Jefferson Street | Suite 504 | Chicago | IL | 60661 | | 312-382-1600 | 312-382-1619 | jaltshul@carlsondash.com; kcarlson@carlsondash.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Armegeco Capital Partners (US) LP | Carlson Dash, LLC | Jeffrey E. Altshul & Kurt M. Carlson | 216 S. Jefferson Street | Suite 504 | Chicago | IL | 60661 | | 312-382-1600 | (312) 382-1619 | jaltshul@carlsondash.com; kcarlson@carlsondash.com |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Chapman and Cutler LLP | Michael T. Benz | 111 W. Monroe St. | | Chicago | IL | 60603 | | 312-845-3000 | 312-516-3960 | benz@chapman.com |
| Counsel to Iowa Racing and Gaming Commission | Ciardi Ciardi & Astin | Albert A. Ciardi, III, Esquire | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com |
| Counsel to Renown | City of Reno | Michael Chaung, Business Relations Manager | P.O. Box 1900 | | Reno | NV | 89505 | | 775-785-5858 | | chaungm@reno.gov |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands Branch | Attn: Sean Portrait | Eleven Madison Avenue | | New York | NY | 10010 | | 919-994-6464 | 212-322-2291 | agency.loanops@credit-suisse.com |
| Indenture Trustee for the 10.00% Second Priority Senior Secured Notes due 2018 and the 10.00% Second Priority Senior Secured Notes due 2015 | Delaware Trust Company | Sandra E. Horwitz, Managing Director | 2711 Centerville Road | | Wilmington | DE | 19808 | | Office: 877-374-6010 ext. 62412; Cell: 302-636-8666 | | shorwitz@delawaretrust.com |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Attn: James H. Millar, Esq., Kristin K. Going, Esq. & Clay J. Pierce, Esq. | 1177 Avenue of the Americas, 41st Fl. | | New York | NY | 10036 | | 212-248-3140; 212-248-3264 | 212-248-3141 | james.millar@dbr.com; kristin.going@dbr.com; clay.pierce@dbr.com |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | | 191 North Wacker Drive, Suite 3700 | | Chicago | IL | 60606 | | 312-569-1000 | 312-569-3201 | Timothy.Casey@dbr.com |
| EPA - Regional Office | Environmental Protection Agency - Region 5 | Attn: Richard I. Nagle, Bankruptcy Contact | Mail Code: C-14J | 77 W Jackson Blvd | Chicago | IL | 60604 | | 312-353-8222 | 312-353-4135 | nagle.richard@epa.gov |
| Counsel to VISA U.S.A. Inc | Farella Braun + Martel LLP | Attn: Gary M. Kaplan, Esq. | 235 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | | 415-954-4400 | 415-954-4480 | gkaplan@fbm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbein, Lars A. Peterson | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654 | | 312-832-4500 | 312-832-4700 | hkaplan@foley.com; mhebbein@foley.com; lapeterson@foley.com |

Page 1 of 5

Case 15-01145    Doc 690    Filed 03/16/15    Entered 03/16/15 13:11:12    Desc Main
Document      Page 3 of 6

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145 (ABG)
Master/2002 Service List as of March 16, 2015

