# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 30, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via 1) email (or first class mail, if email was unavailable) on the Core/2002 service list attached hereto as **Exhibit A** and 2) first class mail on the Creditor Matrix service list attached hereto as **Exhibit B**:

- Notice of Commencement of Chapter 11 Bankruptcy Cases and Meeting of Creditors [Docket No. 1007]

Dated: March 31, 2015

/s/ Steven Gordon
Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 31, 2015, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Adam Adler

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

SRF 2203

**Exhibit A**

SRF 2203

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | Sara L. Brauner, Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi | One Bryant Park | | New York | NY | 10036 | sbrauner@akingump.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | David M. Zensky | One Bryant Park | | New York | NY | 10036 | dzensky@akingump.com |
| Chief Restructuring Officer for Debtors | AlixPartners | Randall S. Eisenberg | 40 West 57th Street | | New York | NY | 10019 | reisenberg@alixpartners.com |
| Interested Party | American Express, Global Merchant Services | Craig McDowell | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | Craig.B.Mcdowell@aexp.com |
| Counsel to Christina L. Coppede | Ansell Grimm & Aaron, P.C. | James G. Aaron, Esq. | 1500 Lawrence Ave., CN-7807 | | Ocean | NJ | 07712 | jga@ansellgrimm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Andrew I. Silfen & Beth M. Brownstein | 1675 Broadway | | New York | NY | 10019 | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Mark B. Joachim & Jackson D. Toof | 1717 K Street, NW | | Washington | DC | 20006 | mark.joachim@arentfox.com; jackson.toof@arentfox.com |
| Counsel to Aristocrat Technologies, Inc. | Armstrong Teasdale LLP | David L. Going, Richard W. Engel, Jr. | 7700 Forsyth Blvd., Suite 1800 | | St. Louis | MO | 63105 | dgoing@armstrongteasdale.com; rengel@armstrongteasdale.com |
| Attorney General for the State of Illinois | Attorney General for the State of Illinois | Attn Bankruptcy Section | 500 S 2nd St | | Springfield | IL | 62701 | |
| Counsel to ACE American Insurance Company and certain of its affiliated entities, but not including ACE Bermuda Insurance Ltd. | Ballard Spahr LLP | Tobey M. Daluz, Esquire, Leslie C. Heilman, Esquire | 919 North Market Street, 11th Floor | | Wilmington | DE | 19801 | daluzt@ballardspahr.com; heilmanl@ballardspahr.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett | 200 West Madison St., Suite 3900 | | Chicago | IL | 60606 | william.barrett@bfkn.com |
| Counsel to City of Hammond, Indiana | Barnes & Thornburg LLP | Paula K. Jacobi | One N. Wacker Drive, Suite 4400 | | Chicago | IL | 60606 | pjacobi@btlaw.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab, Esq. & Kenneth T. Law, Esq. | 2600 El Camino Real, Suite 300 | | Palo Alto | CA | 94306 | Klaw@bbslaw.com |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq. | 1290 Avenue of the Americas | | New York | NY | 10104 | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq. | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601-3351 | ryan.lawlor@bryancave.com |
| Counsel to US Foods, Inc. | Bryan Cave LLP | Leslie Allen Bayles | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601 | leslie.bayles@bryancave.com |
| Counsel to Hospitality Network, LLC | Bryan Cave LLP | Aaron Davis | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601 | aaron.davis@bryancave.com |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | schristianson@buchalter.com |
| Gaming Commissions | Bureau of Gambling Control | Kamala D. Harris, Attorney General | 4949 Broadway, Suite E-231 | | Sacramento | CA | 95820 | |
