**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) ) ) ) | Case No. 15-01145 (ABG) |
|  Debtors. | ) ) ) | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 2, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, as well as a blank proof of claim form, to be served via first class mail and email, if available, on the Core/2002 service list attached hereto as **<u>Exhibit A</u>**:

- Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(B)(9) of the Bankruptcy Code (the "***Bar Date Notice***") [Docket No. 1008]

On April 2, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents, as well as a customized proof of claim form, to be served via first class mail on the Current Employees service list attached hereto as **<u>Exhibit B</u>**:

- Employee Letter attached hereto as **<u>Exhibit C</u>**

- Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(B)(9) of the Bankruptcy Code (the "***Bar Date Notice***") [Docket No. 1008]

On April 2, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document, as well as a customized proof of claim form, to be served via 1) first class mail on the Creditor Matrix service list attached hereto as **<u>Exhibit D</u>**, 2) first class mail on the Schedule G service list attached hereto as **<u>Exhibit E</u>** and 3) first class mail on the Schedule DEF service list attached hereto as **<u>Exhibit F</u>**:

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

- Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(B)(9) of the Bankruptcy Code (the "*Bar Date Notice*") [Docket No. 1008]

Dated: April 3, 2015

*Steven Gordon*

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 3, 2015, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017