**Exhibit C**

SRF 2215

**Exhibit C**



**John Payne**
CHIEF EXECUTIVE OFFICER
CAESARS ENTERTAINMENT OPERATING COMPANY

March 27, 2015

Dear Colleagues,

We are writing to update you regarding an important upcoming deadline in the Chapter 11 restructuring of Caesars Entertainment Operating Company, Inc. and certain of its subsidiaries (collectively referred to as "CEOC").  This letter is intended to help you understand the documents that are included in this mailing.

As part of the Chapter 11 restructuring process, CEOC must determine the outstanding amounts it owes to its various creditors. To that end, the Bankruptcy Court has set May 26, 2015, at 5:00 p.m. (prevailing Central Time), as the deadline for all creditors to file Proof of Claim forms to assert any claims against CEOC arising prior to the filing of the Chapter 11 on January 15, 2015. This deadline is known as the "Bar Date."

CEOC is required to send legal notice of the Bar Date to a wide range of interested parties to notify them of this deadline and the process for asserting claims.  These parties include current and former employees, as well as customers, vendors, suppliers, government agencies, and others who have interacted with CEOC over the past few years.

All current and certain former employees of CEOC and its filing subsidiaries (including those who now work for Caesars Enterprise Services ("CES") or other Caesars entities) have been supplied with the enclosed Bar Date Notice.  It is important to note that receiving this notice does not mean that you have a claim or that CEOC's records show that you have a claim against CEOC.

CEOC is paying, and will continue to pay, current employees' compensation (including salaries, wages, and recognition and reward program bonuses) and reimbursable expenses in the ordinary course of business.  You do **not** need to file a Proof of Claim form to continue receiving these payments.

Accordingly, if you do not believe you have a claim against CEOC, you do **not** need to do anything in response to the Proof of Claim form or Bar Date Notice.

However, if you believe that CEOC has not fully paid your wages or salary or reimbursed your expenses for obligations arising before the filing date of January 15, 2015, or if you believe you may have other claims against CEOC, including under any deferred compensation program or supplemental employee retirement plan, you should consider filing a proof of claim for those pre-bankruptcy claims.

8 Canal Street   New Orleans, LA 70130   Office 504.533.6039   Fax 504.533.6014
www.caesars.com

If filing a claim, please read the instructions on the Proof of Claim form carefully. You may also wish to consult with your own attorney for assistance. If you have any questions about the Bar Date Notice or Proof of Claim form, please call CEOC's claims agent at (855) 842-4123, or visit https://cases.primeclerk.com/CEOC/. Please note, however, the Claims Agent **cannot** offer legal advice or advise whether you should file a Proof of Claim.

We will continue to keep you informed as we move forward. Thank you for your ongoing focus and for continuing to provide our guests with the highest levels of service.

Sincerely,

John Payne
Chief Executive Officer
Caesars Entertainment Operating Company