# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT OPERATING | ) | Case No. 15-01145 (ABG) |
| COMPANY, INC., et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## *AMENDED* AGENDA FOR HEARING TO BE HELD
## APRIL 29, 2015, AT 1:30 P.M. (PREVAILING CENTRAL TIME)[2]

| | |
|---|---|
| Time and Date of Hearing: | April 29, 2015, at 1:30 p.m. (prevailing Central Time) |
| Location of Hearing: | The Honorable A. Benjamin Goldgar<br>**Ceremonial Courtroom (Room No. 2525)**<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("Prime Clerk"), at https://cases.primeclerk.com/CEOC. Further information may be obtained by calling Prime Clerk at (855) 842-4123 within the United States or Canada or, outside of the United States or Canada, by calling +1 (646) 795-6969. |

---

[1]   A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

[2]   ***Changes from the original* Agenda for Hearing to be Held April 29, 2015, at 1:30 p.m. (prevailing Central Time)** *[Docket No. 1322] are noted in bold and italic print herein*

## I.    **UNCONTESTED MATTERS**

1.    **Debtors' Motion to Extend Time to Assume or Reject Unexpired Leases**. Debtors' Motion for Entry of an Order (I) Extending the Time within which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1176]

    Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

    Responses Received:  None

    Related Documents:  None

    Status:  This matter is going forward.

2.    **Debtors' DACA Motion**.    Debtors' Motion for Entry of an Agreed Order (I) Authorizing Debtors to (A) Terminate the Blocked Account Control Agreement, (B) Transfer Funds to a New Securities Account Pursuant to the Terms of the Cash Management Order, and (C) Enter into a Securities Account Control Agreement Related Thereto, and (II) Granting Related Relief [Docket No. 1174]

    Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

    Responses Received:  None

    Related Documents:

    A.    Notice of Filing of the Revised Agreed Order (I) Authorizing Debtors to (A) Terminate the Blocked Account Control Agreement, (B) Transfer Funds to a New Securities Account Pursuant to the Terms of the Cash Management Order, and (C) Enter into a Securities Account Control Agreement Related Thereto, and (II) Granting Related Relief [Docket No. 1318]

    Status:  This matter is going forward.

3.    **Noteholder Committee's Motion to Establish Guidelines for Sharing of Information**.    Noteholder Committee's Motion for an Order Establishing Guidelines for the Sharing of Information with Holders of Second Priority Notes [Docket No. 1169]

    Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

    Responses Received:  None

    Related Documents:  None

    Status:  This matter is going forward.

KE 35938627

## II.    **CONTESTED MATTERS**

4.    <u>Examiner's Motion to Approve Discovery Protocol and Document Depository</u>. Motion of the Examiner for an Order (I) Approving Protocol and Procedures Governing Examiner Discovery, (II) Approving Establishment of a Document Depository, and (III) Granting Related Relief [Docket No. 1279]

<u>Objection Deadline</u>:  April 27, 2015, at 12:00 p.m. (prevailing Central Time)

<u>Responses Received</u>:

A.    Expedited Motion of Statutory Unsecured Claimholders' Committee for Order Implementing Protocol Coordinating Discovery by Statutory Committees and Examiner [Docket No. 1280]

B.    Objection of Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., <u>et al.</u> to Motion of the Examiner for an Order (I) Approving Protocol and Procedures Governing Examiner Discovery, (II) Approving Establishment of a Document Depository, and (III) Granting Related Relief [Docket No. 1302]

C.    First Lien Notes' Preliminary Response and Limited Objection to Proposed Protocols Governing Examiner Discovery [Docket No. 1303]

D.    Response of the Examiner to the Expedited Motion of Statutory Unsecured Claimholders' Committee for Order Implementing Protocol Coordinating Discovery by Statutory Committees and Examiner [Docket No. 1304]

E.    Preliminary Objection of the Ad Hoc Committee of First Lien Bank Lenders to the Expedited Motion of Statutory Unsecured Claimholders' Committee for Order Implementing Protocol Coordinating Discovery by Statutory Committees and Examiner [Docket No. 1305]

F.    Comenity Bank's Limited Objection to:  (A) Motion of the Examiner for an Order (I) Approving Protocol and Procedures Governing Examiner Discovery, (II) Approving Establishment of a Document Depository, and (III) Granting Related Relief (ECF No. 1279), and (B) Expedited Motion of Statutory Unsecured Claimholders' Committee for Order Implementing Protocol Coordinating Discovery by Statutory Committees and Examiner (ECF No. 1280) [Docket No. 1306]

G.    Comenity Bank's Limited Objection to:  (A) Motion of the Examiner for an Order (I) Approving Protocol and Procedures Governing Examiner Discovery, (II) Approving Establishment of a Document Depository, and (III) Granting Related Relief (ECF No. 1279), and (B) Expedited Motion of Statutory Unsecured Claimholders' Committee for Order Implementing Protocol Coordinating Discovery by Statutory Committees and Examiner (ECF No. 1280) [Docket No. 1307]

KE 35938627

Related Documents:  None

Status:  This matter is going forward.

