# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) | Case No. 15-01145 (ABG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD FROM MARCH 1, 2015 TO MARCH 31, 2015

Debtors' Address:          One Caesars Palace Drive
                          Las Vegas, NV  89109

Debtors' Attorneys:        James H.M. Sprayregen, P.C.
                          David R. Seligman, P.C.
                          **Kirkland & Ellis LLP**
                          **Kirkland & Ellis International LLP**
                          300 North LaSalle
                          Chicago, Illinois 60654
                          Telephone: (312) 862-2000
                          Facsimile:  (312) 862-2200
                          - and -
                          Paul M. Basta, P.C. (admitted pro hac vice)
                          Nicole L. Greenblatt (admitted pro hac vice)
                          **Kirkland & Ellis LLP**
                          **Kirkland & Ellis International LLP**
                          601 Lexington Avenue
                          New York, New York  10022-4611
                          Telephone: (212) 446-4800
                          Facsimile:  (212) 446-4900

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

This Monthly Operating Report has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States.

I declare under penalty of perjury that this report and the attached documents are true and correct to the best of my knowledge, information, and belief.

April 30, 2015

_____
Mary E. Higgins
Chief Financial Officer of
Caesars Entertainment Operating Company, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:          15-01145 (ABG)
COMPANY, INC., et al.                             Reporting Period:  3/1/2015 - 3/31/2015

Debtors.

**Monthly Operating Report for the Period
From March 1, 2015 to March 31, 2015**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts | MOR-1a | X | |
| Schedule of Cash Disbursements | MOR-1b | X | |
| Bank Account Information | MOR-1c | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4a | X | |
| Schedule of Payments to Professionals | MOR-5 | X | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:          15-01145 (ABG)
COMPANY, INC., et al.  Debtors.                  Reporting Period:  3/1/2015 - 3/31/2015

| **Notes to the Monthly Operating Report** |
| --- |

This Monthly Operating Report includes activity for the following Debtors:

| Debtor | Case Number |
| --- | --- |
| 190 Flamingo, LLC | 15-01263 (ABG) |
| 3535 LV Corp. | 15-01146 (ABG) |
| 3535 LV Parent, LLC | 15-01149 (ABG) |
| AJP Holdings, LLC | 15-01297 (ABG) |
| AJP Parent, LLC | 15-01264 (ABG) |
| B I Gaming Corporation | 15-01147 (ABG) |
| Bally's Las Vegas Manager, LLC | 15-01265 (ABG) |
| Bally's Midwest Casino, Inc. | 15-01315 (ABG) |
| Bally's Park Place, Inc. | 15-01148 (ABG) |
| Benco, Inc. | 15-01152 (ABG) |
| Biloxi Hammond, LLC | 15-01156 (ABG) |
| Biloxi Village Walk Development, LLC | 15-01208 (ABG) |
| BL Development Corp. | 15-01150 (ABG) |
| Boardwalk Regency Corporation | 15-01151 (ABG) |
| BPP Providence Acquisition Company, LLC | 15-01180 (ABG) |
| Caesars Air, LLC | 15-01267 (ABG) |
| Caesars Baltimore Acquisition Company, LLC | 15-01268 (ABG) |
| Caesars Baltimore Development Company, LLC | 15-01183 (ABG) |
| Caesars Baltimore Management Company, LLC | 15-01165 (ABG) |
| Caesars Entertainment Canada Holding, Inc. | 15-01158 (ABG) |
| Caesars Entertainment Finance Corp. | 15-01153 (ABG) |
| Caesars Entertainment Golf, Inc. | 15-01154 (ABG) |
| Caesars Entertainment Operating Company, Inc. | 15-01145 (ABG) |
| Caesars Entertainment Retail, Inc. | 15-01157 (ABG) |
| Caesars Entertainment Windsor Limited | 15-01190 (ABG) |
| Caesars Escrow Corporation | 15-01155 (ABG) |
| Caesars India Sponsor Company, LLC | 15-01194 (ABG) |
| Caesars License Company, LLC | 15-01199 (ABG) |
| Caesars Marketing Services Corporation | 15-01203 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING       Case No.:              15-01145 (ABG)
COMPANY, INC., et al.  Debtors.                Reporting Period:      3/1/2015 - 3/31/2015

| Debtor | Case Number |
|--------|-------------|
| Caesars Massachusetts Acquisition Company, LLC | 15-01270 (ABG) |
| Caesars Massachusetts Development Company, LLC | 15-01166 (ABG) |
| Caesars Massachusetts Investment Company, LLC | 15-01168 (ABG) |
| Caesars Massachusetts Management Company, LLC | 15-01170 (ABG) |
| Caesars New Jersey, Inc. | 15-01159 (ABG) |
| Caesars Operating Escrow LLC | 15-01272 (ABG) |
| Caesars Palace Corporation | 15-01161 (ABG) |
| Caesars Palace Realty Corp. | 15-01164 (ABG) |
| Caesars Palace Sports Promotions, Inc. | 15-01169 (ABG) |
| Caesars Riverboat Casino, LLC | 15-01172 (ABG) |
| Caesars Trex, Inc. | 15-01171 (ABG) |
| Caesars United Kingdom, Inc. | 15-01174 (ABG) |
| Caesars World Marketing Corporation | 15-01176 (ABG) |
| Caesars World Merchandising, Inc. | 15-01160 (ABG) |
| Caesars World, Inc. | 15-01173 (ABG) |
| California Clearing Corporation | 15-01177 (ABG) |
| Casino Computer Programming, Inc. | 15-01162 (ABG) |
| CG Services, LLC | 15-01179 (ABG) |
| Chester Facility Holding Company, LLC | 15-01313 (ABG) |
| Christian County Land Acquisition Company, LLC | 15-01274 (ABG) |
| Consolidated Supplies, Services and Systems | 15-01163 (ABG) |
| Corner Investment Company Newco, LLC | 15-01275 (ABG) |
| Cromwell Manager, LLC | 15-01276 (ABG) |
| CZL Development Company, LLC | 15-01278 (ABG) |
| CZL Management Company, LLC | 15-01279 (ABG) |
| DCH Exchange, LLC | 15-01281 (ABG) |
| DCH Lender, LLC | 15-01282 (ABG) |
| Des Plaines Development Limited Partnership | 15-01144 (ABG) |
| Desert Palace, Inc. | 15-01167 (ABG) |
| Durante Holdings, LLC | 15-01209 (ABG) |
| East Beach Development Corporation | 15-01175 (ABG) |
| FHR Corporation | 15-01178 (ABG) |
| FHR Parent, LLC | 15-01212 (ABG) |
| Flamingo-Laughlin Parent, LLC | 15-01216 (ABG) |
| Flamingo-Laughlin, Inc. | 15-01219 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING     Case No.:           15-01145 (ABG)
COMPANY, INC., et al.  Debtors.             Reporting Period:   3/1/2015 - 3/31/2015

