**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING | ) Case No. 15-01145 (ABG) |
| COMPANY, INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 26, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Pretrial Brief in Support of Their Motion to Stay, or in the Alternative for Injunctive Relief Enjoining Prosecution of, Certain Litigation Against Caesars Entertainment Corporation [Adv. Proc. No. 15-00149, Docket No. 129]

- Debtors' Objections to Defendants' Joint List of Exhibits and Meehancombs *et al's* Supplemental List of Exhibits [Adv. Proc. No. 15-00149, Docket No. 130]

- Notice of Filing by AP Services, LLC of Monthly Report of Compensation Earned and Expenses Incurred for the Period April 1, 2015 through April 30, 2015 [Docket No. 1723]

- Debtors' Monthly Operating Report for the Period from April 1, 2015 to April 30, 2015 [Docket No. 1724]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/CEOC.

SRF 2914

Dated: June 1, 2015

Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 1, 2015, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017

2

SRF 2914

**Exhibit A**

SRF 2914

## Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | David M. Zensky<br>One Bryant Park<br>New York NY 10036 | dzensky@akingump.com | Email |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | Sara L. Brauner, Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi<br>One Bryant Park<br>New York NY 10036 | sbrauner@akingump.com<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com | Email |
| Chief Restructuring Officer for Debtors | AlixPartners | Randall S. Eisenberg<br>40 West 57th Street<br>New York NY 10019 | reisenberg@alixpartners.com | Email |
| Interested Party | American Express, Global Merchant Services | Craig McDowell<br>Three World Financial Center<br>200 Vesey Street<br>New York NY 10285 | Craig.B.Mcdowell@aexp.com | Email |
| Counsel to Edwin Layton | Amos and Associates | Attn: Ricky O. Amos<br>1621 23rd Avenue<br>Gulfport MS 39501 | | First Class Mail |
| Counsel to Christina L. Coppede | Ansell Grimm & Aaron, P.C. | James G. Aaron, Esq.<br>1500 Lawrence Ave., CN-7807<br>Ocean NJ 07712 | jga@ansellgrimm.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee for 12.75% Second Priority Sr. Secured Notes Due 2018 | Arent Fox LLP | Andrew I. Silfen, Beth M. Brownstein, Mark B. Joachim<br>1675 Broadway<br>New York NY 10019 | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br>mark.joachim@arentfox.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee for 12.75% Second Priority Sr. Secured Notes Due 2018 | Arent Fox LLP | Mark B. Joachim & Jackson D. Toof<br>1717 K Street, NW<br>Washington DC 20006 | jackson.toof@arentfox.com | Email |
| Counsel to Aristocrat Technologies, Inc. | Armstrong Teasdale LLP | David L. Going, Richard W. Engel, Jr.<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis MO 63105 | dgoing@armstrongteasdale.com<br>rengel@armstrongteasdale.com | Email |
| Attorney General for the State of Illinois | Attorney General for the State of Illinois | Attn Bankruptcy Section<br>500 S 2nd St<br>Springfield IL 62701 | | First Class Mail |
| Counsel to ACE American Insurance Company and certain of its affiliated entities, but not including ACE Bermuda Insurance Ltd. | Ballard Spahr LLP | Tobey M. Daluz, Leslie C. Heilman<br>919 North Market Street, 11th Floor<br>Wilmington DE 19801 | daluzt@ballardspahr.com<br>heilmanl@ballardspahr.com | Email |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett<br>200 West Madison St., Suite 3900<br>Chicago IL 60606 | william.barrett@bfkn.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to City of Hammond, Indiana | Barnes & Thornburg LLP | Paula K. Jacobi<br>One N. Wacker Drive, Suite 4400<br>Chicago IL 60606 | pjacobi@btlaw.com | Email |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab, Esq. & Kenneth T. Law, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Klaw@bbslaw.com | Email |
