**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD
JUNE 3, 2015, AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

Time and Date of Hearing: June 3, 2015, at 10:30 a.m. (prevailing Central Time)

Location of Hearing: The Honorable A. Benjamin Goldgar
Courtroom 642
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

Copies of Motions: A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("Prime Clerk"), at https://cases.primeclerk.com/CEOC. Further information may be obtained by calling Prime Clerk at (855) 842-4123 within the United States or Canada or, outside of the United States or Canada, by calling +1 (646) 795-6969.

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

**Caesars Entertainment Operating Company, Inc. v. BOKF, N.A. - Adversary Proceeding Case No. 15-00149 (ABG)**

1. <u>Debtors' Motion to Enforce the Stay</u>.  Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 4]

    <u>Responses Received</u>:

    A. Ad Hoc Group of 5.75% and 6.50% Notes' Preliminary Objection to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 7]

    B. Objection of Frederick Barton Danner to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 18]

    C. Official Committee of Second Priority Noteholders' Preliminary Objection to Debtors' Motion to Enjoin Pending Litigation [Docket No. 21]

    D. Preliminary Objection of Wilmington Savings Fund Society, FSB to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 22]

    E. Second Priority Notes Trustee BOKF, N.A.'s Preliminary Opposition to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation [Docket No. 24]

    F. Joinder of the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 to the Objection of BOKF to the Debtors' Motion for a Stay of BOKF's Guarantee Enforcement Action Against Caesars Entertainment Corporation [Docket No. 25]

    G. 10.75% Notes Trustee's Objection to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 27]

    H. Objection of Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., <u>et al.</u> to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 29]

I. Defendants MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, SB 4 CF LLC, CFIP Ultra Master Fund, Ltd. and Trilogy Portfolio Company, LLC's Answer and Separate Affirmative Defenses to Complaint for Declaratory and Injunctive Relief [Docket No. 78]

J. Debtors' Pretrial Brief in Support of Their Motion to Stay, or in the Alternative for Injunctive Relief Enjoining Prosecution of, Certain Litigation Against Caesars Entertainment Corporation [Docket No. 129]

K. Joint Pretrial Brief of WSFS and BOKF [Docket No. 132]

L. Unsecured Notes Defendants'(I) Memorandum Objecting to Jurisdiction, (II) Pretrial Brief and (III) Joinder to the Pretrial Brief of Wilmington Savings Fund Society, FSB and BOKF, N.A. [Docket No. 133]

Witness Lists, Exhibit Lists, and Objections:

A. Debtors' Witness List for Hearing on Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Continued Prosecution of Certain Pending Litigation [Docket No. 117]

B. Witness List for Defendants Wilmington Savings Fund Society, FSB, BOKF, N.A., and Frederick Barton Danner [Docket No. 119]

C. Defendants MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, SB 4 CF LLC, CFIP Ultra Master Fund, Ltd. and Trilogy Portfolio Company, LLC's Witness List [Docket No. 120]

D. Defendants' Joint List of Exhibits [Docket No. 123]

E. Defendants MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, SB 4 CF LLC, CFIP Ultra Master Fund, Ltd., and Trilogy Portfolio Company, LLC's Supplemental List of Exhibits [Docket No. 124]

F. Debtors' Exhibit List for Hearing on Motion to Stay, or in the Alternative for Injunctive Relief Enjoining Continued Prosecution Of, Certain Pending Litigation [Docket No. 126]

G. Debtors' Objections to Defendants' Joint List of Exhibits and MeehanCombs et al.'s Supplemental List of Exhibits [Docket No. 130]

H. Defendants' Joint Objections to Debtors' List of Exhibits [Docket No. 135]

<u>Related Documents</u>:

A.   Complaint for Declaratory and Injunctive Relief [Docket No. 1]

B.   Declaration of Judson D. Brown in Support of Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 5]

C.   Declaration of Gordon Z. Novod in Support of Objection of Frederick Barton Danner to Debtors' Motion to Stay, or in the Alternative, for Injunctive Relief Enjoining, Prosecution of Certain Pending Litigation Against Debtors' Directors and Non-Debtor Affiliates [Docket No. 19]

D.   Order Overruling Certain Objections By Intervening Parties [Docket No. 74]

E.   Answer of Wilmington Savings Fund Society, FSB [Docket No. 75]

F.   Defendant Frederick Barton Danner's Answer to the Debtors' Complaint [Docket No. 76]

G.   Defendant BOKF, N.A.'s Answer and Affirmative Defenses to the Debtors' Complaint for Declaratory and Injunctive Relief [Docket No. 77]

H.   Amended Answer of Wilmington Savings Fund Society, FSB [Docket No. 84]

I.   Amended Final Pretrial Order [Docket No. 116]

Status:   This matter is going forward.

2.   <u>Defendants' Joint Motion to Limit Testimony</u>.  Defendants' Joint Motion to Limit Testimony of James E. Millstein [Docket No. 128]

<u>Responses Received</u>:

A.   Debtors' Objection to Defendants' Joint Motion to Limit Testimony of James E. Millstein [Docket No. 136]

<u>Related Documents</u>:  None

Status:   This matter is going forward.

KE 36345352

3. <u>Defendants' Motion *in Limine*</u>. Motion *in Limine* to Exclude the Introduction of Evidence or Testimony Regarding the Alleged "Distraction" to the Debtors' Efforts to Reorganize of Defendants MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, SB 4 CF LLC, CFIP Ultra Master Fund, Ltd., and Trilogy Portfolio Company, LLC [Docket No. 131]

<u>Responses Received</u>:

A. Debtors' Objection to MeehanCombs' Motion *in Limine* to Exclude the Introduction of Evidence or Testimony Regarding the Alleged "Distraction" to the Debtors' Efforts to Reorganize [Docket No. 137]

<u>Related Documents</u>: None

Status: This matter is going forward.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: June 1, 2015<br>Chicago, Illinois | */s/ Jeffrey J. Zeiger, P.C.*<br>James H.M. Sprayregen, P.C.<br>David R. Seligman, P.C.<br>David J. Zott, P.C.<br>Jeffrey J. Zeiger, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>- and -<br><br>Paul M. Basta, P.C.<br>Nicole L. Greenblatt<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Counsel to the Debtors and Debtors in Possession* |

KE 36345352