# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CAESARS ENTERTAINMENT OPERATING | ) Case No. 15-01145 (ABG) |
| COMPANY, INC., et al.,[1] | ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) |
|  | ) |

## NOTICE OF MOTION OF SFI BELMONT LLC
## FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT
## SERVICE OF SUBPOENAS UPON CERTAIN OF THE DEBTORS

**PLEASE TAKE NOTICE** that on the **22nd day of June, 2015, at 1:30 p.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard, SFI Belmont LLC ("**SFI**") shall appear before the Honorable A. Benjamin Goldgar or any other judge who may be sitting his place and stead, in the Ceremonial Courtroom (Room No. 2525) in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached *Motion for Relief from the Automatic Stay to Permit Service of Subpoenas Upon Certain of the Debtors* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed with the Court by **June 15, 2015 at 4:00 p.m. (prevailing Central Time)** and served on: (1) counsel for SFI; (2) proposed counsel to the above-captioned Debtors; (3) the Office of the United States Trustee for the Northern District of Illinois; and (4) any party that has requested

---

[1]      The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623.  Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtor's claims and noticing agent at https://cases.primeclerk.com/CEOC.

notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, which may be found

at https://cases.primeclerk.com/CEOC.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion as well as copies of all

documents filed in these chapter 11 cases are available free of charge by visiting

https://cases.primeclerk.com/CEOC or by calling (855) 842-4123 within the United States or

Canada or, outside of the United States or Canada, by calling +1 (646) 795-6969.  You may also

obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in

accordance with the procedures and fees set forth therein.

Dated:  June 8, 2015                              Respectfully submitted,

                                                  SFI Belmont LLC

                                                  By:____/s/ Bryan E. Minier_____
                                                        One of its Attorneys

Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:    (312) 261-1265
Email: bminier@pedersenhoupt.com

*Counsel for SFI Belmont LLC*

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on June 8, 2015, he caused a true and correct copy of the foregoing **MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SERVICE OF SUBPOENAS UPON CERTAIN OF THE DEBTORS,** and associated notice of motion to be served via electronic mail on the service list attached hereto as **Exhibit A,** and via regular U.S. Mail, postage pre-paid, on the service list attached hereto as **Exhibit B**.

Dated:  June 8, 2015                          /s/ Bryan E. Minier


Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:    (312) 261-1265
Email: bminier@pedersenhoupt.com

