## EXHIBIT B

## INVOICES

# Millstein & Co.

May 12, 2015

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C. 20006

**Attn:**
Mary Elizabeth Higgins
Timothy J. Lambert
Eric Carlson
Thomas Walz
Caesars Entertainment Operating Company, Inc.
One Caesars Palace Drive
Las Vegas, Nevada 89109

| CC: | CC: |
|---|---|
| James H.M. Sprayregen | Paul M. Basta |
| David R. Seligman | Nicole L. Greenblatt |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 300 North LaSalle | 601 Lexington Avenue |
| Chicago, Illinois 60654 | New York, NY 10022 |

**Invoice #: 052400**

*Advisory Fee*
| | |
|---|---:|
| Execution of the letter | $ 300,000.00 |
| Reimbursable expenses | 9,655.74 |
| **Less: 20% Holdback on Advisory Fee** | (60,000.00) |
| **TOTAL DUE AND PAYABLE** | **$ 249,655.74** |

*Please contact Jenni Main with questions:*
███████████████████

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**



# Millstein & Co.

May 26, 2015

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C. 20006

**Attn:**
Mary Elizabeth Higgins
Timothy J. Lambert
Eric Carlson
Thomas Walz
Caesars Entertainment Operating Company, Inc.
One Caesars Palace Drive
Las Vegas, Nevada 89109

| CC: | CC: |
|---|---|
| James H.M. Sprayregen | Paul M. Basta |
| David R. Seligman | Nicole L. Greenblatt |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 300 North LaSalle | 601 Lexington Avenue |
| Chicago, Illinois 60654 | New York, NY 10022 |

**Invoice #: 052401**

*Advisory Fee*

| | | |
|---|---:|---:|
| April Advisory Fee | $ | 300,000.00 |
| Reimbursable expenses | | 9,840.08 |
| **TOTAL CURRENT CHARGES** | | **309,840.08** |
| | | |
| Previous Balance | | 309,655.74 |
| Payments | | - |
| **TOTAL OUTSTANDING BALANCE** | | **619,495.82** |
| | | |
| **Less: 20% Holdback on Advisory Fee** | | |
| April Invoice | | (60,000.00) |
| March Invoice | | (60,000.00) |
| | | |
| **TOTAL DUE AND PAYABLE** | $ | **499,495.82** |

*Please contact Jenni Main with questions:*
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

PAYMENT DUE UPON RECEIPT

**Wire Transfer Instructions:**



# Millstein & Co.

July 7, 2015

Millco Advisors, LP
1717 Pennsylvania Avenue NW Suite 333
Washington, D.C.  20006

**Attn:**
Mary Elizabeth Higgins
Timothy J. Lambert
Eric Carlson
Thomas Walz
Caesars Entertainment Operating Company, Inc.
One Caesars Palace Drive
Las Vegas, Nevada 89109

| CC: | CC: |
|---|---|
| James H.M. Sprayregen | Paul M. Basta |
| David R. Seligman | Nicole L. Greenblatt |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 300 North LaSalle | 601 Lexington Avenue |
| Chicago, Illinois 60654 | New York, NY 10022 |

**Invoice #: 052401**

*Advisory Fee*

| | | |
|---|---:|---:|
| May Advisory Fee | $ | 300,000.00 |
| Reimbursable expenses | | 4,241.96 |
| **TOTAL CURRENT CHARGES** | | **304,241.96** |
| | | |
| Previous Balance | | 619,495.82 |
| Payments | | - |
| **TOTAL OUTSTANDING BALANCE** | | **923,737.78** |
| | | |
| Less: 20% Holdback on Advisory Fee | | |
| May Invoice | | (60,000.00) |
| April Invoice | | (60,000.00) |
| March Invoice | | (60,000.00) |
| | | |
| **TOTAL DUE AND PAYABLE** | $ | **743,737.78** |

*Please contact Jenni Main with questions:*

PAYMENT DUE UPON RECEIPT

Wire Transfer Instructions:

