UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT | ) Case No. 15-01145 (ABG) |
| OPERATING COMPANY, INC. et al.,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Hon. A. Benjamin Goldgar |

## SUPPLEMENTAL DECLARATION OF RICHARD J. DAVIS IN SUPPORT OF THE APPLICATION UNITED STATES TRUSTEE AUTHORIZING THE APPOINTMENT OF RICHARD J. DAVIS AS THE EXAMINER

I, Richard J. Davis, being duly sworn, state the following under penalty of perjury:

1.      I am currently practicing law in my individual capacity. My office is located at 415 Madison Avenue, 11th Floor, New York, NY 10017.

2.      On March 23, 2015, the United States Trustee for the Northern District of Illinois (the "United States Trustee") filed a motion for an order approving my appointment as examiner in the above referenced cases [Docket No. 946] (the "Motion"). In support of the Motion, submitted the Declaration of Richard J. Davis dated March 20, 2015 [Docket No. 946, Ex. A].

3.      On March 26, 2015, this Court entered the Order authorizing my appointment as the examiner [Docket No. 992].

4.      I submit this supplemental declaration in connection with my appointment as examiner in the above-captioned jointly administered chapter 11 cases of Caesars Entertainment Operating Co., Inc. and certain of its affiliated entities (collectively, the "Debtors").

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/CEOC.

5. I appear and participate in hearings, meetings, conferences, negotiations, mediations and engage in other activities in unrelated matters that involve many different professionals, including attorneys, accountants, and financial consultants who are representing claimants and parties-in-interest in these proceedings (collectively, "Professionals"). In addition, I have in the past, and may in the future, perform services for and/or be adverse to such Professionals in unrelated matters. To the best of my knowledge, my interactions with such Professionals in unrelated matters do not create interests materially adverse to the Debtors or any of the other parties involved in these proceedings. In particular, I have recently been retained in a mediation involving attorneys representing claimants and parties-in-interest in these proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dated:   September 25, 2015
         New York, New York                          Richard J. Davis