**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al., | : : | Case No. 15-01145 (ABG) |
| | : | |
| Debtors. | : | |

**FOURTH SUPPLEMENTAL VERIFIED STATEMENT OF**
**DRINKER BIDDLE & REATH LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the above chapter 11 case (the "Chapter 11 Case"), Drinker Biddle & Reath LLP ("Drinker Biddle") hereby submits this fourth supplemental verified statement (the "Fourth Supplemental Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with Drinker Biddle's representation of (i) MeehanCombs Global Credit Opportunities Master Fund, L.P. ("MeehanCombs"), (ii) Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust ("Relative"), (iii) Trilogy Capital Management, LLC (as investment advisor for certain funds, including Trilogy Portfolio Company, LLC) ("Trilogy"), (iv) BBT Capital Management, LLC (as investment manager for each of BBT Fund, L.P. and BBT Master Fund, L.P.) ("BBT"), and (v) Douglas Kidd ("Kidd") (each, a "Noteholder" and, collectively, the "Ad Hoc Group of 5.75% and 6.50% Notes"); and respectfully states as follows:

1. On March 17, 2015, Drinker Biddle filed the *Verified Statement of Drinker Biddle & Reath LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 701].

2. On May 18, 2015, Drinker Biddle filed the *First Supplemental Verified Statement of Drinker Biddle & Reath LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 1571].

3. On August 7, 2015, Drinker Biddle filed the *Second Supplemental Verified Statement of Drinker Biddle & Reath LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 2025] (the "Second Supplemental Statement").

4. On September 4, 2015, Drinker Biddle filed the *Third Supplemental Verified Statement of Drinker Biddle & Reath LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 2162] (the "Third Supplemental Statement").

5. Since the date the undersigned filed the Third Supplemental Statement, the composition of the Ad Hoc Group of 5.75% and 6.50% Notes has changed. In accordance with Bankruptcy Rule 2019, the undersigned hereby submits this Fourth Supplemental Statement to update and supplement the Third Supplemental Statement.

6. As of the date of this Fourth Supplemental Statement, in this Chapter 11 Case, Drinker Biddle represents MeehanCombs, Relative, Trilogy, BBT, and Kidd.

7. In or around August 2014, certain members of the Ad Hoc Group of 5.75% and 6.50% Notes retained Drinker Biddle to represent them in litigation against the debtor, Caesars Entertainment Operating Company, Inc. ("CEOC" or the "Debtor"), and Caesars Entertainment Corporation ("CEC" and, together with CEOC, "Caesars"). From time to time thereafter, certain additional Noteholders have joined the Ad Hoc Group of 5.75% and 6.50% Notes.

8. Drinker Biddle represents only the interests of Noteholders and does not represent or purport to represent any other entities in connection with the Chapter 11 Case. Upon information and belief formed after due inquiry, Drinker Biddle does not hold any disclosable

economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtor.

9. The Noteholders hold disclosable economic interests, or are the investment advisors or managers of accounts that hold disclosable economic interests, in relation to the Debtor. In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Noteholder is set forth in Exhibit A. The information contained in Exhibit A is based upon information provided by the Noteholders to Drinker Biddle, and is subject to change.

10. Nothing in this Fourth Supplemental Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Noteholder's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

11. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

12. Counsel reserves the right to amend or supplement this Fourth Supplemental Statement.

Dated: October 1, 2015
      Chicago, Illinois

**DRINKER BIDDLE & REATH LLP**

By: */s/ Timothy R. Casey*
    Timothy R. Casey (ARDC # 6180828)
    191 N. Wacker Drive, Ste. 3700
    Chicago, IL 60606
    Telephone: (312) 569-1201
    Facsimile: (312) 569-3201
    timothy.casey@dbr.com

-and-

James H. Millar
Kristin K. Going (admitted *pro hac vice*)
1177 Avenue of the Americas
41st Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
james.millar@dbr.com
kristin.going@dbr.com

*Counsel to the Ad Hoc Group of 5.75% and 6.50% Notes*

**EXHIBIT A**
**Nature and Amount of Disclosable Economic Interests[1]**

| Name[2] | Address | Nature and Amount of Disclosable Economic Interest | | |
|---|---|---|---|---|
| | | 5.75% Senior Notes due 2017 | 6.50% Senior Notes due 2016 | Other |
| MeehanCombs Global Credit Opportunities Master Fund, LP | c/o MeehanCombs, LP 40 Signal Road Stamford, CT 06902 | | $5,862,000.00 | |
| Relative Value-Long/Short Debt, A Series of Underlying Funds Trust | c/o Hatteras Funds, LLC 6601 Six Forks Road Suite 340 Raleigh, NC 27615-6520 | | $4,432,000.00 | |
| Trilogy Capital Management, LLC (as investment advisor for certain funds, including Trilogy Portfolio Company, LLC) | c/o Trilogy Capital Management, LLC 33 Benedict Place Greenwich, CT 06830 | | $9,400,000.00 | |
| BBT Capital Management, LLC (as investment manager for each of BBT Fund, L.P. and BBT Master Fund, L.P.) | c/o Benjamin F. Wanger BBT Capital Management Advisors, LLC 3 Greenwich Office Park, 3rd Floor Greenwich, CT 06831 | $8,500,000.00 | $3,500,000.00 | |

---

[1] To the best of Drinker Biddle's knowledge, the information herein is accurate as of October 1, 2015. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable notes.

[2] The entities listed are the holders of, or investment advisors or managers of accounts that hold, the listed Disclosable Economic Interests.

| Name[2] | Address | Nature and Amount of Disclosable Economic Interest | | |
|---|---|---|---|---|
| | | 5.75% Senior Notes due 2017 | 6.50% Senior Notes due 2016 | Other |
| Douglas Kidd | 1070 Foxcroft Road Atlanta, GA 30327 | | $250,000.00 | |

82148158.2