# EXHIBIT D

1           JAMES H.M. SPRAYREGEN

2       IN THE UNITED STATES BANKRUPTCY COURT

3       FOR THE NORTHERN DISTRICT OF ILLINOIS

4               EASTERN DIVISION

5

6   IN RE:                          )

7   CAESARS ENTERTAINMENT OPERATING    )Chapter 11

8   COMPANY, et al.,                )No. 15-01145

9               Debtors,            )

10

11

12

13

14       DEPOSITION OF JAMES H.M. SPRAYREGEN

15               Chicago, Illinois

16               April 10, 2015

17

18

19

20

21

22

23

24   JOB NO. 92377

25   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR, CLR

1          JAMES H.M. SPRAYREGEN

2

3

4

5

6                    April 10, 2015

7                    10:21 a.m.

8

9

10     The videotaped deposition of JAMES H.M.

11   SPRAYREGEN, held at the offices of Kirkland & Ellis,

12   300 North LaSalle, Chicago, Illinois,

13   pursuant to agreement before Tina M. Alfaro, a

14   Registered Professional Reporter of the State of

15   Illinois.

16

17

18

19

20

21

22

23

24

25

```
 1              JAMES H.M. SPRAYREGEN

 2    A P P E A R A N C E S:

 3         KIRKLAND & ELLIS

 4         BY: DAVID ZOTT, ESQ.

 5             RYAN DAHL, ESQ.

 6             300 North LaSalle

 7             Chicago, Illinois 60654

 8                 On behalf of Caesars Entertainment

 9                 Operating Company;

10

11

12

13

14         JONES DAY

15         BY: SIDNEY LEVINSON, ESQ.

16             555 South Flower Street

17             Los Angeles, California 90071

18                 On behalf of the Noteholders

19                 Committee;

20

21

22

23

24

25
```

1              JAMES H.M. SPRAYREGEN

2    APPEARANCES:  (Cont'd)

3         JONES DAY

4         BY: SARAH HUNGER, ESQ.

5              51 Louisiana Avenue, NW

6              Washington, DC 20001

7                   On behalf of the Noteholders

8                   Committee;

9

10

11        PROSKAUER ROSE

12        BY: PHILIP ABELSON, ESQ.

13             Eleven Times Square

14             New York, New York 10036

15                  On behalf of the Unsecured Creditors.

16

17

18        WHITE & CASE

19        BY: JASON ZAKIA, ESQ.

20             Southeast Financial Center

21             200 South Biscayne Boulevard

22             Miami, Florida 33131

23                  On behalf of Wilmington Trust.

24

25

1          JAMES H.M. SPRAYREGEN
2                 I N D E X
3

                    EXAMINATION
4

WITNESS                                    PAGE
5

JAMES H.M. SPRAYREGEN
6

     By Mr. Levinson                        9
7

8                   EXHIBITS
9    SPRAYREGEN EXHIBITS                    PAGE
10   Exhibit 1                             29
        Written materials presented at interview
11

     Exhibit 2                             44
12      Engagement letter
13   Exhibit 3                             59
        Spreadsheet regarding fees
14

     Exhibit 4                             61
15      Spreadsheet regarding fees
16   Exhibit 5                             78
        Letter to Ron Cami
17

     Exhibit 6                             85
18      (Not described)
19   Exhibit 7                             90
        Engagement letter
20

     Exhibit 8                             91
21      TPG waiver in EFH
22   Exhibit 9                             95
        TPG waiver in Caesars
23

     Exhibit 10                           101
24      TPG waiver in Apollo
25

1    JAMES H.M. SPRAYREGEN
2                    EXHIBITS
                  (Cont'd)
3

SPRAYREGEN EXHIBITS                         PAGE
4

Exhibit 11                                  103
5        E-mail
6    Exhibit 12                             103
         Draft waiver
7

Exhibit 13                                  108
8        Statement of Kirkland run rate
9    Exhibit 14                             114
         Statement of Kirkland run rate
10

Exhibit 15                                  115
11       Legal services rendered by Kirkland in
         September 2014
12

Exhibit 16                                  123
13       Invoice for services rendered in October
         2014
14

Exhibit 17                                  123
15       Invoice for legal services rendered in
         November 2014
16

Exhibit 18                                  123
17       Invoice for legal services rendered in
         December 2014
18

Exhibit 19                                  127
19       Invoice
20   Exhibit 20                             199
         E-mail
21

Exhibit 21                                  201
22       E-mail
23   Exhibit 22                             201
         E-mail
24

Exhibit 23                                  202
25       E-mail

1              JAMES H.M. SPRAYREGEN

2                    EXHIBITS

                    (Cont'd)

3

   SPRAYREGEN EXHIBITS                    PAGE

4

   Exhibit 24                             203

5      E-mail

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          JAMES H.M. SPRAYREGEN

2     THE VIDEOGRAPHER:  This is the start of media

3 labeled No. 1 of the video deposition of James

4 Sprayregen.  This deposition is being taken In Re

5 Caesars Entertainment Operating Company,

6 Incorporated, et al.  This deposition's being held

7 at 300 North LaSalle Street in Chicago, Illinois on

8 April 10, 2015 at approximately 10:21 a.m.

9          My name is Eric Campbell representing

10 TSG Reporting, Incorporated, and I'm the legal video

11 specialist.  The court reporter is Tina Alfaro, also

12 in association with TSG Reporting.

13          Will counsel please state their names for

14 the record.

