# EXHIBIT J

Legal Services for the Period Ending May 31, 2015
Caesars Entertainment Operating Company
10 - Corporate Governance & Securities Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 5/11/15 | Benjamin Rhode | 1.40 | Correspond with K&E team re board meeting minutes (.7); review, analyze same (.4); telephone conferences with C. Greco re same (.3). |
| 5/11/15 | Benjamin Rhode | .60 | Review, analyze board deck re bankruptcy case update. |
| 5/11/15 | David S Zubricki | 1.80 | Review and revise corporate and capital structure chart. |
| 5/11/15 | Alexander Cross | 1.60 | Review, revise Governance Committee meetings notes and minutes (1.1); review, revise Restructuring Committee meeting notes and minutes (.5). |
| 5/12/15 | David J Zott, P.C. | .30 | Review, comment on revised draft August board minutes. |
| 5/12/15 | David Seligman, P.C. | 1.30 | Participate in telephone conference with governance committee (.3); prepare for same (.4); analyze follow-up issues re same (.6). |
| 5/12/15 | Paul Basta, P.C. | 1.30 | Conference with Millstein, K&E team and governance committee re next steps. |
| 5/12/15 | Nicole L Greenblatt | 1.00 | Review and revise August board minutes (.4); correspond with K&E team re same (.3); conferences with same re same (.3). |
| 5/12/15 | Christopher T Greco | .60 | Correspond with D. Seligman and others re board minutes and next steps re same (.6). |
| 5/12/15 | Angela Snell | .20 | Participate in governance committee call. |
| 5/13/15 | Wayne E Williams | .60 | Review and comment on financial statements disclaimer. |
| 5/13/15 | Christopher T Greco | .60 | Correspond with N. Greenblatt and D. Seligman re board minutes and next steps re same. |
| 5/13/15 | Christopher Hayes | 1.60 | Draft and revise governance committee and restructuring committee meeting minutes. |

22

Legal Services for the Period Ending May 31, 2015
Caesars Entertainment Operating Company
10 - Corporate Governance & Securities Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 5/27/15 | Nathan Gimpel | 4.00 | Draft minutes of recent board and committee meetings (3.2); research precedent re same (.4); correspond with K&E team re same (.4). |
| 5/28/15 | Carol A Huff | .50 | Review and analyze parent guarantee. |
| 5/28/15 | Steven M Toth | .60 | Participate in telephone conference with K&E team and first lien bond advisors. |
| 5/28/15 | Wayne E Williams | .30 | Participate in telephone conference with T. Evan re transfer of second lien notes. |
| 5/28/15 | Nicole L Greenblatt | 4.40 | Participate in telephone conference with K&E team re August board minutes (2.1); correspond re same with same (2.3). |
| 5/28/15 | Benjamin Rhode | .60 | Correspond with Company, K&E team re restructuring committee minutes (.2); review, revise same (.4). |
| 5/28/15 | David S Zubricki | .60 | Correspond with N. Greenblatt re August 2014 board minutes (.2); review and analyze issues re same (.4). |
| 5/29/15 | Carol A Huff | .30 | Participate in telephone conference with M. Kilkenney and B. Hayes. |
| 5/29/15 | James H M Sprayregen, P.C. | 1.00 | Conference with K&E team re minutes, governance issues. |
| 5/29/15 | Paul Basta, P.C. | 1.00 | Conference with K&E team re minutes, governance issues. |
| 5/29/15 | Nicole L Greenblatt | 6.20 | Participate in telephone conferences re August board minutes (1.9); participate in restructuring committee call re same (2.3); participate in telephone conference with R. Stauber re follow up re same (2.0). |
| 5/29/15 | Dylan Hanson | .50 | Review and analyze August board minutes. |

Legal Services for the Period Ending May 31, 2015
Caesars Entertainment Operating Company
10 - Corporate Governance & Securities Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 5/29/15 | Benjamin Rhode | .90 | Participate in telephone conference re restructuring committee meeting (.3); participate in telephone conference with K&E team re resolution re minutes re same (.6). |
| 5/29/15 | Nathan Gimpel | 1.90 | Revise and clarify draft minutes for Governance and Restructuring Committee calls (1.4); participate in telephone conference with K&E team, Restructuring Committee re examiner requests (.5). |
| 5/30/15 | Richard J Campbell, P.C. | .40 | Review and comment on board resolution. |
| 5/30/15 | Jeffrey J Zeiger, P.C. | .50 | Participate in telephone conference with K&E team re review of CEOC board minutes. |
| 5/30/15 | Dylan Hanson | .70 | Review and analyze board resolution re amendment of minutes. |
| 5/31/15 | Richard J Campbell, P.C. | .30 | Participate in telephone conference with N. Greenblatt re Governance Committee matters. |
| 5/31/15 | Nicole L Greenblatt | .50 | Participate in telephone conference with R. Campbell re corporate record keeping and related matters. |
| | | 409.30 | TOTAL HOURS |