UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** A. Benjamin Goldgar   **Hearing Date** October 28, 2015

**Bankruptcy Case** No. 15 B 1145   **Adversary**

Caesars Entertainment Operating Co., Inc., et al.

**Brief Statement of Motion**

Order denying without prejudice motion of the Second Priority Noteholders Committee to reconsider retention of Kirkland & Ellis (Dkt. No. 2470)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Filed and noticed for hearing on November 18, 2015, is a motion of the Second Priority Noteholders Committee to reconsider the retention of Kirkland & Ellis as counsel for the debtors. The motion has large portions redacted. The Committee has separately moved to file the reconsideration motion in that form under Local Rule 5005-4. The Rule, however, defines a "Redacted Document" as an altered form of a "Restricted Document" and provides that "[n]o attorney may file or submit a Restricted Document without prior order of the court . . . ." There has been no order allowing the Committee to file the motion as a restricted document. Since the reconsideration motion was filed as a restricted document without the advance permission Local Rule 5005-4 requires, the motion is denied without prejudice. Once the Committee has permission – assuming permission is granted – a new motion may be filed should the Committee choose to do so.

[signature]