# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., <u>et al.</u>,[1] | ) Case No. 15-01145 (ABG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., <u>et al.</u>, | ) |
| | ) |
| Appellants, | ) |
| v. | ) |
| | ) |
| THE BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND and THE PENSION PLAN OF THE NATIONAL RETIREMENT FUND | ) |
| Appellees. | ) |
| | ) |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8002 and 28 U.S.C. § 158, notice is hereby given that Debtors Caesars Entertainment Operating Company, Inc. *et al.*, appeal from the Order entered November 12, 2015 (Doc. No. 2569), attached hereto as **Exhibit A**, including any and all judgments, decrees, decisions, rulings, and opinions that merged into and became part of that Order, that shaped that Order, that are related to that Order, and/or upon which that

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

Order is based, including but not limited to the Court's November 12, 2015 Memorandum Opinion (Doc. No. 2567), attached hereto as **Exhibit B**.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

| | |
|---|---|
| Caesars Entertainment Operating Company, Inc., et al. | James H.M. Sprayregen, P.C.<br>David R. Seligman, P.C.<br>Stephen C. Hackney<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>Paul M. Basta, P.C.<br>Nicole L. Greenblatt<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 |

**APPELLEES:**

| | |
|---|---|
| The Board of Trustees of the National Retirement Fund<br>The Pension Plan of the National Retirement Fund | Ronald Barliant (Ill. Bar No. 0112984)<br>**GOLDBERG KOHN LTD.**<br>55 E. Monroe, Suite 3300<br>Chicago, Illinois 60603<br>(312) 201-4000 (Phone)<br>(312) 332-2196 (Fax)<br><br>-and-<br><br>Ronald E. Richman<br>Alan R. Glickman |

          David M. Hillman
          **SCHULTE ROTH & ZABEL LLP**
          919 Third Ave.
          New York, New York 10022
          (212) 756-2000 (Phone)
          (212) 593-5955 (Fax)

Dated: November 23, 2015      */s/ Stephen C. Hackney*
Chicago, Illinois      James H.M. Sprayregen, P.C.
     David R. Seligman, P.C.
     Stephen C. Hackney
     **KIRKLAND & ELLIS LLP**
     **KIRKLAND & ELLIS INTERNATIONAL LLP**
     300 North LaSalle
     Chicago, Illinois 60654
     Telephone: (312) 862-2000
     Facsimile: (312) 862-2200

        - and -

     Paul M. Basta, P.C.
     Nicole L. Greenblatt
     **KIRKLAND & ELLIS LLP**
     **KIRKLAND & ELLIS INTERNATIONAL LLP**
     601 Lexington Avenue
     New York, New York 10022-4611
     Telephone: (212) 446-4800

     *Counsel to the Debtors*
     *and Debtors in Possession*