# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar     **Hearing Date** March 16, 2016

**Bankruptcy Case** No. 15 B 01145     **Adversary**

**Brief Statement of Motion**

Caesars Entertainment Operating Co., Inc.

Scheduling order

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The motion of the Statutory Unsecured Creditors Committee for an order granting it derivative standing to commence, prosecute, and settle certain claims on behalf of the debtors' estates (Dkt. No. 2029) is continued to July 20, 2016, at 1:30 p.m. for further status.

Dated: March 16, 2016

A. Benjamin Goldgar
United States Bankruptcy Judge