**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER**
**FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016**

**(Partners)**

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| **PARTNERS:** | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION[1] | Since case inception | In this application | |
| Philip M. Abelson | BSGR & B – 2003 | $1,025 | $1,025 | 1 | 74.30 | $76,157.50 |
| | | $1,075 | | | 296.90 | $319,167.50 |
| Martin J. Bienenstock | BSGR & B – 1978 | $1,225 | $1,225 | 1 | 50.30 | $61,617.50 |
| | | $1,295 | | | 145.70 | $188,681.50 |
| Lauren Boglivi | Corporate – 1993 | $1,050 | N/A | 1[*] | 10.70 | $11,235.00 |
| Perry A. Cacace | Real Estate – 1980 | $1,175 | $1,175 | 1 | 5.70 | $6,697.50 |
| | | $1,250 | | | 15.10 | $18,875.00 |
| Richard M. Corn | Tax – 2005 | $875 | $857 | 1 | 23.50 | $20,562.50 |
| | | $925 | | | 50.00 | $46,250.00 |
| Charles E. Dropkin | Corporate – 1978 | $1,350 | N/A | 1 | 1.50 | $2,025.00 |
| Colleen M. Hart | Tax – 2000 | $950 | $950 | 1 | 1.90 | $1,805.00 |
| | | $1,000 | | | 30.80 | $30,800.00 |
| Judy G. Liu | BSGR & B – 1981 | $1,175 | $1,175 | 1 | 84.50 | $99,287.50 |
| | | $1250 | | | 209.00 | $261,250.00 |
| Jeff J. Marwil | Corporate – 1986 | $1,125 | $1,125 | 1 | 3.00 | $3,375.00 |
| | | $1200 | | | 3.20 | $3,840.00 |

---

[1] Pursuant to the Appendix B Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." Appendix B Guidelines ¶ B.2.d, n.2. Annual step increases are awarded by Proskauer in the ordinary course throughout the firm on May 1. As disclosed in the Eighth Supplemental Declaration, Proskauer adjusted its standard hourly rates on November 1, 2015 in the ordinary course to reflect economic and other conditions.

[*] Indicates fees and total hours billed during this Compensation Period were incurred prior to Proskauer's November 1 rate increase.

1

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| **PARTNERS:** | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION[1] | Since case inception | In this application | |
| Michael T. Mervis | Litigation – 1991 | $925 | N/A | 1 | 1.80 | $1,665.00 |
| | | $975 | | | 1.70 | $1,657.50 |
| Paul V. Possinger | BSGR & B – 1993 | $975 | $975 | 1 | 66.30 | $64,642.50 |
| | | $1,025 | | | 204.90 | $210,022.50 |
| Mark K. Thomas | BSGR & B – 1981 | $1,200 | $1,125 | 1 | 20.9 | $25,080.00 |
| Steven O. Weise | Corporate – 1974 | $1,400 | $1,400 | 1 | 2.00 | $2,800.00 |
| | | $1,475 | | | 11.50 | $16,962.50 |
| **Totals for Partners:** | | | | | **1,315.20** | **$1,474,456.50** |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER**
**FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016**

**(Senior Counsel)**

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| SENIOR COUNSEL: | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION | Since case inception | In this application | |
| Mark E. Davidson | Litigation – 1978 | $975 | $975 | 1 | 45.00 | $43,875.00 |
| | | $1,000 | | | 329.00 | $329,000.00 |
| Scott A. Eggers | Litigation – 1989 | $875 | $875 | 1 | 71.00 | $62,125.00 |
| | | $925 | | | 157.70 | $145,872.50 |
| **Totals for Senior Counsel:** | | | | | **602.70** | **$580,872.50** |

---

[1] Pursuant to the Appendix B Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." Appendix B Guidelines ¶ B.2.d, n.2. Annual step increases are awarded by Proskauer in the ordinary course throughout the firm on May 1. As disclosed in the Eighth Supplemental Declaration, Proskauer adjusted its standard hourly rates on November 1, 2015 in the ordinary course to reflect economic and other conditions.

