**EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD OCTOBER 1, 2015 THROUGH JANUARY 31, 2016**

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| **Reproduction** | |
| Reproduction (In-House) | $4,575.20 |
| Outside Reproduction | $507.06 |
| **Telephone** | |
| Long Distance Telephone | $400.00 |
| **Online Research** | |
| Lexis | $41,027.25 |
| Westlaw | $17,087.00 |
| **Delivery Services/ Couriers** | |
| Messenger/Delivery | $115.11 |
| **Local Travel (airport)** | |
| Taxi Cab/ Car Service (airport) | $473.97 |
| **Out-of-Town Travel** | |
| Airplane | $4,178.97 |
| Lodging | $173.44 |
| Out of Town Meals | $209.67 |
| Out of Town Transportation | $676.79 |
| **Meals (local)** | |
| Food Service and Conference Dining | $274.92 |
| **Transcription Services** | |
| Transcripts & Depositions | $3,329.61 |
| **Litigation Support** | |
| Litigation Support/Docketing | $519.80 |
| Litigation Support Vendors | $54,178.46 |
| **Corporate Service (lien/ lit.)** | $35,271.66 |
| **Corporate Services** | $267.00 |
| **Subtotal** | $163,265.91 |
| **Credit**[1] | $1,101.76 |
| **Total** | **$162,164.15** |

---

[1] Reflects a reduction of $1,101.76 in expenses pursuant to the *Order Approving the Second Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Statutory Unsecured Claimholders' Committee for the Period June 1, 2015 Through September 30, 2015* ¶ 3 n.4, ECF No. 2935