**EXHIBIT F**

Federal ID 13-1840454

**STATUTORY CLAIMHOLDERS' COMMITTEE OF**              **Invoice No. ******
**CAESARS ENTERTAINMENT OPERATING CO., INC.**         **Client No. 71844**
**C/O CHARLES CORBIN**                                 **March 15, 2016**
**HILTON WORLDWIDE, INC.**
**7930 JONES BEACH DRIVE, 6TH FLOOR**
**MCLEAN, VIRGINIA 22102**

FOR LEGAL SERVICES RENDERED
for the period ending February 29, 2016 as set forth in the attached
client invoice.                                              $      5,019,413.00

Disbursements and Other Charges                                     163,265.91

**Total this Invoice**                                      **$      5,182,678.91**

**UNSECURED CREDITORS' COMMITTEE**                              **March 15, 2016**
**Invoice No. ******                                                      **Page 2**

**ASSET ANALYSIS AND RECOVERY**
**Client/Matter No. 71844.0001**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JONAH L. PRICE | 4.00 | 850.00 | 3,400.00 |
| MAJA ZERJAL | 2.20 | 735.00 | 1,617.00 |
| VINCENT INDELICATO | 11.40 | 795.00 | 9,063.00 |
| VINCENT INDELICATO | 1.80 | 825.00 | 1,485.00 |
| **Total For Associate** | **19.40** | | **15,565.00** |
| **Professional Fees** | **19.40** | **$** | **15,565.00** |
| **Total this Matter** | | **$** | **15,565.00** |

**UNSECURED CREDITORS' COMMITTEE**                                                    **March 15, 2016**
**Invoice No. ******                                                                              **Page 3**

**ASSET DISPOSITION**
**Client/Matter No. 71844.0002**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.00 | 1,175.00 | 1,175.00 |
| JUDY G. LIU | 0.30 | 1,250.00 | 375.00 |
| PAUL POSSINGER | 0.30 | 975.00 | 292.50 |
| PAUL POSSINGER | 0.20 | 1,025.00 | 205.00 |
| PHILIP M. ABELSON | 0.70 | 1,025.00 | 717.50 |
| PHILIP M. ABELSON | 1.10 | 1,075.00 | 1,182.50 |
| **Total For Partner** | **3.60** | | **3,947.50** |
| | | | |
| JACKI L. ANDERSON | 1.40 | 575.00 | 805.00 |
| VINCENT INDELICATO | 3.60 | 795.00 | 2,862.00 |
| VINCENT INDELICATO | 2.90 | 825.00 | 2,392.50 |
| **Total For Associate** | **7.90** | | **6,059.50** |
| | | | |
| **Professional Fees** | **11.50** | $ | **10,007.00** |
| | | | |
| **Total this Matter** | | $ | **10,007.00** |

**UNSECURED CREDITORS' COMMITTEE**                          **March 15, 2016**
**Invoice No. ******                                            **Page 4**

**ASSIGNMENT AND REJECTION OF LEASES AND CONTRACTS**
**Client/Matter No. 71844.0003**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 0.30 | 1,200.00 | 360.00 |
| PAUL POSSINGER | 1.50 | 1,025.00 | 1,537.50 |
| PHILIP M. ABELSON | 1.00 | 1,025.00 | 1,025.00 |
| PHILIP M. ABELSON | 0.70 | 1,075.00 | 752.50 |
| **Total For Partner** | **3.50** | | **3,675.00** |
| | | | |
| MAJA ZERJAL | 5.50 | 735.00 | 4,042.50 |
| STEVE MA | 0.40 | 610.00 | 244.00 |
| VINCENT INDELICATO | 7.20 | 825.00 | 5,940.00 |
| **Total For Associate** | **13.10** | | **10,226.50** |
| | | | |
| **Professional Fees** | **16.60** | **$** | **13,901.50** |
| | | | |
| **Total this Matter** | | **$** | **13,901.50** |

**UNSECURED CREDITORS' COMMITTEE**
Invoice No. ******

March 15, 2016
Page 5

**AVOIDANCE ACTION ANALYSIS**
Client/Matter No. 71844.0004

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| CHARLES E. DROPKIN | 1.50 | 1,350.00 | 2,025.00 |
| JUDY G. LIU | 33.20 | 1,175.00 | 39,010.00 |
| JUDY G. LIU | 29.10 | 1,250.00 | 36,375.00 |
| LAUREN K. BOGLIVI | 10.70 | 1,050.00 | 11,235.00 |
| MARK K. THOMAS | 8.50 | 1,200.00 | 10,200.00 |
| MARTIN J. BIENENSTOCK | 5.70 | 1,225.00 | 6,982.50 |
| MARTIN J. BIENENSTOCK | 40.40 | 1,295.00 | 52,318.00 |
| MICHAEL T. MERVIS | 1.80 | 925.00 | 1,665.00 |
| PAUL POSSINGER | 43.80 | 1,025.00 | 44,895.00 |
| PHILIP M. ABELSON | 4.20 | 1,025.00 | 4,305.00 |
| PHILIP M. ABELSON | 31.40 | 1,075.00 | 33,755.00 |
| RICHARD M. CORN | 0.50 | 875.00 | 437.50 |
| **Total For Partner** | **210.80** | | **243,203.00** |
| | | | |
| MARK E. DAVIDSON | 35.20 | 975.00 | 34,320.00 |
| MARK E. DAVIDSON | 254.60 | 1,000.00 | 254,600.00 |
| SCOTT A. EGGERS | 37.80 | 875.00 | 33,075.00 |
| SCOTT A. EGGERS | 81.70 | 925.00 | 75,572.50 |
| **Total For Senior Counsel** | **409.30** | | **397,567.50** |
| | | | |
| ANDREA G. MILLER | 17.00 | 695.00 | 11,815.00 |
| ANDREA G. MILLER | 29.20 | 735.00 | 21,462.00 |
| ANDREW S. WELLIN | 30.30 | 695.00 | 21,058.50 |
| ANDREW S. WELLIN | 129.70 | 735.00 | 95,329.50 |
| CHRIS THEODORIDIS | 23.10 | 695.00 | 16,054.50 |
| CHRIS THEODORIDIS | 53.30 | 735.00 | 39,175.50 |
| DANIEL J. WERB | 27.10 | 465.00 | 12,601.50 |
| DANIEL J. WERB | 95.00 | 495.00 | 47,025.00 |
| HELENA ZHENG | 113.00 | 465.00 | 52,545.00 |
| HELENA ZHENG | 201.30 | 495.00 | 99,643.50 |
| JACKI L. ANDERSON | 55.70 | 575.00 | 32,027.50 |
| JACKI L. ANDERSON | 216.20 | 610.00 | 131,882.00 |
| JAMAAL MYERS | 59.40 | 465.00 | 27,621.00 |
| JAMAAL MYERS | 84.40 | 610.00 | 51,484.00 |
| JASON P. COLANGELO | 64.30 | 395.00 | 25,398.50 |
| JASON P. COLANGELO | 157.40 | 495.00 | 77,913.00 |
| JASON P. COLANGELO | 49.80 | 610.00 | 30,378.00 |
| JERAMY WEBB | 50.70 | 445.00 | 22,561.50 |
| MAJA ZERJAL | 53.20 | 735.00 | 39,102.00 |
| MARISSA D. TILLEM | 12.60 | 695.00 | 8,757.00 |
| MARISSA D. TILLEM | 17.60 | 735.00 | 12,936.00 |
| MILTON E. OTTO | 62.20 | 770.00 | 47,894.00 |
| SARAH SULLIVAN | 40.40 | 465.00 | 18,786.00 |
| SARAH SULLIVAN | 258.20 | 495.00 | 127,809.00 |

**UNSECURED CREDITORS' COMMITTEE**                                    **March 15, 2016**
**Invoice No. \*\*\*\*\*\***                                                        **Page 6**

