# EXHIBIT G

| PROJECT CATEGORY | TASK CODE | OCTOBER | | NOVEMBER | | DECEMBER | | JANUARY | |
|---|---|---|---|---|---|---|---|---|---|
| | | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES |
| Asset Analysis and Recovery | 001 | 15 - 25 | $11,000 – 19,000 | 10 - 20 | $7,000 – 15,000 | 10 - 20 | $7,000 – 15,000 | 10 - 20 | $7,000 - 15,000 |
| Asset Disposition | 002 | 15 - 25 | $11,000 – 19,000 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 – 7,000 | 15 - 25 | $11,000 - 19,000 |
| Assignment and Rejection of Leases and Contracts | 003 | 10 - 15 | $7,400 – 11,000 | 10 - 15 | $7,000 – 11,000 | 5 - 10 | $3,700 – 7,000 | 10 - 15 | $7,000 - 11,000 |
| Avoidance Action Analysis | 004 | 650 - 725 | $483,000 – 539,000 | 650 - 725 | $483,000 – 539,000 | 750 - 875 | $557,000 – 650,000 | 950 – 1,100 | $706,000 - 817,000 |
| Budgeting (Case) | 005 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $4,000 - 7,000 |
| Business Operations | 006 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 - 11,000 |
| Case Administration | 007 | 25 - 40 | $19,000 – 30,000 | 25 - 40 | $19,000 – 30,000 | 25 - 40 | $19,000 – 30,000 | 25 - 40 | $19,000 – 30,000 |
| Claims Administration and Objections | 008 | 10 - 20 | $7,400 – 15,000 | 30 - 75 | $22,000 – 56,000 | 150 - 300 | $111,500 – 223,000 | 150 - 300 | $111,000 - 223,000 |
| Committee Governance | 009 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $4,000 - 7,000 |
| Employment and Benefits/Pensions | 010 | 5 - 10 | $3,700 – 7,000 | 15 - 25 | $11,000 – 19,000 | 50 - 75 | $37,200 – 56,000 | 50 - 75 | $37,000 - 56,000 |
| Employment and Fee Applications | 011 | 80 - 120 | $59,000 – 89,000 | 100 - 185 | $74,000 – 137,000 | 100 - 185 | $74,000 – 137,000 | 80 - 125 | $59,000 - 93,000 |
| Employment and Fee Objections | 012 | 5 - 15 | $3,700 – 11,000 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $3,700 – 7,000 | 5 - 10 | $4,000 - 7,000 |
| Financing and Cash Collateral/Lien Avoidance | 013 | 50 - 75 | $37,000 – 56,000 | 125 - 200 | $93,000 – 149,000 | 125 - 200 | $93,000 – 149,000 | 75 - 150 | $56,000 - 111,000 |

[1] Reflects Proskauer's estimates of time charges for the designated period based on presently foreseeable activities, and present staffing needs. Actual fees and the categories in which they are incurred may vary materially based on actual facts and circumstances arising in the designated period, including as a result of presently unanticipated disputes.

