# **Exhibit A**

Eighth Monthly Statement for Reimbursement of Expenses

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CAESARS ENTERTAINMENT OPERATING ) | Case No. 15-03193 (ABG) |
| COMPANY, INC., et al.,[8] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**COVER SHEET TO EIGHTH MONTHLY APPLICATION OF**
**THE MEMBERS OF THE STATUTORY UNSECURED CLAIMHOLDERS'**
**COMMITTEE FOR REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

Name of Applicant:  Members of the Statutory Unsecured Claimholders' Committee[9]

Period for which reimbursement is sought:  December 1, 2015 through December 31, 2015

Amount of expense reimbursement sought
as actual, reasonable and necessary:  $5,776.80

This is a:  X  monthly __ interim __ final application.

This is the monthly application for reimbursement of expenses incurred by the members of the Statutory Unsecured Claimholders' Committee in this case.

---

[8] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. A complete list of the Debtors and the last four digits of their federal tax identification numbers is available at https://cases.primeclerk.com/CEOC.

[9] The members of the Statutory Unsecured Claimholders' Committee (the "UCC") include Earl of Sandwich (Atlantic City) LLC; Hilton Worldwide, Inc.; International Game Technology; Law Debenture Trust Company of New York; National Retirement Fund; PepsiCo, Inc.; Relative Value-Long/Short Debt, a Series of Underlying Funds Trust ("Relative Value"); Wilmington Trust, NA; and US Foods, Inc. MeehanCombs Global Credit Opportunities Master Fund, LP resigned from the UCC on September 18, 2015 and was replaced by Relative Value on September 25, 2015.

**Committee Chairpersons:**
Wilmington Trust, NA
Rodney Square North
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attn: Peter F. Finkel

Hilton Worldwide, Inc.
7930 Jones Branch Drive, 6th Floor
McLean, Virginia 22102
Attn: Charles Corbin

**The Debtors:**
Caesars Entertainment Operating Company, Inc.
151 North Joliet St.
Joliet, IL 60432
Attn: Timothy J. Lambert

Caesars Entertainment Operating Company, Inc.
One Caesars Palace Drive
Las Vegas, Nevada 89109
Attn: Mary E. Higgins

**Counsel for the Debtors:**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn: David R. Seligman, P.C.
       Ryan Preston Dahl, Esq.

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Nicole L. Greenblatt, Esq.
       Christopher T. Greco, Esq.

**Counsel for the Second Lien Committee:**
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, California, 90071
Attn: Bruce Bennett, Esq.
       Sidney Levinson, Esq.

**Counsel for the First Lien Note:**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Kenneth H. Eckstein, Esq.
       Daniel M. Eggermann, Esq.

**Counsel for the First Lien Lender Group:**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn: Kristopher M. Hansen, Esq.
       Jonathan D. Canfield, Esq.

**Counsel for the Indenture Trustee under the First Lien Notes Indenture:**
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022
Attn: Craig A. Barbarosh, Esq. and
       Karen B. Dine, Esq.

**Counsel for the Ad Hoc Group of Holders of 10.75% Guaranteed Notes and 10.75% Notes Trustee**:
White & Case LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd., Miami, Florida 33131
Attn: Thomas E. Lauria, Esq.

**Counsel for the Ad Hoc Group of 5.75% and 6.50% Notes:**
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Attn: James H. Millar, Esq.
       Kristin K. Going, Esq.

**The U.S. Trustee:**
219 S. Dearborn Street, Suite 873
Chicago, Illinois 60604
Attn: Denise Ann DeLaurent

## Summary of Reimbursable Expenses for the Period
## December 1, 2015 – December 31, 2015

| Statutory Unsecured Claimholders' Committee Member | Description of Expenses | Total Expenses |
|---|---|---|
| Hilton Worldwide, Inc. | Schedule 1 | $547.95 |
| Earl of Sandwich (Atlantic City) LLC | Schedule 2 | $2,782.58 |
| PepsiCo, Inc. | Schedule 3 | $2,446.27 |
| | **Totals** | **$5,776.80** |

| Reimbursable Expense Category | Total Expenses |
|---|---|
| Meals | $281.67 |
| Airfare & Train | $3,196.75 |
| Local Transportation & Parking | $799.58 |
| Lodging | $1,498.80 |
| **Totals** | **$5,776.80** |

# Schedule 1

**Summary of Reimbursable Expenses for the Period December 1, 2015 – December 31, 2015**

**Hilton Worldwide, Inc.**

| Date Incurred | Description of Expenses | Amount Requested |
|---|---|---|
| 12/1/2015 | Stephen P. Gangemi - Train (12/3 In-Person Meeting with Examiner) | $174.00 |
| 12/3/2015 | Stephen P. Gangemi - Train (12/3 In-Person Meeting with Examiner) | $222.00 |
| 12/3/2015 | Stephen P. Gangemi - Carfare (12/3 In-Person Meeting with Examiner) | $39.06 |
| 12/3/2015 | Stephen P. Gangemi - Carfare (12/3 In-Person Meeting with Examiner) | $17.25 |
| 12/3/2015 | Stephen P. Gangemi - Carfare (12/3 In-Person Meeting with Examiner) | $10.00 |
| 12/4/2015 | Stephen P. Gangemi - Carfare (12/3 In-Person Meeting with Examiner) | $35.13 |
| 12/3/2015 | Stephen P. Gangemi - Meal (12/3 In-Person Meeting with Examiner) | $10.51 |
| 12/3/2015 | Stephen P. Gangemi - Meal (12/3 In-Person Meeting with Examiner)[10] | $40.00 |
| | **Totals:** | **$547.95** |

---

[10] Receipt for $58.83, voluntarily reduced to $40/person.

