## Exhibit B

**Earl of Sandwich (Atlantic City) LLC**

**Receipts for Thomas Avallone**

## Travel Expense Reimbursement Claim Form

| Employee Name: | Thomas Avallone | Client: | Earl of Sandwich (USA) LLC | Office Use Only: |
| --- | --- | --- | --- | --- |
| | | | | Audited: |
| Date Submitted: | 1/6/2016 | Project: | UCC meetings | Approved: |
| | | | | Processed: |

**Mls/Km Rate**
0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
| --- | --- | --- | --- | --- | --- | --- |
| 12/2/2016 | US | 663.20 | 1.00 | $663.20 | airfare | R/T airfare MCO to NYC - examiner meeting |
| 12/7/2016 | US | 798.20 | 1.00 | $798.20 | airfare | R/T airfare to NYC - meeting Debtor/Sponsor |
| 12/3/2016 | US | 385.92 | 1.00 | $385.92 | hotel | hotel - examiner meeting |
| 12/8/2016 | US | 298.04 | 1.00 | $298.04 | hotel | hotel - Debtor meeting |
| 12/2-12/8 | US | 221.25 | 1.00 | $221.25 | taxi | various taxis to/from meetings airport - uber |
| 12/2-12/8 | US | 398.05 | 1.00 | $398.05 | taxi/meals | various taxis and meals - see attached |
| 12/3/2016 | US | 34.00 | 1.00 | $34.00 | parking | parking airport |
| 12/3/2016 | US | 3.00 | 1.00 | $3.00 | tolls | tolls |
| 12/8/2016 | US | 34.00 | 1.00 | $34.00 | parking | parking airport |
| 12/8/2016 | US | 3.00 | 1.00 | $3.00 | tolls | tolls |

| | | |
| --- | --- | --- |
| **Page Total** | $2,838.66 | |

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)

## Thomas Avallone

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Wednesday, November 25, 2015 6:34 PM |
| **To:** | Thomas Avallone |
| **Subject:** | Your Flight Receipt - THOMAS AVALLONE 02DEC15 |



**Hello, THOMAS**

SkyMiles® #•••••••977 >

**Your Trip Confirmation #: GP4HWB**

| **Wed, 02DEC** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 895 | ORLANDO INTL, FL | NYC-LAGUARDIA |
| FIRST (G) | 3:25pm | 6:02pm |
| **Thu, 03DEC** | **DEPART** | **ARRIVE** |
| DELTA 1485 | NYC-LAGUARDIA | ORLANDO INTL, FL |
| FIRST (P) | 7:55pm | 11:04pm |

**Advisory**

Please note that our New York-LaGuardia Airport (LGA) flights depart from Terminal C, as well as from Terminal D and the Marine Air Terminal. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app. Gates C12 – C34 are located in Terminal C and gates D1 – D11 are located in Terminal D.

**Passenger Info**

| NAME | FLIGHT | SEAT |
|---|---|---|
| THOMAS AVALLONE | DELTA 895 | 04C |
| SkyMiles #*******977 | DELTA 1485 | 01C |
| Platinum | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062327593375

Place of Issue: Delta.com

Ticket Issue Date: 25NOV15

Ticket Expiration Date: 25NOV16

### METHOD OF PAYMENT

| | |
|---|---|
| AX***********5191 | **$663.20 USD** |

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $590.71 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.00 USD |
| United States - Transportation Tax (US) | $44.29 USD |
| **TICKET AMOUNT** | **$663.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ORL DL NYC173.96XR7SH3M3/WNUPH DL ORL416.75HA0NA0MP/WNUPH USD590.71END ZP MCOLGA XF MCO4.5LGA4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Wed 02 Dec 2015 | DELTA: MCO 🛈LGA | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

## Thomas Avallone

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Friday, December 04, 2015 9:45 AM |
| **To:** | Thomas Avallone |
| **Subject:** | Your Flight Receipt - THOMAS AVALLONE 07DEC15 |



### Hello, THOMAS

SkyMiles #*******977 >

**Your Trip Confirmation #: H5XKEO**

| **Mon, 07DEC** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1526 | ORLANDO INTL, FL | NYC-LAGUARDIA |
| FIRST (P) | 8:00am | 10:33am |

| **Tue, 08DEC** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 2827 | NYC-KENNEDY | ORLANDO INTL, FL |
| FIRST (A) | 3:35pm | 6:40pm |

**Advisory**

We recently opened 11 new gates at New York-JFK's Terminal 4 (T4). Delta flights continue to operate from both T4 and T2. Please check your departure terminal by using Online Check-in, Flight Status or the Fly Delta app. Once at JFK, please check airport screens for the most up-to-date details.

