## Exhibit C

**Hilton Worldwide, Inc.**

# Expense Report
## Employee and Expense Summary

### REPORT INFORMATION

| | |
|---|---|
| Name | Stephen P Gangemi |
| Employee ID | 1432022 |
| Expense dates | 12/01/15-12/04/15 |
| Form ID | TEA000529117 |
| Approver | |
| Report Name | Caesars Ch. 11 BK |
| Purpose | Caesars Ch. 11 BK |

### REPORT TOTALS

| | |
|---|---|
| Report Total | 566.78 USD |
| Total adjustments | 0.00 USD |
| Total reimbursable | 566.78 USD |
| Credit card remittance | 556.78 USD |
| Amount due Employee | 10.00 USD |

*\*\* Charges are in USD unless otherwise noted*

### EXPENSE DATA SUMMARY

| Date | Expense Item | Amount | Payment Type | Country | Ex. Rate | Charge to | USD |
|---|---|---|---|---|---|---|---|
| 12/01/15 | Rail | 396.00 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 396.00 |
| 12/03/15 | Breakfast | 10.51 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 10.51 |
| 12/03/15 | Dinner | 58.83 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 58.83 |
| 12/03/15 | Taxi | 39.06 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 39.06 |
| 12/03/15 | Taxi | 17.25 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 17.25 |
| 12/03/15 | Taxi | 10.00 | Cash | US Dollar | 1.000000 | Default Accounting | 10.00 |
| 12/04/15 | Taxi | 35.13 | Corporate Card | US Dollar | 1.000000 | Default Accounting | 35.13 |

### Charge to

| | |
|---|---|
| Charge to: | Default Accounting |
| Business Unit: | 0001 |
| Operating Unit (HGV): | |
| Chart Field 1 (HGV): | |
| Department ID: | 60225 |
| Business Unit PC: | |

*Ref: TEA000529117*  Page 1  *Printed on 12/14/15*

**July Caracas**

| | |
|---|---|
| **From:** | Stephen Gangemi |
| **Sent:** | Tuesday, December 01, 2015 5:29 PM |
| **To:** | July Caracas |
| **Cc:** | Katie Greenwell |
| **Subject:** | FW: Amtrak: eTicket and Receipt for Your 12/03/2015 Trip - STEPHEN P GANGEMI |
| **Attachments:** | Gangemi Stephen P 201512011659590748.pdf |

We'll need to keep track of these expenses (anything from Thursday), as we'll need to send them to Dana Kaufman at Weil for reimbursement.

---

**From:** etickets@amtrak.com [mailto:etickets@amtrak.com]
**Sent:** Tuesday, December 1, 2015 5:00 PM
**To:** Stephen Gangemi <Stephen.Gangemi@hilton.com>; HILTONTRAVEL@AEXPETER.COM
**Subject:** Amtrak: eTicket and Receipt for Your 12/03/2015 Trip - STEPHEN P GANGEMI

### SALES RECEIPT



Purchased: 12/01/2015 2:02 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0723860 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

## Reservation Number - D2563FWASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)DECEMBER 1, 2015

### Billing Information

**American Express** ending in 1003 (Purchase)Authorization Code 293790

Total $396

### Purchase Summary - Ticket Number 3357238581293

**Train 2158: WASHINGTON, DC - NEW YORK (PENN STATION), NY**Depart 9:00 AM, Thursday, December 3, 2015
1 ACELA EXPRESS BUSINESS CL SEAT

$174.00
Subtotal

$174.00

**Train 2119: NEW YORK (PENN STATION), NY - WASHINGTON, DC** Depart 6:00 PM, Thursday, December 3, 2015
1 ACELA EXPRESS BUSINESS CL SEAT

$222.00

Subtotal

$222.00

Total Charged by Amtrak

$396.00

## Passengers

Stephen p Gangemi

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2015 Hilton Worldwide Proprietary and Confidential

```
STARBUCKS Store #7759
50 Massachusetts Avenue, Space T-16
Washington, DC  (202) 682-5895

        CHK 718290
    12/03/2015 07:59 AM
  1401885  Drawer: 1  Reg: 1

  Ethos Water 700M1        1.95
  Gr Skny Carmacch         4.65
  Classic Oatmeal          2.95
  Amex                    10.51
  XXXXXXXXXXXX1003

  Subtotal               $9.55
  Tax 10%                $0.96
  Total                 $10.51
  Change  Due           $0.00

  ----------- Check Closed -----------
       12/03/2015 07:59 AM


   Join our loyalty program
    My Starbucks Rewards(R)
  Sign up for promotional emails
   Visit Starbucks.com/rewards
      Or download our app
      At participating stores
      Some restrictions apply
```

Bobby Van's
Steakhouse
230 Park Ave.
New York, NY 10169
(212) 867-5490

Tab 195/2       12/03/15-A   4:16pm
Guests 1 BAR              Table B-02

          Items          44.85
          Tax             3.98
       Subtotal          48.83

          Tip    10.00

          TOTAL   58.83

1.AMEX/xxxxxxxxxxx1003/XXXX S   A:568638
  GANGEMI, S    6730 12/03 16:55   48.83

Customer Copy

Thank you.
Please Inquire About Our Private Rooms
www.bobbyvans.com