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Old Republic Insurance Company and Zurich American Insurance Company | Fox, Swibel, Levin & Carroll, LLP | Margaret M. Anderson | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | | 312-224-1200 | 312-224-1201 | panderson@fslc.com; |
| Counsel to Board of Levee Commissioners for the Yazoo-Mississippi Delta | Fox, Swibel, Levin & Carroll, LLP | N. Neville Reid; Ryan T. Schultz | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | | 312-224-1200 | 312-224-1201 | nreid@fslc.com; rschultz@fslc.com; |
| Counsel to PepsiCo, Inc. together with its subsidiaries, including Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company (collectively, "Pepsi"), PepsiCo Sales, Inc. ("PepsiCo Sales"), Pepsi-Cola Fountain Company, Inc. ("Pepsi Fountain"), PepsiCo Food Service, a division of PepsiCo, Inc. ("PFS") and Frito-Lay North America, Inc. ("Frito-Lay") & Edgewood Companies, a successor in interest to Park Cattle Company and one or more of its affiliates, including Edgewood Water Co. | FrankGecker LLP | Joseph D. Frank; Jeremy C. Kleinman | 325 North LaSalle Street, Suite 625 | | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Freeborn & Peters LLP | Richard S. Lauter, Devon J. Eggert, Elizabeth L. Janczak, Thomas R. Fawkes | 311 South Wacker Drive, Suite 3000 | | Chicago | IL | 60606 | | 312-360-6000 | 312-360-6520 | rlauter@freeborn.com; deggert@freeborn.com; ejanczak@freeborn.com; tfawkes@freeborn.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Gardy & Notis LLP | Attn: Mark C. Gardy, James S. Notis & Meagan Farmer | Tower 56 | 126 East 56th Street, 8th Floor | New York | NY | 10022 | | 212-905-0509 | 212-905-0508 | mgardy@gardylaw.com; jnotis@gardylaw.com; mfarmer@gardylaw.com |
| Counsel to J. Rockets Development, LLC | Gibbons P.C. | Attn: David N. Crapo, Esq. | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | dcrapo@gibbonslaw.com |
| Counsel to interested party CBS Radio Stations Inc. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson | 9720 Wilshire Boulevard, Suite 700 | | Beverly Hills | CA | 90212 | | 310-550-7222 | 310-550-6222 | lmj@lgfjlawfirm.com |
| Counsel to South Jersey Gas Company & South Jersey Energy Company | Goldstein & McClintock LLLP | Sean P. Williams | 208 South LaSalle Street, Suite 1750 | | Chicago | IL | 60604 | | 312-337-7700 | | seanw@restructuringshop.com |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Gould & Ratner LLP | Mark E. Leipold | 222 North LaSalle Street, Suite 800 | | Chicago | IL | 60601 | | 312-236-3003 | 312-0236-3241 | mleipold@gouldratner.com |
| Counsel to American Mart Corporation, d/b/a Wirtz Beverage Nevada, Inc.; Wirtz Beverage Nevada Beer, Inc.; Wirtz Beverage Nevada Reno, Inc.; and Wirtz Beverage Illinois, LLC | Goode¡cki, Del Giudice, Americus, Farkas & Brocato LLP | Steven H. Leech | One East Wacker Drive, Suite 1700 | | Chicago | IL | 60601 | | 312-782-5010 | 312-782-4324 | s.leech@goodesi.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Attn: Jay Eisenhofer & Gordon Z. Novod | 485 Lexington Avenue, 29th Floor | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | jeisenhofer@gelaw.com; gnovod@gelaw.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Edmund Aronowitz | 30 North LaSalle Street, Suite 1200 | | Chicago | IL | 60602 | | 312-214-0000 | | earonowitz@gelaw.com |
| Counsel to Konami Gaming, Inc. | Howard & Howard Attorneys | James E. Morgan, L. Judson Todhunter | 200 S. Michigan Ave., Suite 1110 | | Chicago | IL | 60604 | | 312-372-4000 | 312-939-5617 | JMorgan@howardandhoward.com; jtodhunter@Howardandhoward.com |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn: Bankruptcy Section | PO Box 64338 | | Chicago | IL | 60664-0338 | | 217-782-7054 | 217-782-6337 | |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | Attn: Director or Chief Legal Counsel | 1021 N Grand Ave E | | Springfield | IL | 62702 | | | | |
| Gaming Commissions | Illinois Gaming Board (IGB) | Emily Mattison - General Counsel | 160 North LaSalle | Suite 300 | Chicago | IL | 60601 | | | | |
| Gaming Commissions | Indiana Gaming Commission (IGC) | Ernest K. Yelton, Executive Director | East Tower, Suite 1600 | 101 W. Washington Street | Indianapolis | IN | 46204 | | | | |
| Internal Revenue Service | Internal Revenue Service | Linda Lorello | 400 N 8th Street, Box 76 | | Richmond | VA | 23219 | | 804-916-8064 | 855-652-9060 | Linda.Lorello@irs.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | |
| Counsel to Caesars Entertainment Corporation | Jenner & Block LLP | Vincent E. Lazar, Charles B. Sklarsky, Daniel R. Murray | 353 N. Clark St. | | Chicago | IL | 60654 | | 312-222-9350 | 312-527-0484 | vlazar@jenner.com; csklarsky@jenner.com; dmurray@jenner.com |
| Counsel to International Painters and Allied Trades Industry Pension Fund | Jennings Sigmond, P C | c/o Dawn M. Costa & Matthew Tokarsky | The Penn Mutual Towers, 16th Floor | 510 Walnut Street | Philadelphia | PA | 19106 | | 215-351-0616 | 215-922-3524 | dcosta@jslex.com; bankruptcy@jslex.com; mtokarsky@jslex.com |
| Counsel to Simon Property Group, L.P., as creditor and party in interest | Johnson & Bell, Ltd. | Michael J. Linneman | 33 W. Monroe St., Suite 2700 | | Chicago | IL | 60603 | | 312-372-0770 | 312-372-9818 | linnemanm@jbltd.com |
| Counsel to the Official Committee of Second Priority Noteholders ; Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Jones Day | Bruce Bennett, James O. Johnston, Sidney P. Levinson, Joshua M. Mester & Monika S. Wiener | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 | | 213-489-3939 | 213-243-2539 | bbennett@jonesday.com; jjohnston@jonesday.com; slevinson@jonesday.com; jmester@jonesday.com; mwiener@jonesday.com |
| Counsel to the Official Committee of Second Priority Noteholders | Jones Day | Philip Le B. Douglas, Geoffrey S. Stewart, Todd R. Geremia, Aajeev Mukhtreja & Alex P. McBride | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | pldouglas@jonesday.com; gstewart@jonesday.com; trgeremia@jonesday.com; rmuktreja@jonesday.com; apmcbride@jonesday.com |
| UMB Bank, NA, Indenture Trustee for the First Lien Note Claims | Katten Muechin Rosenman LLP | Peter A. Siddiqui | 525 W. Monroe Street | Suite 1900 | Chicago | IL | 60661 | | 312-902-5200 | 312-902-1061 | peter.siddiqui@kattenlaw.com |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Muechin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine | 575 Madison Avenue | | New York | NY | 10022-2585 | | 212-940-8800 | 212-940-8776 | craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James S. Carr, Esq., Eric R. Wilson, Esq. & Kristin S. Elliott, Esq. | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@KelleyDrye.com; ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kohner, Mann & Kailas, S.C. | Mark W. Page, Esq. | 333 West Wacker Drive | 26th Floor | Chicago | IL | 60606 | | 312-857-7070 | 312-857-7095 | mpage@kelleydrye.com |
| Counsel to Ecolab, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | 4650 North Port Washington Rd., 2nd Fl. | | Milwaukee | WI | 53212 | | 414-962-5110 | 414-962-8725 | swisotzkey@kmksc.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggerman & Matthew C. Ziegler | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8229 | keckstein@kramerlevin.com; ghorowitz@kramerlevin.com; dmannal@kramerlevin.com; deggermann@kramerlevin.com; mzeigler@kramerlevin.com |
| Counsel to Caesars Acquisition Company | Latham & Watkins LLP | Matthew L. Warren | 330 North Wabash Avenue, Ste. 2800 | | Chicago | IL | 60611 | | 312-876-7700 | 312-993-9767 | matthew.warren@lw.com |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director | 400 Madison Avenue, 4th Floor | | New York | NY | 10017 | | 212-750-6474 | 212-750-1361 | james.heaney@lawdeb.com |
| Indenture Trustee for 6.5% Senior Unsecured Notes and 5.75% Senior Unsecured Notes | Law Debenture Trust Company of New York | Attn: Thomas Musarra | 400 Madison Avenue Suite 4D | | New York | NY | 10017 | | 212-750-6474 | 212-750-1361 | |
| Counsel to MicroStrategy Incorporated, MicroStrategy Services Corporation, MicroStrategy Limited | Leverfield Pearlstein | Elizabeth R. Vandesteeg, Jonathan P. Friedland | 2 N. La Salle, Suite 1300 | | Chicago | IL | 60602 | | 312-346-8380 | 312-346-8434 | evandesteeg@lplegal.com; jfriedland@lplegal.com |
| Counsel to Entergy Mississippi, Inc. | Locke Lord LLP | c/o Alan Katz, Esq. | Three World Financial Center | | New York | NY | 10281 | | 212-415-8509 | | akatz@lockelord.com |
| Counsel to Global Water Technology, Inc. | Lowis & Gellen LLP | Christopher M. Cahill | 200 West Adams Street, Suite 300 | | Chicago | IL | 60606 | | 312-364-2500 | 312-364-1003 | ccahill@lowis-gellen.com |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | McDonald Hopkins LLC | David A. Agay | 300 North LaSalle, Suite 2100 | | Chicago | IL | 60654 | | 312-280-0111 | 312-280-8232 | dagay@mcdonaldhopkins.com |
| Counsel to AEG Live Co LLC | McKenna Long & Aldridge LLP | Gregg S. Kleiner | One Market Plaza | Spear Tower, 24th Floor | San Francisco | CA | 94105 | | 415-267-4000 | 415-267-4198 | gkleiner@mckennalong.com |