| Agent for Creditor, EMC Corporation | c/o Receviable Management Services | Attn: Ronald L Rowland, Esq | 307 International Circle, Ste. 270 | | Hunt Valley | MD | 21030 | Ronald.Rowland@iqor.com |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq. | 80 Pine Street | | New York | NY | 10005 | wmiller@cahill.com |
| Gaming Commissions | California Gambling Control Commission | Tina Littleton, Executive Director | 2399 Gateway Oaks Dr. Ste 220 | | Sacramento | CA | 95833-4231 | |
| Counsel to Southwestern Electric Power Company | Carlson Dash, LLC | Kurt M. Carlson, Jeffrey E. Altshul | 216 S. Jefferson Street, Suite 504 | | Chicago | IL | 60661 | kcarlson@carlsondash.com; jaltshul@carlsondash.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018, consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Carlson Dash, LLC | Jeffrey E. Altshul & Kurt M. Carlson | 216 S. Jefferson Street | Suite 504 | Chicago | IL | 60661 | jaltshul@carlsondash.com; kcarlson@carlsondash.com |
| Counsel to Moti Partners, LLC | Certilman Balin Adler & Hyman, LLP | Attention: Richard J. McCord, Esq. & Carol A. Glick, Esq. | 90 Merrick Avenue, 9th Floor | | East Meadow | NY | 11554 | rmccord@certilmanbalin.com; cglick@certilmanbalin.com |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Chapman and Cutler LLP | Michael T. Benz | 111 W. Monroe St. | | Chicago | IL | 60603 | benz@chapman.com |
| Counsel to Iowa Racing and Gaming Commission | Ciardi Ciardi & Astin | Albert A. Ciardi, III, Esquire | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | aciardi@ciardilaw.com |
| Counsel to City of Reno, Business License Division | City of Reno | Michael Chaump, Business Relations Manager | P.O. Box 1900 | | Reno | NV | 89505 | chaumpm@reno.gov |
| Counsel to Sarah Lou Iovino | Crane, Heyman, Simon, Welch & Clar | Scott R. Clar | 135 S. LaSalle | #3705 | Chicago | IL | 60603 | sclar@craneheyman.com |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands Branch | Attn: Sean Portrait | Eleven Madison Avenue | | New York | NY | 10010 | agency.loanops@credit-suisse.com |
| Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Delaware Trust Company | Sandra E. Horwitz, Managing Director | 2711 Centerville Road | | Wilmington | DE | 19808 | shorwitz@delawaretrust.com |
| Interested Party | Donald C. Marro | | 3318 Bust Head Road | | The Plains | VA | 20198 | dmarro@crosslink.net |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Attn: James H. Millar, Esq., Kristin K. Going, Esq. & Clay J. Pierce, Esq. | 1177 Avenue of the Americas, 41st Fl. | | New York | NY | 10036 | james.millar@dbr.com; kristin.going@dbr.com; clay.pierce@dbr.com |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Timothy R. Casey | 191 North Wacker Drive, Suite 3700 | | Chicago | IL | 60606 | Timothy.Casey@dbr.com |
| EPA - Regional Office | Environmental Protection Agency - Region 5 | Attn: Richard l. Nagle, Bankruptcy Contact | Mail Code: C-14J | 77 W Jackson Blvd | Chicago | IL | 60604 | nagle.richard@epa.gov |
| Counsel to VISA U.S.A. Inc | Farella Braun + Martel LLP | Attn: Gary M. Kaplan, Esq. | 235 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | gkaplan@fbm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln, Lars A. Peterson | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654 | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel to Old Republic Insurance Company and Zurich American Insurance Company | Fox, Swibel, Levin & Caroll, LLP | Margaret M. Anderson | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | panderson@fslc.com; |