5.   UCC's Rule 2004 Motion.    Routine Motion of Unsecured Claimholders'
Committee for an Order, Pursuant to Bankruptcy Rule 2004 and Local
Rule 9013-9, Authorizing Examinations of the Debtors and Certain Third Parties
[Docket No. 655]

Objection Deadline:  March 18, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.    Objection of Caesars Entertainment Corporation to "Routine" Motion of
Unsecured Claimholders' Committee for an Order Pursuant to Bankruptcy
Rule 2004 and Local Rule 9013-9 Authorizing Examinations of the
Debtors and Certain Third Parties [Docket No. 896]

B.    Limited Objection of Apollo Global Management, LLC to Routine Motion
of Unsecured Claimholders' Committee for an Order, Pursuant to
Bankruptcy Rule 2004 and Local Rule 9013-9, Authorizing Examinations
of the Debtors and Certain Third Parties and Joinder to Objection of
Caesars Entertainment Corporation [Docket No. 901]

C.    Response of TPG Capital, L.P., David Bonderman, and Kelvin Davis to
Routine Motion of Unsecured Claimholders' Committee for an Order,
Pursuant to Bankruptcy Rule 2004 and Local Rule 9013-9, Authorizing
Examinations of Debtors and Certain Third Parties [Docket No. 903]

D.    Objection of the Ad Hoc Committee of First Lien Bank Lenders to
Unsecured Claimholders' Committee's Bankruptcy Rule 2004 Motion
[Docket No. 904]

E.    Debtors' Response to Routine Motion of Unsecured Claimholders'
Committee for an Order, Pursuant to Bankruptcy Rule 2004 and Local
Rule 9013-9, Authorizing Examinations of the Debtors and Certain Third
Parties [Docket No. 906]

F.    First Lien Notes' Objection to Unsecured Claimholders' Committee
Motion Pursuant to Rule 2004 and Local Rule 9013-9 [Docket No. 907]

G.    Omnibus Reply of Statutory Unsecured Claimholders' Committee of
Caesars Entertainment Operating Company, Inc., et al. to Bankruptcy
Rule 2004 and Local Rule 9013-9, Authorizing Examinations of the
Debtors and Certain Third Parties [Docket No. 949]

Related Documents:

A.    Order Scheduling Status Hearing [Docket No. 1047]

KE 35938627

Status:  This matter is going forward.

6.      Debtors' Motion to Extend Exclusivity. Debtors' Motion to Extend Their
        Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof
        [Docket No. 1173]

        Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

        Responses Received:

        A.      Preliminary Objection of Noteholder Committee to Debtors' Motion to
                Extend Their Plan Exclusivity Periods [Docket No. 1243]

        B.      First Lien Notes' Preliminary Limited Objection to Debtors' Motion to
                Extend Exclusivity [Docket No. 1272]

        C.      Preliminary Objection of the Ad Hoc Committee of First Lien Bank
                Lenders to Debtors' Motion to Extend Their Exclusive Periods to File a
                Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1273]

        Related Documents:  None

        Status:  This matter is going forward for the purpose of scheduling.

7.      UCC's Motion to Compel.    Motion of Statutory Unsecured Claimholders'
        Committee Pursuant to Bankruptcy Code Sections 363(b)(1) and 1107(a) to
        Compel Debtor to Consent to Involuntary Chapter 11 Petition [Docket No. 1091]

        Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

        Responses Received:  None

        Related Documents:

        A.      Order - The Case Management Procedures are suspended with respect to
                this motion.  No objection or response of any kind may be filed to the
                motion pending further order of court.  [Docket No. 1117]

        Status:  The Court will address this matter pursuant to its order.