| Debtor | Case Number |
| --- | --- |
| GCA Acquisition Subsidiary, Inc. | 15-01181 (ABG) |
| GNOC, Corp. | 15-01184 (ABG) |
| Grand Casinos of Biloxi, LLC | 15-01221 (ABG) |
| Grand Casinos of Mississippi, LLC - Gulfport | 15-01223 (ABG) |
| Grand Casinos, Inc. | 15-01186 (ABG) |
| Grand Media Buying, Inc. | 15-01187 (ABG) |
| Harrah South Shore Corporation | 15-01224 (ABG) |
| Harrah's Arizona Corporation | 15-01213 (ABG) |
| Harrah's Bossier City Investment Company, LLC | 15-01218 (ABG) |
| Harrah's Bossier City Management Company, LLC | 15-01220 (ABG) |
| Harrah's Chester Downs Investment Company, LLC | 15-01283 (ABG) |
| Harrah's Chester Downs Management Company, LLC | 15-01314 (ABG) |
| Harrah's Illinois Corporation | 15-01182 (ABG) |
| Harrah's Interactive Investment Company | 15-01189 (ABG) |
| Harrah's International Holding Company, Inc. | 15-01192 (ABG) |
| Harrah's Investments, Inc. | 15-01193 (ABG) |
| Harrah's Iowa Arena Management, LLC | 15-01284 (ABG) |
| Harrah's Management Company | 15-01195 (ABG) |
| Harrah's Maryland Heights Operating Company | 15-01286 (ABG) |
| Harrah's MH Project, LLC | 15-01288 (ABG) |
| Harrah's NC Casino Company, LLC | 15-01280 (ABG) |
| Harrah's New Orleans Management Company | 15-01222 (ABG) |
| Harrah's North Kansas City LLC | 15-01266 (ABG) |
| Harrah's Operating Company Memphis, LLC | 15-01269 (ABG) |
| Harrah's Pittsburgh Management Company | 15-01197 (ABG) |
| Harrah's Reno Holding Company, Inc. | 15-01198 (ABG) |
| Harrah's Shreveport Investment Company, LLC | 15-01225 (ABG) |
| Harrah's Shreveport Management Company, LLC | 15-01185 (ABG) |
| Harrah's Shreveport-Bossier City Holding Company, LLC | 15-01188 (ABG) |
| Harrah's Shreveport-Bossier City Investment Company, LLC | 15-01262 (ABG) |
| Harrah's Southwest Michigan Casino Corporation | 15-01201 (ABG) |
| Harrah's Travel, Inc. | 15-01202 (ABG) |
| Harrah's West Warwick Gaming Company, LLC | 15-01271 (ABG) |
| Harveys BR Management Company, Inc. | 15-01204 (ABG) |
| Harveys C.C. Management Company, Inc. | 15-01205 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al.  Debtors.                   Reporting Period:      3/1/2015 - 3/31/2015

| Debtor | Case Number |
|--------|-------------|
| Harveys Iowa Management Company, Inc. | 15-01206 (ABG) |
| Harveys Tahoe Management Company, Inc. | 15-01191 (ABG) |
| H-BAY, LLC | 15-01273 (ABG) |
| HBR Realty Company, Inc. | 15-01207 (ABG) |
| HCAL, LLC | 15-01196 (ABG) |
| HCR Services Company, Inc. | 15-01210 (ABG) |
| HEI Holding Company One, Inc. | 15-01211 (ABG) |
| HEI Holding Company Two, Inc. | 15-01214 (ABG) |
| HHLV Management Company, LLC | 15-01277 (ABG) |
| HIE Holdings Topco, Inc. | 15-01215 (ABG) |
| Hole in the Wall, LLC | 15-01285 (ABG) |
| Horseshoe Entertainment | 15-01200 (ABG) |
| Horseshoe Gaming Holding, LLC | 15-01227 (ABG) |
| Horseshoe GP, LLC | 15-01230 (ABG) |
| Horseshoe Hammond, LLC | 15-01232 (ABG) |
| Horseshoe Shreveport, L.L.C. | 15-01233 (ABG) |
| HTM Holding, Inc. | 15-01217 (ABG) |
| JCC Holding Company II Newco, LLC | 15-01287 (ABG) |
| Koval Holdings Company, LLC | 15-01289 (ABG) |
| Koval Investment Company, LLC | 15-01235 (ABG) |
| Las Vegas Golf Management, LLC | 15-01237 (ABG) |
| Las Vegas Resort Development, Inc. | 15-01231 (ABG) |
| Laundry Parent, LLC | 15-01239 (ABG) |
| LVH Corporation | 15-01234 (ABG) |
| LVH Parent, LLC | 15-01241 (ABG) |
| Martial Development Corp. | 15-01236 (ABG) |
| Nevada Marketing, LLC | 15-01290 (ABG) |
| New Gaming Capital Partnership | 15-01244 (ABG) |
| Ocean Showboat, Inc. | 15-01238 (ABG) |
| Octavius Linq Holding Co., LLC | 15-01246 (ABG) |
| Parball Corporation | 15-01240 (ABG) |
| Parball Parent, LLC | 15-01248 (ABG) |
| PH Employees Parent, LLC | 15-01249 (ABG) |
| PHW Investments, LLC | 15-01291 (ABG) |
| PHW Las Vegas, LLC | 15-01251 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al.  Debtors.                  Reporting Period:      3/1/2015 - 3/31/2015

| Debtor | Case Number |
|---|---|
| PHW Manager, LLC | 15-01312 (ABG) |
| Players Bluegrass Downs, Inc. | 15-01242 (ABG) |
| Players Development, Inc. | 15-01253 (ABG) |
| Players Holding, LLC | 15-01255 (ABG) |
| Players International, LLC | 15-01292 (ABG) |
| Players LC, LLC | 15-01307 (ABG) |
| Players Maryland Heights Nevada, LLC | 15-01257 (ABG) |
| Players Resources, Inc. | 15-01243 (ABG) |
| Players Riverboat II, LLC | 15-01309 (ABG) |
| Players Riverboat Management, LLC | 15-01226 (ABG) |
| Players Riverboat, LLC | 15-01228 (ABG) |
| Players Services, Inc. | 15-01229 (ABG) |
| Reno Crossroads LLC | 15-01293 (ABG) |
| Reno Projects, Inc. | 15-01245 (ABG) |
| Rio Development Company, Inc. | 15-01247 (ABG) |
| Robinson Property Group Corp. | 15-01250 (ABG) |
| Roman Entertainment Corporation of Indiana | 15-01252 (ABG) |
| Roman Holding Corporation of Indiana | 15-01254 (ABG) |
| Showboat Atlantic City Mezz 1, LLC | 15-01295 (ABG) |
| Showboat Atlantic City Mezz 2, LLC | 15-01296 (ABG) |
| Showboat Atlantic City Mezz 3, LLC | 15-01298 (ABG) |
| Showboat Atlantic City Mezz 4, LLC | 15-01300 (ABG) |
| Showboat Atlantic City Mezz 5, LLC | 15-01302 (ABG) |
| Showboat Atlantic City Mezz 6, LLC | 15-01303 (ABG) |
| Showboat Atlantic City Mezz 7, LLC | 15-01305 (ABG) |
| Showboat Atlantic City Mezz 8, LLC | 15-01306 (ABG) |
| Showboat Atlantic City Mezz 9, LLC | 15-01308 (ABG) |
| Showboat Atlantic City Operating Company, LLC | 15-01256 (ABG) |
| Showboat Atlantic City Propco, LLC | 15-01258 (ABG) |
| Showboat Holding, Inc. | 15-01261 (ABG) |
| Southern Illinois Riverboat-Casino Cruises, Inc. | 15-01143 (ABG) |
| Tahoe Garage Propco, LLC | 15-01310 (ABG) |
| The Quad Manager, LLC | 15-01294 (ABG) |
| TRB Flamingo, LLC | 15-01299 (ABG) |
| Trigger Real Estate Corporation | 15-01259 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al.  Debtors.                  Reporting Period:      3/1/2015 - 3/31/2015