| Counsel to Hospitality Network, LLC, Agilysys NV, LLC and W. W. Grainger, INC. | Bryan Cave LLP | Aaron Davis<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | aaron.davis@bryancave.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave LLP | Leslie Allen Bayles<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | leslie.bayles@bryancave.com | Email |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq.<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601-3351 | ryan.lawlor@bryancave.com | Email |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>New York NY 10104 | stephanie.wickouski@bryancave.com<br>michelle.mcmahon@bryancave.com | Email |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Gaming Commissions | Bureau of Gambling Control | Kamala D. Harris, Attorney General<br>4949 Broadway, Suite E-231<br>Sacramento CA 95820 | | First Class Mail |
| Debtors | Caesars Entertainment Operating Company, Inc. | Attn General Counsel<br>1 Caesars Palace Drive<br>Las Vegas NV 89109 | tlambert@caesars.com | Email |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq.<br>80 Pine Street<br>New York NY 10005 | wmiller@cahill.com | Email |
| Gaming Commissions | California Gambling Control Commission | Tina Littleton, Executive Director<br>2399 Gateway Oaks Dr. Ste 220<br>Sacramento CA 95833-4231 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 , consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP and Southwestern Electric Power Company | Carlson Dash, LLC | Jeffrey E. Altshul & Kurt M. Carlson<br>216 S. Jefferson Street<br>Suite 504<br>Chicago IL 60661 | jaltshul@carlsondash.com<br>kcarlson@carlsondash.com | Email |
| Counsel to Moti Partners, LLC | Certilman Balin Adler & Hyman, LLP | Attention: Richard J. McCord, Esq. & Carol A. Glick, Esq.<br>90 Merrick Avenue, 9th Floor<br>East Meadow NY 11554 | rmccord@certilmanbalin.com<br>cglick@certilmanbalin.com | Email |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Chapman and Cutler LLP | Michael T. Benz<br>111 W. Monroe St.<br>Chicago IL 60603 | benz@chapman.com | Email |
| Counsel to Culinary and Bartenders Housing Partnership Fund; Culinary and Bartenders Tip Earners Legal Assistance Fund; Southern Nevada Culinary Bartenders Pension Trust; Southern Nevada Joint Management and Culinary and Bartenders Training Fund; Employee Painters' Trust; Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust; and Painters and Floorcoverers Joint Committee | Christensen James & Martin | Attn: Wesley J. Smith, Esq.<br>7440 West Sahara Avenue<br>Las Vegas NV 89117 | wes@cjmlv.com | Email |
| Counsel to Iowa Racing and Gaming Commission | Ciardi Ciardi & Astin | Albert A. Ciardi, III, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia  PA 19103 | aciardi@ciardilaw.com | Email |
| Counsel to City of Reno, Business License Division | City of Reno | Michael Chaump, Business Relations Manager<br>P.O. Box 1900<br>Reno NV 89505 | chaumpm@reno.gov | Email |
| Counsel to Sarah Lou Iovino | Crane, Heyman, Simon, Welch & Clar | Scott R. Clar<br>135 S. LaSalle<br>#3705<br>Chicago IL 60603 | sclar@craneheyman.com | Email |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands Branch | Attn: Dennis Kao<br>Eleven Madison Avenue<br>New York NY 10010 | dennis.kao@credit-suisse.com | Email |
| Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Delaware Trust Company | Sandra E. Horwitz, Managing Director<br>2711 Centerville Road<br>Wilmington DE 19808 | shorwitz@delawaretrust.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Kaylene M. Henselee | Desai Eggmann Mason LLC | Attn: Robert E. Eggmann<br>7733 Forsyth Boulevard<br>Suite 800<br>St. Louis MO 63105 | | First Class Mail |
| Interested Party | Donald C. Marro | 3318 Bust Head Road<br>The Plains VA 20198 | dmarro@crosslink.net | Email |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | James Millar, Kristin Going, Clay Pierce<br>1177 Avenue of the Americas, 41st Fl.<br>New York NY 10036 | james.millar@dbr.com<br>kristin.going@dbr.com<br>clay.pierce@dbr.com | Email |
| Counsel to  the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Timothy R. Casey<br>191 North Wacker Drive, Suite 3700<br>Chicago IL 60606 | Timothy.Casey@dbr.com | Email |