*Counsel for SFI Belmont LLC*

## **EXHIBIT A**
(Served via Electronic Mail)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | David M. Zensky | dzensky@akingump.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Akin Gump Strauss Hauer & Feld LLP | Sara L. Brauner, Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi | sbrauner@akingump.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com |
| Chief Restructuring Officer for Debtors | AlixPartners | Randall S. Eisenberg | reisenberg@alixpartners.com |
| Interested Party | American Express, Global Merchant Services | Craig McDowell | Craig.B.Mcdowell@aexp.com |
| Counsel to Edwin Layton | Amos and Associates | Attn: Ricky O. Amos | amoslaw@cableone.net |
| Counsel to Christina L. Coppede | Ansell Grimm & Aaron, P.C. | James G. Aaron, Esq. | jga@ansellgrimm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Andrew I. Silfen & Beth M. Brownstein | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Mark B. Joachim & Jackson D. Toof | mark.joachim@arentfox.com; jackson.toof@arentfox.com |
| Counsel to Aristocrat Technologies, Inc. | Armstrong Teasdale LLP | David L. Going, Richard W. Engel, Jr. | dgoing@armstrongteasdale.com; rengel@armstrongteasdale.com |
| Counsel to MSG Forum, LLC | Aronberg Goldgehn Davis & Garmisa | Amy M Rapoport Gibson & John C Sciacotta | arapoport@agdglaw.com; jsci@agdglaw.com |
| Counsel to ACE American Insurance Company and certain of its affiliated entities, but not including ACE Bermuda Insurance Ltd. | Ballard Spahr LLP | Tobey M. Daluz, Leslie C. Heilman | daluzt@ballardspahr.com; heilmanl@ballardspahr.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett | william.barrett@bfkn.com |
| Counsel to City of Hammond, Indiana | Barnes & Thornburg LLP | Paula K. Jacobi | pjacobi@btlaw.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab, Esq. & Kenneth T. Law, Esq. | Klaw@bbslaw.com |
| Counsel for Hospitality Network, LLC and W.W. Grainger, Inc. | Bryan Cave LLP | Aaron Davis | aaron.davis@bryancave.com |
| Counsel to US Foods, Inc. | Bryan Cave LLP | Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq. | ryan.lawlor@bryancave.com |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq. | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| Counsel to Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Debtors | Caesars Entertainment Operating Company, Inc. | Attn General Counsel | tlambert@caesars.com |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq. | wmiller@cahill.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 , consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP and Southwestern Electric Power Company | Carlson Dash, LLC | Jeffrey E. Altshul & Kurt M. Carlson | jaltshul@carlsondash.com; kcarlson@carlsondash.com |
| Counsel to Moti Partners, LLC ("Moti") | Certilman Balin Adler & Hyman, LLP | Attention: Richard J. McCord, Esq. & Carol A. Glick, Esq. | rmccord@certilmanbalin.com; cglick@certilmanbalin.com |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Chapman and Cutler LLP | Michael T. Benz | benz@chapman.com |
| Counsel to Culinary Trust Funds; and Employee Painters' Trust; Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust; and Painters and Floorcoverers Joint Committee | Christensen James & Martin | Attn: Wesley J. Smith, Esq. | wes@cjmlv.com |
| Counsel to Iowa Racing and Gaming Commission | Ciardi Ciardi & Astin | Albert A. Ciardi, III, Esquire | aciardi@ciardilaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to City of Reno, Business License Division | City of Reno | Michael Chaump, Business Relations Manager | chaumpm@reno.gov |
| Counsel to Sarah Lou Iovino | Crane, Heyman, Simon, Welch & Clar | Scott R. Clar | sclar@craneheyman.com |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands Branch | Attn: Dennis Kao | dennis.kao@credit-suisse.com |
| Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Delaware Trust Company | Sandra E. Horwitz, Managing Director | shorwitz@delawaretrust.com |
| Counsel to Kaylene M. Henselee | Desai Eggmann Mason LLC | Robert E. Eggmann | reggmann@demlawllc.com |
| Interested Party | Donald C. Marro | | dmarro@crosslink.net |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | James Millar, Kristin Going, Clay Pierce | james.millar@dbr.com; kristin.going@dbr.com; clay.pierce@dbr.com |
| Counsel to  the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Timothy R. Casey | Timothy.Casey@dbr.com |
| EPA - Regional Office | Environmental Protection Agency - Region 5 | Attn: Richard I. Nagle, Bankruptcy Contact | nagle.richard@epa.gov |
| Counsel to VISA U.S.A. Inc | Farella Braun + Martel LLP | Gary M. Kaplan | gkaplan@fbm.com |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln, Lars A. Peterson | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| Counsel to Board of Levee Commissioners for the Yazoo-Mississippi Delta | Fox, Swibel, Levin & Caroll, LLP | N. Neville Reid; Ryan T. Schultz | nreid@fslc.com; rschultz@fslc.com |
| Counsel to Old Republic Insurance Company and Zurich American Insurance Company | Fox, Swibel, Levin & Caroll, LLP | Margaret M. Anderson | panderson@fslc.com |
| Counsel to PepsiCo, Inc. together with its subsidiaries, including Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company (collectively, "Pepsi"), PepsiCo Sales, Inc. ("PepsiCo Sales"), Pepsi-Cola Fountain Company, Inc. ("Pepsi Fountain"), PepsiCo Food Service, a division of PepsiCo, Inc. ("PFS") and Frito-Lay North America, Inc. ("Frito-Lay") & Edgewood Companies, a successor in interest to Park Cattle Company and one or more of its affiliates, including Edgewood Water Co. | FrankGecker LLP | Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Apollo Global Management LLC and certain of its affiliates | Freeborn & Peters LLP | Richard S. Lauter, Devon J. Eggert & Elizabeth L. Janczak | rlauter@freeborn.com; deggert@freeborn.com; ejanczak@freeborn.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Gardy & Notis LLP | Attn: Mark C. Gardy, James S. Notis & Meagan Farmer | mgardy@gardylaw.com; jnotis@gardylaw.com; mfarmer@gardylaw.com |
| Counsel to J. Rockets Development, LLC | Gibbons P.C. | Attn: David N. Crapo, Esq. | dcrapo@gibbonslaw.com |
| Counsel to interested party CBS Radio Stations Inc. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson | lmj@gfjlawfirm.com |
| Counsel to South Jersey Gas Company & South Jersey Energy Company | Goldstein & McClintock LLLP | Sean P. Williams | seanw@restructuringshop.com |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Gould & Ratner LLP | Mark E. Leipold | mleipold@gouldratner.com |
| Counsel to American Mart Corporation, d/b/a Wirtz Beverage Nevada, Inc.; Wirtz Beverage Nevada Beer, Inc.; Wirtz Beverage Nevada Reno, Inc.; Wirtz Beverage Illinois, LLC | Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP | Steven H. Leech, Earl E. Farkas, Peter J. Wozniak | s.leech@gozdel.com |
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Edmund Aronowitz | earonowitz@gelaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Frederick Barton Danner and the proposed class plaintiff and holder of 6.50% Senior Notes Due 2016 | Grant & Eisenhofer P.A. | Attn: Jay Eisenhofer & Gordon Z. Novod | jeisenhofer@gelaw.com; gnovod@gelaw.com |
| Counsel to Konami Gaming, Inc. | Howard & Howard Attorneys | James E. Morgan, L. Judson Todhunter | JMorgan@howardandhoward.com; jtodhunter@HowardandHoward.com |
| Counsel to Konami Gaming, Inc. | Howard & Howard Attorneys PLLC | Lisa S Gretchko | lgretchko@howardandhoward.com |
| IRS Insolvency Section | Internal Revenue Service | Linda Lorello | linda.lorello@irs.gov |
| Interested Party and Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Caesars Entertainment Corporation | Jenner & Block LLP | Vincent E. Lazar, Charles B. Sklarsky, Daniel R. Murray, John D. VanDeventer | vlazar@jenner.com; csklarsky@jenner.com; dmurray@jenner.com; jvandeventer@jenner.com |
| Counsel to International Painters and Allied Trades Industry Pension Fund | Jennings Sigmond, P.C. | c/o Dawn M. Costa & Matthew Tokarsky | dcosta@jslex.com; bankruptcy@jslex.com; mtokarsky@jslex.com |
| Counsel to Simon Property Group, L.P., as creditor and party in interest | Johnson & Bell, Ltd. | Michael J. Linneman | linnemanm@jbltd.com |
| Counsel to the Official Committee of Second Priority Noteholders ; Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Jones Day | Bruce Bennett, James O. Johnston, Sidney P. Levinson, Joshua M. Mester & Monika S. Wiener | bbennett@jonesday.com; jjohnston@jonesday.com; slevinson@jonesday.com; jmester@jonesday.com; mwiener@jonesday.com |
| Counsel to the Official Committee of Second Priority Noteholders | Jones Day | Philip Le B. Douglas, Geoffrey S. Stewart, Todd R. Geremia, Rajeev Muttreja & Alex P. McBride | pldouglas@jonesday.com; gstewart@jonesday.com; trgeremia@jonesday.com; rmuttreja@jonesday.com; apmcbride@jonesday.com |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | Kasowitz, Benson, Torres & Friedman LLP | David S. Rosner, Joshua Greenblatt, Daniel A. Fliman & Moshe A. Fink | drosner@kasowitz.com; jgreenblatt@kasowitz.com; dfliman@kasowitz.com; Mfink@kasowitz.com |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Munchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine | craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com |
| UMB Bank, NA, Indenture Trustee for the First Lien Notes | Katten Munchin Rosenman LLP | Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James Carr, Eric Wilson, Kristin Elliott | KDWBankruptcyDepartment@KelleyDrye.com; ewilson@kelleydrye.com; kelliott@kelleydrye.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | Mark W. Page, Esq. | mpage@kelleydrye.com |
| Counsel to Debtors | Kirkland & Ellis LLP | James HM Sprayregen, David R Seligman, Ryan Preston Dahl, Jeffrey J. Zeiger, David J. Zott, Stephen C. Hackney and Joseph Graham | james.sprayregen@kirkland.com; david.seligman@kirkland.com; david.zott@kirkland.com; jeffrey.pawlitz@kirkland.com; ryan.dahl@kirkland.com; jeffrey.zeiger@kirkland.com; david.zott@kirkland.com; joe.graham@kirkland.com |
| Counsel to Debtors | Kirkland & Ellis LLP | Paul M Basta, Nicole L Greenblatt, Christopher Greco | paul.basta@kirkland.com; nicole.greenblatt@kirkland.com; christopher.greco@kirkland.com; cgreco@kirkland.com |
| Counsel to Ecolab, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggerman & Matthew C. Ziegler | keckstein@kramerlevin.com; ghorowitz@kramerlevin.com; dmannal@kramerlevin.com; deggermann@kramerlevin.com; mziegler@kramerlevin.com |
| Counsel to Caesars Acquisition Company | Latham & Watkins LLP | Matthew L. Warren | matthew.warren@lw.com |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director | james.heaney@lawdeb.com |
| Counsel to Sang S. Vong | Law Office of Peter L Berk | Peter L. Berk | plberk@berklegal.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to MicroStrategy Incorporated, MicroStrategy Services Corporation, MicroStrategy Limited | Levenfeld Pearlstein | Elizabeth B. Vandesteeg, Jonathan P. Friedland | evandesteeg@lplegal.com; jfriedland@lplegal.com |
| Counsel to Harris County, Montgomery County, Fort Bend County | Linebarger Goggan Blair & Sampson LLP | Attn: John P. Dillman | houston_bankruptcy@lgbs.com |
| Counsel to Entergy Mississippi, Inc. | Locke Lord LLP | c/o Alan Katz, Esq. | akatz@lockelord.com |
| Counsel to Global Water Technology, Inc. | Lowis & Gellen LLP | Christopher M. Cahill | ccahill@lowis-gellen.com |
| Counsel to TPG Capital, L.P., David Bonderman, and Kelvin Davis | McDonald Hopkins LLC | David A. Agay | dagay@mcdonaldhopkins.com |
| Counsel to Oliver Evans, Carmon Jacobs and Jimmy Jacobs | Merkel & Cocke, P.A. | Edward P. Connell, Jr. | tconnell@merkel-cocke.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Kannel | bkannel@mintz.com |
| Counsel to the Ad Hoc Committee of Holders of the 12.75% Second Priority Senior Secured Notes Due 2018 (the "Ad Hoc Committee"), consisting of XAIA Investment GmbH, BlueMountain Capital Management, LLC and Arrowgrass Capital Partners (US) LP | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae & Kaitlin Walsh | jhbae@mintz.com; KRWalsh@mintz.com |
| Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A. Ginther | ndilecf@dor.mo.gov |
| Counsel to Caesars Entertainment Corp. | Much Shelist, P.C. | Jeffrey M. Schwartz; Folarin S. Dosunmu | jschwartz@muchshelist.com; fdosunmu@muchshelist.com |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Neal, Gerber & Eisenberg LLP | Mark A. Berkoff, William Choslovsky Nicholas M. Miller, Robert Radasevich | mberkoff@ngelaw.com; nmiller@ngelaw.com; rradasevich@ngelaw.com |
| Counsel to Wilmington Trust, National Association | Novack and Macey LLP | Andrew D. Campbell | acampbell@novackmacey.com |
| Counsel to Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | Novack and Macey LLP | Eric N. Macey, Stephen J. Siegel, Julie Johnston-Ahlen | emacey@novackmacey.com; ssiegel@novackmacey.com; jja@novackmacey.com |
| Counsel to STOCKTON UNIVESITY (f/k/a RICHARD STOCKTON COLLEGE OF NEW JERSEY) | Okin Hollander LLC | Attn: Margreta M. Morgulas | mmorgulas@okinhollander.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Jeffrey H. Davidson & Gabriel I. Glazer | jdavidson@pszjlaw.com; gglazer@pszjlaw.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | John A. Morris | jmorris@pszjlaw.com |
| Counsel to Elliot Management Corporation, on behalf of certain affiliated holders | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | ljones@pszjlaw.com |
| Counsel to Caesars Entertainment Corp. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz, Michael E. Gertzman | jsaferstein@paulweiss.com; slovett@paulweiss.com; lclayton@paulweiss.com; jhurwitz@paulweiss.com; mgertzman@paulweiss.com |
| Counsel to Rincon Band of Luiseno Indians | Pederson & Houpt | Attn: Bryan E. Minier | bminier@pedersenhoupt.com; skwon@pedersenhoupt.com |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee (collectively, "Hilton") | Perkins Coie LLP | Brian A. Audette & David M. Neff | baudette@perkinscoie.com; dneff@perkinscoie.com |
| Counsel to AEG Live LV LLC | Pillsbury Winthrop Shaw & Pittman LLP | Kathy Jorrie | kathy.jorrie@pillsburylaw.com |
| Counsel to AEG Live LV LLC | Pillsbury Winthrop Shaw Pittman LLP | Samuel S. Cavior | samuel.cavior@pillsburylaw.com |
| Counsel to Total Filtration Systems, Inc. | Polsinelli PC | Attn: Jean Soh | jsoh@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Ben Steele | ceoinfo@primeclerk.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. | Proskauer Rose LLP | Jeff J. Marwil, Paul V. Possinger, Mark K. Thomas, Brandon W. Levitan | jmarwil@proskauer.com; ppossinger@proskauer.com;mthomas@pros kauer.com; blevitan@proskauer.com |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley | slieberman@pryorcashman.com; psibley@pryorcashman.com |
| Counsel to NV Energy, Inc., through its operating subsidiaries Nevada Power Company and Sierra Pacific Power Company | Quarles & Brady LLP | Christopher Combest | christopher.combest@quarles.com |
| Agent for Creditor, EMC Corporation | Receviable Management Services | Ronald L Rowland, Esq | Ronald.Rowland@iqor.com |
| Counsel to Western Conference of Teamsters Pension Trust Fund | Reid, McCarthy, Ballew & Leahy, LLP | Attn: Russell J. Reid | rjr@rpmb.com |
| Interested Party | Rosenthal & Rosenthal, Inc | Attn: Anthony DiTirro | mdejesus@rosenthalinc.com |
| Counsel to Gucci America, Inc., Gucci Group Watches, Inc., Balenciaga America, Inc., and Sergio Rossi USA, Inc. | Rubin LLC | Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to National Retirement Fund | Schulte Roth & Zabel LLP | James T. Bentley | james.bentley@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities and Exchange Commission | Jolene M. Wise | bankruptcynoticeschr@sec.gov; chicago@sec.gov |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Seward & Kissel LLP | John R. Ashmead, Esq., Arlene R. Alves, Esq., Kalyan Das | ashmead@sewkis.com; alves@sewkis.com; das@sewkis.com |
| Counsel to the Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | Peter Roberts, Brian Shaw, David Doyle, John Guzzardo | proberts@shawfishman.com; bshaw@shawfishman.com; ddoyle@shawfishman.com; jguzzardo@shawfishman.com |
| Counsel to Simon Property Group, L.P., as landlord | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to City of Hammond & Hammond Port Authority & Consuelo Mireles | Smith Sersic | Kevin C. Smith | info@smithsersic.com |
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | AGOlens@law.ga.gov |
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | webteam@ag.state.ia.us |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| Counsel to NV Energy, Inc., through Nevada Power Company and Sierra Pacific Power Company ("NV Energy") | Stoel Rives LLP | Brandy A. Sargent, Esq., Oren B. Haker, Esq. | brandy.sargent@stoel.com; oren.haker@stoel.com; Jason.abrams@stoel.com |
| Counsel to Dell Marketing, L.P. | Streusand, Landon & Ozburn LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Frank A. Merola | fmerola@stroock.com |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Jonathan D. Canfield, Kenneth Pasquale, Erez Gilad & Kristopher M. Hansen | jcanfield@stroock.com; kpasquale@stroock.com; khansen@stroock.com; egilad@stroock.com |
| Counsel to IGT | Subranni Zauber LLC | John P. Leon, Scott M. Zauber | jleon@subranni.com; szauber@subranni.com |
| Counsel to IGT | Subranni Zauber LLC | Jennifer A. Trofa, Esq. | jtrofa@subranni.com |
| Counsel to Dorothy Cullen | Testa, Heck, Scrocca & Testa, P.A. | Michael L. Testa, Esq. | mtesta@testalawyers.com |
| Counsel to Alfred Coletta, and Alfred and Rosemary Coletta, as Co-Guardians of Anthony Coletta, an Incapacitated Person, and LAD Hotel Partners, LLC and Comenity Bank | The Law Office of William J. Factor, Ltd. | Sara E. Lorber | slorber@wfactorlaw.com |
| Counsel to Comenity Bank | The Law Office of William J. Factor, Ltd. | William J Factor | wfactor@wfactorlaw.com |
| Counsel to the Dennis Mehringer 401k Profit Sharing Plan | The Law Offices of C. G. Gordon Martin | C. G. Gordon Martin | cggordonmartin@earthlink.net |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Thermal Energy Limited Partnership I | The Law Offices of Roger J. Higgins, LLC | Roger J. Higgins | rhiggins@rogerhigginslaw.com |
| Counsel to Moti Partners, LLC ("Moti") | The Stepnowski Law Offices | Frank Stepnowski, Esq. | frank@steppergroup.com |
| Counsel of record for Standard Textile Co., Inc. | Thompson Hine LLP | Louis F. Solimine, Esq. | Louis.Solimine@Thompsonhine.com |
| Attorney General | TN Dept of Revenue | c/o TN Attorney General's Office | bill.mccormick@ag.tn.gov |
| Counsel to ANV (Lloyds) | Traub Lieberman Straus & Shrewsbery | Christopher J. Nadeau | cnadeau@traublieberman.com |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President | deborah.ibrahim@usbank.com |
| Counsel to Philip G. Satre | Ungaretti & Harris LLP | R. Scott Alsterda | rsalsterda@uhlaw.com |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent | ustpregion11.es.ecf@usdoj.gov; denise.delaurent@usdoj.gov |
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | oag@dc.gov |
| Counsel to Hilton Worldwide, Inc. and the Hilton Worldwide, Inc. Global Benefits Administrative Committee (collectively, "Hilton") | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, David N. Griffiths & Dana M. Kaufman | debra.dandeneau@weil.com; david.griffiths@weil.com; dana.kaufman@weil.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman | cshore@whitecase.com; hdenman@whitecase.com |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: Thomas E. Lauria | tlauria@whitecase.com |
| Counsel to Bossier Parish Policy Jury and City of Bossier City | Wiener, Weiss & Madison | Attn: R. Joseph Naus | rjnaus@wwmlaw.com |
| Counsel to Richard J. Davis, Examiner | Winston & Strawn LLP | Carrie V. Hardman, Richard W. Reinthaler & David Neier | dneier@winston.com; rreinthaler@winston.com; chardman@winston.com |
| Counsel to Richard J. Davis, Examiner | Winston & Strawn LLP | Gregory M. Gartland | ggartland@winston.com |
| Counsel to Giesecke & Devrient America, Inc. | Womble Carlyle Sandridge & Rice, LLP | Kevin J. Mangan, Esq. & Morgan L. Patterson, Esq. | kmangan@wcsr.com; mpatterson@wcsr.com |
| Creditor, Interested Party | WPB Partners LLC | Attn John Marshall | jmarshall@jmpartnersllc.com |
| Counsel to Churchill Downs, Incorporated | Wyatt, Tarrant & Combs, LLP | Daniel I. Waxman | dwaxman@wyattfirm.com |
| Counsel to Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Young Conaway Stargatt & Taylor, LLP | John T. Dorsey | jdorsey@ycst.com |
| Counsel to Certain Second Lien Noteholders | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Edmon L. Morton & Robert F. Poppiti, Jr. | rbrady@ycst.com; emorton@ycst.com; rpoppiti@ycst.com |