15     MR. LEVINSON:  My name is Sid Levinson, I'm

16 with Jones Day, and I represent the noteholder

17 committee.

18     MS. HUNGER:  Sarah Hunger with Jones Day and I

19 also represent the noteholder committee.

20     MR. ZAKIA:  Jason Zakia with White & Case for

21 Wilmington Trust.

22     MR. ABELSON:  Philip Abelson, Proskauer Rose on

23 behalf of the unsecured claims holders.

24     MR. DAHL:  Ryan Preston Dahl, Kirkland, for the

25 debtors.

1          JAMES H.M. SPRAYREGEN

2       MR. ZOTT:  David Zott, Kirkland, for the

3   debtors.

4       THE VIDEOGRAPHER:  Thank you, Counsel.

5          Will the court reporter now please swear in

6   the witness.

7               (Witness sworn.)

8   WHEREUPON:

9             JAMES H.M. SPRAYREGEN,

10  called as a witness herein, having been first duly

11  sworn, was examined and testified as follows:

12                  EXAMINATION

13  BY MR. LEVINSON:

14      Q.  Good morning, Mr. Sprayregen.  Could you

15  state your full name for the record, please.

16      A.  James Howard Mandel Sprayregen.

17      Q.  And where do you reside?

18      A.  Glencoe, Illinois.

19      Q.  And what is your position at Kirkland &

20  Ellis?

21      A.  I'm a partner.

22      Q.  Do you have any management role at

23  Kirkland & Ellis?

24      A.  Yes.

25      Q.  And what is that?

1                     JAMES H.M. SPRAYREGEN

2          Q.  And that you had referred me to other

3     Kirkland & Ellis lawyers to --

4          A.  Correct.

5          Q.  Yes.  So...

6              Are you familiar with a lawsuit that was

7     filed in New York state court in early August 2014

8     by CEOC and CEC against certain holders of second

9     priority notes?

10         A.  I'm aware of it, yes.

11         Q.  And you're aware -- are you aware that that

12    complaint was amended in mid-September to include

13    another defendant, Wilmington Savings Fund Society?

14         A.  No.

15         Q.  Was -- were you or anybody else at

16    Kirkland & Ellis consulted by CEOC with respect to

17    the filing of that lawsuit in New York state court?

18         A.  Don't know.

19         Q.  Who -- who at Kirkland & Ellis would know

20    the answer to that question?

21         A.  Other Kirkland lawyers.

22         Q.  Any in particular that you can think of?

23         A.  Ones on the Caesars team.

24         Q.  Do you recall seeing a copy of the

25    complaint that was filed in that lawsuit at any

1                 JAMES H.M. SPRAYREGEN

2   time?

3      A.  No.

4      Q.  And do you know whether or not anybody at

5   Kirkland & Ellis would have reviewed a draft of that

6   complaint in advance of its filing?

7      A.  CEOC was represented by -- not by

8   Kirkland & Ellis in that lawsuit.

9      Q.  No, I understand, but my question is

10  whether or not anyone -- whether you're aware as to

11  whether anyone at Kirkland & Ellis was or would have

12  been provided with a draft of that complaint prior

13  to its filing?

14     A.  Don't know.

15     Q.  Is it possible that the description of

16  legal services that would have been attached to the

17  invoice numbers, Exhibits 13 through 18, might

18  reflect if there had been such a review of drafts of

19  those complaints?

20     MR. ZOTT:  Object to form.

21  BY THE WITNESS:

22     A.  Anything's possible.

23     Q.  Anything's possible.

24       Were you -- were you made aware at the time

25  that the lawsuit was filed in New York state court

1                    JAMES H.M. SPRAYREGEN

2    that CEOC was seeking declaratory relief that

3    neither it nor CEC had breached their fiduciary

4    duties or engaged in fraudulent transfers?

5         A.  Can you repeat the question?

6         MR. LEVINSON:  Can you read that back.

7                    (Record read as requested.)

8    BY THE WITNESS:

9         A.  I believe I read a summary of the lawsuit

10   in Reorg Research.

11        Q.  And do you recall whether or not that

12   summary included a reference to the declaratory

13   relief sought by CEOC and CEC that Plaintiffs had

14   not breached their fiduciary duties or engaged in

15   fraudulent transfers?

16        A.  I have a vague recollection to that effect.

17        Q.  Okay.  And do you recall whether you had

18   any discussions with anybody at CEOC after reading

19   in Reorganization Review -- is that what you said

20   you had read?

21        A.  Reorg Research.

22        Q.  Reorg Research?

23             After reading in Reorg Research that

24   information, did you pick up the phone and call

25   anybody at CEOC to inquire about the relief sought

Page 212

JAMES H.M. SPRAYREGEN

1 

2 STATE OF ILLINOIS        )

3                          ) SS:

4 COUNTY OF C O O K        )

5

6        I, TINA M. ALFARO, Certified Shorthand

7 Reporter No. 084-004220, Certified Realtime

8 Reporter, and Notary Public in and for the State of

9 Illinois, do hereby certify:

10        That JAMES H.M. SPRAYREGEN, whose

11 deposition is hereinbefore set forth, was duly sworn

12 by me and that said deposition is a true record of

13 the testimony given by such witness.

14        I further certify that I am not counsel for

15 nor in any way related to any of the parties to this

16 suit, nor am I in any way interested in the outcome

17 thereof.

18        In witness, whereof, I have hereunto set my

19 hand this 13th day of April, 2015.

20

21

22

23

24        _____

25             Tina M. Alfaro, CSR, CRR