3

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER**
**FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016**

**(Associates)**

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| ASSOCIATES: | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION[1] | Since case inception | In this application | |
| Jacki L. Anderson | Corporate – 2013 | $575 | $465/$575 | 1 | 57.10 | $32,832.50 |
| | | $610 | | | 219.50 | $133,895.00 |
| Ashley Chay | Corporate – 2013 | $465 | $395/$465 | 1 | .60 | $279.00 |
| | | $495 | | | 3.80 | $1,881.00 |
| Jason P. Colangelo | Patent – 2014 | $395 | $305/$395 | 1 | 64.30 | $25,398.50 |
| | | $495 | | | 207.20 | $108,291.00 |
| Sean Heneghan | Corporate – 2013 | $660 | N/A | 1[*] | 8.20 | $5,699.00 |
| Malcolm S. Hochenberg | Tax – 2009 | $795 | $765/$795 | 1 | 3.30 | $2,623.50 |
| | | $825 | | | 28.90 | $23,842.50 |
| Vincent Indelicato | BSGR & B – 2009 | $795 | $765/795 | 1 | 111.80 | $88,881.00 |
| | | $825 | | | 591.80 | $488,235.00 |
| Bowon Koh | Tax – 2015 | $445 | N/A | None | 20.40 | $9,078.00 |

---

[1] Pursuant to the Appendix B Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." Appendix B Guidelines ¶ B.2.d, n.2. Annual step increases are awarded by Proskauer in the ordinary course throughout the firm on May 1. As disclosed in the Eighth Supplemental Declaration, Proskauer adjusted its standard hourly rates on November 1, 2015 in the ordinary course to reflect economic and other conditions.

[*] Indicates fees and total hours billed during this Compensation Period were incurred prior to Proskauer's November 1 rate increase.

4

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION[1] | Since case inception | In this application | |
| **ASSOCIATES:** | | | | | | |
| Bali Kumar | Labor & Emp. – 2014 | $610 | $465 | 1 | 9.20 | $5,612.00 |
| Jonathan H. Lee | Litigation – 2015 | $445 | N/A | None | 46.80 | $20,826.00 |
| Rebecca Lesnik | Corporate – 2013 | $660 | $660 | 1 | 20.00 | $13,200.00 |
| | | $695 | | | 12.80 | $8,896.00 |
| Brandon L. Levitan | BSGR & B – 2010 | $730 | $695/$730 | 1* | 1.40 | $1,022.00 |
| Victor Lopez | Corporate – 2014 | $575 | $575 | 1* | .50 | $287.50 |
| Steve Ma | BSGR & B – 2014 | $575 | $465/$575 | 1 | 69.20 | $39,790.00 |
| | | $610 | | | 283.70 | $173,057.00 |
| Laura A. McAleer | Corporate – 2015 | $465 | $395/$465 | 1* | 3.80 | $1,767.00 |
| Andrea G. Miller | Corporate – 2011 | $695 | N/A | 1 | 17.00 | $11,815.00 |
| | | $735 | | | 29.80 | $21,903.00 |
| Jamaal Myers | Corporate – 2014 | $465 | $465 | 1 | 59.40 | $27,621.00 |
| | | $610 | | | 84.40 | $51,484.00 |
| Milton E. Otto | Litigation – 2013 | $770 | N/A | 1 | 62.20 | $47,894.00 |
| Jonah L. Price | Corporate – 2007 | $800 | $800 | 1 | .30 | $240.00 |
| | | $850 | | | 6.40 | $5,440.00 |
| Tiffany Quach | Corporate – 2015 | $445 | N/A | None | 5.50 | $2,447.50 |
| Stephen Severo | Tax – 2013 | $660 | N/A | 1 | 1.00 | $660.00 |
| | | $695 | | | 31.10 | $21,614.50 |
| Sarah Sullivan | Litigation – 2015 | $465 | $395 | 1 | 58.80 | $27,342.00 |
| | | $495 | | | 266.50 | $131,917.50 |

5

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT AND YEAR ADMITTED | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| ASSOCIATES: | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION[1] | Since case inception | In this application | |
| Chris Theodoridis | BSGR & B – 2011 | $695 | $660/$695 | 1 | 51.50 | $35,792.50 |
| | | $735 | $660/$695 | | 75.20 | $55,272.00 |
| Marissa D. Tillem | Litigation – 2011 | $695 | $660/$695 | 1 | 13.80 | $9,591.00 |
| | | $735 | $660/$695 | | 17.60 | $12,936.00 |
| Jeremy Webb | BSGR & B – 2015 | $445 | N/A | None | 113.10 | $50,329.50 |
| Andrew S. Wellin | Litigation – 2011 | $695 | $660/$695 | 1 | 31.40 | $21,823.00 |
| | | $735 | | | 227.10 | $166,918.50 |
| Daniel J. Werb | Litigation – 2014 | $465 | $395 | 1 | 27.10 | $12,601.50 |
| | | $495 | | | 95.00 | $47,025.00 |
| Krista Whitaker | Corporate – 2015 | $445 | N/A | None | 21.90 | $9,745.50 |
| Helena Zheng | Litigation – 2014 | $465 | $395/$465 | 1 | 113.00 | $52,545.00 |
| | | $495 | | | 203.30 | $100,633.50 |
| Maja Zerjal | BSGR & B – 2012 | $695 | $660/$695 | 1 | 66.80 | $46,426.00 |
| | | $735 | | | 352.90 | $259,381.50 |
| **Totals for Associates:** | | | | | **3796.40** | **$2,416,792.50** |