**AVOIDANCE ACTION ANALYSIS**
**Client/Matter No. 71844.0004**

| | | | |
|---|---:|---:|---:|
| STEPHEN SEVERO | 1.00 | 660.00 | 660.00 |
| STEVE MA | 16.60 | 575.00 | 9,545.00 |
| STEVE MA | 10.00 | 610.00 | 6,100.00 |
| VICTOR LOPEZ | 0.50 | 575.00 | 287.50 |
| VINCENT INDELICATO | 7.20 | 795.00 | 5,724.00 |
| VINCENT INDELICATO | 48.40 | 825.00 | 39,930.00 |
| **Total For Associate** | **1,984.80** | | **1,133,506.00** |
| | | | |
| LISA P. ORR | 12.50 | 325.00 | 4,062.50 |
| LISA P. ORR | 53.70 | 350.00 | 18,795.00 |
| MAGALI GIDDENS | 10.20 | 375.00 | 3,825.00 |
| SUSAN SCHOMBURG | 11.00 | 250.00 | 2,750.00 |
| **Total For Legal Assistant** | **87.40** | | **29,432.50** |
| | | | |
| BRIAN HOOVEN | 79.60 | 445.00 | 35,422.00 |
| DANIEL DESATNIK | 27.70 | 445.00 | 12,326.50 |
| PATRICK L. RIEDER | 168.50 | 445.00 | 74,982.50 |
| RUSSELL KOSTELAK | 26.80 | 445.00 | 11,926.00 |
| YASMIN EMRANI | 104.80 | 445.00 | 46,636.00 |
| **Total For Law Clerk** | **407.40** | | **181,293.00** |
| | | | |
| GUY HARRIS | 1.00 | 350.00 | 350.00 |
| JOSHUA M. KAY | 16.70 | 335.00 | 5,594.50 |
| JOSHUA M. KAY | 38.50 | 350.00 | 13,475.00 |
| **Total For Prac. Support** | **56.20** | | **19,419.50** |
| | | | |
| MEGAN T. D'ERRICO | 0.50 | 250.00 | 125.00 |
| **Total For Library** | **0.50** | | **125.00** |
| | | | |
| **Professional Fees** | **3,156.40** | | **$  2,004,546.50** |
| | | | |
| **Total this Matter** | | | **$  2,004,546.50** |

**UNSECURED CREDITORS' COMMITTEE**                                        **March 15, 2016**
**Invoice No. ******                                                           **Page 7**

**BUDGETING (CASE)**
**Client/Matter No. 71844.0005**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 2.50 | 1,175.00 | 2,937.50 |
| JUDY G. LIU | 2.70 | 1,250.00 | 3,375.00 |
| **Total For Partner** | **5.20** | | **6,312.50** |
| **Professional Fees** | **5.20** | $ | **6,312.50** |
| **Total this Matter** | | $ | **6,312.50** |

**UNSECURED CREDITORS' COMMITTEE**                                          **March 15, 2016**
**Invoice No. ******                                                             **Page 8**

**BUSINESS OPERATIONS**
**Client/Matter No. 71844.0006**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.10 | 1,250.00 | 1,375.00 |
| PAUL POSSINGER | 2.40 | 1,025.00 | 2,460.00 |
| PHILIP M. ABELSON | 0.10 | 1,025.00 | 102.50 |
| PHILIP M. ABELSON | 6.40 | 1,075.00 | 6,880.00 |
| **Total For Partner** | **10.00** | | **10,817.50** |
| | | | |
| MAJA ZERJAL | 2.40 | 735.00 | 1,764.00 |
| STEVE MA | 0.20 | 575.00 | 115.00 |
| STEVE MA | 1.10 | 610.00 | 671.00 |
| VINCENT INDELICATO | 1.00 | 795.00 | 795.00 |
| VINCENT INDELICATO | 12.10 | 825.00 | 9,982.50 |
| **Total For Associate** | **16.80** | | **13,327.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **26.80** | $ | **24,145.00** |
| **Total this Matter** | | $ | **24,145.00** |

**UNSECURED CREDITORS' COMMITTEE**

**March 15, 2016**

Invoice No. \*\*\*\*\*\*

**Page 9**

**CASE ADMINISTRATION**
Client/Matter No. 71844.0007

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JEFF J. MARWIL | 2.70 | 1,125.00 | 3,037.50 |
| JEFF J. MARWIL | 1.00 | 1,200.00 | 1,200.00 |
| PAUL POSSINGER | 2.50 | 975.00 | 2,437.50 |
| PAUL POSSINGER | 8.80 | 1,025.00 | 9,020.00 |
| PHILIP M. ABELSON | 0.20 | 1,075.00 | 215.00 |
| **Total For Partner** | **15.20** | | **15,910.00** |
| | | | |
| SCOTT A. EGGERS | 0.20 | 925.00 | 185.00 |
| **Total For Senior Counsel** | **0.20** | | **185.00** |
| | | | |
| BRANDON W. LEVITAN | 1.10 | 730.00 | 803.00 |
| JERAMY WEBB | 2.10 | 445.00 | 934.50 |
| MAJA ZERJAL | 0.50 | 695.00 | 347.50 |
| MAJA ZERJAL | 1.70 | 735.00 | 1,249.50 |
| STEVE MA | 0.40 | 610.00 | 244.00 |
| TIFFANY QUACH | 0.40 | 445.00 | 178.00 |
| VINCENT INDELICATO | 2.30 | 795.00 | 1,828.50 |
| VINCENT INDELICATO | 7.20 | 825.00 | 5,940.00 |
| **Total For Associate** | **15.70** | | **11,525.00** |
| | | | |
| EVELYN RODRIGUEZ | 29.20 | 325.00 | 9,490.00 |
| MAGALI GIDDENS | 6.30 | 350.00 | 2,205.00 |
| MAGALI GIDDENS | 27.20 | 375.00 | 10,200.00 |
| MARK C. CZERNYK | 3.00 | 260.00 | 780.00 |
| MARK C. CZERNYK | 10.80 | 275.00 | 2,970.00 |
| NATASHA PETROV | 6.60 | 285.00 | 1,881.00 |
| NATASHA PETROV | 6.00 | 300.00 | 1,800.00 |
| **Total For Legal Assistant** | **89.10** | | **29,326.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **120.20** | **$** | **56,946.00** |
| | | | |
| **Total this Matter** | | **$** | **56,946.00** |

**UNSECURED CREDITORS' COMMITTEE**
Invoice No. ******

March 15, 2016
Page 10

**CLAIMS ADMINISTRATION AND OBJECTIONS**
Client/Matter No. 71844.0008

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.30 | 1,250.00 | 1,625.00 |
| MARK K. THOMAS | 2.40 | 1,200.00 | 2,880.00 |
| MARTIN J. BIENENSTOCK | 6.10 | 1,295.00 | 7,899.50 |
| MICHAEL T. MERVIS | 0.30 | 975.00 | 292.50 |
| PAUL POSSINGER | 0.40 | 975.00 | 390.00 |
| PAUL POSSINGER | 23.80 | 1,025.00 | 24,395.00 |
| PHILIP M. ABELSON | 1.80 | 1,025.00 | 1,845.00 |
| PHILIP M. ABELSON | 43.10 | 1,075.00 | 46,332.50 |
| **Total For Partner** | **79.20** | | **85,659.50** |
| | | | |
| MARK E. DAVIDSON | 4.00 | 1,000.00 | 4,000.00 |
| SCOTT A. EGGERS | 4.30 | 925.00 | 3,977.50 |
| **Total For Senior Counsel** | **8.30** | | **7,977.50** |
| | | | |
| ANDREW S. WELLIN | 27.30 | 735.00 | 20,065.50 |
| CHRIS THEODORIDIS | 1.00 | 735.00 | 735.00 |
| MAJA ZERJAL | 0.20 | 695.00 | 139.00 |
| MAJA ZERJAL | 19.00 | 735.00 | 13,965.00 |
| STEVE MA | 53.20 | 610.00 | 32,452.00 |
| TIFFANY QUACH | 63.70 | 445.00 | 28,346.50 |
| VINCENT INDELICATO | 0.50 | 795.00 | 397.50 |
| VINCENT INDELICATO | 125.40 | 825.00 | 103,455.00 |
| **Total For Associate** | **290.30** | | **199,555.50** |
| | | | |
| EVELYN RODRIGUEZ | 2.10 | 325.00 | 682.50 |
| LISA P. ORR | 1.00 | 350.00 | 350.00 |
| MAGALI GIDDENS | 1.00 | 375.00 | 375.00 |
| NATASHA PETROV | 1.10 | 300.00 | 330.00 |
| **Total For Legal Assistant** | **5.20** | | **1,737.50** |
| | | | |
| KEVIN CHUNG | 63.70 | 445.00 | 28,346.50 |
| RUSSELL KOSTELAK | 69.70 | 445.00 | 31,016.50 |
| ZACHARY W. KLINGER | 45.90 | 445.00 | 20,425.50 |
| **Total For Law Clerk** | **179.30** | | **79,788.50** |
| | | | |
| **Professional Fees** | **562.30** | **$** | **374,718.50** |
| | | | |
| **Total this Matter** | | **$** | **374,718.50** |