| PROJECT CATEGORY | TASK CODE | OCTOBER | | NOVEMBER | | DECEMBER | | JANUARY | |
|---|---|---|---|---|---|---|---|---|---|
| | | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES |
| Litigation | 014 | 10 - 20 | $7,000 – 15,000 | 10 - 20 | $7,000 – 15,000 | 10 - 20 | $7,000 – 15,000 | 10 - 20 | $7,000 - 15,000 |
| Meetings and Communication with Committee | 015 | 50 - 75 | $37,000 – 56,000 | 25 - 40 | $19,000 – 30,000 | 75 - 150 | $56,000 – 111,000 | 50 - 75 | $37,000 - 56,000 |
| Non-Working Travel | 016 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 - 11,000 |
| Plan and Disclosure Statement | 017 | 25 - 50 | $19,000 – 37,000 | 25 - 75 | $19,000 – 56,000 | 50 - 75 | $37,000 – 56,000 | 50 - 75 | $37,000 - 56,000 |
| Real Estate | 018 | 25 - 50 | $19,000 – 37,000 | 25 - 50 | $19,000 – 37,000 | 10 - 15 | $7,000 – 11,000 | 25 - 75 | $19,000 - 56,000 |
| Relief from Stay and Adequate Protection | 019 | 5 - 10 | $3,700 – 7,000 | 5 - 10 | $3,700 – 7,000 | 5 - 10 | $3,700 – 7,000 | 10 - 15 | $7,400 - 11,000 |
| Reporting | 020 | - | 0 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 - 7,000 |
| Tax | 021 | 50 - 100 | $37,000 – 74,000 | 50 - 100 | $37,000 – 74,000 | 50 - 100 | $37,000 – 74,000 | 25 - 50 | $19,000 - 37,000 |
| Valuation | 022 | 5 - 15 | $4,000 – 11,000 | - | - | | - | - | - |
| Case Strategy | 023 | 25 - 50 | $19,000 – 37,000 | 15 - 25 | $11,000 – 19,000 | 25 - 50 | $19,000 – 37,000 | 25 - 50 | $19,000 - 37,000 |
| Pleading and Docket Review | 024 | 40 - 65 | $30,000 – 48,000 | 40 - 65 | $30,000 – 48,000 | 40 - 65 | $30,000 – 48,000 | 40 - 65 | $30,000 - 48,000 |
| Communication with Financial Advisors | 025 | 40 - 65 | $30,000 – 48,000 | 50 - 100 | $37,000 – 74,000 | 75 - 150 | $56,000 – 111,000 | 50 - 75 | $37,000 - 56,000 |
| Communication with Debtor | 026 | 15 - 25 | $11,000 – 19,000 | 10 - 25 | $7,000 – 19,000 | 25 - 50 | $19,000 – 37,000 | 15 - 25 | $11,000 - 19,000 |
| United States Trustee | 027 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $3,700 – 7,400 | 5 - 10 | $3,700 – 7,400 |
| Legal Research and Analysis | 028 | 100 - 175 | $74,000 – 130,000 | 25 - 75 | $19,000 – 56,000 | 75 - 125 | $56,000 – 93,000 | 25 - 75 | $19,000 - 56,000 |
| Preparation of Pleadings | 029 | 15 - 40 | $11,000 – 30,000 | 15 - 25 | $11,000 – 19,000 | 15 - 30 | $11,000 – 22,000 | 15 - 30 | $11,000 - 22,000 |

2

| PROJECT CATEGORY | TASK CODE | OCTOBER | | NOVEMBER | | DECEMBER | | JANUARY | |
|---|---|---|---|---|---|---|---|---|---|
| | | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES | ESTIMATED HOURS[1] | ESTIMATED FEES |
| Hearings and Court Matters | 030 | 25 - 50 | $19,000 – 37,000 | 30 - 60 | $22,000 – 45,000 | 20 - 30 | $15,000 – 22,000 | 30 - 60 | $22,000 - 45,000 |
| Legal/Regulatory Investigations | 031 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 – 7,000 | 5 - 10 | $4,000 - 7,000 |
| Post-Confirmation | 032 | - | - | - | - | - | - | - | - |
| Communication With Examiner | 033 | 25 - 50 | $19,000 – 37,000 | 25 - 50 | $19,000 – 37,200 | 50 - 75 | $37,000 – 56,000 | 75 - 125 | $56,000 - 93,000 |
| Communication With Second Lien Committee | 034 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 – 11,000 | 10 - 15 | $7,000 - 11,000 |
| Involuntary Petition | 035 | 50 - 75 | $37,000 – 56,000 | - | - | - | - | - | - |
| **TOTAL** | | **1,420 – 2,070** | **$1,055,000 – 1,537,200** | **1,380 – 2,120** | **$1,025,400 – 1,574,600** | **1,805 – 2,765** | **$1,340,900 – 2,050,200** | **1,870 – 2,770** | **$1,389,100 – 2,057,400** |

3

**Staffing Plan for Compensation Period**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD[1] | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 11 | $1,151.00 |
| Senior Counsel | 2 | $ 962.00 |
| Associates | 25[2] | $ 633.00 |
| Law Clerks | 8 | $ 445.00 |
| Paralegal | 3 | $ 333.00 |

---

[1] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities.  Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes.  The staffing plan currently includes attorneys from the Business Solutions, Governance, Reorganization & Bankruptcy Group (BSGR&B); Litigation; Real Estate; Finance; Intellectual Property; and Tax.  Additional associates have been added to address the increased need for review of documents produced by Debtors and other discovery parties.  The expertise of attorneys from other specialized areas is likely to be required during the course of these chapter 11 cases.

[2] Practice Groups: Bankruptcy (7); Litigation (7); Finance (3); Tax (2); Intellectual Property (1); Real Estate (3); Other (2).