# Schedule 2

**Summary of Reimbursable Expenses for the Period December 1, 2015 – December 31, 2015**

## Earl of Sandwich (Atlantic City) LLC

| Date Incurred | Description of Expenses | Amount Requested |
|---|---|---|
| 12/2/2015 | Thomas Avallone – Airfare for round trip from MCO to LGA (12/3 In-Person Meeting with Examiner) | $663.20 |
| 12/3/2015 | Thomas Avallone – Airport Parking (12/2-12/3) (12/3 In-Person Meeting with Examiner) | $34.00 |
| 12/2/2015 | Thomas Avallone – Carfare (12/3 In-Person Meeting with Examiner) | $51.39 |
| 12/3/2015 | Thomas Avallone – Hotel 12/2 (12/3 In-Person Meeting with Examiner) | $385.92 |
| 12/2/2015 | Thomas Avallone – Meal (12/3 In-Person Meeting with Examiner) | $30.59 |
| 12/3/2015 | Thomas Avallone – Carfare (12/3 In-Person Meeting with Examiner) | $49.59 |
| 12/3/2015 | Thomas Avallone – Carfare (12/3 In-Person Meeting with Examiner) | $34.76 |
| 12/3/2015 | Thomas Avallone – Carfare (12/3 In-Person Meeting with Examiner) | $63.12 |
| 12/3/2015 | Thomas Avallone –Carfare (12/3 In-Person Meeting with Examiner)[11] | $40.00 |
| 12/3/2015 | Thomas Avallone – Tolls (12/3 In-Person Meeting with Examiner) | $3.00 |
| 12/3/2015 | Thomas Avallone – In-flight wifi (12/3 In-Person Meeting with Examiner) | $49.95 |
| 12/6/2015 | Thomas Avallone – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $7.00 |
| 12/7/2015 | Thomas Avallone – Airfare for round trip from MCO to LGA (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $798.20 |
| 12/8/2015 | Thomas Avallone – Airport Parking (12/7-12/8) (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $34.00 |
| 12/8/2015 | Thomas Avallone – Tolls (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $3.00 |
| 12/7/2015 | Thomas Avallone – Carfare 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $24.75 |
| 12/8/2015 | Thomas Avallone – Hotel 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $298.04 |
| 12/7/2015 | Thomas Avallone – Meal 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC )[12] | $40.00 |
| 12/7/2015 | Thomas Avallone – Carfare 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $45.45 |

---

[11] Receipt for $40.60, voluntarily reduced to $40/person.

[12] Receipt for $95.48, voluntarily reduced to $40/person.

| Date Incurred | Description of Expenses | Amount Requested |
|---|---|---|
| 12/7/2015 | Thomas Avallone – Carfare 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $14.12 |
| 12/8/2015 | Thomas Avallone – Carfare (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $22.84 |
| 12/8/2015 | Thomas Avallone – Carfare (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $55.08 |
| 12/8/2015 | Thomas Avallone – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $34.58 |
| | **Totals:** | **$2,782.58** |

# Schedule 3

**Summary of Reimbursable Expenses for the Period December 1, 2015 – December 31, 2015**

**<u>PepsiCo, Inc.</u>**

| Date Incurred | Description of Expenses | Amount Requested |
|---|---|---|
| 12/2/2015 | Taylor Ricketts – Airfare for round trip from GSO to EWR (12/3 In-Person Meeting with Examiner) | $565.20 |
| 12/2/2015 | Taylor Ricketts – Airport Parking (12/2-12/3) (12/3 In-Person Meeting with Examiner) | $20.00 |
| 12/2/2015 | Taylor Ricketts – Hotel 12/2 (12/3 In-Person Meeting with Examiner) | $491.19 |
| 12/2/2015 | Taylor Ricketts – Meal (12/2 In-Person Meeting with Examiner) | $7.99 |
| 12/2/2015 | Taylor Ricketts – Meal (12/3 In-Person Meeting with Examiner) | $2.87 |
| 12/3/2015 | Taylor Ricketts – Meal (12/3 In-Person Meeting with Examiner) | $16.63 |
| 12/3/2015 | Taylor Ricketts – Meal (12/3 In-Person Meeting with Examiner) | $7.42 |
| 12/3/2015 | Taylor Ricketts – Meal (12/3 In-Person Meeting with Examiner) | $24.33 |
| 12/3/2015 | Taylor Ricketts – Carfare (12/3 In-Person Meeting with Examiner) | $96.24 |
| 12/3/2015 | Taylor Ricketts – Meal (12/3 In-Person Meeting with Examiner)[1] | $40.00 |
| 12/6/2015 | Taylor Ricketts – Airfare for round trip from MCO to LGA (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $724.20 |
| 12/6/2015 | Taylor Ricketts – Airport Parking (12/6-12/7) (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $16.00 |
| 12/6/2015 | Taylor Ricketts – Hotel (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $323.65 |
| 12/6/2015 | Taylor Ricketts –Carfare (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $51.05 |
| 12/6/2015 | Taylor Ricketts – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $3.19 |
| 12/6/2015 | Taylor Ricketts – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $10.38 |
| 12/7/2015 | Taylor Ricketts – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $2.43 |
| 12/7/2015 | Taylor Ricketts – Meal (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $3.75 |
| 12/7/2015 | Taylor Ricketts – Carfare 12/7 (12/7 In-Person Meeting with Debtors/Apollo/CEC ) | $39.75 |
| | **Totals:** | **$2,446.27** |

---

[1] Receipt for $47.25, voluntarily reduced to $40/person.