### Passenger Info

| **NAME** | **FLIGHT** | **SEAT** |
|---|---|---|
| THOMAS AVALLONE | DELTA 1526 | 02B |
| SkyMiles #*******977 | DELTA 2827 | 05C |
| Platinum | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062328342434

Place of Issue: Delta.com

Ticket Issue Date: 04DEC15

Ticket Expiration Date: 04DEC16

### METHOD OF PAYMENT

AX***********2007                                                   **$ 712.00 USD**

### CHARGES

**Air Transportation Charges**

Base Fare                                                           $716.28 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger Civil          $11.20 USD
Aviation Security Service Fee) (AY)

United States - Passenger Facility Charge (XF)                       $9.00 USD

United States - Flight Segment Tax (ZP)                              $8.00 USD

United States - Transportation Tax (US)                              $53.72 USD

**TICKET AMOUNT**                                                    **$798.20 USD**

Fare Difference - $476.28 USD

Taxes, Fees & Charges - $35.72 USD

Service Charge - $200.00 USD

**Total Charged - $ 712.00 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ORL DL LGA421.40HA0NA0MP/WNUPH DL ORL294.88KA3SA0FD USD716.28END ZP MCOJFK XF MCO4.5JFK4.5

## Service Charges and Fees

Service Charge/Fee #0062328342434

Fees                                                                200.00 USD

**TOTAL**                                                           **200.00 USD**

Non-Transferable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket change included in the fare you were quoted.

Sheraton Lincoln Harbor
500 Harbor Boulevard
Weehawken, NJ  07086
United States
Tel: 201-617-5600 Fax: 201-617-5627

# Sheraton
## HOTELS & RESORTS

Tom Avallone
American Institute Of Certifie
4700 Millenia Blvd Ste 400
Orlando, FL  32839-6020
United States

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 1271863 |
| Folio ID | : | A |
| Arrive Date | : | 02-DEC-15   22:20 |
| Depart Date | : | 03-DEC-15   11:29 |
| No. Of Guest | : | 1 |
| Room Number | : | 404 |
| Club Account | : | SPG - Pxxxxx3542 |

Sheraton LH 04-DEC-15 04:12 9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 02-DEC-15 | RT404 | Room Charge | 332.10 | |
| 02-DEC-15 | RT404 | Room Tax | 23.25 | |
| 02-DEC-15 | RT404 | Occupancy Tax | 26.57 | |
| 03-DEC-15 | AX | American Express | | -381.92 |
| 03-DEC-15 | 404 | Water Bottle | 3.74 | |
| 03-DEC-15 | 404 | Water Bottle Tax | 0.26 | |
| 03-DEC-15 | AX | American Express | | -4.00 |
| | | ** Total | 385.92 | -385.92 |
| | | *** Balance | 0.00 | |

As a Starwood Preferred Guest you have earned at least 997 Starpoints for this visit Pxxxxx3542

Tell us about your stay. www.sheraton.com/reviews

Aloft Harlem
2296 Frederick Douglass Blvd.
New York City, NY  10027
United States
Tel: 212-749-4000 Fax: 212-678-8000

Tom Avallone
4700 Millenia Blvd Ste 400
Orlando, FL  32839-6020
United States

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 211243 |
| Folio ID | : | A |
| Arrive Date | : | 07-DEC-15    21:47 |
| Depart Date | : | 08-DEC-15    10:55 |
| No. Of Guest | : | 1 |
| Room Number | : | 216 |
| Club Account | : | SPG - Pxxxxx3542 |

Invoice Nbr    :    110471

Tax Invoice

Tax ID    :
Aloft Harlem 08-DEC-15 11:00  DBOYKIN

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 07-DEC-15 | RT216 | Room Charge | 256.68 | |
| 07-DEC-15 | RT216 | NYC State Tax | 22.78 | |
| 07-DEC-15 | RT216 | NYC Tax | 15.08 | |
| 07-DEC-15 | RT216 | Room Occupancy Tax | 2.00 | |
| 07-DEC-15 | RT216 | State Occupancy Tax | 1.50 | |
| 08-DEC-15 | AX | American Express | | -298.04 |

***For Authorization Purpose Only***
xxxxxx2007

| Date | Code | Authorized |
|---|---|---|
| 07-DEC-15 | 589372 | 308.02 |

| | Charges (USD) | Credits (USD) |
|---|---|---|
| ** Total | 298.04 | -298.04 |
| *** Balance | 0.00 | |

Tell us about your stay. www.alofthotels.com/reviews
Signature_____ _____

Page 1 of 1

Transaction Details Prepared for
**Thomas Avallone**
Account Number
XXXX-XXXXXX-64007

Spend By: Category          Filtered By: All Categories



| | Transportation | $221.25 |

SHOWING YOUR CATEGORIES
Note: Data shown does not include Pending Charges or Payments.