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145 (ABG)
Master/2002 Service List as of March 16, 2015

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to AEG Live LV LLC | McKenna Long & Aldridge LLP | Kathy Jorrie | 300 South Grand Avenue | Suite 1400 | Los Angeles | CA | 90071 | | 213-688-1000 | 213-243-6330 | kjorrie@mckennalong.com |
| Counsel to Oliver Evans, Son and Personal representative of All Wrongful Death Beneficiaries of Pearlie Evans vs. BL Development Corp, Tunica County Case No 2014-0097; and Carmen Jacobs, and husband, Jimmy Jacobs vs. BL Development Corp. Tunica County Circuit Court Cause No. 2011-0168 | Merkel & Cocke, P.A. | Edward P. Connell, Jr., Esquire | Post Office Box 1388 | | Clarksdale | MS | 38614 | | 662-627-9641 | 662-627-3592 | tconnell@merkel-cocke.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh | 666 Third Avenue | | New York | NY | 10017 | | | | jhbae@mintz.com; KRWalsh@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel | One Financial Center | | Boston | MA | 02111-0000 | | | | bkannel@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh | 666 Third Avenue | | New York | NY | 10017 | | | | jhbae@mintz.com; KRWalsh@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes 2018 (the "Ad Hoc Committee"), consisting of AXA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel | One Financial Center | | Boston | MA | 02111-0000 | | | | bkannel@mintz.com |
| Gaming Commissions | Mississippi Gaming Commission | ALLEN GODFREY, EXECUTIVE DIRECTOR | 620 North Street, Suite 200 | | Jackson | MS | 39202 | | | | |
| Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A. Ginther | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | rsdldec7@dor.mo.gov |
| Gaming Commissions | Missouri Gaming Commission | Roger Stottlemyre, Executive Director | 3417 Knipp Drive | P.O. Box 1847 | Jefferson City | MO | 65102 | | | | |
| Counsel to Caesars Entertainment Corp. | Much Shelist, P.C. | Jeffrey M. Schwartz, Folarin S. Dosunmu | 191 N. Wacker Drive | | Chicago | IL | 60606 | | 312-521-2000 | 312-521-2526 | jschwartz@muchshelist.com; fdosunmu@muchshelist.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Neal, Gerber & Eisenberg LLP | Mark A. Berkoff, William Choslovsky Nicholas M. Miller, Robert Radasevich | Two North LaSalle Street, Suite 1700 | | Chicago | IL | 60602-3801 | | 312-269-8000 | 312-269-1747 | mberkoff@ngelaw.com; wchoslovsky@ngelaw.com; nmiller@ngelaw.com; rradasevich@ngelaw.com |
| Gaming Commissions | Nevada State Gaming Control Board & Gaming Commission | Michael LaBadie, Marc Warren, and David Staley | 555 East Washington Avenue | Suite 2600 | Las Vegas | NV | 89101 | | | | |
| Gaming Commissions | New Jersey Division of Gaming Enforcement | David L. Rebuck, Director | 1300 Atlantic Avenue | | Atlantic City | NJ | 08401-0000 | | | | |
| Gaming Commissions | North Carolina Department of Revenue | Lyons Gray, Secretary of Revenue | 501 N Wilmington St | | Raleigh | NC | 27604 | | | | |
| Counsel to Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | Novack and Macey LLP | Eric N. Macey, Stephen J. Siegel, Julie Johnston-Ahlen | 100 North Riverside Plaza | | Chicago | IL | 60606 | | 312-419-6900 | 312-419-6928 | emacey@novackmacey.com; ssiegel@novackmacey.com; jja@novackmacey.com |
| Gaming Commissions | Ohio Casino Control Commission | John Barron, Deputy Executive Director & General Counsel | 10 West Broad Street, 6th Floor | | Columbus | OH | 43215 | | | | |
| Counsel to Eliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Jeffrey H. Davidson & Gabriel I. Glazer | 10100 Santa Monica Boulevard | 13th Floor | Los Angeles | CA | 90067-4003 | | 310-277-6910 | 310-201-0760 | jdavidson@pszjlaw.com; gglazer@pszjlaw.com |