| Counsel to Board of Levee Commissioners for the Yazoo-Mississippi Delta | Fox, Swibel, Levin & Caroll, LLP | N. Neville Reid; Ryan T. Schultz | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | nreid@fslc.com; rschultz@fslc.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to PepsiCo, Inc. together with its subsidiaries, including Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company (collectively, "Pepsi"), PepsiCo Sales, Inc. ("PepsiCo Sales"), Pepsi-Cola Fountain Company, Inc. ("Pepsi Fountain"), PepsiCo Food Service, a division of PepsiCo, Inc. ("PFS") and Frito-Lay North America, Inc. ("Frito-Lay") & Edgewood Companies, a successor in interest to Park Cattle Company and one or more of its affiliates, including Edgewood Water Co. | FrankGecker LLP | Joseph D. Frank, Jeremy C. Kleinman | 325 North LaSalle Street, Suite 625 | | Chicago | IL | 60654 | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Freeborn & Peters LLP | Richard S. Lauter, Devon J. Eggert & Elizabeth L. Janczak | 311 South Wacker Drive, Suite 3000 | | Chicago | IL | 60606 | rlauter@freeborn.com; deggert@freeborn.com; ejanczak@freeborn.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Gardy & Notis LLP | Attn: Mark C. Gardy, James S. Notis & Meagan Farmer | Tower 56 | 126 East 56th Street, 8th Floor | New York | NY | 10022 | mgardy@gardylaw.com; jnotis@gardylaw.com; mfarmer@gardylaw.com |
| Counsel to J. Rockets Development, LLC | Gibbons P.C. | Attn: David N. Crapo, Esq. | One Gateway Center | | Newark | NJ | 07102-5310 | dcrapo@gibbonslaw.com |
| Counsel to interested party CBS Radio Stations Inc. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson | 9720 Wilshire Boulevard, Suite 700 | | Beverly Hills | CA | 90212 | lmj@gfjlawfirm.com |
| Counsel to South Jersey Gas Company & South Jersey Energy Company | Goldstein & McClintock LLLP | Sean P. Williams | 208 South LaSalle Street, Suite 1750 | | Chicago | IL | 60604 | seanw@restructuringshop.com |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Gould & Ratner LLP | Mark E. Leipold | 222 North LaSalle Street, Suite 800 | | Chicago | IL | 60601 | mleipold@gouldratner.com |
| Counsel to American Mart Corporation, d/b/a Wirtz Beverage Nevada, Inc.; Wirtz Beverage Nevada Beer, Inc.; Wirtz Beverage Nevada Reno, Inc.; and Wirtz Beverage Illinois, LLC | Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP | Steven H. Leech | One East Wacker Drive, Suite 1700 | | Chicago | IL | 60601 | s.leech@gozdel.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Attn: Jay Eisenhofer & Gordon Z. Novod | 485 Lexington Avenue, 29th Floor | | New York | NY | 10017 | jeisenhofer@gelaw.com; gnovod@gelaw.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Edmund Aronowitz | 30 North LaSalle Street, Suite 1200 | | Chicago | IL | 60602 | earonowitz@gelaw.com |
| Counsel to Konami Gaming, Inc. | Howard & Howard Attorneys | James E. Morgan, L. Judson Todhunter | 200 S. Michigan Ave., Suite 1100 | | Chicago | IL | 60604 | JMorgan@howardandhoward.com; jtodhunter@HowardandHoward.com |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn: Bankruptcy Section | PO Box 64338 | | Chicago | IL | 60664-0338 | |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | Attn: Director or Chief Legal Counsel | 1021 N Grand Ave E | | Springfield | IL | 62702 | |
| Gaming Commissions | Illinois Gaming Board (IGB) | Emily Mattison - General Counsel | 160 North LaSalle | Suite 300 | Chicago | IL | 60601 | |
| Gaming Commissions | Indiana Gaming Commission (IGC) | Ernest E. Yelton, Executive Director | East Tower, Suite 1600 | 101 W. Washington Street | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Internal Revenue Service | Linda Lorello | 400 N 8th Street, Box 76 | | Richmond | VA | 23219 | Linda.Lorello@irs.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Counsel to Caesars Entertainment Corporation | Jenner & Block LLP | Vincent E. Lazar, Charles B. Sklarsky, Daniel R. Murray | 353 N. Clark St. | | Chicago | IL | 60654 | vlazar@jenner.com; csklarsky@jenner.com; dmurray@jenner.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to International Painters and Allied Trades Industry Pension Fund | Jennings Sigmond, P.C. | c/o Dawn M. Costa & Matthew Tokarsky | The Penn Mutual Towers, 16th Floor | 510 Walnut Street | Philadelphia | PA | 19106 | dcosta@jslex.com; bankruptcy@jslex.com; mtokarsky@jslex.com |