## III.   CONTINUED MATTERS

8.      Davison's Lift Stay Motion.  Motion for Relief from the Automatic Stay [Docket
        Nos. 559, 639]

        Objection Deadline:  March 18, 2015, at 4:00 p.m. (prevailing Central Time)

KE 35938627

Responses Received:

A.     Debtors' Omnibus Objection to the Motions of Vicki Davison and Joseph McClendon to Lift the Automatic Stay [Docket No. 898]

Related Documents:  None

Status:  This matter is continued.

9.     <u>McClendon's Lift Stay Motion</u>.   Motion for Relief from the Automatic Stay [Docket Nos. 560, 638]

Objection Deadline:  March 18, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.     Debtors' Omnibus Objection to the Motions of Vicki Davison and Joseph McClendon to Lift the Automatic Stay [Docket No. 898]

Related Documents:  None

Status:  This matter is continued.

10.    <u>Coletta Plaintiffs' Lift Stay Motion</u>.  Motion of the Coletta Plaintiffs for Relief from the Automatic Stay to the Extent of Available Insurance Coverage [Docket No. 624]

Objection Deadline:  March 18, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.     Debtors' Limited Objection and Reservation of Rights to Motion of the Coletta Plaintiffs for Relief from the Automatic Stay to the Extent of Available Insurance Coverage [Docket No. 900]

Related Documents:  None

Status:  ***This matter is continued.***

11.    <u>Vanessa Racine's Lift Stay Motion</u>.  Plaintiff Vanessa Racine's Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage and to Pursue Currently Pending Appeal [Docket No. 697]

Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.     Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]

Related Documents:  None

Status:  This matter is continued.

12.   Pennetta Plaintiffs' Lift Stay Motion.  Motion of Kathleen Pennetta and Thomas Pennetta for Relief from the Automatic Stay [Docket No. 973]

Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.   Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]

Related Documents:  None

Status:  This matter is continued.

13.   Saucedo-Jimenez's Lift Stay Motion.  Plaintiff's Motion for Relief from Stay to Continue Pending State Court Litigation [Docket No. 982]

Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.   Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]

Related Documents:  None

Status:  This matter is continued.

14.   Estate of Stephen T. Abbott's Lift Stay Motion.  Motion for Relief from the Automatic Stay to (A) Liquidate Claims and (B) Proceed Against the Non-Debtor Defendants and the Debtors' Insurance [Docket No. 1015]

Objection Deadline:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)

Responses Received:

A.   Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]

B.   Response of Zurich American Insurance Company to the Motion of Steven J. Abbott for Relief from the Automatic Stay [Docket No. 1277]

Related Documents:  None

Status:  This matter is continued.

7

15.    <u>Davis Plaintiffs' Lift Stay Motion</u>.  Motion of the Davis Plaintiffs for Relief from the Automatic Stay to the Extent of Available Insurance Coverage [Docket No. 1145]

> <u>Objection Deadline</u>:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)
>
> <u>Responses Received</u>:
>
> A.    Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]
>
> <u>Related Documents</u>:  None
>
> <u>Status</u>:  ***This matter is continued.***

16.    <u>Vong's Rule 2004 Motion</u>.  Routine Motion for Leave to Conduct Examination of Debtor and Related Entities Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 9013-9(A)(10) [Docket No. 1161]

> <u>Objection Deadline</u>:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)
>
> <u>Responses Received</u>:
>
> A.    Debtors' Objection to Sang S. Vong's Routine Motion for Leave to Conduct Examination of Debtor and Related Entities Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 9013-9(A)(10) [Docket No. 1274]
>
> <u>Related Documents</u>:  None
>
> <u>Status</u>:  This matter is continued.

17.    <u>Carella Plaintiffs' Lift Stay Motion</u>.  Motion for Relief from Stay in Order to Allow Prosecution of Personal Injury Claim with Any Recovery Limited to Available Insurance Proceeds [Docket No. 1171]

> <u>Objection Deadline</u>:  April 22, 2015, at 4:00 p.m. (prevailing Central Time)
>
> <u>Responses Received</u>:
>
> A.    Debtors' Omnibus Limited Preliminary Objection and Reservation of Rights to Pending Lift Stay Motions [Docket No. 1276]
>
> <u>Related Documents</u>:  None
>
> <u>Status</u>:  This matter is continued.

8

Dated:  April 28, 2015
Chicago, Illinois

*/s/ David R. Seligman, P.C.*

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

- and -

Paul M. Basta, P.C.
Nicole L. Greenblatt
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

*Proposed Counsel to the Debtors*
*and Debtors in Possession*