| Debtor | Case Number |
|--------|-------------|
| Tunica Roadhouse Corporation | 15-01260 (ABG) |
| Village Walk Construction, LLC | 15-01304 (ABG) |
| Winnick Holdings, LLC | 15-01311 (ABG) |
| Winnick Parent, LLC | 15-01301 (ABG) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:             15-01145 (ABG)
COMPANY, INC., et al. Debtors.                   Reporting Period:    3/1/2015 - 3/31/2015

| Notes to the Monthly Operating Report |
| --- |

### General Notes

#### Description of These Chapter 11 Cases

On January 15, 2015 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under In re Caesars Entertainment Operating Company, Inc., No. 15-01145 (ABG) (Bankr. N.D. Ill.) pursuant to an order entered by the Bankruptcy Court on January 16, 2015 [Docket No. 43].  On February 5, 2015, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee") appointed a statutory committee of unsecured creditors and a statutory committee of second priority noteholders, in each case pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket Nos. 264, 266, 317].  On March 12, 2015, the Bankruptcy Court entered an order granting in part and denying in part the motions to appoint an examiner pursuant to section 1104 of the Bankruptcy Code [Docket No. 675].  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website:  https://cases.primeclerk.com/ceoc/.

#### Notes to MOR-1a and 1b:

Cash is received and disbursed by the Debtors as described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Their Cash Management System, (B) Maintain Their Existing Bank Accounts and Business Forms, and (C) Continue Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion") and is consistent with the Debtors' historical cash management practices.

Cash receipts and disbursements reflected herein include activity from March 1, 2015 to March 31, 2015.  Due to the nature of the Debtors' cash management system, disbursements reflected in MOR-1b are primarily made through Caesars Enterprise Services, LLC ("CES"), which, in turn, remit such disbursements to vendors, creditors, or other third parties providing goods and/or services to the Debtor entity making such disbursement.  In addition, in limited circumstances, certain disbursements are reflected on an expense basis.  Therefore, timing differences may occur.

Cash receipts and disbursements related to intercompany transfers among the Debtors, non-Debtor subsidiaries and affiliates, such as cash concentration account sweeps and expense reimbursements, are excluded from total cash receipts and disbursements set forth in MOR-1a and MOR-1b.  Cash receipts and disbursements include certain intercompany and related party operational revenue and expense transactions, such as management fees received from affiliates and the funding of the allocated portion of shared services expenses incurred at CES.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  CAESARS ENTERTAINMENT OPERATING | Case No.: | 15-01145 (ABG) |
| COMPANY, INC., et al. Debtors. | Reporting Period: | 3/1/2015 - 3/31/2015 |

## Notes to the Monthly Operating Report

### Notes to MOR-1c:

Amounts listed are the Bank Balances as of the end of the month.

Copies of the bank statements and cash disbursement journals were not included with this MOR due to the voluminous nature of these reports and are available upon reasonable request in writing to counsel for the Debtors.

### Notes to MOR-2 and MOR-3:

This Monthly Operating Report ("MOR") has been prepared on a consolidated basis for the Debtors.  For the basis of presentation, "affiliates" reflect investments made by CEOC or other enterprise wide non-CEOC entities. Non-debtor CEOC subsidiaries are accounted for using the equity method.  The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases.

As noted above, this MOR is not prepared in accordance with GAAP and does not include all of the information and footnotes required thereby.  Additionally certain transactions that would be required to be included in GAAP financial statements are not reflected in this MOR.  There can be no assurance that the consolidated financial information presented herein is complete, and readers are strongly cautioned not to place reliance on this MOR, which was not prepared for the purpose of providing the basis for an investment decision relating to any of the securities of the Debtors.

The unaudited financial statements have been derived from the books and records of the Debtors.  The information furnished in this MOR includes certain normal recurring adjustments, but may not include all the adjustments that would typically be made for the quarterly and annual consolidated financial statements in accordance with GAAP.    Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual consolidated financial information in accordance with GAAP.  Upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment (which may be material) and reconciliation.  However, the Debtors are not required to publicly update this MOR to reflect more current facts or estimates, or upon the occurrence of future events, including if the facts, estimates, or assumptions upon which this MOR is based change.

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and cash flows of the Debtors in the future.  The Debtors have not made and do not make any representation to any person regarding the Debtors' future results.

Intercompany transactions between Debtors have been eliminated from the financial statements contained herein.  Intercompany transactions with the Debtors' non-Debtor subsidiaries and affiliates have been included in the financial statements.

As a result of the Debtors' chapter 11 filings, the payment of prepetition indebtedness is subject to

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors.                   Reporting Period:      3/1/2015 - 3/31/2015

| Notes to the Monthly Operating Report |
|---|

compromise or other treatment under a plan of reorganization.  The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Bankruptcy Court actions, payments pursuant to Bankruptcy Court order, further developments with respect to, among other things, the reconciliation and adjudication of claims, determinations of the secured status of certain claims, the value of any collateral securing such claims, rejection of executory contracts, or other events.  The determination of how liabilities will ultimately be settled and treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time.

There can be no assurance that, from the perspective of an investor or potential investor in the Debtors' securities that this MOR is complete.  Likewise, no assurance can be given as to the value, if any, that may be ascribed to the Debtors' various prepetition liabilities and other securities.  Results set forth in this MOR should not be viewed as indicative of future results.  Accordingly, caution should be exercised with respect to existing and future investments in any of these securities or claims against the Debtors.

**Notes to MOR-4a:**

For status of postpetition tax payments, see disclosures as noted on MOR-4a. Due to the level of detailed records, (i) copies of IRS Form 6123 or payment receipts, (ii) copies of tax returns filed during the reporting period, and (iii) a taxes aging schedule are available upon reasonable request in writing to counsel for the Debtors.

MOR – 1a & MOR – 1b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:  CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al. Debtors. | Case No.: | 15-01145 (ABG) |
|---|---|---|
| | Reporting Period: | 3/1/2015 - 3/31/2015 |