| EPA - Regional Office | Environmental Protection Agency - Region 5 | Attn: Richard l. Nagle, Bankruptcy Contact<br>Mail Code: C-14J<br>77 W Jackson Blvd<br>Chicago IL 60604 | nagle.richard@epa.gov | Email |
| Counsel to VISA U.S.A. Inc | Farella Braun + Martel LLP | Gary M. Kaplan<br>235 Montgomery Street, 17th Floor<br>San Francisco CA 94104 | gkaplan@fbm.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln, Lars A. Peterson<br>321 N. Clark Street, Suite 2800<br>Chicago IL 60654 | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com | Email |
| Counsel to Old Republic Insurance Company and Zurich American Insurance Company | Fox, Swibel, Levin & Caroll, LLP | Margaret M. Anderson<br>200 W. Madison Street, Suite 3000<br>Chicago IL 60606 | panderson@fslc.com | Email |
| Counsel to Board of Levee Commissioners for the Yazoo-Mississippi Delta | Fox, Swibel, Levin & Caroll, LLP | N. Neville Reid; Ryan T. Schultz<br>200 W. Madison Street, Suite 3000<br>Chicago IL 60606 | nreid@fslc.com<br>rschultz@fslc.com | Email |
| Counsel to PepsiCo, Inc. together with its subsidiaries, including Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company, PepsiCo Sales, Inc., Pepsi-Cola Fountain Company, Inc., PepsiCo Food Service, division of PepsiCo, Inc. and Frito-Lay North America, Inc. & Edgewood Companies, a successor in interest to Park Cattle Company and one or more of its affiliates, including Edgewood Water Co. | FrankGecker LLP | Joseph D. Frank, Jeremy C. Kleinman<br>325 North LaSalle Street, Suite 625<br>Chicago IL 60654 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Apollo Global Management LLC and certain of its affiliates | Freeborn & Peters LLP | Richard S. Lauter, Devon J. Eggert &  Elizabeth L. Janczak 311 South Wacker Drive, Suite 3000 Chicago IL 60606 | rlauter@freeborn.com deggert@freeborn.com ejanczak@freeborn.com | Email |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Gardy & Notis LLP | Attn: Mark C. Gardy, James S. Notis & Meagan Farmer Tower 56 126 East 56th Street, 8th Floor New York NY 10022 | mgardy@gardylaw.com jnotis@gardylaw.com mfarmer@gardylaw.com | Email |
| Counsel to J. Rockets Development, LLC | Gibbons P.C. | Attn: David N. Crapo, Esq. One Gateway Center Newark NJ 07102-5310 | dcrapo@gibbonslaw.com | Email |
| Counsel to interested party CBS Radio Stations Inc. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson 9720 Wilshire Boulevard, Suite 700 Beverly Hills CA 90212 | lmj@gfjlawfirm.com | Email |
| Counsel to South Jersey Gas Company & South Jersey Energy Company | Goldstein & McClintock LLLP | Sean P. Williams 208 South LaSalle Street, Suite 1750 Chicago IL 60604 | seanw@restructuringshop.com | Email |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Gould & Ratner LLP | Mark E. Leipold 222 North LaSalle Street, Suite 800 Chicago IL 60601 | mleipold@gouldratner.com | Email |
| Counsel to American Mart Corporation, d/b/a Wirtz Beverage Nevada, Inc.; Wirtz Beverage Nevada Beer, Inc.; Wirtz Beverage Nevada Reno, Inc.; and Wirtz Beverage Illinois, LLC | Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP | Steven H. Leech One East Wacker Drive, Suite 1700 Chicago IL 60601 | s.leech@gozdel.com | Email |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Attn: Jay Eisenhofer & Gordon Z. Novod 485 Lexington Avenue, 29th Floor New York NY 10017 | jeisenhofer@gelaw.com gnovod@gelaw.com | Email |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Edmund Aronowitz 30 North LaSalle Street, Suite 1200 Chicago IL 60602 | earonowitz@gelaw.com | Email |
| Counsel to Konami Gaming, Inc. | Howard & Howard Attorneys | James E. Morgan, L. Judson Todhunter 200 S. Michigan Ave., Suite 1100 Chicago IL 60604 | JMorgan@howardandhoward.com jtodhunter@HowardandHoward.com | Email |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn: Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | | First Class Mail |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | Attn: Director or Chief Legal Counsel 1021 N Grand Ave E Springfield IL 62702 | | First Class Mail |

## Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Gaming Commissions | Illinois Gaming Board (IGB) | Emily Mattison - General Counsel<br>160 North LaSalle<br>Suite 300<br>Chicago IL 60601 | | First Class Mail |
| Gaming Commissions | Indiana Gaming Commission (IGC) | Ernest E. Yelton, Executive Director<br>East Tower, Suite 1600<br>101 W. Washington Street<br>Indianapolis IN 46204 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Linda Lorello<br>400 N 8th Street, Box 76<br>Richmond  VA 23219 | Linda.Lorello@irs.gov | Email |
| Counsel for Iron Mountain | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Counsel to Caesars Entertainment Corporation | Jenner & Block LLP | Vincent E. Lazar, Charles B. Sklarsky, Daniel R. Murray, John D. VanDeventer<br>353 N. Clark St.<br>Chicago IL 60654 | vlazar@jenner.com<br>csklarsky@jenner.com<br>dmurray@jenner.com<br>jvandeventer@jenner.com | Email |
| Counsel to International Painters and Allied Trades Industry Pension Fund | Jennings Sigmond, P.C. | c/o Dawn M. Costa & Matthew Tokarsky<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street<br>Philadelphia PA 19106 | dcosta@jslex.com<br>bankruptcy@jslex.com<br>mtokarsky@jslex.com | Email |
| Counsel to Simon Property Group, L.P., as creditor and party in interest | Johnson & Bell, Ltd. | Michael J. Linneman<br>33 W. Monroe St., Suite 2700<br>Chicago IL 60603 | linnemanm@jbltd.com | Email |
| Counsel to Louisiana Horsemen's Benevolent & Protective Association, Inc. | Johnson, Yacoubian & Paysse | Attn: Alan J. Yacoubian, Neal J. Favret, Christopher M. G'Sell, Dylan K. Knoll<br>701 Poydras Street<br>Suite 4700<br>New Orleans LA 70139-7708 | | First Class Mail |
| Counsel to the Official Committee of Second Priority Noteholders ; Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Jones Day | Bruce Bennett, James O. Johnston, Sidney P. Levinson, Joshua M. Mester & Monika S. Wiener<br>555 South Flower Street, 50th Floor<br>Los Angeles CA 90071 | bbennett@jonesday.com<br>jjohnston@jonesday.com<br>slevinson@jonesday.com<br>jmester@jonesday.com<br>mwiener@jonesday.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Second Priority Noteholders | Jones Day | Philip Le B. Douglas, Geoffrey S. Stewart, Todd R. Geremia, Rajeev Muttreja & Alex P. McBride<br>222 East 41st Street<br>New York NY 10017 | pldouglas@jonesday.com<br>gstewart@jonesday.com<br>trgeremia@jonesday.com<br>rmuttreja@jonesday.com<br>apmcbride@jonesday.com | Email |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | Kasowitz, Benson, Torres & Friedman LLP | David S. Rosner, Joshua Greenblatt, Daniel A. Fliman & Moshe A. Fink<br>1633 Broadway<br>New York NY 10019 | drosner@kasowitz.com<br>jgreenblatt@kasowitz.com<br>dfliman@kasowitz.com<br>MFink@kasowitz.com | Email |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Munchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine<br>575 Madison Avenue<br>New York NY 10022-2585 | craig.barbarosh@kattenlaw.com<br>david.crichlow@kattenlaw.com<br>karen.dine@kattenlaw.com | Email |
| UMB Bank, NA, Indenture Trustee for the First Lien Notes | Katten Munchin Rosenman LLP | Peter A. Siddiqui<br>525 W. Monroe Street<br>Suite 1900<br>Chicago IL 60661 | peter.siddiqui@kattenlaw.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James Carr, Eric Wilson, Kristin Elliott<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@Kelley Drye.com<br>ewilson@kelleydrye.com<br>kelliott@kelleydrye.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | Mark W. Page, Esq.<br>333 West Wacker Drive<br>26th Floor<br>Chicago IL 60606 | mpage@kelleydrye.com | Email |
| Counsel to Debtors | Kirkland & Ellis LLP | James HM Sprayregen, David R Seligman, Ryan Preston Dahl, Jeffrey J. Zeiger, David J. Zott, Stephen C. Hackney and Joseph Graham<br>300 North LaSalle<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>david.seligman@kirkland.com<br>david.zott@kirkland.com<br>jeffrey.pawlitz@kirkland.com<br>ryan.dahl@kirkland.com<br>Jeffrey.zeiger@kirkland.com<br>david.zott@kirkland.com<br>stephen.hackney@kirkland.com<br>joe.graham@kirkland.com | Email |
| Counsel to Debtors | Kirkland & Ellis LLP | Paul M Basta, Nicole L Greenblatt, Christopher Greco<br>601 Lexington Ave<br>New York NY 10022 | paul.basta@kirkland.com<br>nicole.greenblatt@kirkland.com<br>christopher.greco@kirkland.com<br>cgreco@kirkland.com | Email |
| Counsel to Ecolab, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey<br>4650 North Port Washington Rd., 2nd Fl.<br>Milwaukee WI 53212 | swisotzkey@kmksc.com | Email |

## Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggerman & Matthew C. Ziegler 1177 Avenue of the Americas New York  NY 10036 | keckstein@kramerlevin.com ghorowitz@kramerlevin.com dmannal@kramerlevin.com deggermann@kramerlevin.com mziegler@kramerlevin.com | Email |
| Counsel to Caesars Acquisition Company | Latham & Watkins LLP | Matthew L. Warren 330 North Wabash Avenue, Ste. 2800 Chicago IL 60611 | matthew.warren@lw.com | Email |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director 400 Madison Avenue, Suite 4D New York NY 10017 | james.heaney@lawdeb.com | Email |
| Indenture Trustee for 6.5% Senior Unsecured Notes and 5.75% Senior Unsecured Notes | Law Debenture Trust Company of New York | Attn: Thomas Musarra 400 Madison Avenue, Suite 4D New York NY 10017 | | First Class Mail |
| Counsel to Sang S. Vong | Law Office of Peter L Berk | Peter L. Berk 900 N Franklin Ste 505 Chicago IL 60610 | | First Class Mail |
| Counsel to MicroStrategy Incorporated, MicroStrategy Services Corporation, MicroStrategy Limited | Levenfeld Pearlstein | Elizabeth B. Vandesteeg, Jonathan P. Friedland 2 N. La Salle, Suite 1300 Chicago IL 60602 | evandesteeg@lplegal.com jfriedland@lplegal.com | Email |
| Counsel to Harris County, Montgomery County, & Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman PO Box 3064 Houston TX 77253 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Entergy Mississippi, Inc. | Locke Lord LLP | c/o Alan Katz, Esq. Three World Financial Center New York NY 10261 | akatz@lockelord.com | Email |
| Counsel to Global Water Technology, Inc. | Lowis & Gellen LLP | Christopher M. Cahill 200 West Adams Steet, Suite 1900 Chicago IL 60606 | ccahill@lowis-gellen.com | Email |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | McDonald Hopkins LLC | David A. Agay 300 North LaSalle, Suite 2100 Chicago IL 60654 | dagay@mcdonaldhopkins.com | Email |
| Counsel to Oliver Evans, Son and Personal representative of All Wrongful Death Beneficiaries of Pearlie Evans vs. BL Development Corp. Tunica County Case No: 2014-0097; and Carmen Jacobs, and husband, Jimmy Jacobs vs. BL Development Corp. Tunica County Circuit Court Cause No: 2011-0168 | Merkel & Cocke, P.A. | Edward P. Connell, Jr. PO Box 1388 Clarksdale MS 38614 | tconnell@merkel-cocke.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mesirow Financial Consulting, LLC | Mesirow Financial Holdings, Inc. | Attn: Jeffrey M. Levine<br>353 North Clark Street<br>Chicago IL 60654 | | First Class Mail |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018, consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh<br>666 Third Aveune<br>New York NY 10017 | jhbae@mintz.com<br>KRWalsh@mintz.com | Email |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018, consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel<br>One Financial Center<br>Boston MA 02111-0000 | bkannel@mintz.com | Email |
| Gaming Commissions | Mississippi Gaming Commission | Allen Godfrey, Executive Diorector<br>620 North Street, Suite 200<br>Jackson MS 39202 | | First Class Mail |
| Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A. Ginther<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City  MO 65105-0475 | ndilecf@dor.mo.gov | Email |
| Gaming Commissions | Missouri Gaming Commission | Roger Stottlemyre, Executive Director<br>3417 Knipp Drive<br>P.O. Box 1847<br>Jefferson City<br> MO 65102 | | First Class Mail |
| Counsel to Caesars Entertainment Corp. | Much Shelist, P.C. | Jeffrey M. Schwartz; Folarin S. Dosunmu<br>191 N. Wacker Drive<br>Chicago IL 60606 | jschwartz@muchshelist.com<br>fdosunmu@muchshelist.com | Email |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Neal, Gerber & Eisenberg LLP | Mark A. Berkoff, William Choslovsky Nicholas M. Miller, Robert Radasevich<br>Two North LaSalle Street, Suite 1700<br>Chicago IL 60602-3801 | mberkoff@ngelaw.com<br>wchoslovsky@ngelaw.com<br>nmiller@ngelaw.com<br>rradasevich@ngelaw.com | Email |
| Gaming Commissions | Nevada State Gaming Control Board & Gaming Commission | Michael LaBadie, Marc Warren, and David Staley<br>555 East Washington Avenue<br>Suite 2600<br>Las Vegas NV 89101 | | First Class Mail |
| Gaming Commissions | New Jersey Division of Gaming Enforcement | David L. Rebuck, Director<br>1300 Atlantic Avenue<br>Atlantic City NJ 08401-0000 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Gaming Commissions | North Carolina Department of Revenue | Lyons Gray, Secretary of Revenue<br>501 N Wilmington St<br>Raleigh NC 27604 | | First Class Mail |