## EXHIBIT B
(Served via First Class Mail)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Mark B. Joachim & Jackson D. Toof | 1717 K Street, NW | | | Washington | DC | 20006 |
| Attorney General for the State of Illinois | Attorney General for the State of Illinois | Attn Bankruptcy Section | 500 S 2nd St | | | Springfield | IL | 62701 |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq. | 1290 Avenue of the Americas | | | New York | NY | 10104 |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq. | 161 North Clark Street | Suite 4300 | | Chicago | IL | 60601-3351 |
| Gaming Commissions | Bureau of Gambling Control | Kamala D. Harris, Attorney General | 4949 Broadway, Suite E-231 | | | Sacramento | CA | 95820 |
| Debtors | Caesars Entertainment Operating Company, Inc. | Attn General Counsel | 1 Caesars Palace Drive | | | Las Vegas | NV | 89109 |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq. | 80 Pine Street | | | New York | NY | 10005 |
| Gaming Commissions | California Gambling Control | Tina Littleton, Executive Director | 2399 Gateway Oaks Dr. Ste 220 | | | Sacramento | CA | 95833-4231 |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands | Attn: Dennis Kao | Eleven Madison Avenue | | | New York | NY | 10010 |
| Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior | Delaware Trust Company | Sandra E. Horwitz, Managing Director | 2711 Centerville Road | | | Wilmington | DE | 19808 |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn: Bankruptcy Section | PO Box 64338 | | | Chicago | IL | 60664-0338 |
| Illinois Environmental Protection Agency | Illinois Environmental Protection | Attn: Director or Chief Legal Counsel | 1021 N Grand Ave E | | | Springfield | IL | 62702 |
| Gaming Commissions | Illinois Gaming Board (IGB) | Emily Mattison - General Counsel | 160 North LaSalle | Suite 300 | | Chicago | IL | 60601 |
| Gaming Commissions | Indiana Gaming Commission (IGC) | Ernest E. Yelton, Executive Director | East Tower, Suite 1600 | 101 W. Washington Street | | Indianapolis | IN | 46204 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Louisiana Horsemen's Benevolent and Protective Association 1993, Inc. | Johnson, Yacoubian & Paysse | Alan J Yacoubian | 701 Poydras St, Ste 4700 | | | New Orleans | LA | 70139-7708 |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Munchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine | 575 Madison Avenue | | | New York | NY | 10022-2585 |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James Carr, Eric Wilson, Kristin Elliott | 101 Park Avenue | | | New York | NY | 10178 |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggerman & Matthew C. Ziegler | 1177 Avenue of the Americas | | | New York | NY | 10036 |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director | 400 Madison Avenue, Suite 4D | | | New York | NY | 10017 |
| Indenture Trustee for 6.5% Senior Unsecured Notes and 5.75% Senior Unsecured Notes | Law Debenture Trust Company of New York | Attn: Thomas Musarra | 400 Madison Avenue, Suite 4D | | | New York | NY | 10017 |
| Counsel to Mesirow Financial Consulting, LLC | Mesirow Financial Holdings, Inc. | Attn: Jeffrey M. Levine | 353 North Clark Street | | | Chicago | IL | 60654 |
| Gaming Commissions | Mississippi Gaming Commission | ALLEN GODFREY, EXECUTIVE DIRECTOR | 620 North Street, Suite 200 | | | Jackson | MS | 39202 |
| Gaming Commissions | Missouri Gaming Commission | Roger Stottlemyre, Executive Director | 3417 Knipp Drive | P.O. Box 1847 | | Jefferson City MO | | 65102 |
| Gaming Commissions | Nevada State Gaming Control Board & Gaming Commission | Michael LaBadie, Marc Warren, and David Staley | 555 East Washington Avenue | Suite 2600 | | Las Vegas | NV | 89101 |
| Gaming Commissions | New Jersey Division of Gaming Enforcement | David L. Rebuck, Director | 1300 Atlantic Avenue | | | Atlantic City | NJ | 08401-0000 |
| Gaming Commissions | North Carolina Department of Revenue | Lyons Gray, Secretary of Revenue | 501 N Wilmington St | | | Raleigh | NC | 27604 |
| Gaming Commissions | Ohio Casino Control Commission | John Barron, Deputy Executive Director & General Counsel | 10 West Broad Street, 6th Floor | | | Columbus | OH | 43215 |