6

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016

**(Paraprofessionals)**

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION | Since case inception | In this application | |
| David C. Cooper | BSGR & B – Paralegal | $325 | N/A | 1[*] | 1.20 | $390.00 |
| Mark C. Czernyk | Litigation – Paralegal | $260 | N/A | 1 | 3.00 | $780.00 |
| | | $275 | | | 10.80 | $2,970.00 |
| Megan T. D'Errico | Librarian | $250 | $240 | 1 | 1.50 | $375.00 |
| Magali Giddens (formerly Lespinasse Lee) | BSGR & B – Paralegal | $350 | $350 | 1 | 42.70 | $14,945.00 |
| | | $375 | | | 186.10 | $69,787.50 |
| Guy Harris | Practice Support | $350 | $335 | 1 | 1.00 | $350.00 |
| Joshua M. Kay | Practice Support | $335 | $335 | 1 | 16.70 | $5,594.50 |
| | | $350 | | | 38.50 | $13,475.00 |
| Lisa P. Orr | Litigation – Paralegal | $325 | $325 | 1 | 12.50 | $4,062.50 |
| | | $350 | | | 56.40 | $19,740.00 |
| Vildana Perdja | Real Estate – Paralegal | $300 | $285 | 1 | 1.40 | $420.00 |
| Natasha B. Petrov | Litigation – Paralegal | $285 | N/A | 1 | 9.70 | $2,764.50 |
| | | $300 | | | 24.60 | $7,380.00 |
| Evelyn Rodriguez | BSGR & B – Paralegal | $325 | N/A | None | 88.90 | $28,892.50 |
| Susan Schomburg | Litigation – Paralegal | $250 | N/A | 1 | 11.00 | $2,750.00 |

---

[1] Pursuant to the Appendix B Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." Appendix B Guidelines ¶ B.2.d, n.2. Annual step increases are awarded by Proskauer in the ordinary course throughout the firm on May 1. As disclosed in the Eighth Supplemental Declaration, Proskauer adjusted its standard hourly rates on November 1, 2015 in the ordinary course to reflect economic and other conditions.

| NAME OF PROFESSIONAL (in alphabetical order) | DEPARTMENT | HOURLY RATE | | NUMBER OF RATE INCREASES[1] | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|---|---|
| PARAPROFESSIONALS: | | IN THIRD INTERIM APPLICATION | IN FIRST INTERIM APPLICATION | Since case inception | In this application | |
| Nicholas Williams | Real Estate – Paralegal | $195 | $195 | 1 | 12.00 | $2,340.00 |
| | | $230 | | | 7.50 | $1,725.00 |
| Deborah J. Yeoh-Wang | Real Estate – Paralegal | $195 | N/A | None | 15.30 | $2,983.50 |
| | **Totals for Paraprofessionals:** | | | | **540.80** | **$181,725.00** |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016**

(Law Clerks)

| NAME OF LAW CLERK (in alphabetical order) LAW CLERKS: | DEPARTMENT | HOURLY RATE IN THIRD INTERIM APPLICATION | NUMBER OF RATE INCREASES Since case inception | TOTAL HOURS BILLED In this application | FEES BILLED |
|---|---|---|---|---|---|
| Kevin Chung | Litigation – Law Clerk | $445 | None | 63.70 | $28,346.50 |
| Daniel Desatnik | BSGR & B – Law Clerk | $445 | None | 168.80 | $75,116.00 |
| Yasmin Emrani | Litigation – Law Clerk | $445 | None | 104.80 | $46,636.00 |
| Brian Hooven | Litigation – Law Clerk | $445 | None | 79.60 | $35,422.00 |
| Zachary W. Klinger | Litigation – Law Clerk | $445 | None | 45.90 | $20,425.50 |
| Russell Kostelak | Litigation – Law Clerk | $445 | None | 101.50 | $45,167.50 |
| Anna (Anya) Kreimerzak | Corporate – Law Clerk | $445 | None | 31.30 | $13,393.50 |
| Tiffany Quach | Corporate – Law Clerk | $445 | None | 58.60 | $26,077.00 |
| Patrick Rieder | Litigation – Law Clerk | $445 | None | 168.50 | $74,982.50 |
| **Totals for Law Clerks:** | | | | **822.70** | **$365,566.50** |

| PROFESSIONALS | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|
| **Attorney, Law Clerk, and Paraprofessional TOTALS:** | **7,077.80** | **$5,019,413.00** |