**UNSECURED CREDITORS' COMMITTEE**
**Invoice No. ******

**March 15, 2016**
**Page 11**

**COMMITTEE GOVERNANCE**
**Client/Matter No. 71844.0009**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JERAMY WEBB | 0.40 | 445.00 | 178.00 |
| MAJA ZERJAL | 0.70 | 735.00 | 514.50 |
| STEVE MA | 1.60 | 575.00 | 920.00 |
| STEVE MA | 5.10 | 610.00 | 3,111.00 |
| VINCENT INDELICATO | 0.70 | 795.00 | 556.50 |
| VINCENT INDELICATO | 5.20 | 825.00 | 4,290.00 |
| **Total For Associate** | **13.70** | | **9,570.00** |
| | | | |
| **Professional Fees** | **13.70** | **$** | **9,570.00** |
| | | | |
| **Total this Matter** | | **$** | **9,570.00** |

**UNSECURED CREDITORS' COMMITTEE**                                     **March 15, 2016**
**Invoice No. ******                                                          **Page 12**

**EMPLOYEE BENEFITS AND PENSIONS**
**Client/Matter No. 71844.0010**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| COLLEEN M. HART | 1.90 | 950.00 | 1,805.00 |
| COLLEEN M. HART | 30.80 | 1,000.00 | 30,800.00 |
| JUDY G. LIU | 0.30 | 1,250.00 | 375.00 |
| PHILIP M. ABELSON | 0.20 | 1,075.00 | 215.00 |
| **Total For Partner** | **33.20** | | **33,195.00** |
| | | | |
| MARK E. DAVIDSON | 0.80 | 1,000.00 | 800.00 |
| SCOTT A. EGGERS | 0.50 | 875.00 | 437.50 |
| SCOTT A. EGGERS | 2.20 | 925.00 | 2,035.00 |
| **Total For Senior Counsel** | **3.50** | | **3,272.50** |
| | | | |
| BALI KUMAR | 9.20 | 610.00 | 5,612.00 |
| JONATHAN H. LEE | 46.80 | 445.00 | 20,826.00 |
| VINCENT INDELICATO | 2.10 | 795.00 | 1,669.50 |
| VINCENT INDELICATO | 8.70 | 825.00 | 7,177.50 |
| **Total For Associate** | **66.80** | | **35,285.00** |
| | | | |
| DANIEL DESATNIK | 7.30 | 445.00 | 3,248.50 |
| **Total For Law Clerk** | **7.30** | | **3,248.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **110.80** | **$** | **75,001.00** |
| **Total this Matter** | | **$** | **75,001.00** |

**UNSECURED CREDITORS' COMMITTEE**                                                   **March 15, 2016**
**Invoice No. ******                                                                       **Page 13**

**EMPLOYMENT AND FEE APPLICATIONS**
**Client/Matter No. 71844.0011**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 20.80 | 1,175.00 | 24,440.00 |
| JUDY G. LIU | 73.60 | 1,250.00 | 92,000.00 |
| MARTIN J. BIENENSTOCK | 1.60 | 1,295.00 | 2,072.00 |
| PAUL POSSINGER | 1.70 | 975.00 | 1,657.50 |
| PAUL POSSINGER | 4.70 | 1,025.00 | 4,817.50 |
| PHILIP M. ABELSON | 5.40 | 1,025.00 | 5,535.00 |
| PHILIP M. ABELSON | 12.20 | 1,075.00 | 13,115.00 |
| **Total For Partner** | **120.00** | | **143,637.00** |
| | | | |
| MARK E. DAVIDSON | 0.40 | 1,000.00 | 400.00 |
| SCOTT A. EGGERS | 0.20 | 875.00 | 175.00 |
| **Total For Senior Counsel** | **0.60** | | **575.00** |
| | | | |
| JERAMY WEBB | 0.90 | 445.00 | 400.50 |
| KRISTA WHITAKER | 21.90 | 445.00 | 9,745.50 |
| MAJA ZERJAL | 0.40 | 695.00 | 278.00 |
| MAJA ZERJAL | 3.50 | 735.00 | 2,572.50 |
| STEVE MA | 27.40 | 575.00 | 15,755.00 |
| STEVE MA | 68.50 | 610.00 | 41,785.00 |
| VINCENT INDELICATO | 0.50 | 825.00 | 412.50 |
| **Total For Associate** | **123.10** | | **70,949.00** |
| | | | |
| EVELYN RODRIGUEZ | 45.70 | 325.00 | 14,852.50 |
| MAGALI GIDDENS | 34.40 | 350.00 | 12,040.00 |
| MAGALI GIDDENS | 129.20 | 375.00 | 48,450.00 |
| NATASHA PETROV | 4.80 | 300.00 | 1,440.00 |
| NICHOLAS WILLIAMS | 12.00 | 195.00 | 2,340.00 |
| **Total For Legal Assistant** | **226.10** | | **79,122.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **469.80** | $ | **294,283.50** |
| | | | |
| **Total this Matter** | | $ | **294,283.50** |

**UNSECURED CREDITORS' COMMITTEE**                              **March 15, 2016**
**Invoice No. ******                                                    **Page 14**

**EMPLOYMENT AND FEE APPLICATION OBJECTIONS**
**Client/Matter No. 71844.0012**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.30 | 1,175.00 | 1,527.50 |
| JUDY G. LIU | 5.10 | 1,250.00 | 6,375.00 |
| PAUL POSSINGER | 0.80 | 1,025.00 | 820.00 |
| PHILIP M. ABELSON | 1.70 | 1,075.00 | 1,827.50 |
| **Total For Partner** | **8.90** | | **10,550.00** |
| | | | |
| MARK E. DAVIDSON | 0.30 | 1,000.00 | 300.00 |
| SCOTT A. EGGERS | 0.90 | 925.00 | 832.50 |
| **Total For Senior Counsel** | **1.20** | | **1,132.50** |
| | | | |
| MAJA ZERJAL | 1.30 | 735.00 | 955.50 |
| STEVE MA | 5.30 | 610.00 | 3,233.00 |
| VINCENT INDELICATO | 1.30 | 825.00 | 1,072.50 |
| **Total For Associate** | **7.90** | | **5,261.00** |
| | | | |
| **Professional Fees** | **18.00** | $ | **16,943.50** |
| | | | |
| **Total this Matter** | | $ | **16,943.50** |

UNSECURED CREDITORS' COMMITTEE                                    **March 15, 2016**
Invoice No. ******                                                      **Page 15**