| | | | TOTAL: | $221.25 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| DEC 3 2015 | UBER UBER 866-576-1039 CA | THOMAS AVALLONE | $34.76 |
| DEC 3 2015 | UBER UBER 866-576-1039 CA | THOMAS AVALLONE | $63.12 |
| DEC 7 2015 | UBER UBER 866-576-1039 CA | THOMAS AVALLONE | $45.45 |
| DEC 8 2015 | UBER UBER 866-576-1039 CA | THOMAS AVALLONE | $22.84 |
| DEC 8 2015 | UBER UBER 866-576-1039 CA | THOMAS AVALLONE | $55.08 |

1 - 5 of 5 Transactions

Payments..................................................................................................................................................$0.00
Charges................................................................................................................................................$221.25
Credits......................................................................................................................................................$0.00
Total....................................................................................................................................................$221.25

Total of Charges and Credits, does not include Previous Balance or Payments

**Transaction Details**
Prepared for
Thomas Avallone
Account Number
XXXX-XXXXXX-52007

Delta Reserve / December 1, 2015 to December 29, 2015

| Date | Description | Amount |
|------|-------------|--------|
| Dec 02 2015 | ANGELOS PIZZERIA 000NEW YORK NY<br>UCC | $30.59 |
| Dec 02 2015 | AplPay NYC TAXI 6D71LONG ISLAND C NY<br>UCC | $51.39 |
| Dec 03 2015 | AplPay NYC TAXI 7E71PHILADELPHIA PA<br>UCC | $49.59 |
| Dec 03 2015 | LAGUARDIA USA, LLC JAMAICA NY<br>UCC | $40.60 |
| Dec 04 2015 | GoGoAir.Com INFLIGHT877-350-0038 CO<br>UCC | $49.95 |
| Dec 06 2015 | AplPay LIBERTY INN KLAKE BUENA VISTA FL<br>UCC | $7.00 |
| Dec 07 2015 | AplPay ALL TAXI MANA41-25 36TH ST LIC NY<br>UCC | $24.75 |
| Dec 07 2015 | AplPay QUEENS MEDALLLONG ISLAND CITY NY<br>UCC | $14.12 |
| Dec 07 2015 | BEER AUTHORITY 26000NEW YORK NY<br>UCC | $95.48 |
| Dec 08 2015 | OTG MANAGEMENT JFK, PHILADELPHIA PA<br>UCC | $34.58 |

**SUMMARY**

| | |
|---|---|
| Charges | $398.05 |
| Credits | $0.00 |
| Total | $398.05 |

**Thomas Avallone**

| | |
|---|---|
| **From:** | E-PASS <e-pass@cfxway.com> |
| **Sent:** | Friday, December 04, 2015 1:48 AM |
| **To:** | Thomas Avallone |
| **Subject:** | Parking Receipt |



## Central Florida Expressway Authority

## Parking Receipt

AVALLONE CAROLYN D
9211 POINT CYPRESS DR
ORLANDO, FL    32836- 5480

### Transaction Detail

| | |
|---|---|
| **Account:** 23935 | **Model:** Z4 |
| **Transponder:** 2426013 | **Color:** BLUE |
| **License Plate:** MAQ854 | **Year:** 2011 |

| | |
|---|---|
| **Entry Date:** 02-DEC-2015 14:31:33 | **Entry Lane:** OIA-A(1) |
| **Exit Date:** 03-DEC-2015 21:34:00 | **Exit Lane:** OIA-A(21) |
| **Parking Time:** 1d 7h 2m | **Location:** Greater Orlando Aviation Authority |

**Amount Charged:** $34.00        **DO NOT PAY--THIS IS NOT A BILL**

1

**Thomas Avallone**

**From:** E-PASS <e-pass@cfxway.com>
**Sent:** Wednesday, December 09, 2015 1:39 AM
**To:** Thomas Avallone
**Subject:** Parking Receipt



## Central Florida Expressway Authority

## Parking Receipt

AVALLONE CAROLYN D
9211 POINT CYPRESS DR
ORLANDO, FL     32836- 5480

**Transaction Detail**

**Account:** 23935           **Model:** Z4
**Transponder:** 2426013    **Color:** BLUE
**License Plate:** MAQ854    **Year:** 2011

**Entry Date:** 07-DEC-2015 07:02:34    **Entry Lane:** OIA-A(2)
**Exit Date:** 08-DEC-2015 18:38:41     **Exit Lane:** OIA-A(21)
**Parking Time:** 1d 11h 36m            **Location:** Greater Orlando Aviation Authority

**Amount Charged:** $34.00           **DO NOT PAY--THIS IS NOT A BILL**