| Counsel to Eliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | 919 North Market Street, 17th Floor | | Wilmington | DE | 19801 | | 302-652-4100 | 302-652-6400 | ljones@pszjlaw.com |
| Counsel to Eliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | John A. Morris | 780 Third Avenue | 34th Floor | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | jmorris@pszjlaw.com |
| Counsel to Caesars Entertainment Corp. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3347 | 212-492-0347 | jsaferstein@paulweiss.com; slovett@paulweiss.com; lclayton@paulweiss.com; jhurwitz@paulweiss.com |
| Gaming Commissions | Pennsylvania Gaming Control Board | Kevin F. O'Toole, Executive Director | P.O. Box 69060 | | Harrisburg | PA | 17106-9060 | | | | |
| Counsel to the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. | Proskauer Rose LLP | Jeff J. Marwil, Paul V. Possinger, Mark K. Thomas, Brandon W. Levitan | 70 W. Madison Street, Suite 3800 | | Chicago | IL | 60602 | | 312-962-3500 | 312-962-3551 | jmarwil@proskauer.com; ppossinger@proskauer.com; mthomas@proskauer.com; blevitan@proskauer.com |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com; psibley@pryorcashman.com |
| Counsel to NV Energy, Inc., through its operating subsidiaries Nevada Power Company and Sierra Pacific Power Company | Quarles & Brady LLP | Christopher Combest | 300 N. LaSalle Street, Suite 4000 | | Chicago | IL | 60654 | | 312-715-5000 | 312-632-1727 | christopher.combest@quarles.com |
| Interested Party | Rosenthal & Rosenthal, Inc. | Attention: Anthony DiTirro | 1370 Broadway | | New York | NY | 10018 | | 212-356-1452 | 212-356-3452 | |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Rubin LLC | Paul A. Rubin | 345 Seventh Avenue, 21st Floor | | New York | NY | 10001 | | 212-390-8054 | 212-390-8064 | prubin@rubinlawllc.com |
| Counsel to National Retirement Fund | Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-593-5455 | 212-593-5955 | james.bentley@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel | 100 F St NE | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Seward & Kissel LLP | John R. Ashmead, Esq., Arlene R. Alves, Esq., Kalyan ("Kal") Das | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | ashmead@sewkis.com; alves@sewkis.com; das@sewkis.com |
| Counsel to the Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | Peter J. Roberts, Brian L. Shaw & David R. Doyle | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | | 312-541-0151 | 312-980-3888 | proberts@shawfishman.com; bshaw@shawfishman.com; ddoyle@shawfishman.com |
| Counsel to Simon Property Group, L.P., as landlord | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | | 317-263-7901 | rtucker@simon.com |
| Counsel to City of Hammond & Hammond Port Authority & Consuela Mireles | Smith Sersic | Kevin C. Smith | 9301 Calumet Ave, Suite 1F | | Munster | IN | 46321 | | 219-933-7600 | 219-836-2848 | info@smithsersic.com |
| Gaming Commissions | South Dakota Commission on Gaming | Stephen L. Martino, Esq., Director | 1800 Washington Blvd., Suite 330 | | Baltimore | MD | 21230 | | | | |
| Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 1275 W. Washington St. | | Phoenix | AZ | 85007 | | 602-542-4266 | 602-542-4085 | |
| Attorney General | State of California Attorney General | Attn: Bankruptcy Department | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102-7004 | | 916-445-9555 | 916-323-5341 | |
| Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | |

Case 15-01145    Doc 690    Filed 03/16/15    Entered 03/16/15 13:11:12    Desc Main
Document    Page 5 of 6

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145 (ABG)
Master/2002 Service List as of March 16, 2015

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | AGOlens@law.ga.gov |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South 5th Floor | 802 West Washington Street | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | Constituent@atg.in.gov |
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | webteam@ag.state.ia.us |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Capitol Building | Suite 118 | Frankfort | KY | 40601 | | 502-696-5300 | | |
| Attorney General | State of Louisiana Attorney General | Charmaine Moore, Gaming Division | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | | |
| Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | |
| Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | 1 Ashburton Place | | Boston | MA | 02108-1698 | | 617-727-2200 | | |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | miag@michigan.gov |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | State Capitol, Suite 102 | | St. Paul | MN | 55155 | | 651-296-3353 | | Attorney.General@ag.state.mn.us |
| Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Department of Justice, Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39205 | | 601-359-3680 | | |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Ct Bldg. | 207 W. High St. | Jefferson | MO | 65101 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | | 609-292-8740 | | |
| Gaming Commissions | State of New Jersey Casino Control Commission | Matthew B. Levinson, CEO | Arcade Building | Tennessee Avenue & Boardwalk | Atlantic City | NJ | 08401-0000 | | | | |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | Department of Law - The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | | 518-474-7330 | | |
| Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | Dept. of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 | | 919-716-6400 | 919-716-6750 | |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | State Office Tower 14th Floor | 30 E. Broad St. | Columbus | OH | 43266-0410 | | 614-466-4320 | | |
| Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | Justice Bldg. | 116 2 Court St. NE | Salem | OR | 97301 | | 503-378-4400 | 503-378-4017 | |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | 1600 Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-3391 | |
| Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 S. Main St. | | Providence | RI | 02903 | | 401-274-4400 | | |
| Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | | 803-734-3970 | | |
| Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | 425 5th Avenue North | P.O. Box 20207 | Nashville | TN | 37243 | | 615-741-3491 | 615-741-2009 | |
| Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | PO Box 142320 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | uag@utah.gov |
| Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | | 804-786-2071 | | |
| Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | 360-753-6200 | | |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol, Bldg 1 Room E 26 | 1900 Kanawha Blvd East | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | |
| Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P. O. Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | | |
| Counsel to NV Energy, Inc., through Nevada Power Company and Sierra Pacific Power Company ("NV Energy") | Stoel Rives LLP | Brandy A. Sargent, Esq., Oren B. Haker, Esq. | 900 SW Fifth Avenue, Suite 2600 | | Portland | OR | 97204 | | 503-224-3380 | 503-220-2480 | brandy.sargent@stoel.com; oren.haker@stoel.com, Jason.abrams@stoel.com |
| Counsel to Dell Marketing, L.P. | Streusand, Landon & Ozburn LLP | Sabrina L. Streusand | 811 Barton Springs Road | Suite 811 | Austin | TX | 78704 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Jonathan D. Canfield, Kenneth Pasquale, Erez Gilad & Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jcanfield@stroock.com; kpasquale@stroock.com, khansen@stroock.com; egilad@stroock.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067 | | 310-556-5802 | 310-556-5959 | fmerola@stroock.com |
| Counsel to IGT | Subranni Zauber LLC | Jennifer A. Trofa, Esq. | 1624 Pacific Avenue | | Atlantic City | NJ | 08401 | | 609-347-7000 | 609-345-4545 | jtrofa@subranni.com |
| Counsel to IGT | Subranni Zauber LLC | John P. Leon, Esq., Scott M. Zauber, Esq. | Willow Ridge Executive Office Park | 750 Route 73 South, Suite 307B | Marlton | NJ | 08053 | | 609-347-7000 | 609-345-4545 | jleon@subranni.com; szauber@subranni.com |
| Counsel to Dorothy Cullen | Testa, Heck, Scrocca & Testa, P.A. | Michael L. Testa, Esq. | 424 Landis Avenue | P.O. Box 749 | Vineland | NJ | 08360-0000 | | 856-691-2300 | | |
| Counsel to Alfred Coletta, and Alfred and Rosemary Coletta, as Co-Guardians of Anthony Coletta, an Incapacitated Person and LAD Hotel Partners, LLC | The Law Office of William J. Factor, Ltd. | Sara E. Lorber | 105 W. Madison St., Suite 1500 | | Chicago | IL | 60602 | | 312-373-7227 | | |
| Counsel to the Dennis Mehringer 401k Profit Sharing Plan | The Law Offices of C. G. Gordon Martin | C. G. Gordon Martin | 99 South Lake Avenue, Suite 501 | | Pasadena | CA | 91101 | | 626-795-6001 | 626-795-4011 | cggordonmartin@earthlink.net |
| Counsel to Thermal Energy Limited Partnership I | The Law Offices of Roger I. Higgins, LLC | Roger I. Higgins | 1 North Bishop Street, Suite 14 | | Chicago | IL | 60607 | | | 312-666-0455 | rhiggins@rogerhigginslaw.com |
| Counsel of record for Standard Textile Co., Inc. | Thompson Hine LLP | Louis F. Solimine, Esq. | 312 Walnut Street | Suite 1400 | Cincinnati | OH | 45202-4029 | | 513-352-6700 | 513-241-4771 | Louis.Solimine@Thompsonhine.com |
| Counsel to AAIU (Lloyds) | Traub Lieberman Straus & Shrewsberry | Christopher J. Nadeau | 303 W. Madison Street, Suite 1200 | | Chicago | IL | 60606 | | 312-332-3900 | 312-332-3908 | cnadeau@traublieberman.com |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President | One Federal Street | | Boston | MA | 02110-0000 | | 617-603-6427 | 617-603-6644 | deborah.ibrahim@usbank.com |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank National Association | Attn: Corporate Trust Services, Raymond S. Haverstock | 60 Livingston Avenue | | St. Paul | MN | 55107-1419 | | 651-495-3909 | 651-495-8097 | |
| Securities and Exchange Commission - Regional Office | U.S. Securities & Exchange Commission | Attn: Regional Director | Chicago Regional Office | 175 W. Jackson Blvd, Ste 900 | Chicago | IL | 60604 | | 312-353-7398 | | bankruptcynoticeschr@sec.gov; chicago@sec.gov |
| Indenture Trustee for 11.25% Senior Secured Notes due 2017, 8.5% Senior Secured Notes due 2020, 9% Senior Secured Notes due 2020 | UMB Bank, National Association | Attn: Gavin Wilkinson | Corporate Trust and Escrow Services | 120 South 6th Street, Suite 1400 | Minneapolis | MN | 55082 | | 612-337-7001 | 612-337-7039 | |

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145 (ABG)
Master/2002 Service List as of March 16, 2015