| Counsel to Simon Property Group, L.P., as creditor and party in interest | Johnson & Bell, Ltd. | Michael J. Linneman | 33 W. Monroe St., Suite 2700 | | Chicago | IL | 60603 | linnemanm@jbltd.com |
| Counsel to the Official Committee of Second Priority Noteholders ; Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Jones Day | Bruce Bennett, James O. Johnston, Sidney P. Levinson, Joshua M. Mester & Monika S. Wiener | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 | bbennett@jonesday.com; jjohnston@jonesday.com; slevinson@jonesday.com; jmester@jonesday.com; mwiener@jonesday.com |
| Counsel to the Official Committee of Second Priority Noteholders | Jones Day | Philip Le B. Douglas, Geoffrey S. Stewart, Todd R. Geremia, Rajeev Muttreja & Alex P. McBride | 222 East 41st Street | | New York | NY | 10017 | pldouglas@jonesday.com; gstewart@jonesday.com; trgeremia@jonesday.com; rmuttreja@jonesday.com; apmcbride@jonesday.com |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | Kasowitz, Benson, Torres & Friedman LLP | David S. Rosner, Joshua Greenblatt & Daniel A. Fliman | 1633 Broadway | | New York | NY | 10019 | drosner@kasowitz.com; jgreenblatt@kasowitz.com; dfliman@kasowitz.com |
| UMB Bank, NA, Indenture Trustee for the First Lien Notes | Katten Munchin Rosenman LLP | Peter A. Siddiqui | 525 W. Monroe Street | Suite 1900 | Chicago | IL | 60661 | peter.siddiqui@kattenlaw.com |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Munchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine | 575 Madison Avenue | | New York | NY | 10022-2585 | craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James S. Carr, Esq., Eric R. Wilson, Esq. & Kristin S. Elliott, Esq. | 101 Park Avenue | | New York | NY | 10178 | KDWBankruptcyDepartment@KelleyDrye.com; ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | Mark W. Page, Esq. | 333 West Wacker Drive | 26th Floor | Chicago | IL | 60606 | mpage@kelleydrye.com |
| Counsel to Ecolab, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | 4650 North Port Washington Rd., 2nd Fl. | | Milwaukee | WI | 53212 | swisotzkey@kmksc.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggerman & Matthew C. Ziegler | 1177 Avenue of the Americas | | New York | NY | 10036 | keckstein@kramerlevin.com; ghorowitz@kramerlevin.com; dmannal@kramerlevin.com; deggermann@kramerlevin.com; mziegler@kramerlevin.com; |
| Counsel to Caesars Acquisition Company | Latham & Watkins LLP | Matthew L. Warren | 330 North Wabash Avenue, Ste. 2800 | | Chicago | IL | 60611 | matthew.warren@lw.com |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director | 400 Madison Avenue, 4th Floor | | New York | NY | 10017 | james.heaney@lawdeb.com |
| Indenture Trustee for 6.5% Senior Unsecured Notes and 5.75% Senior Unsecured Notes | Law Debenture Trust Company of New York | Attn: Thomas Musarra | 400 Madison Avenue, Suite 4D | | New York | NY | 10017 | |
| Counsel to Sang S. Vong | Law Office of Peter L Berk | Peter L. Berk | 900 N Franklin Ste 505 | | Chicago | IL | 60610 | |
| Counsel to MicroStrategy Incorporated, MicroStrategy Services Corporation, MicroStrategy Limited | Levenfeld Pearlstein | Elizabeth B. Vandesteeg, Jonathan P. Friedland | 2 N. La Salle, Suite 1300 | | Chicago | IL | 60602 | evandesteeg@lplegal.com; jfriedland@lplegal.com |
| Counsel to Entergy Mississippi, Inc. | Locke Lord LLP | c/o Alan Katz, Esq. | Three World Financial Center | | New York | NY | 10261 | akatz@lockelord.com |