## Schedule of Cash Disbursements & Receipts

**TIME PERIOD:  3/1/2015 through 3/31/2015**

| Debtor Entity Name | Case Number | Total Cash Disbursements | Total Cash Receipts |
|---|---|---|---|
| 190 Flamingo, LLC | 15-01263 (ABG) | $0 | $0 |
| 3535 LV Corp. | 15-01146 (ABG) | $0 | $0 |
| 3535 LV Parent, LLC | 15-01149 (ABG) | $0 | $0 |
| AJP Holdings, LLC | 15-01297 (ABG) | $0 | $0 |
| AJP Parent, LLC | 15-01264 (ABG) | $0 | $0 |
| B I Gaming Corporation | 15-01147 (ABG) | $0 | $0 |
| Bally's Las Vegas Manager, LLC | 15-01265 (ABG) | $0 | $0 |
| Bally's Midwest Casino, Inc. | 15-01315 (ABG) | $225 | $0 |
| Bally's Park Place, Inc. | 15-01148 (ABG) | $15,818,139 | $20,513,696 |
| Benco, Inc. | 15-01152 (ABG) | $275,153 | $0 |
| Biloxi Hammond, LLC | 15-01156 (ABG) | $164,006 | $0 |
| Biloxi Village Walk Development, LLC | 15-01208 (ABG) | $0 | $0 |
| BL Development Corp. | 15-01150 (ABG) | $1,616,185 | $0 |
| Boardwalk Regency Corporation | 15-01151 (ABG) | $21,156,571 | $34,898,592 |
| BPP Providence Acquisition Company, LLC | 15-01180 (ABG) | $0 | $0 |
| Caesars Air, LLC | 15-01267 (ABG) | $0 | $0 |
| Caesars Baltimore Acquisition Company, LLC | 15-01268 (ABG) | $0 | $0 |
| Caesars Baltimore Development Company, LLC | 15-01183 (ABG) | $0 | $0 |
| Caesars Baltimore Management Company, LLC | 15-01165 (ABG) | $3,687,277 | $0 |
| Caesars Entertainment Canada Holding, Inc. | 15-01158 (ABG) | $0 | $0 |
| Caesars Entertainment Finance Corp. | 15-01153 (ABG) | $2,000 | $0 |
| Caesars Entertainment Golf, Inc. | 15-01154 (ABG) | $146,830 | $0 |
| Caesars Entertainment Operating Company, Inc. | 15-01145 (ABG) | $97,620,523 | $24,845,555 |
| Caesars Entertainment Retail, Inc. | 15-01157 (ABG) | $0 | $0 |
| Caesars Entertainment Windsor Limited | 15-01190 (ABG) | $41,377 | $0 |
| Caesars Escrow Corporation | 15-01155 (ABG) | $0 | $0 |
| Caesars India Sponsor Company, LLC | 15-01194 (ABG) | $0 | $0 |
| Caesars License Company, LLC | 15-01199 (ABG) | $300 | $0 |
| Caesars Marketing Services Corporation | 15-01203 (ABG) | $10,465 | $0 |
| Caesars Massachusetts Acquisition Company, LLC | 15-01270 (ABG) | $0 | $0 |
| Caesars Massachusetts Development Company, LLC | 15-01166 (ABG) | $0 | $0 |
| Caesars Massachusetts Investment Company, LLC | 15-01168 (ABG) | $0 | $0 |
| Caesars Massachusetts Management Company, LLC | 15-01170 (ABG) | $0 | $0 |
| Caesars New Jersey, Inc. | 15-01159 (ABG) | $0 | $0 |
| Caesars Operating Escrow LLC | 15-01272 (ABG) | $0 | $0 |
| Caesars Palace Corporation | 15-01161 (ABG) | $225 | $0 |
| Caesars Palace Realty Corp. | 15-01164 (ABG) | $0 | $0 |
| Caesars Palace Sports Promotions, Inc. | 15-01169 (ABG) | $0 | $0 |
| Caesars Riverboat Casino, LLC | 15-01172 (ABG) | $14,796,710 | $16,691,891 |
| Caesars Trex, Inc. | 15-01171 (ABG) | $0 | $0 |

MOR – 1a & MOR – 1b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING
COMPANY, INC., et al. Debtors.

Case No.:                    15-01145 (ABG)
Reporting Period:    3/1/2015 - 3/31/2015

## Schedule of Cash Disbursements & Receipts

| Debtor Entity Name | Case Number | Total Cash Disbursements | Total Cash Receipts |
|---|---|---:|---:|
| Caesars United Kingdom, Inc. | 15-01174 (ABG) | $0 | $0 |
| Caesars World Marketing Corporation | 15-01176 (ABG) | $325 | $0 |
| Caesars World Merchandising, Inc. | 15-01160 (ABG) | $3,036,479 | $213 |
| Caesars World, Inc. | 15-01173 (ABG) | $2,000 | $167,327 |
| California Clearing Corporation | 15-01177 (ABG) | $0 | $0 |
| Casino Computer Programming, Inc. | 15-01162 (ABG) | $0 | $0 |
| CG Services, LLC | 15-01179 (ABG) | $0 | $0 |
| Chester Facility Holding Company, LLC | 15-01313 (ABG) | $2,431 | $0 |
| Christian County Land Acquisition Company, LLC | 15-01274 (ABG) | $0 | $0 |
| Consolidated Supplies, Services and Systems | 15-01163 (ABG) | $0 | $0 |
| Corner Investment Company Newco, LLC | 15-01275 (ABG) | $0 | $0 |
| Cromwell Manager, LLC | 15-01276 (ABG) | $0 | $0 |
| CZL Development Company, LLC | 15-01278 (ABG) | $0 | $0 |
| CZL Management Company, LLC | 15-01279 (ABG) | $0 | $0 |
| DCH Exchange, LLC | 15-01281 (ABG) | $0 | $0 |
| DCH Lender, LLC | 15-01282 (ABG) | $0 | $0 |
| Des Plaines Development Limited Partnership | 15-01144 (ABG) | $3,452,663 | $563,434 |
| Desert Palace, Inc. | 15-01167 (ABG) | $54,607,484 | $101,033,796 |
| Durante Holdings, LLC | 15-01209 (ABG) | $0 | $0 |
| East Beach Development Corporation | 15-01175 (ABG) | $14,375 | $0 |
| FHR Corporation | 15-01178 (ABG) | $0 | $0 |
| FHR Parent, LLC | 15-01212 (ABG) | $0 | $0 |
| Flamingo-Laughlin Parent, LLC | 15-01216 (ABG) | $0 | $0 |
| Flamingo-Laughlin, Inc. | 15-01219 (ABG) | $0 | $0 |
| GCA Acquisition Subsidiary, Inc. | 15-01181 (ABG) | $1,483 | $0 |
| GNOC, Corp. | 15-01184 (ABG) | $2,000 | $0 |
| Grand Casinos of Biloxi, LLC | 15-01221 (ABG) | $6,090,118 | $8,777,919 |
| Grand Casinos of Mississippi, LLC - Gulfport | 15-01223 (ABG) | $0 | $0 |
| Grand Casinos, Inc. | 15-01186 (ABG) | $14,176 | $0 |
| Grand Media Buying, Inc. | 15-01187 (ABG) | $25 | $0 |
| Harrah South Shore Corporation | 15-01224 (ABG) | $26,634 | $0 |
| Harrah's Arizona Corporation | 15-01213 (ABG) | $1,526,436 | $0 |
| Harrah's Bossier City Investment Company, LLC | 15-01218 (ABG) | $3,895,214 | $3,925,855 |
| Harrah's Bossier City Management Company, LLC | 15-01220 (ABG) | $0 | $0 |
| Harrah's Chester Downs Investment Company, LLC | 15-01283 (ABG) | $0 | $0 |
| Harrah's Chester Downs Management Company, LLC | 15-01314 (ABG) | $4,234,241 | $0 |
| Harrah's Illinois Corporation | 15-01182 (ABG) | $6,226,481 | $18,287,456 |
| Harrah's Interactive Investment Company | 15-01189 (ABG) | $0 | $0 |
| Harrah's International Holding Company, Inc. | 15-01192 (ABG) | $225 | $0 |
| Harrah's Investments, Inc. | 15-01193 (ABG) | $0 | $0 |
| Harrah's Iowa Arena Management, LLC | 15-01284 (ABG) | $30 | $0 |
| Harrah's Management Company | 15-01195 (ABG) | $0 | $0 |
| Harrah's Maryland Heights Operating Company | 15-01286 (ABG) | $7,102 | $0 |

MOR – 1a & MOR – 1b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING      Case No.:          15-01145 (ABG)
COMPANY, INC., et al. Debtors.                Reporting Period:  3/1/2015 - 3/31/2015