| Counsel to Wilmington Trust, National Association | Novack and Macey LLP | Andrew D. Campbell<br>100 North Riverside Plaza<br>Chicago IL 60606 | acampbell@novackmacey.com | Email |
| Counsel to Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | Novack and Macey LLP | Eric N. Macey, Stephen J. Siegel, Julie Johnston-Ahlen<br>100 North Riverside Plaza<br>Chicago IL 60606 | emacey@novackmacey.com<br>ssiegel@novackmacey.com<br>jja@novackmacey.com | Email |
| Gaming Commissions | Ohio Casino Control Commission | John Barron, Deputy Executive Director & General Counsel<br>10 West Broad Street, 6th Floor<br>Columbus OH 43215 | | First Class Mail |
| Counsel to Stockton University (f/k/a Richard Stockton College of New Jersey) | Okin Hollander LLC | Attn: Margreta M. Morgulas<br>One Parker Plaza<br>12th Floor<br>Fort Lee NJ 07024-0000 | | First Class Mail |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Jeffrey H. Davidson & Gabriel I. Glazer<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles CA 90067-4003 | jdavidson@pszjlaw.com<br>gglazer@pszjlaw.com | Email |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | John A. Morris<br>780 Third Avenue<br>34th Floor<br>New York NY 10017-2024 | jmorris@pszjlaw.com | Email |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones<br>919 North Market Street, 17th Floor<br>Wilmington DE 19801 | ljones@pszjlaw.com | Email |
| Counsel to Caesars Entertainment Corp. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz, Michael E. Gertzman<br>1285 Avenue of the Americas<br>New York NY 10019 | jsaferstein@paulweiss.com<br>slovett@paulweiss.com<br>lclayton@paulweiss.com<br>jhurwitz@paulweiss.com<br>mgertzman@paulweiss.com | Email |
| Counsel to Rincon Band of Luiseno Indians | Pedersen & Houpt | Attn: Bryan E. Minier<br>161 North Clark Street<br>Suite 2700<br>Chicago IL 60605 | bminier@pedersenhoupt.com | Email |
| Gaming Commissions | Pennsylvania Gaming Control Board | Kevin F. O'Toole, Executive Director<br>P.O. Box 69060<br>Harrisburg PA 17106-9060 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee | Perkins Coie LLP | Brian A. Audette & David M. Neff<br>131 S. Dearborn Street, Suite 1700<br>Chicago IL 60603 | baudette@perkinscoie.com<br>dneff@perkinscoie.com | Email |
| Counsel to AEG Live LV LLC | Pillsbury Winthrop Shaw Pittman LLP | Kathy Jorrie<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles CA 90017-5406 | kathy.jorrie@pillsburylaw.com | Email |
| Counsel to AEG Live LV LLC | Pillsbury Winthrop Shaw Pittman LLP | Samuel S. Cavior<br>1540 Broadway<br>New York NY 10036-4039 | samuel.cavior@pillsburylaw.com | Email |
| Counsel for Total Filtration | Polsinelli PC | Attn: Jean Soh<br>161 N. Clark Street<br>Suite 4200<br>Chicago IL 60601 | jsoh@polsinelli.com | Email |
| Counsel to the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. | Proskauer Rose LLP | Jeff J. Marwil, Paul V. Possinger, Mark K. Thomas, Brandon W. Levitan<br>70 W. Madison Street, Suite 3800<br>Chicago IL 60602 | jmarwil@proskauer.com<br>ppossinger@proskauer.com<br>mthomas@proskauer.com<br>blevitan@proskauer.com | Email |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley<br>7 Times Square<br>New York  NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com | Email |
| Counsel to NV Energy, Inc., through its operating subsidiaries Nevada Power Company and Sierra Pacific Power Company | Quarles & Brady LLP | Christopher Combest<br>300 N. LaSalle Street, Suite 4000<br>Chicago IL 60654 | christopher.combest@quarles.com | Email |
| Agent for Creditor, EMC Corporation | Receviable Management Services | Ronald L Rowland, Esq<br>307 International Circle, Ste. 270<br>Hunt Valley MD 21030 | Ronald.Rowland@iqor.com | Email |
| Counsel for Western Conference of Teamsters Pension Trust Fund | Reid, McCarthy, Ballew & Leahy, L.L.P. | Attn: Russell J. Reid<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle WA 98119 | rjr@rpmb.com | Email |
| Interested Party | Rosenthal & Rosenthal, Inc. | Attention: Anthony DiTirro<br>1370 Broadway<br>New York NY 10018 | | First Class Mail |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Rubin LLC | Paul A. Rubin<br>345 Seventh Avenue, 21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com | Email |
| Counsel to National Retirement Fund | Schulte Roth & Zabel LLP | James T. Bentley<br>919 Third Avenue<br>New York NY 10022 | james.bentley@srz.com | Email |

## Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities and Exchange Commission | Jolene M. Wise<br>Chicago Regional Office<br>175 W Jackson Blvd, Ste 900<br>Chicago IL 60604 | bankruptcynoticeschr@sec.gov<br>chicago@sec.gov | Email |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Seward & Kissel LLP | John R. Ashmead, Esq., Arlene R. Alves, Esq., Kalyan Das<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>alves@sewkis.com<br>das@sewkis.com | Email |
| Counsel to the Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | Peter Roberts, Brian Shaw, David Doyle, John Guzzardo<br>321 N. Clark Street, Suite 800<br>Chicago IL 60654 | proberts@shawfishman.com<br>bshaw@shawfishman.com<br>ddoyle@shawfishman.com | Email |
| Counsel to Simon Property Group, L.P., as landlord | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to City of Hammond & Hammond Port Authority & Consuelo Mireles | Smith Sersic | Kevin C. Smith<br>9301 Calumet Ave, Suite 1F<br>Munster IN 46321 | info@smithsersic.com | Email |
| Gaming Commissions | State Lottery & Gaming Control Agency | Stephen L. Martino, Esq., Director<br>Montgomery Park Business Center<br>1800 Washington Blvd., Suite 330<br>Baltimore  MD 21230 | | First Class Mail |
| Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>1275 W. Washington St.<br>Phoenix AZ 85007 | | First Class Mail |
| Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>Consumer Law Section<br>455 Golden Gate Ave Ste 11000<br>San Francisco CA 94102-7004 | | First Class Mail |
| Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>55 Elm St.<br>Hartford CT 06106 | | First Class Mail |
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | AGOlens@law.ga.gov | Email |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South-5th Floor<br>302 West Washington Street<br>Indianapolis IN 46204 | | First Class Mail |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines IA 50319 | webteam@ag.state.ia.us | Email |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Capitol Building<br>Suite 118<br>Frankfort  KY 40601 | | First Class Mail |
| Attorney General | State of Louisiana Attorney General | Charmaine Moore, Gaming Division<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | First Class Mail |
| Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | | First Class Mail |
| Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>1 Ashburton Place<br>Boston  MA 02108-1698 | | First Class Mail |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>State Capitol, Suite 102<br>St. Paul MN 55155 | Attorney.General@ag.state.mn.us | Email |
| Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Department of Justice, Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39205 | | First Class Mail |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Ct Bldg.<br>207 W. High St.<br>Jefferson MO 65101 | attorney.general@ago.mo.gov | Email |
| Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City NV 89701 | | First Class Mail |
| Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Gaming Commissions | State of New Jersey Casino Control Commission | Matthew B. Levinson, CEO<br>Arcade Building<br>Tennessee Avenue & Boardwalk<br>Atlantic City NJ 08401-0000 | | First Class Mail |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>Department of Law -The Capitol, 2nd Fl.<br>Albany  NY 12224-0341 | | First Class Mail |
| Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>Dept. of Justice<br>P.O. Box 629<br>Raleigh NC 27602-0629 | | First Class Mail |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>State Office Tower 14th Floor<br>30 E. Broad St.<br>Columbus OH 43266-0410 | | First Class Mail |
| Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>Justice Bldg.<br>116 2 Court St. NE<br>Salem OR 97301 | | First Class Mail |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>1600 Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 S. Main St.<br>Providence RI 02903 | | First Class Mail |
| Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>Remert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>PO Box 12548<br>Austin TX 78711-2548 | | First Class Mail |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond  VA 23219 | | First Class Mail |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol, Bldg 1 Room E 26<br>1900 Kanawha Blvd East<br>Charleston WV 25305 | | First Class Mail |
| Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Dept of Justice State Capital<br>State Capitol, Room 114 East, PO Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| Counsel to NV Energy, Inc., through Nevada Power Company and Sierra Pacific Power Company | Stoel Rives LLP | Brandy A. Sargent, Esq., Oren B. Haker, Esq.<br>900 SW Fifth Avenue, Suite 2600<br>Portland OR 97204 | brandy.sargent@stoel.com<br>oren.haker@stoel.com<br>Jason.abrams@stoel.com | Email |
| Counsel to Dell Marketing, L.P. | Streusand, Landon & Ozburn LLP | Sabrina L. Streusand<br>811 Barton Springs Road<br>Suite 811<br>Austin TX 78704 | streusand@slollp.com | Email |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Frank A. Merola<br>2029 Century Park East<br>Los Angeles CA 90067 | fmerola@stroock.com | Email |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Jonathan D. Canfield, Kenneth Pasquale, Erez Gilad & Kristopher M. Hansen<br>180 Maiden Lane<br>New York NY 10038 | jcanfield@stroock.com<br>kpasquale@stroock.com<br>khansen@stroock.com<br>egilad@stroock.com | Email |
| Counsel to IGT | Subranni Zauber LLC | Jennifer A. Trofa, Esq.<br>1624 Pacific Avenue<br>Atlantic City NJ 08401 | jtrofa@subranni.com | Email |
| Counsel to IGT | Subranni Zauber LLC | John P. Leon, Scott M. Zauber<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 307B<br>Marlton NJ 08053 | jleon@subranni.com<br>szauber@subranni.com | Email |
| Counsel to Dorothy Cullen | Testa, Heck, Scrocca & Testa, P.A. | Michael L. Testa, Esq.<br>424 Landis Avenue<br>P.O. Box 749<br>Vineland NJ 08360-0000 | mtesta@testalawyers.com | Email |
| Counsel to Comenity Bank | The Law Office of William J. Factor, Ltd. | Attn: William J. Factor & Sara E. Lorber<br>105 W. Madison Street, Suite 1500<br>Chicago IL 60602 | wfactor@wfactorlaw.com<br>slorber@wfactorlaw.com | Email |

## Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Alfred Coletta, and Alfred and Rosemary Coletta, as Co-Guardians of Anthony Coletta, an Incapacitated Person and LAD Hotel Partners, LLC | The Law Office of William J. Factor, Ltd. | Sara E. Lorber<br>105 W. Madison St., Suite 1500<br>Chicago IL 60602 | | First Class Mail |
| Counsel to the Dennis Mehringer 401k Profit Sharing Plan | The Law Offices of C. G. Gordon Martin | C. G. Gordon Martin<br>99 South Lake Avenue, Suite 501<br>Pasadena CA 91101 | cggordonmartin@earthlink.net | Email |
| Counsel to Thermal Energy Limited Partnership I | The Law Offices of Roger J. Higgins, LLC | Roger J. Higgins<br>1 North Bishop Street, Suite 14<br>Chicago IL 60607 | rhiggins@rogerhigginslaw.com | Email |
| Counsel to Moti Partners, LLC | The Stepnowski Law Offices | Frank Stepnowski, Esq.<br>1515 N. Harlem Avenue<br>Suite 205-2<br>Oak Park IL 60302 | Frank@Steppergroup.com | Email |
| Counsel of record for Standard Textile Co., Inc. | Thompson Hine LLP | Louis F. Solimine, Esq.<br>312 Walnut Street<br>Suite 1400<br>Cincinnati OH 45202-4029 | Louis.Solimine@Thompsonhine.com | Email |
| Attorney General | TN Dept of Revenue | c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37243 | bill.mccormick@ag.tn.gov | Email |
| Counsel to ANV (Lloyds) | Traub Lieberman Straus & Shrewsbery | Christopher J. Nadeau<br>303 W. Madison Street, Suite 1200<br>Chicago IL 60606 | cnadeau@traublieberman.com | Email |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President<br>One Federal Street<br>Boston MA 02110-0000 | deborah.ibrahim@usbank.com | Email |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank National Association | Attn: Corporate Trust Services, Raymond S. Haverstock<br>60 Livingston Avenue<br>St. Paul MN 55107-1419 | | First Class Mail |
| Indenture Trustee for 11.25% Senior Secured Notes due 2017, 8.5% Senior Secured Notes due 2020, 9% Senior Secured Notes due 2020 | UMB Bank, National Association | Attn: Gavin Wilkinson<br>Corporate Trust and Escrow Services<br>120 South 6th Street, Suite 1400<br>Minneapolis MN 55082 | | First Class Mail |
| Counsel to Philip G. Satre | Ungaretti & Harris LLP | R. Scott Alsterda | rsalsterda@uhlaw.com | Email |
| United States Attorney for the Northern District of Illinois | United States Attorney for the Northern District of Illinois | Attn: Bankruptcy Section<br>219 S Dearborn St 5th Flr<br>Chicago IL 60604 | | First Class Mail |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent<br>219 S Dearborn St, Rm 873<br>Chicago IL 60604 | ustpregion11.es.ecf@usdoj.gov<br>denise.delaurent@usdoj.gov | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee (collectively, "Hilton") | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, David N. Griffiths & Dana M. Kaufman<br>767 Fifth Avenue<br>New York NY 10153 | debra.dandeneau@weil.com<br>david.griffiths@weil.com<br>dana.kaufman@weil.com | Email |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman<br>1155 Avenue of the Americas<br>New York NY 10036 | cshore@whitecase.com<br>hdenman@whitecase.com | Email |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: Thomas E. Lauria<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131 | tlauria@whitecase.com | Email |
| Counsel for Bossier Parish Policy Jury and Bossier City | Wiener, Weiss & Madison | Attn: R. Joseph Naus<br>P. O. Box 21990<br>Shreveport LA 71120-1990 | rjnaus@wwmlaw.com | Email |
| Indenture Trustee for 12.75% Second Lien Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy<br>500 Delaware Avenue<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Richard J. Davis, Examiner | Winston & Strawn LLP | Carrie V. Hardman, Richard W. Reinthaler & David Neier<br>200 Park Avenue<br>New York NY 10166 | chardman@winston.com<br>rreinthaler@winston.com<br>dneier@winston.com | Email |
| Counsel to Richard J. Davis, Examiner | Winston & Strawn LLP | Gregory M. Gartland<br>35 W. Wacker Drive<br>Chicago IL 60601 | ggartland@winston.com | Email |
| Counsel to Giesecke & Devrient America, Inc. | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan, Esq. & Morgan L. Patterson, Esq.<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | kmangan@wcsr.com<br>mpatterson@wcsr.com | Email |
| Interested Party | WPB Partners LLC | Attn John Marshall<br>6800 Paragon Place<br>Suite 202<br>Richmond VA 23230-1656 | jmarshall@jmpartnersllc.com | Email |
| Counsel to Churchill Downs, Incorporated | Wyatt, Tarrant & Combs, LLP | Daniel I. Waxman<br>250 West Main Street, Suite 1600<br>Lexington KY 40507-1746 | dwaxman@wyattfirm.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Young Conaway Stargatt & Taylor, LLP | John T. Dorsey<br>1000 North King Street<br>Wilmington DE 19801 | jdorsey@ycst.com | Email |
| Counsel to Certain Second Lien Noteholders | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Edmon L. Morton & Robert F. Poppiti, Jr.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | rbrady@ycst.com<br>emorton@ycst.com<br>rpoppiti@ycst.com | Email |