In re Caesars Entertainment Operating Company, Inc. et al.
Case No. 15-01145 (ABG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Gaming Commissions | Pennsylvania Gaming Control Board | Kevin F. O'Toole, Executive Director | P.O. Box 69060 | | | Harrisburg | PA | 17106-9060 |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley | 7 Times Square | | | New York | NY | 10036 |
| Interested Party | Rosenthal & Rosenthal, Inc | Attn: Anthony DiTirro | 1370 Broadway | | | New York | NY | 10018 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel | 100 F St NE | | | Washington | DC | 20549 |
| Gaming Commissions | State Lottery & Gaming Control Agency | Stephen L. Martino, Esq., Director | Montgomery Park Business Center | 1800 Washington Blvd., Suite 330 | | Baltimore | MD | 21230 |
| Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 1275 W. Washington St. | | | Phoenix | AZ | 85007 |
| Attorney General | State of California Attorney General | Attn: Bankruptcy Department | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | | San Francisco | CA | 94102-7004 |
| Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106 |
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South-5th Floor | 302 West Washington Street | | Indianapolis | IN | 46204 |
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | Hoover State Office Bldg. | 1305 E. Walnut | | Des Moines | IA | 50319 |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Capitol Building | Suite 118 | | Frankfort | KY | 40601 |
| Attorney General | State of Louisiana Attorney General | Charmaine Moore, Gaming Division | P.O. Box 94095 | | | Baton Rouge | LA | 70804-4095 |
| Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | 1 Ashburton Place | | | Boston | MA | 02108-1698 |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909-0212 |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | State Capitol, Suite 102 | | | St. Paul | MN | 55155 |
| Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Department of Justice, Walter Sillers Building | 550 High Street, Suite 1200, | P.O. Box 220 | Jackson | MS | 39205 |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Ct Bldg. | 207 W. High St. | | Jefferson | MO | 65101 |
| Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St. | | Carson City | NV | 89701 |
| Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market Street, | P.O. Box 080 | Trenton | NJ | 08625 |
| Gaming Commissions | State of New Jersey Casino Control Commission | Matthew B. Levinson, CEO | Arcade Building | Tennessee Avenue & Boardwalk | | Atlantic City | NJ | 08401-0000 |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | Department of Law -The Capitol, 2nd Fl. | | | Albany | NY | 12224-0341 |
| Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | Dept. of Justice | P.O. Box 629 | | Raleigh | NC | 27602-0629 |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | State Office Tower 14th Floor | 30 E. Broad St. | | Columbus | OH | 43266-0410 |
| Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | Justice Bldg. | 116 2 Court St. NE | | Salem | OR | 97301 |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | 1600 Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | Remert C. Dennis Office Bldg. | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | PO Box 142320 | | | Salt Lake City | UT | 84114-2320 |
| Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | | Richmond | VA | 23219 |
| Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | | Olympia | WA | 98504-0100 |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol, Bldg 1 Room E 26 | 1900 Kanawha Blvd East | | Charleston | WV | 25305 |
| Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, | P. O. Box 7857 | Madison | WI | 53707-7857 |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President | One Federal Street | | | Boston | MA | 02110-0000 |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank National Association | Attn: Corporate Trust Services, Raymond S. Haverstock | 60 Livingston Avenue | | | St. Paul | MN | 55107-1419 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Indenture Trustee for 11.25% Senior Secured Notes due 2017, 8.5% Senior Secured Notes due 2020, 9% Senior Secured Notes due 2020 | UMB Bank, National Association | Attn: Gavin Wilkinson | Corporate Trust and Escrow Services | 120 South 6th Street, Suite 1400 | | Minneapolis | MN | 55402 |
| United States Attorney for the Northern District of Illinois | United States Attorney for the Northern District of Illinois | Attn: Bankruptcy Section | 219 S Dearborn St 5th Flr | | | Chicago | IL | 60604 |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent | 219 S Dearborn St, Rm 873 | | | Chicago | IL | 60604 |
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | | Washington | DC | 20001 |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman | 1155 Avenue of the Americas | | | New York | NY | 10036 |
| Indenture Trustee for 12.75% Second Lien Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 500 Delaware Avenue | | | Wilmington | DE | 19801 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING | ) Case No. 15-01145 (ABG) |
| COMPANY, INC., <u>et al.</u>,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## <u>TO PERMIT SERVICE OF SUBPOENAS UPON CERTAIN OF THE DEBTORS</u>