**FINANCING AND CASH COLLATERAL**
Client/Matter No. 71844.0013

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 0.50 | 1,175.00 | 587.50 |
| JUDY G. LIU | 9.20 | 1,250.00 | 11,500.00 |
| MARTIN J. BIENENSTOCK | 6.30 | 1,295.00 | 8,158.50 |
| MICHAEL T. MERVIS | 1.40 | 975.00 | 1,365.00 |
| PAUL POSSINGER | 26.50 | 1,025.00 | 27,162.50 |
| PHILIP M. ABELSON | 5.20 | 1,025.00 | 5,330.00 |
| PHILIP M. ABELSON | 32.40 | 1,075.00 | 34,830.00 |
| STEVEN O. WEISE | 2.00 | 1,400.00 | 2,800.00 |
| STEVEN O. WEISE | 11.50 | 1,475.00 | 16,962.50 |
| **Total For Partner** | **95.00** | | **108,696.00** |
| MARK E. DAVIDSON | 2.30 | 1,000.00 | 2,300.00 |
| SCOTT A. EGGERS | 3.90 | 925.00 | 3,607.50 |
| **Total For Senior Counsel** | **6.20** | | **5,907.50** |
| ANDREW S. WELLIN | 59.30 | 735.00 | 43,585.50 |
| ASHLEY CHAY | 0.60 | 465.00 | 279.00 |
| ASHLEY CHAY | 3.80 | 495.00 | 1,881.00 |
| BRANDON W. LEVITAN | 0.20 | 730.00 | 146.00 |
| CHRIS THEODORIDIS | 4.00 | 735.00 | 2,940.00 |
| JERAMY WEBB | 0.30 | 445.00 | 133.50 |
| JONAH L. PRICE | 2.40 | 850.00 | 2,040.00 |
| MAJA ZERJAL | 5.90 | 695.00 | 4,100.50 |
| MAJA ZERJAL | 110.50 | 735.00 | 81,217.50 |
| REBECCA LESNIK | 0.10 | 695.00 | 69.50 |
| SARAH SULLIVAN | 0.40 | 495.00 | 198.00 |
| STEVE MA | 28.20 | 610.00 | 17,202.00 |
| VINCENT INDELICATO | 14.70 | 795.00 | 11,686.50 |
| VINCENT INDELICATO | 141.80 | 825.00 | 116,985.00 |
| **Total For Associate** | **372.20** | | **282,464.00** |
| DAVID C. COOPER | 1.20 | 325.00 | 390.00 |
| EVELYN RODRIGUEZ | 6.40 | 325.00 | 2,080.00 |
| MAGALI GIDDENS | 1.00 | 375.00 | 375.00 |
| **Total For Legal Assistant** | **8.60** | | **2,845.00** |
| DANIEL DESATNIK | 68.30 | 445.00 | 30,393.50 |
| **Total For Law Clerk** | **68.30** | | **30,393.50** |
| **Professional Fees** | **550.30** | $ | **430,306.00** |
| **Total this Matter** | | $ | **430,306.00** |

**UNSECURED CREDITORS' COMMITTEE**                                  March 15, 2016
**Invoice No. ********                                                    **Page 16**

**LITIGATION**
**Client/Matter No. 71844.0014**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.30 | 1,175.00 | 1,527.50 |
| JUDY G. LIU | 4.20 | 1,250.00 | 5,250.00 |
| MARK K. THOMAS | 1.00 | 1,200.00 | 1,200.00 |
| MARTIN J. BIENENSTOCK | 1.00 | 1,295.00 | 1,295.00 |
| PAUL POSSINGER | 1.00 | 975.00 | 975.00 |
| PAUL POSSINGER | 11.70 | 1,025.00 | 11,992.50 |
| PHILIP M. ABELSON | 1.40 | 1,025.00 | 1,435.00 |
| PHILIP M. ABELSON | 13.30 | 1,075.00 | 14,297.50 |
| **Total For Partner** | **34.90** | | **37,972.50** |
| | | | |
| MARK E. DAVIDSON | 2.70 | 1,000.00 | 2,700.00 |
| SCOTT A. EGGERS | 2.50 | 925.00 | 2,312.50 |
| **Total For Senior Counsel** | **5.20** | | **5,012.50** |
| | | | |
| CHRIS THEODORIDIS | 0.90 | 735.00 | 661.50 |
| MAJA ZERJAL | 2.90 | 735.00 | 2,131.50 |
| STEVE MA | 0.20 | 575.00 | 115.00 |
| STEVE MA | 2.00 | 610.00 | 1,220.00 |
| VINCENT INDELICATO | 3.50 | 795.00 | 2,782.50 |
| VINCENT INDELICATO | 12.30 | 825.00 | 10,147.50 |
| **Total For Associate** | **21.80** | | **17,058.00** |
| | | | |
| EVELYN RODRIGUEZ | 0.80 | 325.00 | 260.00 |
| **Total For Legal Assistant** | **0.80** | | **260.00** |
| | | | |
| RUSSELL KOSTELAK | 5.00 | 445.00 | 2,225.00 |
| **Total For Law Clerk** | **5.00** | | **2,225.00** |
| | | | |
| **Professional Fees** | **67.70** | **$** | **62,528.00** |
| | | | |
| **Total this Matter** | | **$** | **62,528.00** |

**UNSECURED CREDITORS' COMMITTEE**                                    March 15, 2016
Invoice No. ******                                                            Page 17

**MEETINGS AND COMMUNICATION WITH COMMITTEE**
Client/Matter No. 71844.0015

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JEFF J. MARWIL | 1.50 | 1,200.00 | 1,800.00 |
| JUDY G. LIU | 5.30 | 1,175.00 | 6,227.50 |
| JUDY G. LIU | 13.00 | 1,250.00 | 16,250.00 |
| MARK K. THOMAS | 2.40 | 1,200.00 | 2,880.00 |
| MARTIN J. BIENENSTOCK | 6.60 | 1,225.00 | 8,085.00 |
| MARTIN J. BIENENSTOCK | 10.40 | 1,295.00 | 13,468.00 |
| PAUL POSSINGER | 3.40 | 975.00 | 3,315.00 |
| PAUL POSSINGER | 13.60 | 1,025.00 | 13,940.00 |
| PHILIP M. ABELSON | 6.60 | 1,025.00 | 6,765.00 |
| PHILIP M. ABELSON | 17.50 | 1,075.00 | 18,812.50 |
| RICHARD M. CORN | 2.00 | 925.00 | 1,850.00 |
| **Total For Partner** | **82.30** | | **93,393.00** |
| | | | |
| MARK E. DAVIDSON | 3.70 | 1,000.00 | 3,700.00 |
| SCOTT A. EGGERS | 4.60 | 875.00 | 4,025.00 |
| SCOTT A. EGGERS | 7.70 | 925.00 | 7,122.50 |
| **Total For Senior Counsel** | **16.00** | | **14,847.50** |
| | | | |
| CHRIS THEODORIDIS | 1.90 | 695.00 | 1,320.50 |
| CHRIS THEODORIDIS | 3.60 | 735.00 | 2,646.00 |
| JERAMY WEBB | 2.00 | 445.00 | 890.00 |
| MAJA ZERJAL | 6.50 | 695.00 | 4,517.50 |
| MAJA ZERJAL | 15.50 | 735.00 | 11,392.50 |
| STEVE MA | 7.30 | 575.00 | 4,197.50 |
| STEVE MA | 16.90 | 610.00 | 10,309.00 |
| VINCENT INDELICATO | 6.90 | 795.00 | 5,485.50 |
| VINCENT INDELICATO | 31.10 | 825.00 | 25,657.50 |
| **Total For Associate** | **91.70** | | **66,416.00** |
| | | | |
| DANIEL DESATNIK | 1.40 | 445.00 | 623.00 |
| **Total For Law Clerk** | **1.40** | | **623.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **191.40** | $ | **175,279.50** |
| | | | |
| **Total this Matter** | | $ | **175,279.50** |

**UNSECURED CREDITORS' COMMITTEE**                              **March 15, 2016**
**Invoice No. ******                                                  **Page 18**

**NON-WORKING TRAVEL**
**Client/Matter No. 71844.0016**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 0.40 | 1,250.00 | 500.00 |
| MARTIN J. BIENENSTOCK | 1.20 | 1,225.00 | 1,470.00 |
| MARTIN J. BIENENSTOCK | 1.20 | 1,295.00 | 1,554.00 |
| PHILIP M. ABELSON | 5.60 | 1,025.00 | 5,740.00 |
| PHILIP M. ABELSON | 11.30 | 1,075.00 | 12,147.50 |
| **Total For Partner** | **19.70** | | **21,411.50** |
| | | | |
| SCOTT A. EGGERS | 0.40 | 925.00 | 370.00 |
| **Total For Senior Counsel** | **0.40** | | **370.00** |
| | | | |
| ANDREW S. WELLIN | 2.00 | 735.00 | 1,470.00 |
| MAJA ZERJAL | 0.50 | 695.00 | 347.50 |
| MAJA ZERJAL | 4.50 | 735.00 | 3,307.50 |
| STEVE MA | 12.40 | 610.00 | 7,564.00 |
| VINCENT INDELICATO | 12.40 | 825.00 | 10,230.00 |
| **Total For Associate** | **31.80** | | **22,919.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **51.90** | $ | **44,700.50** |
| | | | |
| **Total this Matter** | | $ | **44,700.50** |