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY? | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Philip G. Satre | Lngaretti & Harris LLP | R. Scott Alsterda | 70 West Madison, Suite 3500 | | Chicago | IL | 60602 | | 312-977-9203 | 312-977-4405 | rsalsterda@uhlaw.com |
| United States Attorney for the Northern District of Illinois | United States Attorney for the Northern District of Illinois | Attn: Bankruptcy Section | 219 S Dearborn St 5th Flr | | Chicago | IL | 60604 | | | 312-353-2067 | |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent | 219 S Dearborn St, Rm 873 | | Chicago | IL | 60604 | | 312-886-5781 | 312-886-5794 | ustpregion11.es.ecf@usdoj.gov; denise.delaurent@usdoj.gov |
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee (collectively, "Hilton") | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, David N. Griffiths & Dana M. Kaufman | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | debra.dandeneau@weil.com; david.griffiths@weil.com; dana.kaufman@weil.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: Thomas E. Lauria | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman | 1155 Avenue of the Americas | | New York | NY | 10036 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com; hdenman@whitecase.com |
| Indenture Trustee for 12.75% Second Lien Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 500 Delaware Avenue | | Wilmington | DE | 19801 | | 302-888-7420 | 302-421-9137 | |
| Counsel to Churchill Downs, Incorporated | Wyatt, Tarrant & Combs, LLP | Daniel I. Waxman | 250 West Main Street, Suite 1600 | | Lexington | KY | 40507-1746 | | 859-233-2012 | 859-259-0649 | dwaxman@wyattfirm.com |
| Counsel to Certain Second Lien Noteholders | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Edmon L. Morton & Robert F. Poppiti, Jr. | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | rbrady@ycst.com; emorton@ycst.com; rpoppiti@ycst.com |
| Counsel to Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Young Conaway Stargatt & Taylor, LLP | John T. Dorsey | 1000 North King Street | | Wilmington | DE | 19801 | | 302-571-6600 | 302-576-3401 | jdorsey@ycst.com |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| **CAESARS ENTERTAINMENT OPERATING** | ) | |
| **COMPANY, INC.,** *et al.,*[1] | ) | **Case No. 15-01145 (ABG)** |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

_____

**UNITED STATES TRUSTEE'S EMERGENCY APPLICATION FOR
ORDER APPROVING THE APPOINTMENT OF EXAMINER**

_____

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "**Applicant**"), by his attorney, Denise A. DeLaurent, and hereby requests this Court enter an order approving the appointment of **Richard J. Davis** as examiner in the above referenced cases.  In support of his Emergency Application, Applicant states as follows:

1.      This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which the Court may determine under IOP 15(A) and LR 40.3.1 of the United States District Court for the Northern District of Illinois.

2.      Applicant files this Emergency Application pursuant to Fed. R .Bankr. P. 2007.1(c).

_____

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

3.      On March 12, 2015, the Court ordered the appointment of an examiner [Doc. 675].

4.      Thereafter, counsel for the Applicant consulted with the following parties in interest regarding the appointment:

   a.  David Seligman as Counsel for Debtors;
   b.  Kristopher M. Hansen as Counsel to Ad Hoc Committee of First Lien Bank Lenders;
   c.  Martin J. Bienenstock as Counsel to Official Committee of Unsecured Creditors;
   d.  Sidney P. Levinson as Counsel to the Official Committee of Second Priority Noteholders;
   e.  Mark A. Berkoff as Counsel to Ad Hoc Committee of First Lien Noteholders; and
   f.  Jeffrey E. Altshul as Counsel to Ad Hoc Committee of 12.75% Second Priority Senior Secured Noteholders.

5.      Subject to the Court's approval, Applicant has appointed **Richard J. Davis** (the "**Appointee**"), a disinterested person, to serve as examiner in this case.

6.      To the best of Applicant's knowledge, all of the Appointee's connections with the Debtors, creditors, other parties in interest, their respective attorneys, the Court, the U.S. Trustee and his employees are set forth in the Appointee's verified statement, which is attached hereto as *Exhibit A*.

7.      To the best of Applicant's knowledge, the Appointee has no connection with the Court or the U.S. Trustee which would render approval of the appointment improper.

8.      Applicant has served all parties with this motion in compliance with the order entered by this Court on February 19, 2015 [Doc. 395].

2

**WHEREFORE,** Applicant requests that this Court enter an order approving the appointment of **Richard J. Davis** as examiner in these cases.

<div style="margin-left:45%;">

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

</div>

DATED:  March 23, 2015                    /S/   *Denise A. DeLaurent*
                                          Denise A. DeLaurent, Attorney
                                          Office of the U.S. Trustee
                                          219 South Dearborn, Room 873
                                          Chicago, Illinois  60604
                                          (312) 886-3326