| Counsel to Global Water Technology, Inc. | Lowis & Gellen LLP | Christopher M. Cahill | 200 West Adams Steet, Suite 1900 | | Chicago | IL | 60606 | ccahill@lowis-gellen.com |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | McDonald Hopkins LLC | David A. Agay | 300 North LaSalle, Suite 2100 | | Chicago | IL | 60654 | dagay@mcdonaldhopkins.com |
| Counsel to AEG Live LV LLC | McKenna Long & Aldridge LLP | Gregg S. Kleiner | One Market Plaza | Spear Tower, 24th Floor | San Francisco | CA | 94105 | gkleiner@mckennalong.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to AEG Live LV LLC | McKenna Long & Aldridge LLP | Kathy Jorrie | 300 South Grand Avenue | Suite 1400 | Los Angeles | CA | 90071 | kjorrie@mckennalong.com |
| Counsel to Oliver Evans, Son and Personal representative of All Wrongful Death Beneficiaries of Pearlie Evans vs. BL Development Corp. Tunica County Case No: 2014-0097; and Carmen Jacobs, and husband, Jimmy Jacobs vs. BL Development Corp. Tunica County Circuit Court Cause No: 2011-0168 | Merkel & Cocke, P.A. | Edward P. Connell, Jr., Esquire | Post Office Box 1388 | | Clarksdale | MS | 38614 | tconnell@merkel-cocke.com |
| Counsel to Mesirow Financial Consulting, LLC | Mesirow Financial Holdings, Inc. | Attn: Jeffrey M. Levine | 353 North Clark Street | | Chicago | IL | 60654 | |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh | 666 Third Aveune | | New York | NY | 10017 | jhbae@mintz.com; KRWalsh@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel | One Financial Center | | Boston | MA | 02111-0000 | bkannel@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018, consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh | 666 Third Avenue | | New York | NY | 10017 | jhbae@mintz.com; KRWalsh@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018, consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel | One Financial Center | | Boston | MA | 02111-0000 | bkannel@mintz.com |
| Gaming Commissions | Mississippi Gaming Commission | ALLEN GODFREY, EXECUTIVE DIRECTOR | 620 North Street, Suite 200 | | Jackson | MS | 39202 | |
| Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A. Ginther | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | ndilecf@dor.mo.gov |
| Gaming Commissions | Missouri Gaming Commission | Roger Stottlemyre, Executive Director | 3417 Knipp Drive | P.O. Box 1847 | Jefferson City | MO | 65102 | |
| Counsel to Caesars Entertainment Corp. | Much Shelist, P.C. | Jeffrey M. Schwartz; Folarin S. Dosunmu | 191 N. Wacker Drive | | Chicago | IL | 60606 | jschwartz@muchshelist.com; fdosunmu@muchshelist.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Neal, Gerber & Eisenberg LLP | Mark A. Berkoff, William Choslovsky Nicholas M. Miller, Robert Radasevich | Two North LaSalle Street, Suite 1700 | | Chicago | IL | 60602-3801 | mberkoff@ngelaw.com; wchoslovsky@ngelaw.com; nmiller@ngelaw.com; rradasevich@ngelaw.com |
| Gaming Commissions | Nevada State Gaming Control Board & Gaming Commission | Michael LaBadie, Marc Warren, and David Staley | 555 East Washington Avenue | Suite 2600 | Las Vegas | NV | 89101 | |
| Gaming Commissions | New Jersey Division of Gaming Enforcement | David L. Rebuck, Director | 1300 Atlantic Avenue | | Atlantic City | NJ | 08401-0000 | |
| Gaming Commissions | North Carolina Department of Revenue | Lyons Gray, Secretary of Revenue | 501 N Wilmington St | | Raleigh | NC | 27604 | |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | Novack and Macey LLP | Eric N. Macey, Stephen J. Siegel, Julie Johnston-Ahlen | 100 North Riverside Plaza | | Chicago | IL | 60606 | emacey@novackmacey.com; ssiegel@novackmacey.com; jja@novackmacey.com |
| Counsel to Wilmington Trust, National Association | Novack and Macey LLP | Andrew D. Campbell | 100 North Riverside Plaza | | Chicago | IL | 60606 | acampbell@novackmacey.com |