## Schedule of Cash Disbursements & Receipts

| Debtor Entity Name | Case Number | Total Cash Disbursements | Total Cash Receipts |
|---|---|---|---|
| Harrah's MH Project, LLC | 15-01288 (ABG) | $0 | $0 |
| Harrah's NC Casino Company, LLC | 15-01280 (ABG) | $460,569 | $0 |
| Harrah's New Orleans Management Company | 15-01222 (ABG) | $0 | $0 |
| Harrah's North Kansas City LLC | 15-01266 (ABG) | $9,299,144 | $16,546,715 |
| Harrah's Operating Company Memphis, LLC | 15-01269 (ABG) | $2,892,295 | $0 |
| Harrah's Pittsburgh Management Company | 15-01197 (ABG) | $0 | $0 |
| Harrah's Reno Holding Company, Inc. | 15-01198 (ABG) | $0 | $0 |
| Harrah's Shreveport Investment Company, LLC | 15-01225 (ABG) | $0 | $0 |
| Harrah's Shreveport Management Company, LLC | 15-01185 (ABG) | $0 | $0 |
| Harrah's Shreveport-Bossier City Holding Company, LLC | 15-01188 (ABG) | $0 | $0 |
| Harrah's Shreveport-Bossier City Investment Company, LLC | 15-01262 (ABG) | $0 | $0 |
| Harrah's Southwest Michigan Casino Corporation | 15-01201 (ABG) | $0 | $0 |
| Harrah's Travel, Inc. | 15-01202 (ABG) | $93 | $0 |
| Harrah's West Warwick Gaming Company, LLC | 15-01271 (ABG) | $0 | $0 |
| Harveys BR Management Company, Inc. | 15-01204 (ABG) | $8,787,999 | $14,120,282 |
| Harveys C.C. Management Company, Inc. | 15-01205 (ABG) | $0 | $0 |
| Harveys Iowa Management Company, Inc. | 15-01206 (ABG) | $3,945,914 | $7,458,191 |
| Harveys Tahoe Management Company, Inc. | 15-01191 (ABG) | $11,577,758 | $13,207,249 |
| H-BAY, LLC | 15-01273 (ABG) | $0 | $0 |
| HBR Realty Company, Inc. | 15-01207 (ABG) | $0 | $0 |
| HCAL, LLC | 15-01196 (ABG) | $3,581,403 | $0 |
| HCR Services Company, Inc. | 15-01210 (ABG) | $0 | $0 |
| HEI Holding Company One, Inc. | 15-01211 (ABG) | $0 | $0 |
| HEI Holding Company Two, Inc. | 15-01214 (ABG) | $0 | $0 |
| HHLV Management Company, LLC | 15-01277 (ABG) | $0 | $0 |
| HIE Holdings Topco, Inc. | 15-01215 (ABG) | $900 | $0 |
| Hole in the Wall, LLC | 15-01285 (ABG) | $355,589 | $419,887 |
| Horseshoe Entertainment | 15-01200 (ABG) | $13,711,044 | $15,057,806 |
| Horseshoe Gaming Holding, LLC | 15-01227 (ABG) | $0 | $0 |
| Horseshoe GP, LLC | 15-01230 (ABG) | $0 | $0 |
| Horseshoe Hammond, LLC | 15-01232 (ABG) | $29,796,248 | $44,194,180 |
| Horseshoe Shreveport, L.L.C. | 15-01233 (ABG) | $0 | $0 |
| HTM Holding, Inc. | 15-01217 (ABG) | $0 | $0 |
| JCC Holding Company II Newco, LLC | 15-01287 (ABG) | $0 | $0 |
| Koval Holdings Company, LLC | 15-01289 (ABG) | $0 | $0 |
| Koval Investment Company, LLC | 15-01235 (ABG) | $0 | $0 |
| Las Vegas Golf Management, LLC | 15-01237 (ABG) | $0 | $0 |
| Las Vegas Resort Development, Inc. | 15-01231 (ABG) | $0 | $0 |
| Laundry Parent, LLC | 15-01239 (ABG) | $0 | $0 |
| LVH Corporation | 15-01234 (ABG) | $0 | $0 |
| LVH Parent, LLC | 15-01241 (ABG) | $0 | $0 |
| Martial Development Corp. | 15-01236 (ABG) | $0 | $0 |
| Nevada Marketing, LLC | 15-01290 (ABG) | $0 | $0 |

MOR – 1a & MOR – 1b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors.                   Reporting Period:      3/1/2015 - 3/31/2015

| Schedule of Cash Disbursements & Receipts |
|---|

| Debtor Entity Name | Case Number | Total Cash Disbursements | Total Cash Receipts |
|---|---|---|---|
| New Gaming Capital Partnership | 15-01244 (ABG) | $0 | $0 |
| Ocean Showboat, Inc. | 15-01238 (ABG) | $0 | $0 |
| Octavius Linq Holding Co., LLC | 15-01246 (ABG) | $0 | $0 |
| Parball Corporation (1) | 15-01240 (ABG) | $1,889,451 | $0 |
| Parball Parent, LLC | 15-01248 (ABG) | $0 | $0 |
| PH Employees Parent, LLC | 15-01249 (ABG) | $0 | $0 |
| PHW Investments, LLC | 15-01291 (ABG) | $0 | $0 |
| PHW Las Vegas, LLC | 15-01251 (ABG) | $0 | $0 |
| PHW Manager, LLC | 15-01312 (ABG) | $0 | $0 |
| Players Bluegrass Downs, Inc. | 15-01242 (ABG) | $43,015 | $92,594 |
| Players Development, Inc. | 15-01253 (ABG) | $0 | $0 |
| Players Holding, LLC | 15-01255 (ABG) | $0 | $0 |
| Players International, LLC | 15-01292 (ABG) | $0 | $0 |
| Players LC, LLC | 15-01307 (ABG) | $0 | $0 |
| Players Maryland Heights Nevada, LLC | 15-01257 (ABG) | $0 | $0 |
| Players Resources, Inc. | 15-01243 (ABG) | $0 | $0 |
| Players Riverboat II, LLC | 15-01309 (ABG) | $0 | $0 |
| Players Riverboat Management, LLC | 15-01226 (ABG) | $0 | $0 |
| Players Riverboat, LLC | 15-01228 (ABG) | $0 | $0 |
| Players Services, Inc. | 15-01229 (ABG) | $0 | $0 |
| Reno Crossroads LLC | 15-01293 (ABG) | $0 | $0 |
| Reno Projects, Inc. | 15-01245 (ABG) | $0 | $0 |
| Rio Development Company, Inc. | 15-01247 (ABG) | $136,659 | $0 |
| Robinson Property Group Corp. | 15-01250 (ABG) | $11,167,874 | $18,073,139 |
| Roman Entertainment Corporation of Indiana | 15-01252 (ABG) | $0 | $0 |
| Roman Holding Corporation of Indiana | 15-01254 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 1, LLC | 15-01295 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 2, LLC | 15-01296 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 3, LLC | 15-01298 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 4, LLC | 15-01300 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 5, LLC | 15-01302 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 6, LLC | 15-01303 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 7, LLC | 15-01305 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 8, LLC | 15-01306 (ABG) | $0 | $0 |
| Showboat Atlantic City Mezz 9, LLC | 15-01308 (ABG) | $0 | $0 |
| Showboat Atlantic City Operating Company, LLC | 15-01256 (ABG) | $70,836 | $3,314,477 |
| Showboat Atlantic City Propco, LLC | 15-01258 (ABG) | $0 | $0 |
| Showboat Holding, Inc. | 15-01261 (ABG) | $50 | $0 |
| Southern Illinois Riverboat-Casino Cruises, Inc. | 15-01143 (ABG) | $3,864,458 | $7,995,393 |
| Tahoe Garage Propco, LLC | 15-01310 (ABG) | $0 | $0 |
| The Quad Manager, LLC | 15-01294 (ABG) | $0 | $0 |
| TRB Flamingo, LLC | 15-01299 (ABG) | $0 | $0 |
| Trigger Real Estate Corporation | 15-01259 (ABG) | $200 | $0 |