Plaintiff SFI Belmont LLC ("<u>SFI</u>"), by and through its counsel, hereby moves for relief from the automatic stay (the "<u>Motion</u>") to allow SFI to serve debtors Des Plaines Development Limited Partnership ("<u>Des Plaines Development</u>") and Harrah's Illinois Corporation ("<u>Harrah's Illinois</u>") with subpoenas for documents.  In support of its Motion, SFI respectfully states:

### JURISDICTION

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 1334 and 157 and 11 U.S.C. § 362(d)(1) and (2).  This is a core proceeding pursuant to 29 U.S.C. § 157(b)(2)(G), (K), and (O).  Venue is proper pursuant to 29 U.S.C. § 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 362(d)(1) and 362(d)(2) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 4001.

---

[1]     The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtor's claims and noticing agent at https://cases.primeclerk.com/CEOC.

**BACKGROUND**

3.      SFI is a party to two lawsuits pending in the Circuit Court of Cook County,
County Department, Chancery Division, Nos. 13 CH 18740 and 13 CH 27418 (the "State Court
Cases") against John Q. Hammons Hotels Development, LLC ("Borrower") and Jacqueline
Dowdy and Greggory Groves, personally and as successor-trustees of The Revocable Trust of
John Q. Hammons ("Guarantor").  Simplifying the allegations, the State Court Cases arise from
a defaulted loan made by SFI to Borrower and guaranteed by Guarantor and as more fully
described in the Affidavit of Elisha Blechner attached hereto as Exhibit A.  The loan documents
contain, among other things, provisions that require (a) Guarantor to maintain a minimum net
worth, and (b) in the event Guarantor's minimum net worth falls below a specific amount,
Borrower to make a partial prepayment of the indebtedness owing to SFI, which amount would
be sufficient to  reduce the outstanding amount of the loan so as not to exceed 40% of
Guarantor's net worth (together, the "Net Worth Covenants").

4.      In the State Court Cases, SFI has alleged that Guarantor's net worth has fallen
below the specific amount required by the loan documents and that Borrower failed to make the
required partial prepayment.

5.      Debtor Des Plains Development owns Harrah's Joliet Hotel and Casino (the
"Joliet Casino").   Guarantor is the holder of 20% of the equity interests in Des Plaines
Development.  The other 80% of equity interest in Des Plaines Development is owned by Debtor
Harrah's Illinois.  *See* Des Plaines Development's Statement of Financial Affairs, Docket No.
710 at 25.

6.      As the value of Guarantor's interest in Des Plaines Development and the Joliet
Casino is a significant factual matter in the State Court Cases, SFI sought discovery on those

2

matters directly from Guarantor.  Guarantor responded to SFI's discovery requests by objecting

on numerous grounds and limiting any potential production to documents that it deems are

relevant, in Guarantor's possession and dated between January 1, 2010 and December 31, 2014.

In other words, Guarantor has refused to produce the documents SFI requested relating to the

years 2004 through 2009 and gave no indication of which, if any, other categories of documents

it would deem "responsive."  Further, in response to previous requests for information from SFI,

Guarantor has asserted that Des Plaines Development and Harrah's Illinois have refused to

provide Guarantor with requested financial information about Harrah's Joliet, allegedly based on

Guarantor's role as a limited partner.  Notably, Guarantor has not produced any documents in

response to SFI's requests.

7.      As a result, SFI has not been able to procure adequate discovery on the value of

Guarantor's interest in Des Plaines Development and the Joliet Casino in any manner other than

seeking it directly from Des Plaines Development and Harrah's Illinois.

8.      Accordingly, SFI seeks relief from the automatic stay to serve and, if necessary,

enforce the document subpoenas attached hereto as Group Exhibit B (the "Subpoenas").

9.      SFI is not, by either the State Court Cases or the Subpoenas, asserting any claims

or relief against Des Plaines Development or Harrah's Illinois.  The claims asserted in the State

Court Cases are unrelated to the Debtors and will have zero effect on their reorganization efforts.

**ARGUMENT**

10.     SFI seeks relief from the automatic stay for the limited purpose of propounding

narrowly tailored requests for information upon two of the debtors in this case.  Although relief

from the automatic stay may not be required, SFI brings this Motion out of an abundance of

caution.

3

11.     The automatic stay does not apply to requests for information from debtors regarding claims by or against a non-debtor party. *Matter of Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation*, 140 B.R. 969 (N.D. Ill. 1992) ("Section 362(a)(1) applies only to actions against the debtor"); *see also Le Metier Beauty Investment Partners LLC v. Metier Tribeca, LLC*, No. 13-4650, 2014 WL 4783008, at *5 (S.D.N.Y. Sept. 25, 2014) ("Section 362(a) does not prevent litigants from obtaining discovery from a debtor as a third-party witness where the requests pertain to claims against the nondebtor parties."); *see also In re Miller*, 262 B.R. 499 (B.A.P. 9th Cir. 2001) ("[S]ection 362(a) does not preclude generation of information regarding claims by or against a non-debtor party, even where that information could eventually adversely affect the debtor."); *Peter Rosenbaum Photography Corp. v. Otto Doosan Mail Order Ltd.*, 2004 WL 2973822 at 3 (N.D. Ill. 2004) (Granting plaintiff's motion to compel, reasoning, "it is clear that plaintiff would be entitled to serve and proceed with discovery against [debtor], even if [debtor] were a defendant in this action, provided the discovery is directed towards the claims against defendants . . . because [debtor] is not a defendant, but simply an interested non-litigant, and the discovery sought relates to the defenses raised by [the defendants], the automatic stay is inapplicable."). Although SFI is not required to seek relief from the stay, SFI nevertheless presents this Motion to the Court to provide Des Plaines Development and Harrah's Illinois with an opportunity to respond to SFI's request for information, and to obtain this Court's approval for Des Plaines Development and Harrah's Illinois to comply with the discovery requests.