**UNSECURED CREDITORS' COMMITTEE**                                      March 15, 2016
Invoice No. ******                                                          Page 19

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 71844.0017

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| JEFF J. MARWIL | 0.30 | 1,125.00 | 337.50 |
| JEFF J. MARWIL | 0.50 | 1,200.00 | 600.00 |
| JUDY G. LIU | 5.30 | 1,175.00 | 6,227.50 |
| JUDY G. LIU | 6.50 | 1,250.00 | 8,125.00 |
| MARK K. THOMAS | 1.80 | 1,200.00 | 2,160.00 |
| MARTIN J. BIENENSTOCK | 3.80 | 1,225.00 | 4,655.00 |
| MARTIN J. BIENENSTOCK | 22.00 | 1,295.00 | 28,490.00 |
| PAUL POSSINGER | 3.80 | 975.00 | 3,705.00 |
| PAUL POSSINGER | 22.10 | 1,025.00 | 22,652.50 |
| PHILIP M. ABELSON | 8.20 | 1,025.00 | 8,405.00 |
| PHILIP M. ABELSON | 43.30 | 1,075.00 | 46,547.50 |
| **Total For Partner** | **117.60** | | **131,905.00** |
| | | | |
| MARK E. DAVIDSON | 1.80 | 1,000.00 | 1,800.00 |
| SCOTT A. EGGERS | 1.40 | 925.00 | 1,295.00 |
| **Total For Senior Counsel** | **3.20** | | **3,095.00** |
| | | | |
| BRANDON W. LEVITAN | 0.10 | 730.00 | 73.00 |
| JERAMY WEBB | 6.20 | 445.00 | 2,759.00 |
| MAJA ZERJAL | 5.60 | 695.00 | 3,892.00 |
| MAJA ZERJAL | 26.50 | 735.00 | 19,477.50 |
| STEVE MA | 0.30 | 575.00 | 172.50 |
| STEVE MA | 9.50 | 610.00 | 5,795.00 |
| VINCENT INDELICATO | 19.30 | 795.00 | 15,343.50 |
| VINCENT INDELICATO | 42.30 | 825.00 | 34,897.50 |
| **Total For Associate** | **109.80** | | **82,410.00** |
| | | | |
| MAGALI GIDDENS | 1.10 | 375.00 | 412.50 |
| **Total For Legal Assistant** | **1.10** | | **412.50** |
| | | | |
| DANIEL DESATNIK | 17.00 | 445.00 | 7,565.00 |
| **Total For Law Clerk** | **17.00** | | **7,565.00** |

| | | | |
|----------|------:|:---:|-------:|
| **Professional Fees** | **248.70** | $ | **225,387.50** |
| | | | |
| **Total this Matter** | | $ | **225,387.50** |

**UNSECURED CREDITORS' COMMITTEE**                                        **March 15, 2016**
**Invoice No. \*\*\*\*\*\***                                                         **Page 20**


**REAL ESTATE**
**Client/Matter No. 71844.0018**


| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 0.70 | 1,250.00 | 875.00 |
| MARTIN J. BIENENSTOCK | 0.20 | 1,225.00 | 245.00 |
| PERRY A. CACACE | 5.70 | 1,175.00 | 6,697.50 |
| PERRY A. CACACE | 15.10 | 1,250.00 | 18,875.00 |
| PHILIP M. ABELSON | 0.80 | 1,025.00 | 820.00 |
| PHILIP M. ABELSON | 1.10 | 1,075.00 | 1,182.50 |
| **Total For Partner** | **23.60** | | **28,695.00** |
| | | | |
| MARK E. DAVIDSON | 0.30 | 1,000.00 | 300.00 |
| SCOTT A. EGGERS | 1.40 | 925.00 | 1,295.00 |
| **Total For Senior Counsel** | **1.70** | | **1,595.00** |
| | | | |
| REBECCA LESNIK | 20.00 | 660.00 | 13,200.00 |
| REBECCA LESNIK | 12.70 | 695.00 | 8,826.50 |
| SEAN HENEGHAN | 8.20 | 695.00 | 5,699.00 |
| VINCENT INDELICATO | 2.50 | 795.00 | 1,987.50 |
| VINCENT INDELICATO | 5.60 | 825.00 | 4,620.00 |
| **Total For Associate** | **49.00** | | **34,333.00** |
| | | | |
| DEBORAH J. YEOH-WANG | 15.30 | 195.00 | 2,983.50 |
| NICHOLAS WILLIAMS | 7.50 | 230.00 | 1,725.00 |
| VILDANA PERDJA | 1.40 | 300.00 | 420.00 |
| **Total For Legal Assistant** | **24.20** | | **5,128.50** |
| | | | |
| **Professional Fees** | **98.50** | **$** | **69,751.50** |
| | | | |
| **Total this Matter** | | **$** | **69,751.50** |

**UNSECURED CREDITORS' COMMITTEE**
Invoice No. ******

March 15, 2016
Page 21

**RELIEF FROM STAY AND ADEQUATE PROTECTION**
**Client/Matter No. 71844.0019**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| PHILIP M. ABELSON | 0.10 | 1,075.00 | 107.50 |
| **Total For Partner** | **0.10** | | **107.50** |
| | | | |
| VINCENT INDELICATO | 0.60 | 825.00 | 495.00 |
| **Total For Associate** | **0.60** | | **495.00** |
| | | | |
| **Professional Fees** | **0.70** | $ | **602.50** |
| | | | |
| **Total this Matter** | | $ | **602.50** |

**UNSECURED CREDITORS' COMMITTEE**                                                      **March 15, 2016**
**Invoice No. ******                                                                    **Page 22**

**TAX**
**Client/Matter No. 71844.0021**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 0.50 | 1,175.00 | 587.50 |
| JUDY G. LIU | 2.30 | 1,250.00 | 2,875.00 |
| PHILIP M. ABELSON | 0.40 | 1,025.00 | 410.00 |
| PHILIP M. ABELSON | 1.10 | 1,075.00 | 1,182.50 |
| RICHARD M. CORN | 23.00 | 875.00 | 20,125.00 |
| RICHARD M. CORN | 40.30 | 925.00 | 37,277.50 |
| **Total For Partner** | **67.60** | | **62,457.50** |
| | | | |
| SCOTT A. EGGERS | 1.80 | 875.00 | 1,575.00 |
| SCOTT A. EGGERS | 1.70 | 925.00 | 1,572.50 |
| **Total For Senior Counsel** | **3.50** | | **3,147.50** |
| | | | |
| BOWON KOH | 20.40 | 445.00 | 9,078.00 |
| MALCOLM S. HOCHENBERG | 3.30 | 795.00 | 2,623.50 |
| MALCOLM S. HOCHENBERG | 27.50 | 825.00 | 22,687.50 |
| SARAH SULLIVAN | 15.70 | 465.00 | 7,300.50 |
| SARAH SULLIVAN | 1.60 | 495.00 | 792.00 |
| STEPHEN SEVERO | 31.10 | 695.00 | 21,614.50 |
| VINCENT INDELICATO | 0.30 | 795.00 | 238.50 |
| VINCENT INDELICATO | 1.80 | 825.00 | 1,485.00 |
| **Total For Associate** | **101.70** | | **65,819.50** |
| | | | |
| MEGAN T. D'ERRICO | 1.00 | 250.00 | 250.00 |
| **Total For Library** | **1.00** | | **250.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **173.80** | $ | **131,674.50** |
| | | | |
| **Total this Matter** | | $ | **131,674.50** |

**UNSECURED CREDITORS' COMMITTEE**                                          **March 15, 2016**
**Invoice No. ******                                                              **Page 23**