| Gaming Commissions | Ohio Casino Control Commission | John Barron, Deputy Executive Director & General Counsel | 10 West Broad Street, 6th Floor | | Columbus | OH | 43215 | |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Jeffrey H. Davidson & Gabriel I. Glazer | 10100 Santa Monica Boulevard | 13th Floor | Los Angeles | CA | 90067-4003 | jdavidson@pszjlaw.com; gglazer@pszjlaw.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | 919 North Market Street, 17th Floor | | Wilmington | DE | 19801 | ljones@pszjlaw.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | John A. Morris | 780 Third Avenue | 34th Floor | New York | NY | 10017-2024 | jmorris@pszjlaw.com |
| Counsel to Caesars Entertainment Corp. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz | 1285 Avenue of the Americas | | New York | NY | 10019 | jsaferstein@paulweiss.com; slovett@paulweiss.com; lclayton@paulweiss.com; jhurwitz@paulweiss.com |
| Gaming Commissions | Pennsylvania Gaming Control Board | Kevin F. O'Toole, Executive Director | P.O. Box 69060 | | Harrisburg | PA | 17106-9060 | |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee | Perkins Coie LLP | Brian A. Audette & David M. Neff | 131 S. Dearborn Street, Suite 1700 | | Chicago | IL | 60603 | baudette@perkinscoie.com; dneff@perkinscoie.com |
| Counsel to the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. | Proskauer Rose LLP | Jeff J. Marwil, Paul V. Possinger, Mark K. Thomas, Brandon W. Levitan | 70 W. Madison Street, Suite 3800 | | Chicago | IL | 60602 | jmarwil@proskauer.com; ppossinger@proskauer.com; mthomas@proskauer.com; blevitan@proskauer.com |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley | 7 Times Square | | New York | NY | 10036 | slieberman@pryorcashman.com; psibley@pryorcashman.com |
| Counsel to NV Energy, Inc., through its operating subsidiaries Nevada Power Company and Sierra Pacific Power Company | Quarles & Brady LLP | Christopher Combest | 300 N. LaSalle Street, Suite 4000 | | Chicago | IL | 60654 | christopher.combest@quarles.com |
| Interested Party | Rosenthal & Rosenthal, Inc. | Attention: Anthony DiTirro | 1370 Broadway | | New York | NY | 10018 | |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Rubin LLC | Paul A. Rubin | 345 Seventh Avenue, 21st Floor | | New York | NY | 10001 | prubin@rubinlawllc.com |
| Counsel to National Retirement Fund | Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | james.bentley@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel | 100 F St NE | | Washington | DC | 20549 | secbankruptcy@sec.gov |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Seward & Kissel LLP | John R. Ashmead, Esq., Arlene R. Alves, Esq., Kalyan ("Kal") Das | One Battery Park Plaza | | New York | NY | 10004 | ashmead@sewkis.com; alves@sewkis.com; das@sewkis.com |
| Counsel to the Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | Peter J. Roberts, Brian L. Shaw & David R. Doyle | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | proberts@shawfishman.com; bshaw@shawfishman.com; ddoyle@shawfishman.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | John W. Guzzardo | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | jguzzardo@shawfishman.com |
| Counsel to Simon Property Group, L.P., as landlord | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | rtucker@simon.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to City of Hammond & Hammond Port Authority & Consuelo Mireles | Smith Sersic | Kevin C. Smith | 9301 Calumet Ave, Suite 1F | | Munster | IN | 46321 | info@smithsersic.com |
| Gaming Commissions | State Lottery & Gaming Control Agency | Stephen L. Martino, Esq., Director | Montgomery Park Business Center | 1800 Washington Blvd., Suite 330 | Baltimore | MD | 21230 | |
| Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 1275 W. Washington St. | | Phoenix | AZ | 85007 | |
| Attorney General | State of California Attorney General | Attn: Bankruptcy Department | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102-7004 | |
| Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | |
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | AGOlens@law.ga.gov |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South-5th Floor | 302 West Washington Street | Indianapolis | IN | 46204 | Constituent@atg.in.gov |
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 | webteam@ag.state.ia.us |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Capitol Building | Suite 118 | Frankfort | KY | 40601 | |
| Attorney General | State of Louisiana Attorney General | Charmaine Moore, Gaming Division | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | |
| Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | |
| Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | 1 Ashburton Place | | Boston | MA | 02108-1698 | |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | State Capitol, Suite 102 | | St. Paul | MN | 55155 | Attorney.General@ag.state.mn.us |
| Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Department of Justice, Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39205 | |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Ct Bldg. | 207 W. High St. | Jefferson | MO | 65101 | attorney.general@ago.mo.gov |
| Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | NV | 89701 | |
| Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | |
| Gaming Commissions | State of New Jersey Casino Control Commission | Matthew B. Levinson, CEO | Arcade Building | Tennessee Avenue & Boardwalk | Atlantic City | NJ | 08401-0000 | |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | Department of Law -The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | Dept. of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 | |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | State Office Tower 14th Floor | 30 E. Broad St. | Columbus | OH | 43266-0410 | |
| Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | Justice Bldg. | 116 2 Court St. NE | Salem | OR | 97301 | |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | 1600 Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | |
| Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 S. Main St. | | Providence | RI | 02903 | |
| Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | Remert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | |
| Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | 425 5th Avenue North | P.O. Box 20207 | Nashville | TN | 37243 | |
| Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | PO Box 142320 | | Salt Lake City | UT | 84114-2320 | uag@utah.gov |
| Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | |
| Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol, Bldg 1 Room E 26 | 1900 Kanawha Blvd East | Charleston | WV | 25305 | |
| Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P. O. Box 7857 | Madison | WI | 53707-7857 | |
| Counsel to NV Energy, Inc., through Nevada Power Company and Sierra Pacific Power Company ("NV Energy") | Stoel Rives LLP | Brandy A. Sargent, Esq., Oren B. Haker, Esq. | 900 SW Fifth Avenue, Suite 2600 | | Portland | OR | 97204 | brandy.sargent@stoel.com; oren.haker@stoel.com; Jason.abrams@stoel.com |
| Counsel to Dell Marketing, L.P. | Streusand, Landon & Ozburn LLP | Sabrina L. Streusand | 811 Barton Springs Road | Suite 811 | Austin | TX | 78704 | streusand@slollp.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Jonathan D. Canfield, Kenneth Pasquale, Erez Gilad & Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | jcanfield@stroock.com; kpasquale@stroock.com; khansen@stroock.com; egilad@stroock.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067 | fmerola@stroock.com |
| Counsel to IGT | Subranni Zauber LLC | Jennifer A. Trofa, Esq. | 1624 Pacific Avenue | | Atlantic City | NJ | 08401 | jtrofa@subranni.com |

In re Caesars Entertainment Operating Company, Inc., et al.