MOR – 1a & MOR – 1b

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING     Case No.:            15-01145 (ABG)
COMPANY, INC., et al. Debtors.              Reporting Period:    3/1/2015 - 3/31/2015

## Schedule of Cash Disbursements & Receipts

| Debtor Entity Name | Case Number | Total Cash Disbursements | Total Cash Receipts |
|---|---|---|---|
| Tunica Roadhouse Corporation | 15-01260 (ABG) | $1,552,840 | $1,293,454 |
| Village Walk Construction, LLC | 15-01304 (ABG) | $0 | $0 |
| Winnick Holdings, LLC | 15-01311 (ABG) | $0 | $0 |
| Winnick Parent, LLC | 15-01301 (ABG) | $0 | $0 |

(1)   Includes $1.1 million in payroll disbursements made in February

MOR – 1c

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING     Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors                Reporting Period:    3/1/2015 - 3/31/2015

| Bank Account Information (in thousands) |
|---|

**TIME PERIOD:  As of 3/31/2015**

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| 3535 LV Corp. | Bank of America | Domestic Property | 3841 | $23 |
| 3535 LV Corp. | Bank of America | Domestic Property | 3854 | - |
| 3535 LV Corp. | Wells Fargo | Domestic Property | 3044 | $251 |
| 3535 LV Corp. | Wells Fargo | Domestic Property | 3101 | - |
| 3535 LV Corp. | Wells Fargo | Domestic Property | 8295 | - |
| Bally's Park Place, Inc. | Wells Fargo | Domestic Property | 1993 | $15 |
| Bally's Park Place, Inc. | Wells Fargo | Domestic Property | 4371 | - |
| Bally's Park Place, Inc. | Wells Fargo | Domestic Property | 2722 | - |
| Bally's Park Place, Inc. | Wells Fargo | Domestic Property | 2025 | - |
| Bally's Park Place, Inc. | Wells Fargo | Domestic Property | 1972 | - |
| Benco, Inc. | Bank of America | Domestic Property | 0209 | - |
| Benco, Inc. | Bank of America | Foreign Accounts | 1016 | - |
| Biloxi Hammond, LLC | First Tennessee | Domestic Property | 8615 | $0 |
| BL Development Corp. | First Tennessee | Domestic Property | 7442 | - |
| BL Development Corp. | First Tennessee | Domestic Property | 7505 | - |
| BL Development Corp. | First Tennessee | Domestic Property | 7512 | - |
| BL Development Corp. | Wells Fargo | Domestic Property | 4542 | - |
| BL Development Corp. | Wells Fargo | Domestic Property | 4405 | - |
| Boardwalk Regency Corporation | Wells Fargo | Domestic Property | 7152 | - |
| Boardwalk Regency Corporation | Wells Fargo | Domestic Property | 9667 | - |
| Boardwalk Regency Corporation | Wells Fargo | Domestic Property | 2308 | - |
| Boardwalk Regency Corporation | Wells Fargo | Domestic Property | 4835 | - |
| Caesars Entertainment Golf, Inc. | Wells Fargo | Domestic Property | 7881 | - |
| Caesars Entertainment Operating Company, Inc. | Bank of America | Concentration Accounts | 4564 | $17,096 |
| Caesars Entertainment Operating Company, Inc. | Bank of America | Domestic Property | 2633 | $63 |
| Caesars Entertainment Operating Company, Inc. | Bank of America | Domestic Property | 3250 | $54 |
| Caesars Entertainment Operating Company, Inc. | Bank of America | Domestic Property | 3243 | $10 |
| Caesars Entertainment Operating Company, Inc. | Bank of America | Domestic Property | 2617 | $10 |
| Caesars Entertainment Operating Company, Inc. | Chase | Employee Benefits | 4618 | $17 |
| Caesars Entertainment Operating Company, Inc. | Chase | Employee Benefits | 4159 | $7 |
| Caesars Entertainment Operating Company, Inc. | Chase | Employee Benefits | 4446 | - |

18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING
COMPANY, INC., et al. Debtors

Case No.:                    15-01145 (ABG)
Reporting Period:     3/1/2015 - 3/31/2015

| Bank Account Information (in thousands) |
|---|

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | Chase | Employee Benefits | 9138 | - |
| Caesars Entertainment Operating Company, Inc. | Chase | Employee Benefits | 9146 | - |
| Caesars Entertainment Operating Company, Inc. | Citibank | Employee Benefits | 0966 | $127 |
| Caesars Entertainment Operating Company, Inc. | First Tennessee | Concentration Accounts | 1900 | $52,585 |
| Caesars Entertainment Operating Company, Inc. | Pitney Bowes Bank | Domestic Property | 0620 | $180 |
| Caesars Entertainment Operating Company, Inc. | US Bank | Concentration Accounts | 4436 | $290,000 |
| Caesars Entertainment Operating Company, Inc. | US Bank | Domestic Property | 6866 | $3 |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Concentration Accounts | 6448 | $420,337 |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 9832 | $7,500 |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 6430 | $918 |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 8090 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 8113 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 7888 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 4903 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 4916 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 6759 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 6422 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Domestic Property | 9744 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Escrow | 9500 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Escrow | 9501 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Escrow | 9502 | $5 |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Escrow | 9504 | - |
| Caesars Entertainment Operating Company, Inc. | Wells Fargo | Foreign Accounts | 9580 | - |
| Caesars Entertainment Operating | Wells Fargo | Foreign Accounts | 9598 | - |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors                    Reporting Period:      3/1/2015 - 3/31/2015