12.     Even if the automatic stay applied, the stay should be lifted because cause exists. 11 U.S.C. §362(d)(1); *In re of Fernstrom Storage and Van Co.*, 938 F. 2d 731, 735 (7th Cir. 1991). Section 362(d) "commits the decision of whether [cause exists] to lift the stay to the

discretion of the bankruptcy judge, [whose] decision may be overturned only upon a showing of abuse of discretion." *In re Boomgarden*, 780 F. 2d 657, 660 (7th Cir. 1985).

13.     The Seventh Circuit has highlighted three factors to be analyzed in determining whether cause exists:  (a) the bankrupt estate or the debtor will be greatly prejudiced from continuation of the civil suit, (b) the hardship to the non-bankrupt party by maintenance of the stay considerably outweighs the hardship of the debtor, and (c) the movant has demonstrated a probability of success on the merits. *Fernstrom*, 938 F. 2d at 735.  Applying this test, cause exists to lift the stay and allow SFI to proceed with its narrowly tailored discovery request.

14.     First, neither the debtors nor the bankruptcy estate will be greatly prejudiced from complying with SFI's Subpoenas, or even prejudiced at all.  SFI seek a limited and narrowly tailored set of information from only two Debtors.  Compliance with the subpoenas will require minimal effort from the Debtors as the information sought, historical financial information, should be readily available.  Additionally, responding to the Subpoenas will not interfere with the restructuring efforts or deplete significant resources from the estate.

15.     Second, SFI, by contrast, would face significant hardship if the Subpoenas were disallowed, far outweighing any nominal efforts Des Plaines Development and Harrah's Illinois would expend complying with the Subpoenas.  The information sought by SFI lies at the heart of the disputed issues in the State Court Cases.  SFI has already sought to obtain the information by other means but has been unsuccessful.  Thus, SFI seeks relief from this Court and requests the information from Des Plaines Development and Harrah's Illinois directly.

16.     The third factor – probability of success – merits little discussion.  The State Court Cases are in the discovery phase and will likely be tried once discovery closes. *See id.* at 737 ("Where the stayed non-bankrupt litigation has reached an advanced stage, courts have

shown a willingness to lift the stay to allow the litigation to proceed.")  The ultimate outcome of the State Court Cases will be affected by the documents sought by the Subpoenas.

17.     Accordingly, cause exists for the Court to lift the automatic stay to allow SFI to serve Des Plaines Development and Harrah's Illinois with and, if necessary, enforce the Subpoenas.

### NOTICE

18.     Notice of this Motion has been provided to the Master Service List and 2002 List, as each term is defined in, and in accordance with, the *Order Granting in Part and Denying in Part Motion to Modify Case Management Procedures* [Docket No. 1165] (the "Case Management Order").  SFI submits that all Affected Entities, as defined in the Case Management Order, are contained within the Master Service List and 2002 List.  SFI submits that, in light of the nature of the relief requested, no other or further notice need be provided.

### NO PRIOR REQUEST

19.     No prior application for the relief requested herein has been  made by SFI to this or any other court.

### CONCLUSION

WHEREFORE, based upon the foregoing, Plaintiff respectfully requests this Court enter an order (a) lifting or modifying the automatic stay as it relates to the information sought in SFI's subpoenas, (b) requiring Des Plaines Development Limited Partnership and Harrah's Illinois Corporation to comply with the subpoenas, and  (c) granting any further that is just and proper.

Dated:  June 8, 2015                    Respectfully submitted,

                                        SFI Belmont LLC

                                        By:    /s/ Bryan E. Minier
                                               One of its Attorneys

Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:    (312) 261-1265
Email: bminier@pedersenhoupt.com

*Counsel for SFI Belmont LLC*

7

## __EXHIBIT A__

(Affidavit of Elisha Blechner)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CAESARS ENTERTAINMENT OPERATING | ) | Case No. 15-01145 (ABG) |
| COMPANY, INC., et al.,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## DECLARATION OF ELISHA BLECHNER

Elisha Blechner, under penalty of perjury, declares as follows:

1.     I am a Senior Vice President for SFI Belmont LLC ("SFI") and have personal knowledge regarding the loans made to John Q. Hammons Hotels Development, LLC ("Borrower").

2.     On or about September 16, 2005, iStar Financial, Inc. ("iStar") received a collateral assignment of, including a the right to enforce, various loan agreements (the "Loan Documents") pursuant to which loans and other financial accommodations totaling $275,000,000 were extended to Borrower (the "Loans").   On the same date, John Q. Hammons, the Revocable Trust of John Q. Hammons, dated December 28, 1989, as amended and restated, and Hammons, Inc. (collectively "Guarantor") executed the "Guaranty," pursuant to which Guarantor agreed that it directly or indirectly owned all of the ownership interests in Borrower and would benefit from the making of the Loans and the financial accommodation extended pursuant to the Loan

---

[1]     The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623.   Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtor's claims and noticing agent at https://cases.primeclerk.com/CEOC.

1

Documents.  Guarantor further agreed to unconditionally, absolutely and irrevocably guaranteed the due payment, fulfillment and performance of Borrowers' obligations under the Loan Documents.

3.      On or about March 16, 2011, iStar assigned to its wholly-owned subsidiary SFI, all of its right, title and interest in the Loan Documents.

4.      SFI is a party to two lawsuits pending in the Circuit Court of Cook County, County Department, Chancery Division, Nos. 13 CH 18740 and 13 CH 27418 (the "State Court Cases") Borrower and Guarantor.  The Loan Documents contain, among other things, provisions that require (a) Guarantor to maintain a minimum net worth, and (b) in the event Guarantor's minimum net worth fall below a specific amount, Borrower to make a partial prepayment of the indebtedness owing under the Loan Documents, which amount would be sufficient to cause Guarantor's net worth amount to meet the minimum amount required by the loan documents (together, the "Net Worth Covenants").

5.      In the State Court Cases, SFI has alleged that Guarantor's net worth has fallen below the specific amount required by the Net Worth Covenants and that Borrower failed to make the required partial prepayment.

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on _June 8_, 2015

_____

Elisha Blechner

**<u>GROUP EXHIBIT B</u>**

(Subpoenas)

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SFI BELMONT LLC,

_____

**Plaintiff/Petitioner**

v.

JOHN Q. HAMMONS HOTELS DEVELOPMENT, LLC, et al.,

_____

**Defendant/Respondent**

}

No. 13 CH 18740 and 13 CH 27418 (Consolidated)

## SUBPOENA IN A CIVIL MATTER
### (For Testimony and/or Documents)

**To:** Des Plaines Development Limited Partnership c/o Harrah's Illinois Corporation

c/o Illinois Corporation Service C

801 Adlai Stevenson Drive, Springfield, IL 62703

☐ **1. YOU ARE COMMANDED** to appear to give your testimony before the Honorable _____

in Room _____, _____, Illinois on _____, _____,

at _____ m.

☐ **2. YOU ARE COMMANDED** to appear and give your deposition testimony before a Notary Public at: _____

in Room _____, _____, Illinois on _____, _____,

at _____ m.

☑ **3. YOU ARE COMMANDED** to mail the following documents in your possession or control to KATTEN MUCHIN ROSENMAN LLP, Attn: Jennifer Ryan

at 525 W. Monroe Street, Chicago, IL 60661 , on or before July 20 , 2015

at 5:00 p. m.

**(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):**

SEE ATTACHED RIDER.

_____

_____

☐ Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

**Notice to Deponent:**

☐ 1. The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

_____

☐ Description continued on attached page(s).