**CASE STRATEGY**
**Client/Matter No. 71844.0023**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 2.70 | 1,175.00 | 3,172.50 |
| JUDY G. LIU | 3.00 | 1,250.00 | 3,750.00 |
| MARK K. THOMAS | 0.20 | 1,200.00 | 240.00 |
| MARTIN J. BIENENSTOCK | 2.10 | 1,225.00 | 2,572.50 |
| MARTIN J. BIENENSTOCK | 0.50 | 1,295.00 | 647.50 |
| PAUL POSSINGER | 1.10 | 1,025.00 | 1,127.50 |
| PHILIP M. ABELSON | 4.90 | 1,025.00 | 5,022.50 |
| PHILIP M. ABELSON | 13.20 | 1,075.00 | 14,190.00 |
| **Total For Partner** | **27.70** | | **30,722.50** |
| | | | |
| MARK E. DAVIDSON | 0.70 | 1,000.00 | 700.00 |
| SCOTT A. EGGERS | 0.50 | 875.00 | 437.50 |
| SCOTT A. EGGERS | 0.20 | 925.00 | 185.00 |
| **Total For Senior Counsel** | **1.40** | | **1,322.50** |
| | | | |
| CHRIS THEODORIDIS | 3.10 | 695.00 | 2,154.50 |
| CHRIS THEODORIDIS | 3.00 | 735.00 | 2,205.00 |
| JERAMY WEBB | 0.20 | 445.00 | 89.00 |
| MAJA ZERJAL | 3.80 | 695.00 | 2,641.00 |
| MAJA ZERJAL | 5.40 | 735.00 | 3,969.00 |
| STEVE MA | 2.90 | 575.00 | 1,667.50 |
| STEVE MA | 10.70 | 610.00 | 6,527.00 |
| VINCENT INDELICATO | 3.90 | 795.00 | 3,100.50 |
| VINCENT INDELICATO | 10.30 | 825.00 | 8,497.50 |
| **Total For Associate** | **43.30** | | **30,851.00** |
| | | | |
| DANIEL DESATNIK | 1.50 | 445.00 | 667.50 |
| **Total For Law Clerk** | **1.50** | | **667.50** |

| | | | | |
|---|---|---|---|---|
| **Professional Fees** | **73.90** | | $ | **63,563.50** |
| | | | | |
| **Total this Matter** | | | $ | **63,563.50** |

**UNSECURED CREDITORS' COMMITTEE**                                    **March 15, 2016**
**Invoice No. ******                                                   **Page 24**

**PLEADING AND DOCKET REVIEW**
**Client/Matter No. 71844.0024**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK E. DAVIDSON | 1.50 | 1,000.00 | 1,500.00 |
| SCOTT A. EGGERS | 2.20 | 875.00 | 1,925.00 |
| SCOTT A. EGGERS | 0.30 | 925.00 | 277.50 |
| **Total For Senior Counsel** | **4.00** | | **3,702.50** |
| | | | |
| LAURA A. MCALEER | 3.80 | 465.00 | 1,767.00 |
| MAJA ZERJAL | 9.40 | 695.00 | 6,533.00 |
| MAJA ZERJAL | 7.50 | 735.00 | 5,512.50 |
| STEVE MA | 10.90 | 575.00 | 6,267.50 |
| STEVE MA | 25.50 | 610.00 | 15,555.00 |
| VINCENT INDELICATO | 3.80 | 795.00 | 3,021.00 |
| VINCENT INDELICATO | 14.00 | 825.00 | 11,550.00 |
| **Total For Associate** | **74.90** | | **50,206.00** |
| | | | |
| EVELYN RODRIGUEZ | 3.60 | 325.00 | 1,170.00 |
| MAGALI GIDDENS | 1.60 | 350.00 | 560.00 |
| MAGALI GIDDENS | 16.40 | 375.00 | 6,150.00 |
| **Total For Legal Assistant** | **21.60** | | **7,880.00** |
| | | | |
| ANNA (ANYA) KREIMERZAK | 10.70 | 395.00 | 4,226.50 |
| ANNA (ANYA) KREIMERZAK | 20.60 | 445.00 | 9,167.00 |
| DANIEL DESATNIK | 28.50 | 445.00 | 12,682.50 |
| **Total For Law Clerk** | **59.80** | | **26,076.00** |
| | | | |
| **Professional Fees** | **160.30** | $ | **87,864.50** |
| | | | |
| **Total this Matter** | | $ | **87,864.50** |

**UNSECURED CREDITORS' COMMITTEE**                                        March 15, 2016
**Invoice No. ********                                                              **Page 25**

**COMMUNICATION WITH FINANCIAL ADVISOR AND INVESTMENT BANKER**
Client/Matter No. 71844.0025

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 4.10 | 1,175.00 | 4,817.50 |
| JUDY G. LIU | 23.50 | 1,250.00 | 29,375.00 |
| MARTIN J. BIENENSTOCK | 0.40 | 1,225.00 | 490.00 |
| MARTIN J. BIENENSTOCK | 4.60 | 1,295.00 | 5,957.00 |
| PAUL POSSINGER | 13.00 | 1,025.00 | 13,325.00 |
| PHILIP M. ABELSON | 9.70 | 1,025.00 | 9,942.50 |
| PHILIP M. ABELSON | 26.50 | 1,075.00 | 28,487.50 |
| RICHARD M. CORN | 3.10 | 925.00 | 2,867.50 |
| **Total For Partner** | **84.90** | | **95,262.00** |
| | | | |
| MARK E. DAVIDSON | 7.30 | 975.00 | 7,117.50 |
| MARK E. DAVIDSON | 34.80 | 1,000.00 | 34,800.00 |
| SCOTT A. EGGERS | 10.60 | 875.00 | 9,275.00 |
| SCOTT A. EGGERS | 23.50 | 925.00 | 21,737.50 |
| **Total For Senior Counsel** | **76.20** | | **72,930.00** |
| | | | |
| ANDREA G. MILLER | 0.20 | 735.00 | 147.00 |
| ANDREW S. WELLIN | 1.10 | 695.00 | 764.50 |
| ANDREW S. WELLIN | 8.30 | 735.00 | 6,100.50 |
| CHRIS THEODORIDIS | 2.60 | 735.00 | 1,911.00 |
| HELENA ZHENG | 2.00 | 495.00 | 990.00 |
| JACKI L. ANDERSON | 3.30 | 610.00 | 2,013.00 |
| JERAMY WEBB | 0.40 | 445.00 | 178.00 |
| MAJA ZERJAL | 2.90 | 695.00 | 2,015.50 |
| MAJA ZERJAL | 21.80 | 735.00 | 16,023.00 |
| MARISSA D. TILLEM | 1.20 | 695.00 | 834.00 |
| SARAH SULLIVAN | 0.70 | 465.00 | 325.50 |
| SARAH SULLIVAN | 6.30 | 495.00 | 3,118.50 |
| STEVE MA | 0.90 | 575.00 | 517.50 |
| STEVE MA | 12.80 | 610.00 | 7,808.00 |
| VINCENT INDELICATO | 7.30 | 795.00 | 5,803.50 |
| VINCENT INDELICATO | 30.50 | 825.00 | 25,162.50 |
| **Total For Associate** | **102.30** | | **73,712.00** |

| | | | | |
|---|---|---|---|---|
| **Professional Fees** | **263.40** | | $ | **241,904.00** |
| | | | | |
| **Total this Matter** | | | $ | **241,904.00** |

**UNSECURED CREDITORS' COMMITTEE**                                              **March 15, 2016**
**Invoice No. \*\*\*\*\*\***                                                         **Page 26**

**COMMUNICATION WITH DEBTOR**
**Client/Matter No. 71844.0026**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.40 | 1,175.00 | 1,645.00 |
| JUDY G. LIU | 1.30 | 1,250.00 | 1,625.00 |
| MARK K. THOMAS | 3.00 | 1,200.00 | 3,600.00 |
| MARTIN J. BIENENSTOCK | 2.00 | 1,225.00 | 2,450.00 |
| MARTIN J. BIENENSTOCK | 10.80 | 1,295.00 | 13,986.00 |
| PHILIP M. ABELSON | 4.30 | 1,025.00 | 4,407.50 |
| PHILIP M. ABELSON | 2.20 | 1,075.00 | 2,365.00 |
| RICHARD M. CORN | 1.70 | 925.00 | 1,572.50 |
| **Total For Partner** | **26.70** | | **31,651.00** |
| | | | |
| MARK E. DAVIDSON | 0.60 | 975.00 | 585.00 |
| SCOTT A. EGGERS | 2.30 | 875.00 | 2,012.50 |
| SCOTT A. EGGERS | 0.20 | 925.00 | 185.00 |
| **Total For Senior Counsel** | **3.10** | | **2,782.50** |
| | | | |
| MAJA ZERJAL | 2.20 | 695.00 | 1,529.00 |
| MAJA ZERJAL | 1.70 | 735.00 | 1,249.50 |
| MALCOLM S. HOCHENBERG | 1.40 | 825.00 | 1,155.00 |
| STEVE MA | 0.40 | 575.00 | 230.00 |
| STEVE MA | 0.50 | 610.00 | 305.00 |
| VINCENT INDELICATO | 1.30 | 795.00 | 1,033.50 |
| VINCENT INDELICATO | 9.10 | 825.00 | 7,507.50 |
| **Total For Associate** | **16.60** | | **13,009.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **46.40** | **$** | **47,443.00** |
| **Total this Matter** | | **$** | **47,443.00** |