Case No. 15-01145

Page 7 of 9

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to IGT | Subranni Zauber LLC | John P. Leon, Esq., Scott M. Zauber, Esq. | Willow Ridge Executive Office Park | 750 Route 73 South, Suite 307B | Marlton | NJ | 08053 | jleon@subranni.com; szauber@subranni.com |
| Counsel to Dorothy Cullen | Testa, Heck, Scrocca & Testa, P.A. | Michael L. Testa, Esq. | 424 Landis Avenue | P.O. Box 749 | Vineland | NJ | 08360-0000 | mtesta@testalawyers.com |
| Counsel to Alfred Coletta, and Alfred and Rosemary Coletta, as Co-Guardians of Anthony Coletta, an Incapacitated Person and LAD Hotel Partners, LLC | The Law Office of William J. Factor, Ltd. | Sara E. Lorber | 105 W. Madison St., Suite 1500 | | Chicago | IL | 60602 | |
| Counsel to the Dennis Mehringer 401k Profit Sharing Plan | The Law Offices of C. G. Gordon Martin | C. G. Gordon Martin | 99 South Lake Avenue, Suite 501 | | Pasadena | CA | 91101 | cggordonmartin@earthlink.net |
| Counsel to Thermal Energy Limited Partnership I | The Law Offices of Roger J. Higgins, LLC | Roger J. Higgins | 1 North Bishop Street, Suite 14 | | Chicago | IL | 60607 | rhiggins@rogerhigginslaw.com |
| Counsel to Moti Partners, LLC | The Stepnowski Law Offices | Frank Stepnowski, Esq. | 1515 N. Harlem Avenue | Suite 205-2 | Oak Park | IL | 60302 | Frank@Steppergroup.com |
| Counsel of record for Standard Textile Co., Inc. | Thompson Hine LLP | Louis F. Solimine, Esq. | 312 Walnut Street | Suite 1400 | Cincinnati | OH | 45202-4029 | Louis.Solimine@Thompsonhine.com |
| Counsel to ANV (Lloyds) | Traub Lieberman Straus & Shrewsberry | Christopher J. Nadeau | 303 W. Madison Street, Suite 1200 | | Chicago | IL | 60606 | cnadeau@traublieberman.com |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President | One Federal Street | | Boston | MA | 02110-0000 | deborah.ibrahim@usbank.com |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank National Association | Attn: Corporate Trust Services, Raymond S. Haverstock | 60 Livingston Avenue | | St. Paul | MN | 55107-1419 | |
| Securities and Exchange Commission - Regional Office | U.S. Securities & Exchange Commission | Attn: Regional Director | Chicago Regional Office | 175 W Jackson Blvd, Ste 900 | Chicago | IL | 60604 | bankruptcynoticeschr@sec.gov; chicago@sec.gov |
| Indenture Trustee for 11.25% Senior Secured Notes due 2017, 8.5% Senior Secured Notes due 2020, 9% Senior Secured Notes due 2020 | UMB Bank, National Association | Attn: Gavin Wilkinson | Corporate Trust and Escrow Services | 120 South 6th Street, Suite 1400 | Minneapolis | MN | 55082 | |
| Counsel to Philip G. Satre | Ungaretti & Harris LLP | R. Scott Alsterda | 70 West Madison, Suite 3500 | | Chicago | IL | 60602 | rsalsterda@uhlaw.com |
| United States Attorney for the Northern District of Illinois | United States Attorney for the Northern District of Illinois | Attn: Bankruptcy Section | 219 S Dearborn St 5th Flr | | Chicago | IL | 60604 | |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent | 219 S Dearborn St, Rm 873 | | Chicago | IL | 60604 | ustpregion11.es.ecf@usdoj.gov; denise.delaurent@usdoj.gov |
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | oag@dc.gov |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee (collectively, "Hilton") | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, David N. Griffiths & Dana M. Kaufman | 767 Fifth Avenue | | New York | NY | 10153 | debra.dandeneau@weil.com; david.griffiths@weil.com; dana.kaufman@weil.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: Thomas E. Lauria | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131 | tlauria@whitecase.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman | 1155 Avenue of the Americas | | New York | NY | 10036 | cshore@whitecase.com; hdenman@whitecase.com |
| Indenture Trustee for 12.75% Second Lien Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 500 Delaware Avenue | | Wilmington | DE | 19801 | |
| Counsel to Giesecke & Devrient America, Inc. | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan, Esq. & Morgan L. Patterson, Esq. | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | kmangan@wcsr.com; mpatterson@wcsr.com |
| Counsel to Churchill Downs, Incorporated | Wyatt, Tarrant & Combs, LLP | Daniel I. Waxman | 250 West Main Street, Suite 1600 | | Lexington | KY | 40507-1746 | dwaxman@wyattfirm.com |
| Counsel to Certain Second Lien Noteholders | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Edmon L. Morton & Robert F. Poppiti, Jr. | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | rbrady@ycst.com; emorton@ycst.com; rpoppiti@ycst.com |

Exhibit A
Core/2002 Service List
Served via Email (or First Class Mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Young Conaway Stargatt & Taylor, LLP | John T. Dorsey | 1000 North King Street | | Wilmington | DE | 19801 | jdorsey@ycst.com |