| Bank Account Information (in thousands) |
|:---:|

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| Company, Inc. | | | | |
| Caesars Entertainment Windsor Limited | CIBC | Foreign Accounts | 2517 | $11,591 |
| Caesars Entertainment Windsor Limited | CIBC | Foreign Accounts | 2711 | $5 |
| Caesars Entertainment Windsor Limited | Scotia Bank | Foreign Accounts | 6915 | $208 |
| Caesars Entertainment Windsor Limited | Wells Fargo | Foreign Accounts | 5727 | $1,668 |
| Caesars Riverboat Casino, LLC | Chase | Domestic Property | 9637 | $1,660 |
| Caesars Riverboat Casino, LLC | Chase | Domestic Property | 9660 | $3,342 |
| Caesars Riverboat Casino, LLC | First Savings Bank | Domestic Property | 6350 | $106 |
| Caesars Riverboat Casino, LLC | Wells Fargo | Domestic Property | 8182 | - |
| Caesars Riverboat Casino, LLC | Wells Fargo | Domestic Property | 4850 | - |
| Caesars World Merchandising, Inc. | Wells Fargo | Domestic Property | 2244 | - |
| Desert Palace, Inc. | Bank of America | Domestic Property | 1421 | $645 |
| Desert Palace, Inc. | Bank of America | Domestic Property | 1321 | $263 |
| Desert Palace, Inc. | Bank of America | Domestic Property | 1320 | $544 |
| Desert Palace, Inc. | Bank of America | Domestic Property | 5873 | $10 |
| Desert Palace, Inc. | Bank of America | Domestic Property | 8160 | $25 |
| Desert Palace, Inc. | Bank of America | Domestic Property | 1550 | - |
| Desert Palace, Inc. | Bank of America | Foreign Accounts | 0039 | $8,122 |
| Desert Palace, Inc. | Bank of America | Foreign Accounts | 9033 | $7 |
| Desert Palace, Inc. | Bank of America | Foreign Accounts | 0055 | - |
| Desert Palace, Inc. | Mizuho | Foreign Accounts | 8929 | $375 |
| Desert Palace, Inc. | Mizuho | Foreign Accounts | 0484 | $0 |
| Desert Palace, Inc. | Scotia Bank | Foreign Accounts | 0213 | $5,973 |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 3195 | $12,000 |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 9765 | $2,568 |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 3310 | - |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 8015 | - |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 2915 | - |
| Desert Palace, Inc. | Wells Fargo | Domestic Property | 2285 | - |
| Grand Casinos of Biloxi, LLC | Peoples Bank | Domestic Property | 0938 | $820 |
| Grand Casinos of Biloxi, LLC | Peoples Bank | Domestic Property | 8557 | $123 |
| Grand Casinos of Biloxi, LLC | Wells Fargo | Domestic Property | 4555 | - |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7389 | $926 |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7672 | $403 |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 2534 | $992 |
| Harrah's Bossier City Investment | Capital One | Domestic Property | 7753 | $0 |

MOR – 1c

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING       Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors                 Reporting Period:      3/1/2015 - 3/31/2015

| Bank Account Information (in thousands) |
|---|

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| Company, LLC | | | | |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 2966 | $30 |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 1925 | $2 |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7397 | - |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7400 | - |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7699 | - |
| Harrah's Bossier City Investment Company, LLC | Capital One | Domestic Property | 7680 | - |
| Harrah's Bossier City Investment Company, LLC | Wells Fargo | Domestic Property | 1276 | - |
| Harrah's Illinois Corporation | First Midwest | Domestic Property | 5340 | $4,749 |
| Harrah's Illinois Corporation | First Midwest | Domestic Property | 5359 | - |
| Harrah's Illinois Corporation | First Midwest | Domestic Property | 9805 | - |
| Harrah's Illinois Corporation | Wells Fargo | Domestic Property | 1263 | - |
| Harrah's North Kansas City LLC | Bank of America | Domestic Property | 1186 | $8,724 |
| Harrah's North Kansas City LLC | Bank of America | Domestic Property | 1350 | - |
| Harrah's North Kansas City LLC | Bank of America | Domestic Property | 0954 | $251 |
| Harrah's North Kansas City LLC | Bank of America | Domestic Property | 2682 | - |
| Harrah's North Kansas City LLC | Wells Fargo | Domestic Property | 8193 | - |
| Harrah's North Kansas City LLC | Wells Fargo | Domestic Property | 8203 | - |
| Harrah's North Kansas City LLC | Wells Fargo | Domestic Property | 1292 | - |
| Harveys BR Management Company, Inc. | US Bank | Domestic Property | 6570 | $6,096 |
| Harveys BR Management Company, Inc. | US Bank | Domestic Property | 1372 | $193 |
| Harveys BR Management Company, Inc. | US Bank | Domestic Property | 0191 | $192 |
| Harveys BR Management Company, Inc. | Wells Fargo | Domestic Property | 1331 | - |
| Harveys Iowa Management Company, Inc. | US Bank | Domestic Property | 8833 | $1,501 |
| Harveys Iowa Management Company, Inc. | Wells Fargo | Domestic Property | 0879 | - |
| Harveys Iowa Management Company, Inc. | Wells Fargo | Domestic Property | 7752 | - |
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 3833 | $4,000 |
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 4204 | - |

MOR – 1c

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING        Case No.:            15-01145 (ABG)
COMPANY, INC., et al. Debtors                  Reporting Period:    3/1/2015 - 3/31/2015

## Bank Account Information (in thousands)

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 8828 | - |
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 6706 | - |
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 6714 | - |
| Harveys Tahoe Management Company, Inc. | Wells Fargo | Domestic Property | 3751 | - |
| Hole in the Wall, LLC | Bank of America | Domestic Property | 2337 | $412 |
| Hole in the Wall, LLC | Bank of America | Domestic Property | 2340 | - |
| Horseshoe Entertainment | Capital One | Domestic Property | 7535 | $4,451 |
| Horseshoe Entertainment | Capital One | Domestic Property | 2720 | - |
| Horseshoe Entertainment | Capital One | Domestic Property | 7451 | - |
| Horseshoe Entertainment | Capital One | Domestic Property | 9091 | - |
| Horseshoe Entertainment | Capital One | Domestic Property | 2119 | - |
| Horseshoe Entertainment | Wells Fargo | Domestic Property | 1234 | - |
| Horseshoe Entertainment | Wells Fargo | Domestic Property | 4049 | - |
| Horseshoe Hammond, LLC | BMO Harris Bank | Domestic Property | 3915 | $5,367 |
| Horseshoe Hammond, LLC | BMO Harris Bank | Domestic Property | 1015 | - |
| Horseshoe Hammond, LLC | BMO Harris Bank | Domestic Property | 8468 | $0 |
| Horseshoe Hammond, LLC | Wells Fargo | Domestic Property | 5406 | - |
| Parball Corporation | Bank of America | Domestic Property | 5840 | $10 |
| Parball Corporation | Bank of America | Domestic Property | 7756 | - |
| Parball Corporation | Bank of America | Domestic Property | 1741 | - |
| Parball Corporation | Wells Fargo | Domestic Property | 0999 | - |
| Parball Corporation | Wells Fargo | Domestic Property | 4306 | - |
| PHW Las Vegas, LLC | Wells Fargo | Domestic Property | 3335 | $261 |
| PHW Las Vegas, LLC | Wells Fargo | Domestic Property | 3301 | $93 |
| PHW Las Vegas, LLC | Wells Fargo | Domestic Property | 3277 | - |
| PHW Las Vegas, LLC | Wells Fargo | Domestic Property | 3319 | - |
| PHW Manager, LLC | Wells Fargo | Domestic Property | 4267 | - |
| PHW Manager, LLC | Wells Fargo | Domestic Property | 4275 | - |
| PHW Manager, LLC | Wells Fargo | Domestic Property | 4291 | - |
| Players Bluegrass Downs, Inc. | US Bank | Domestic Property | 0352 | $87 |
| Players Bluegrass Downs, Inc. | US Bank | Domestic Property | 1049 | $104 |
| Players Bluegrass Downs, Inc. | US Bank | Domestic Property | 3209 | $10 |
| Players Bluegrass Downs, Inc. | US Bank | Domestic Property | 0360 | $0 |
| Robinson Property Group Corp. | First Tennessee | Domestic Property | 7953 | - |
| Robinson Property Group Corp. | First Tennessee | Domestic Property | 8037 | - |