(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

☐ 2. The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____

**(Name of Recording Device Operator)**

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

Atty . No. 41832  *Pro Se* 99500

Name: KATTEN MUCHIN ROSENMAN LLP  Issued by: _____

Atty. for: PLAINTIFF SFI BELMONT LLC  **Signature**

Address: 525 W. Monroe Street  ☑ **Attorney**

City/State/Zip: Chicago, IL 60661  ☐ **Clerk of Court**

Telephone: (312) 902-5200  Date: June 22 , 2015

☑ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____

by certified mail, return receipt requested (Receipt # _____) on _____, _____.

I paid the witness $ _____ for witness and mileage fees.

☐ I served this subpoena by handing a copy to _____ on _____, _____.

I paid the witness $ _____ for witness and mileage fees.

_____  _____

**(Signature of Server)**  **(Print Name)**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

### Rider to Des Plaines Development Limited Partnership Subpoena

In accordance with the foregoing Subpoena in a Civil Matter and the Definitions and Instructions attached hereto as **Exhibit 1**, the Documents set forth in the following requests ("Requests") are to be produced:

1. A copy of the Des Plaines Development Limited Partnership Agreement, together with all subsequent amendments and modifications.

2. Annual balance sheets, income and expense statements, and profit and loss statements for Des Plaines Development Limited Partnership or Harrah's Joliet Casino Hotel for each of the years 2004 through 2014.

3. Documents sufficient to show distributions made to Des Plaines Development Corporation between 2004 and 2014.

4. An appraisal performed by Lehman in or about 2004 or 2005 and any subsequent appraisals of Des Plaines Development Limited Partnership, Harrah's Joliet Casino Hotel, or their respective operations or subparts.

5. Schedule K-1s for Des Plaines Development Corporation for each of the years 2004 through 2014.

6. Form 1065s for Des Plaines Development Limited Partnership or Harrah's Joliet Casino Hotel for each of the years 2004 through 2014.

## EXHIBIT 1

## Definitions and Instructions

A.      As used herein, the words and phrases set forth below shall have the following meanings prescribed for them:

1.      "Harrah's Joliet Casino Hotel" shall refer to the casino operations located at 151 North Joliet Street, Joliet, Illinois, 60432.

2.      "You," "Your" and "Des Plaines Development Limited Partnership" shall refer to the entity that is a Delaware limited partnership, 20% of which is owned by Des Plaines Development Corporation, and does business as Harrah's Joliet Casino Hotel.

3.      Reference to any entity in the Requests, Definitions or Instructions shall include its parents, divisions, subsidiaries, affiliates, current and former directors, officers, shareholders, partners, independent contractors, employees, agents, representatives, predecessors, successors, or assigns.

4.      "Communication(s)" shall include any oral or written communication or contact between two or more persons or entities, including without limitation written contact by such means as a letter, memorandum, telegram, telex, or any other document or documents, and oral contact, heard or overheard, by such means as a face-to-face meeting, radio, telephone conversation, or otherwise, and every other mode of intentionally conveying meaning.

5.      "Document(s)" shall include any method of recording or preserving information in its broadest sense (by written, electronic or other means), including but not limited to letters, memoranda, work papers, e-mail, checklists, forms, drafts, reports, analyses, notes, diaries, calendars, logs, computer disks or tapes or print outs, data files, tape recordings or transcriptions thereof, photographs, microfilm, microfiche, any other thing encompassed within the meaning of the term "Document" as used in the Code of Civil Procedure and the Illinois Supreme Court Rules and Communications as defined above.

6.      "Related to," "relating to," "reflected," "reflecting," and "regarding" shall include mentioning or describing, pertaining to, being connected with, having any relevance or pertinence to, or reflecting upon a stated subject matter, whether directly or indirectly.

B.      In construing this Subpoena:

1.      The singular shall include the plural and the plural shall include the singular.

2.      A masculine, feminine, or neuter pronoun shall not exclude other genders.

3.      "And" and "or" shall be construed conjunctively rather than exclusively.

4.      The word "including" shall be construed without limitation.

5.      The use of the past tense shall include the present tense and the use of the present tense shall include the past tense so as to make the subpoena inclusive rather than exclusive.

C.      Reference to any entity shall include its parents, divisions, subsidiaries, affiliates, current and former directors, officers, shareholders, partners, independent contractors, employees, agents, representatives, predecessors, successors, or assigns.

D.      All electronically stored information ("ESI") should be produced in native format linked to single-page tagged image file format ("TIFF").  ESI in TIFF should be identified by an Opticon cross-reference file.  All metadata – data describing the nature or characteristics of the electronic files, e.g. "date last modified" – associated with ESI shall be produced (as a delimited text file that includes OCR) linked to the associated file.

E.      All Documents shall be produced in an orderly manner (and with appropriate markings or other identification) so that SFI will be able to identify the source of the Document, the file in which the Document is or was maintained, the person to whom such file belongs or belonged, and the specific Request to which the Document is responsive.

F.      In responding to the Requests, produce all Documents known or available to You regardless of whether such Documents are in Your direct possession or in the possession of Your agents, partners, employees, or representatives or are otherwise under Your control.

G.      If any Document responsive to any Request is no longer in Your possession, custody, control or care, state whether the Document: (i) is missing or lost; (ii) has been destroyed; (iii) has been transferred voluntarily or involuntarily to others; or (iv) has been otherwise disposed of or discarded.  In each such situation, set forth the facts surrounding such disposition, identify the person(s) directing or authorizing the disposition and list the disposition date.

H.      If You object to any part of a Request, answer all parts of such Request as to which You do not object, and as to each part to which You do object, set forth the basis for the objection.

I.      In responding to the Subpoena, the relevant time period shall be from January 1, 2014 through December 31, 2014, unless otherwise specified, and shall include all documents dated, prepared, drafted, sent, obtained, received, or that refer to events in this time period, even if prepared or published prior or subsequent to this period.

J.      The Requests are continuing.  Thus, if at any time prior to the trial of this action You obtain additional responsive Documents, You shall immediately produce such additional responsive Documents to the undersigned.

K.    All objections or answers to these Requests, which fail or refuse to respond fully on the ground of any claim of privilege of any kind whatsoever or other basis for nondisclosure, shall:

1.    State the nature of the claim of privilege or nondisclosure and the basis for the claim;

2.    A description of all Documents, including:

   a.    The date of the Document;

   b.    The name and job title of its author(s) or preparer(s);

   c.    The name and job title of each person to whom the Document was sent or who has seen, had access to, or custody of the Document;

   d.    The Request to which the Document is responsive; and

   e.    In the case of any Document that relates in any way to an oral Communication, identify the participants and attendees of such Communication.

3.    Identify all persons on whose behalf the claim of privilege or nondisclosure is being asserted;

4.    Identify all persons having knowledge of any facts related to the claim of privilege or nondisclosure; and

5.    State all facts relied upon in support of or related to the assertion of privilege or nondisclosure.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SFI BELMONT LLC,

_____
                                                    **Plaintiff/Petitioner**
                              v.

JOHN Q. HAMMONS HOTELS DEVELOPMENT, LLC, et al.,
_____
                                                    **Defendant/Respondent**

} No. 13 CH 18740 and 13 CH 27418 (Consolidated)

### SUBPOENA IN A CIVIL MATTER
#### (For Testimony and/or Documents)

**To:** Harrah's Illinois Corporation
_____

c/o Illinois Corporation Service C
_____

801 Adlai Stevenson Drive, Springfield, IL 62703
_____

☐ **1. YOU ARE COMMANDED** to appear to give your testimony before the Honorable _____

in Room _____, _____, Illinois on _____, _____,

at _____ m.

☐ **2. YOU ARE COMMANDED** to appear and give your deposition testimony before a Notary Public at: _____

in Room _____, _____, Illinois on _____, _____,

at _____ m.