**UNSECURED CREDITORS' COMMITTEE**                                   **March 15, 2016**
**Invoice No. ******                                                  **Page 27**

**LEGAL RESEARCH AND ANALYSIS**
**Client/Matter No. 71844.0028**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 2.50 | 1,250.00 | 3,125.00 |
| MARTIN J. BIENENSTOCK | 18.90 | 1,225.00 | 23,152.50 |
| MARTIN J. BIENENSTOCK | 12.20 | 1,295.00 | 15,799.00 |
| PAUL POSSINGER | 3.00 | 1,025.00 | 3,075.00 |
| PHILIP M. ABELSON | 0.30 | 1,025.00 | 307.50 |
| PHILIP M. ABELSON | 1.50 | 1,075.00 | 1,612.50 |
| **Total For Partner** | **38.40** | | **47,071.50** |
| | | | |
| CHRIS THEODORIDIS | 23.40 | 695.00 | 16,263.00 |
| CHRIS THEODORIDIS | 6.80 | 735.00 | 4,998.00 |
| JERAMY WEBB | 42.80 | 445.00 | 19,046.00 |
| JONAH L. PRICE | 0.30 | 800.00 | 240.00 |
| MAJA ZERJAL | 21.80 | 695.00 | 15,151.00 |
| MAJA ZERJAL | 24.80 | 735.00 | 18,228.00 |
| VINCENT INDELICATO | 8.20 | 795.00 | 6,519.00 |
| VINCENT INDELICATO | 17.20 | 825.00 | 14,190.00 |
| **Total For Associate** | **145.30** | | **94,635.00** |
| | | | |
| DANIEL DESATNIK | 16.40 | 445.00 | 7,298.00 |
| **Total For Law Clerk** | **16.40** | | **7,298.00** |

**Professional Fees**            **200.10**          $   **149,004.50**

**Total this Matter**                                $   **149,004.50**

**UNSECURED CREDITORS' COMMITTEE**                                          **March 15, 2016**
**Invoice No. ******                                                                  **Page 28**

**PREPARATION OF PLEADINGS**
**Client/Matter No. 71844.0029**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT A. EGGERS | 1.10 | 875.00 | 962.50 |
| **Total For Senior Counsel** | **1.10** | | **962.50** |
| | | | |
| STEVE MA | 0.50 | 575.00 | 287.50 |
| STEVE MA | 2.90 | 610.00 | 1,769.00 |
| VINCENT INDELICATO | 8.10 | 795.00 | 6,439.50 |
| VINCENT INDELICATO | 5.80 | 825.00 | 4,785.00 |
| **Total For Associate** | **17.30** | | **13,281.00** |
| | | | |
| NATASHA PETROV | 0.40 | 285.00 | 114.00 |
| NATASHA PETROV | 2.80 | 300.00 | 840.00 |
| **Total For Legal Assistant** | **3.20** | | **954.00** |
| | | | |
| **Professional Fees** | **21.60** | $ | **15,197.50** |
| | | | |
| **Total this Matter** | | $ | **15,197.50** |

**UNSECURED CREDITORS' COMMITTEE**                                        **March 15, 2016**
**Invoice No. ******                                                      **Page 29**

**HEARINGS AND COURT MATTERS**
**Client/Matter No. 71844.0030**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 0.60 | 1,175.00 | 705.00 |
| JUDY G. LIU | 5.20 | 1,250.00 | 6,500.00 |
| MARTIN J. BIENENSTOCK | 1.30 | 1,225.00 | 1,592.50 |
| MARTIN J. BIENENSTOCK | 3.10 | 1,295.00 | 4,014.50 |
| PAUL POSSINGER | 4.10 | 975.00 | 3,997.50 |
| PAUL POSSINGER | 7.10 | 1,025.00 | 7,277.50 |
| PHILIP M. ABELSON | 5.20 | 1,025.00 | 5,330.00 |
| PHILIP M. ABELSON | 7.70 | 1,075.00 | 8,277.50 |
| **Total For Partner** | **34.30** | | **37,694.50** |
| | | | |
| SCOTT A. EGGERS | 0.90 | 925.00 | 832.50 |
| **Total For Senior Counsel** | **0.90** | | **832.50** |
| | | | |
| JERAMY WEBB | 5.60 | 445.00 | 2,492.00 |
| MAJA ZERJAL | 1.60 | 695.00 | 1,112.00 |
| MAJA ZERJAL | 4.60 | 735.00 | 3,381.00 |
| STEVE MA | 5.30 | 610.00 | 3,233.00 |
| VINCENT INDELICATO | 0.70 | 795.00 | 556.50 |
| VINCENT INDELICATO | 5.40 | 825.00 | 4,455.00 |
| **Total For Associate** | **23.20** | | **15,229.50** |
| | | | |
| EVELYN RODRIGUEZ | 1.10 | 325.00 | 357.50 |
| LISA P. ORR | 1.70 | 350.00 | 595.00 |
| MAGALI GIDDENS | 0.40 | 350.00 | 140.00 |
| NATASHA PETROV | 2.70 | 285.00 | 769.50 |
| NATASHA PETROV | 9.90 | 300.00 | 2,970.00 |
| **Total For Legal Assistant** | **15.80** | | **4,832.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **74.20** | $ | **58,588.50** |
| | | | |
| **Total this Matter** | | $ | **58,588.50** |

**UNSECURED CREDITORS' COMMITTEE**
**Invoice No. ******

**March 15, 2016**
**Page 30**

**LEGAL/REGULATORY INVESTIGATIONS**
**Client/Matter No. 71844.0031**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| VINCENT INDELICATO | 0.30 | 795.00 | 238.50 |
| VINCENT INDELICATO | 1.20 | 825.00 | 990.00 |
| **Total For Associate** | **1.50** | | **1,228.50** |
| **Professional Fees** | **1.50** | $ | **1,228.50** |
| **Total this Matter** | | $ | **1,228.50** |