**MOR – 1c**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING       Case No.:              15-01145 (ABG)
COMPANY, INC., et al. Debtors                 Reporting Period:      3/1/2015 - 3/31/2015

| Bank Account Information (in thousands) | | | | |
|---|---|---|---|---|

| Debtor Entity Name | Bank Name | Bank Account Type | Last Four Digits of Account Number | Bank Balance |
|---|---|---|---|---|
| Robinson Property Group Corp. | First Tennessee | Domestic Property | 8044 | - |
| Robinson Property Group Corp. | First Tennessee | Domestic Property | 8051 | - |
| Robinson Property Group Corp. | Wells Fargo | Domestic Property | 9072 | - |
| Showboat Atlantic City Operating Company, LLC | Bank of America | Domestic Property | 7016 | $14 |
| Showboat Atlantic City Operating Company, LLC | Bank of America | Domestic Property | 1132 | - |
| Showboat Atlantic City Operating Company, LLC | Wells Fargo | Domestic Property | 3060 | - |
| Showboat Atlantic City Operating Company, LLC | Wells Fargo | Domestic Property | 3073 | - |
| Southern Illinois Riverboat-Casino Cruises, Inc. | US Bank | Domestic Property | 2580 | $1,926 |
| Southern Illinois Riverboat-Casino Cruises, Inc. | Wells Fargo | Domestic Property | 1959 | - |
| Tunica Roadhouse Corporation | First Tennessee | Domestic Property | 7608 | - |
| Tunica Roadhouse Corporation | Wells Fargo | Domestic Property | 4843 | - |
| Tunica Roadhouse Corporation | Wells Fargo | Domestic Property | 7708 | - |
| | | | Total: | $880,050 |

MOR – 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING
COMPANY, INC., et al. Debtors.

Case No.:                15-01145 (ABG)
Reporting Period:   3/1/2015 - 3/31/2015

**Statement of Operations (Unaudited) – Month Ended March 31, 2015  (in millions)**

| | | |
|---|---:|---:|
| ***Revenues*** | | |
| Casino | $ | 252.8 |
| Food and beverage | | 59.8 |
| Rooms | | 40.4 |
| Management fees | | 9.8 |
| Other | | 18.2 |
| Reimbursed management costs | | 8.0 |
| Less: casino promotional allowances | | (42.8) |
| Net revenues | | 346.2 |
| ***Operating expenses*** | | |
| Direct | | |
| Casino | | 137.9 |
| Food and beverage | | 24.0 |
| Rooms | | 8.9 |
| Property, general, administrative, and other | | 59.5 |
| Reimbursable management costs | | 8.0 |
| Depreciation and amortization | | 17.5 |
| Write-downs and reserves, net of recoveries | | 4.5 |
| Impairment of intangible assets | | 130.0 |
| Loss on interests in CEOC non-debtor subsidiaries and non-consolidated affiliates | | 14.2 |
| Corporate expense | | 9.9 |
| Acquisition and integration costs | | 0.6 |
| Amortization of intangible assets | | 3.1 |
| Total operating expenses | | 418.1 |
| Loss from operations | | (71.9) |
| Interest expense | | (2.6) |
| Other income, including interest income | | 1.1 |
| Reorganization items | | (43.1) |
| Loss from continuing operations, before income taxes | | (116.5) |
| Income tax benefit | | 40.9 |
| Loss from continuing operations, net of income taxes | | (75.6) |
| Discontinued operations | | |
| Loss from discontinued operations | | (0.6) |
| Income tax benefit | | — |
| Loss from discontinued operations, net of income taxes | | (0.6) |
| Net loss | | (76.2) |
| Less: net income attributable to noncontrolling interests | | (0.7) |
| Net loss attributable to CEOC Debtors | $ | (76.9) |

MOR – 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:             15-01145 (ABG)
COMPANY, INC., <u>et al.</u>  Debtors.                              Reporting Period:     3/1/2015 - 3/31/2015

| Balance Sheet (Unaudited) – As of March 31, 2015  (in millions) | | |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ | 1,001.7 |
| Restricted cash | | 10.2 |
| Receivables, net | | 323.0 |
| Prepayments and other current assets | | 70.0 |
| Inventories | | 26.5 |
| Due from non-debtor subsidiaries and affiliates | | 209.2 |
| Total current assets | | 1,640.6 |
| Property and equipment, net | | 5,548.3 |
| Goodwill | | 673.9 |
| Intangible assets other than goodwill | | 2,362.8 |
| Investments in and advances to non-consolidated affiliates | | 7.7 |
| Restricted cash | | 10.5 |
| Deferred charges and other | | 233.4 |
| Note receivable from non-debtor subsidiaries | | 795.6 |
| Assets held for sale | | 21.1 |
| Total assets | $ | 11,293.9 |
| **Liabilities and Stockholders Deficit** | | |
| Current liabilities | | |
| Accounts payable | $ | 91.5 |
| Due to non-debtor subsidiaries and affiliates | | 49.2 |
| Accrued expenses | | 462.1 |
| Interest payable | | 2.6 |
| Deferred income taxes | | 99.4 |
| Total current liabilities | | 704.8 |
| Accumulated losses in excess of investment in non-debtor subsidiaries | | 900.6 |
| Deferred income taxes | | 1,274.3 |
| Deferred credits and other | | 243.2 |
| Liabilities subject to compromise | | 18,906.4 |
| Total liabilities | | 22,029.3 |
| Stockholders deficit | | (10,760.0) |
| Noncontrolling interests | | 24.6 |
| Total stockholders deficit | | (10,735.4) |
| Total liabilities and stockholders deficit | $ | 11,293.9 |

*Note: $51 million of Non-Debtor Cash and Cash Equivalents was included in the February MOR.

**MOR – 4a**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al. Debtors. | Case No.: Reporting Period: | 15-01145 (ABG) 3/1/2015 - 3/31/2015 |

April 30, 2015

Office of the United States Trustee

Subject:  Attestation Regarding Postpetition Taxes

The Debtors submit this attestation regarding postpetition taxes.

To the best of my knowledge, information, and belief, all of the Debtors have filed all necessary federal, state, and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or payments) all related required postpetition tax payments, which are not subject to dispute or reconciliation, are current.  There are no material tax disputes or reconciliations.


Mary E. Higgins
Chief Financial Officer of
Caesars Entertainment Operating Company, Inc.

26

MOR – 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CAESARS ENTERTAINMENT OPERATING          Case No.:          15-01145 (ABG)
COMPANY, INC., et al. Debtors.                    Reporting Period:  3/1/2015 - 3/31/2015

| Schedule of Payments to Restructuring Professionals |
|---|

| Professional | Party | Amount Paid March |
|---|---|---|
| Prime Clerk | Debtors | $ 617,558 |
| Bayard, P.A. | 1st Lien Lender Group | $ 72,065 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | 1st Lien Lender Group | $ 199,210 |
| The Rothschild Group | 1st Lien Lender Group | $ 460,576 |
| Shaw Fishman Glantz & Towbin LLC | 1st Lien Lender Group | $ 35,055 |
| Stroock & Stroock & Lavan LLP | 1st Lien Lender Group | $ 2,117,239 |
| Kramer Levin Naftalis & Frankel LLP | 1st Lien Note Group | $ 2,359,954 |
| Blank Rome, LLP | 1st Lien Note Group | $ 60,287 |
| Miller Buckfire & Co. | 1st Lien Note Group | $ 285,019 |
| Neal, Gerber & Eisenberg LLP | 1st Lien Note Group | $ 211,211 |
| | Total March 2015 Payments | $ 6,418,175 |
| | Previous Payments Since January 15, 2015 | $ 37,858 |
| | Total Payments Since Case Inception | $ 6,456,033 |