☑ **3. YOU ARE COMMANDED** to mail the following documents in your possession or control to KATTEN MUCHIN ROSENMAN LLP, Attn: Jennifer Ryan

at 525 W. Monroe Street, Chicago, IL 60661 _____, **on or before** July 20 , 2015

at 5:00 p. m.

**(THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):**
SEE ATTACHED RIDER.
_____
_____

☐ Description continued on attached page(s).

**YOUR FAILURE TO RESPOND TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

**Notice to Deponent:**

☐ **1.** The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows: _____

_____
_____

☐ Description continued on attached page(s).
(A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

☐ **2.** The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____
                                                                                          **(Name of Recording Device Operator)**

**3.** No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

**Atty . No.** 41832                      *Pro Se* 99500

**Name:** KATTEN MUCHIN ROSENMAN LLP

**Atty. for:** PLAINTIFF SFI BELMONT LLC

**Address:** 525 W. Monroe Street

**City/State/Zip:** Chicago, IL 60661

**Telephone:** (312) 902-5200

**Issued by:** _____
                              **Signature**

☑ **Attorney**

☐ **Clerk of Court**

**Date:** _____ June 22 , 2015 .

☑ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a)(2), to _____

by certified mail, return receipt requested (Receipt # _____) on _____, _____.

I paid the witness $ _____ for witness and mileage fees.

☐ I served this subpoena by handing a copy to _____ on _____, _____.

I paid the witness $ _____ for witness and mileage fees.

_____     _____
        **(Signature of Server)**                                        **(Print Name)**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## Rider to Harrah's Illinois Corporation Subpoena

In accordance with the foregoing Subpoena in a Civil Matter and the Definitions and Instructions attached hereto as **Exhibit 1**, the Documents set forth in the following requests ("Requests") are to be produced:

1.    A copy of the Des Plaines Development Limited Partnership Agreement, together with all subsequent amendments and modifications.

2.    Annual balance sheets, income and expense statements, and profit and loss statements for Des Plaines Development Limited Partnership or Harrah's Joliet Casino Hotel for each of the years 2004 through 2014.

3.    Documents sufficient to show distributions made to Des Plaines Development Corporation between 2004 and 2014.

4.    An appraisal performed by Lehman in or about 2004 or 2005 and any subsequent appraisals of Des Plaines Development Limited Partnership, Harrah's Joliet Casino Hotel, or their respective operations or subparts.

5.    Schedule K-1s for Des Plaines Development Corporation for each of the years 2004 through 2014.

6.    Form 1065s for Des Plaines Development Limited Partnership or Harrah's Joliet Casino Hotel for each of the years 2004 through 2014.

## <u>EXHIBIT 1</u>

## <u>Definitions and Instructions</u>

A.  As used herein, the words and phrases set forth below shall have the following meanings prescribed for them:

1.  "Harrah's Joliet Casino Hotel" shall refer to the casino operations located at 151 North Joliet Street, Joliet, Illinois, 60432.

2.  "Des Plaines Development Limited Partnership" shall refer to the entity that is a Delaware limited partnership, 20% of which is owned by Des Plaines Development Corporation, and does business as Harrah's Joliet Casino Hotel.

3.  "You" and "Your" shall refer to Harrah's Illinois Corporation.

4.  Reference to any entity in the Requests, Definitions or Instructions shall include its parents, divisions, subsidiaries, affiliates, current and former directors, officers, shareholders, partners, independent contractors, employees, agents, representatives, predecessors, successors, or assigns.

5.  "Communication(s)" shall include any oral or written communication or contact between two or more persons or entities, including without limitation written contact by such means as a letter, memorandum, telegram, telex, or any other document or documents, and oral contact, heard or overheard, by such means as a face-to-face meeting, radio, telephone conversation, or otherwise, and every other mode of intentionally conveying meaning.

6.  "Document(s)" shall include any method of recording or preserving information in its broadest sense (by written, electronic or other means), including but not limited to letters, memoranda, work papers, e-mail, checklists, forms, drafts, reports, analyses, notes, diaries, calendars, logs, computer disks or tapes or print outs, data files, tape recordings or transcriptions thereof, photographs, microfilm, microfiche, any other thing encompassed within the meaning of the term "Document" as used in the Code of Civil Procedure and the Illinois Supreme Court Rules and Communications as defined above.

7.  "Related to," "relating to," "reflected," "reflecting," and "regarding" shall include mentioning or describing, pertaining to, being connected with, having any relevance or pertinence to, or reflecting upon a stated subject matter, whether directly or indirectly.

B.  In construing this Subpoena:

1.  The singular shall include the plural and the plural shall include the singular.

2.  A masculine, feminine, or neuter pronoun shall not exclude other genders.

3.      "And" and "or" shall be construed conjunctively rather than exclusively.

4.      The word "including" shall be construed without limitation.

5.      The use of the past tense shall include the present tense and the use of the present tense shall include the past tense so as to make the subpoena inclusive rather than exclusive.

C.      Reference to any entity shall include its parents, divisions, subsidiaries, affiliates, current and former directors, officers, shareholders, partners, independent contractors, employees, agents, representatives, predecessors, successors, or assigns.

D.      All electronically stored information ("ESI") should be produced in native format linked to single-page tagged image file format ("TIFF").  ESI in TIFF should be identified by an Opticon cross-reference file.  All metadata – data describing the nature or characteristics of the electronic files, e.g. "date last modified" – associated with ESI shall be produced (as a delimited text file that includes OCR) linked to the associated file.

E.      All Documents shall be produced in an orderly manner (and with appropriate markings or other identification) so that SFI will be able to identify the source of the Document, the file in which the Document is or was maintained, the person to whom such file belongs or belonged, and the specific Request to which the Document is responsive.

F.      In responding to the Requests, produce all Documents known or available to You regardless of whether such Documents are in Your direct possession or in the possession of Your agents, partners, employees, or representatives or are otherwise under Your control.

G.      If any Document responsive to any Request is no longer in Your possession, custody, control or care, state whether the Document: (i) is missing or lost; (ii) has been destroyed; (iii) has been transferred voluntarily or involuntarily to others; or (iv) has been otherwise disposed of or discarded.  In each such situation, set forth the facts surrounding such disposition, identify the person(s) directing or authorizing the disposition and list the disposition date.

H.      If You object to any part of a Request, answer all parts of such Request as to which You do not object, and as to each part to which You do object, set forth the basis for the objection.

I.      In responding to the Subpoena, the relevant time period shall be from January 1, 2014 through December 31, 2014, unless otherwise specified, and shall include all documents dated, prepared, drafted, sent, obtained, received, or that refer to events in this time period, even if prepared or published prior or subsequent to this period.

J.      The Requests are continuing.  Thus, if at any time prior to the trial of this action You obtain additional responsive Documents, You shall immediately produce such additional responsive Documents to the undersigned.

K.      All objections or answers to these Requests, which fail or refuse to respond fully on the ground of any claim of privilege of any kind whatsoever or other basis for nondisclosure, shall:

   1.      State the nature of the claim of privilege or nondisclosure and the basis for the claim;

   2.      A description of all Documents, including:

      a.      The date of the Document;

      b.      The name and job title of its author(s) or preparer(s);

      c.      The name and job title of each person to whom the Document was sent or who has seen, had access to, or custody of the Document;

      d.      The Request to which the Document is responsive; and

      e.      In the case of any Document that relates in any way to an oral Communication, identify the participants and attendees of such Communication.

   3.      Identify all persons on whose behalf the claim of privilege or nondisclosure is being asserted;

   4.      Identify all persons having knowledge of any facts related to the claim of privilege or nondisclosure; and

   5.      State all facts relied upon in support of or related to the assertion of privilege or nondisclosure.