**UNSECURED CREDITORS' COMMITTEE**
Invoice No. ******

**March 15, 2016**
**Page 31**

**COMMUNICATION WITH EXAMINER**
Client/Matter No. 71844.0033

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JEFF J. MARWIL | 0.20 | 1,200.00 | 240.00 |
| JUDY G. LIU | 2.70 | 1,175.00 | 3,172.50 |
| JUDY G. LIU | 23.70 | 1,250.00 | 29,625.00 |
| MARK K. THOMAS | 1.30 | 1,200.00 | 1,560.00 |
| MARTIN J. BIENENSTOCK | 1.10 | 1,225.00 | 1,347.50 |
| MARTIN J. BIENENSTOCK | 25.20 | 1,295.00 | 32,634.00 |
| PAUL POSSINGER | 20.80 | 1,025.00 | 21,320.00 |
| PHILIP M. ABELSON | 3.50 | 1,025.00 | 3,587.50 |
| PHILIP M. ABELSON | 26.50 | 1,075.00 | 28,487.50 |
| RICHARD M. CORN | 2.90 | 925.00 | 2,682.50 |
| **Total For Partner** | **107.90** | | **124,656.50** |
| | | | |
| MARK E. DAVIDSON | 1.90 | 975.00 | 1,852.50 |
| MARK E. DAVIDSON | 21.10 | 1,000.00 | 21,100.00 |
| SCOTT A. EGGERS | 9.40 | 875.00 | 8,225.00 |
| SCOTT A. EGGERS | 23.90 | 925.00 | 22,107.50 |
| **Total For Senior Counsel** | **56.30** | | **53,285.00** |
| | | | |
| ANDREA G. MILLER | 0.40 | 735.00 | 294.00 |
| ANDREW S. WELLIN | 0.50 | 735.00 | 367.50 |
| JERAMY WEBB | 1.50 | 445.00 | 667.50 |
| MAJA ZERJAL | 37.70 | 735.00 | 27,709.50 |
| SARAH SULLIVAN | 2.00 | 465.00 | 930.00 |
| STEVE MA | 12.80 | 610.00 | 7,808.00 |
| VINCENT INDELICATO | 1.20 | 795.00 | 954.00 |
| VINCENT INDELICATO | 28.80 | 825.00 | 23,760.00 |
| **Total For Associate** | **84.90** | | **62,490.50** |
| | | | |
| DANIEL DESATNIK | 0.70 | 445.00 | 311.50 |
| **Total For Law Clerk** | **0.70** | | **311.50** |
| | | | |
| **Professional Fees** | **249.80** | $ | **240,743.50** |
| | | | |
| **Total this Matter** | | $ | **240,743.50** |

**UNSECURED CREDITORS' COMMITTEE**                                    **March 15, 2016**
**Invoice No. ******                                                      **Page 32**

**COMMUNICATION WITH SECOND LIEN COMMITTEE**
**Client/Matter No. 71844.0034**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARTIN J. BIENENSTOCK | 0.70 | 1,225.00 | 857.50 |
| MARTIN J. BIENENSTOCK | 0.30 | 1,295.00 | 388.50 |
| PHILIP M. ABELSON | 2.20 | 1,075.00 | 2,365.00 |
| **Total For Partner** | **3.20** | | **3,611.00** |
| | | | |
| SCOTT A. EGGERS | 0.40 | 925.00 | 370.00 |
| **Total For Senior Counsel** | **0.40** | | **370.00** |
| | | | |
| STEVE MA | 0.20 | 610.00 | 122.00 |
| VINCENT INDELICATO | 0.90 | 825.00 | 742.50 |
| **Total For Associate** | **1.10** | | **864.50** |
| | | | |
| **Professional Fees** | **4.70** | $ | **4,845.50** |
| | | | |
| **Total this Matter** | | $ | **4,845.50** |

**UNSECURED CREDITORS' COMMITTEE**
**Invoice No. \*\*\*\*\*\***

**March 15, 2016**
**Page 33**

**INVOLUNTARY PETITION.**
**Client/Matter No. 71844.0035**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| JUDY G. LIU | 1.30 | 1,175.00 | 1,527.50 |
| MARTIN J. BIENENSTOCK | 6.30 | 1,225.00 | 7,717.50 |
| PAUL POSSINGER | 49.10 | 975.00 | 47,872.50 |
| PHILIP M. ABELSON | 5.00 | 1,025.00 | 5,125.00 |
| **Total For Partner** | **61.70** | | **62,242.50** |
| | | | |
| MAJA ZERJAL | 5.50 | 695.00 | 3,822.50 |
| VINCENT INDELICATO | 1.00 | 795.00 | 795.00 |
| **Total For Associate** | **6.50** | | **4,617.50** |
| | | | |
| **Professional Fees** | **68.20** | $ | **66,860.00** |
| | | | |
| **Total this Matter** | | $ | **66,860.00** |

**UNSECURED CREDITORS' COMMITTEE**                                    **March 15, 2016**
**Invoice No. \*\*\*\*\*\***                                                      **Page 34**

**DISBURSEMENTS**
**Client/Matter No. 71844.0036**

| <u>Disbursements and Other Charges</u> | <u>Amount</u> |
|---|---|
| Computerized Research | 58,114.25 |
| Practice Support Vendors | 54,178.46 |
| Data Base Search Serv. | 35,535.86 |
| Copying & Printing | 5,082.26 |
| Out Of Town Travel | 4,930.51 |
| Transcripts | 3,243.61 |
| Local Transportation | 782.33 |
| Telephone | 400.00 |
| Professional Services | 353.00 |
| Meals | 274.92 |
| Litigation Support | 255.60 |
| Delivery Services | 115.11 |
| Word Processing | 0.00 |
| **Disbursements and Other Charges** | **$    163,265.91** |

**UNSECURED CREDITORS' COMMITTEE**                                                  March 15, 2016
Invoice No. ******                                                                         Page 35

**Client/Matter Recap:**

| Matter Name | Fees Billed | Disbursements Billed |
|---|---:|---:|
| ASSET ANALYSIS AND RECOVERY | 15,565.00 | 0.00 |
| ASSET DISPOSITION | 10,007.00 | 0.00 |
| ASSIGNMENT AND REJECTION OF LEASES AND CONTRACTS | 13,901.50 | 0.00 |
| AVOIDANCE ACTION ANALYSIS | 2,004,546.50 | 0.00 |
| BUDGETING (CASE) | 6,312.50 | 0.00 |
| BUSINESS OPERATIONS | 24,145.00 | 0.00 |
| CASE ADMINISTRATION | 56,946.00 | 0.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 374,718.50 | 0.00 |
| COMMITTEE GOVERNANCE | 9,570.00 | 0.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 75,001.00 | 0.00 |
| EMPLOYMENT AND FEE APPLICATIONS | 294,283.50 | 0.00 |
| EMPLOYMENT AND FEE APPLICATION OBJECTIONS | 16,943.50 | 0.00 |
| FINANCING AND CASH COLLATERAL | 430,306.00 | 0.00 |
| LITIGATION | 62,528.00 | 0.00 |
| MEETINGS AND COMMUNICATION WITH COMMITTEE | 175,279.50 | 0.00 |
| NON-WORKING TRAVEL | 44,700.50 | 0.00 |
| PLAN AND DISCLOSURE STATEMENT | 225,387.50 | 0.00 |
| REAL ESTATE | 69,751.50 | 0.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 602.50 | 0.00 |
| TAX | 131,674.50 | 0.00 |
| CASE STRATEGY | 63,563.50 | 0.00 |
| PLEADING AND DOCKET REVIEW | 87,864.50 | 0.00 |
| COMMUNICATION WITH FINANCIAL ADVISOR AND INVESTMENT BANKER | 241,904.00 | 0.00 |
| COMMUNICATION WITH DEBTOR | 47,443.00 | 0.00 |
| LEGAL RESEARCH AND ANALYSIS | 149,004.50 | 0.00 |
| PREPARATION OF PLEADINGS | 15,197.50 | 0.00 |
| HEARINGS AND COURT MATTERS | 58,588.50 | 0.00 |
| LEGAL/REGULATORY INVESTIGATIONS | 1,228.50 | 0.00 |
| COMMUNICATION WITH EXAMINER | 240,743.50 | 0.00 |
| COMMUNICATION WITH SECOND LIEN COMMITTEE | 4,845.50 | 0.00 |
| INVOLUNTARY PETITION. | 66,860.00 | 0.00 |
| DISBURSEMENTS | 0.00 | 163,265.91 |
| **Total this Invoice** | **$ 5,019,413.00** | **$ 163,265.91** |

 Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

---

## REMITTANCE ADVICE

Federal ID 13-1840454

**STATUTORY CLAIMHOLDERS' COMMITTEE OF**          **Invoice No. ******
**CAESARS ENTERTAINMENT OPERATING CO., INC.**     **Client No. 71844**
**C/O CHARLES CORBIN**                            **March 15, 2016**
**HILTON WORLDWIDE, INC.**
**7930 JONES BEACH DRIVE, 6TH FLOOR**
**MCLEAN, VIRGINIA 22102**

**Remit To:**

    **Proskauer Rose LLP**
    **Eleven Times Square**
    **New York, NY 10036**
    **Attention: Accounts Receivable**

**Total this Invoice**                            **$      5,182,678.91**

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE TO:
CITIBANK, N.A., 111 WALL STREET, NEW YORK, NY 10005
ACCOUNT NO. 02838341
ABA NO. 021-000089
INTERNATIONAL SWIFT NO. CITIUS33
REFERENCE:  71844