# Exhibit D

**PepsiCo, Inc.**

|  | **Total** | **$ 2,517.70** |
|---|---|---|
| Event | Type | Amount |
| 12/3/2015 Examiner Meeting (NY) | **Total** | **$ 1,283.30** |
|  | Flight | 565.2 |
|  | Hotel | 491.19 |
|  | Taxi | 96.24 |
|  | Food | 16.63 |
|  | Snack | 7.42 |
|  | Snack | 7.99 |
|  | Snack | 7.05 |
|  | Food | 24.33 |
|  | Food | 47.25 |
|  | Parking | 20 |
| 12/7/2015 Sponsor Meeting (NY) | **Total** | **$ 1,234.40** |
|  | Hotel | 323.65 |
|  | Flight | 724.2 |
|  | Food | 3.19 |
|  | Food | 21.6 |
|  | Food | 10.38 |
|  | Food | 2.43 |
|  | Food | 3.75 |
|  | Food | 38.4 |
|  | Taxi | 51.05 |
|  | Taxi | 39.75 |
|  | Parking | 16 |

BILLING CODE :  10104039-30001148-0000331

### Invoice Information

| | |
|---|---|
| Invoice Date | 27 November 2015 |
| Invoice | 0570259 |
| Dossier / Booking Number | NHZPIN-1S |

### Invoice Details

| | |
|---|---|
| Ticket Number | 0167698755595 |
| Airline Name | UNITED AIRLINES |
| Passenger Name | RICKETTS/TAYLOR L |
| Flight Details | 02 Dec 2015  UNITED AIRLINES |
| | 4179 U Class |
| | GREENSBORO/HIGH PT,NC/NEWARK,NJ |
| | 03 Dec 2015  UNITED AIRLINES |
| | 6176 U Class |
| | NEWARK,NJ/GREENSBORO/HIGH PT,NC |

### Charges

| | |
|---|---|
| Ticket Base Fare | 476.28 |
| Ticket Tax Fare | 63.92 |
| Total (USD) Ticket Amount | 540.20 |
| Online Ticket Fee | 25.00 |
| **Total** | **565.20** |

### Credit Card Information

| | | |
|---|---|---|
| Charged to Card | AX XXXXXXXXXXX1007 | 25.00 |
| Charged to Card | AX XXXXXXXXXXX1007 | 540.20 |

### Payment Details

| | |
|---|---|
| Charged by American Express Global Business Travel | 25.00 |
| Charged by Airline | 540.20 |
| **Total Invoice Charge    USD** | **565.20** |

### Wednesday 02 December 2015

**✈ 08:41 AM | Greensboro (GSO) to Newark (EWR)**

**Airline Booking Ref:** DXH8KQ
**Carrier:** United Airlines        **Flight:** UA 4179   **Status:** Confirmed
**Operated By:** /expressjet Airlines Dba United Express
**Origin:** Greensboro, NC, Piedmont Triad Intl (GSO)
**Departing:** Wednesday 02 December 2015 at 08:41 AM    **Departure Terminal:** Not Applicable
**Destination:** Newark, NJ, Newark Liberty Intl Arpt (EWR)
**Arriving:** Wednesday 02 December 2015 at 10:20 AM   **Arrival Terminal:** TERMINAL A

**Additional Information**

| | | |
|---|---|---|
| **Class:** Economy | **Distance:** 455 Miles | **Estimated Time:** 01 hour 39 minutes |
| **Aircraft Type:** Embraer RJ135/140/145 | **Seat:** 21D | |
| **Meal Service:** Not Applicable | | |
| **Frequent Flyer Number:** Not Applicable | | |
| **Number of Stops:** 0 | | |

**10:20 AM** | **Avis Rent A Car**

**Pickup:**
  Location: 28 Newark Airport, Newark, Nj, 07114
  Date and Time: Wednesday 02 December 2015 at 10:20 AM
  Phone: 888-849-0277

**Drop Off:**
  Location: 515 West 43rd Street, New York City, Ny, 10036
  Date and Time: Wednesday 02 December 2015 at 09:00 PM
  Phone: 646-473-0088

**Car Type:** Intermediate 2/4 Door Automatic Air
  Rate: USD 40.75 per day                Mileage: UNL
  Extra Day: USD 40.75 per day
  Extra Hour: USD 30.57 per hour
  Approximate Total Rate: USD 59.57 additional local taxes and insurance costs may apply
  Reference Number: 23183042US1PEXP    Status: Confirmed

**Additional Information**

Membership ID: 7TM64W                   Corporate Id: A135600
Special Requests: Not Applicable        Special Information: Not Applicable
DROPOFF-515 WEST 43RD ST NEW YORK CITY NY 10036-0000

## THE ALGONQUIN HOTEL AUTOGRAPH

Address: 59 WEST 44TH STREET, New York, NY, 10036, US
  Phone: (1) 212-8406800        Fax: (1) 212-9441419
Check In Date: Wednesday 02 December 2015
Check Out Date: Thursday 03 December 2015
Number Of Nights: 1
  Rate: USD 425.00 per night may be subject to local taxes and service charges
  Guaranteed to: AX XXXXXXXXXXX1007
  Reference Number: 81321953    Status: Confirmed    Number Of Rooms: 1

**Additional Information**

Membership ID: 167108976                Corporate Id: Not Applicable
CANCEL PERMITTED UP TO 6 PM DAY OF ARRIVAL

### Thursday 03 December 2015

**09:00 PM** | **Newark (EWR) to Greensboro (GSO)**

Airline Booking Ref: DXH8KQ
Carrier: United Airlines        Flight: UA 6176    Status: Confirmed
Operated By: /expressjet Airlines Dba United Express
Origin: Newark, NJ, Newark Liberty Intl Arpt (EWR)
Departing: Thursday 03 December 2015 at 09:00 PM    Departure Terminal: TERMINAL A
Destination: Greensboro, NC, Piedmont Triad Intl (GSO)
Arriving: Thursday 03 December 2015 at 10:39 PM    Arrival Terminal: Not Applicable

**Additional Information**

Class: Economy                  Distance: 455 Miles    Estimated Time: 01 hour 39 minutes
Aircraft Type: Embraer RJ135/140/145    Seat: 08D
Meal Service: Not Applicable
Frequent Flyer Number: Not Applicable
Number of Stops: 0

**Tuesday 31 May 2016**

| OTHER | AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL |

**Additional Messages**

For Assistance 24/7 Please Call The Pepsi Business
Travel Center At 877-420-5613 Access Code -S-l8ag
From Outside The Us Call 336-291-0055
Collect Calls Accepted
**************************************************

This Reservation Was Booked By American Express
Interactive. For Inquiries Please Call
877-420-5613-24 Hours A DAY 7 Days A Week. If
Calling From Outside The Us Dial Collect To
336-291-2505.
**************************************************

Trip Name-Trip From Greensboro To New York
**************************************************

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges, Including, But Not Limited To, Daily Resort Or
Facility Fees, May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property.
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
**************************************************

# THE Algonquin HOTEL

**GUEST FOLIO**

59 West 44th Street  New York, NY 10036 • Phone: 212.840.6800 • Fax: 212.944-1419

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 203 | RICKETTS/TAYLOR | 425.00 | 12/03/15 | 12:00 | 10066 |

| Type | | | Arrive | Time | |
|---|---|---|---|---|---|
| GQ | | | 12/02/15 | 19:10 | |

201

RWD#: XXXXX8976

| Room Clerk | Address | | Payment | | |
|---|---|---|---|---|---|
| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
| 12/02 | ROOM | 203, 1 | 425.00 | | |
| 12/02 | ST TAX | 203, 1 | 37.72 | | |
| 12/02 | CITY TAX | 203, 1 | 24.97 | | |
| 12/02 | JAVITS | 203, 1 | 3.50 | | |
| 12/03 | AX CARD | | | $491.19 | |

TO BE SETTLED TO:    AMERICAN EXPRESS    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING THE ALGONQUIN!
PLEASE CALL THE FRONT DESK TO EXPEDITE YOUR CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.*

Guest Signature _____

♻ Contains 30% post consumer fibers        To secure your next stay, go to Marriott.com



```
SHIFT TOTALS DELETED

CREDIT RECEIPT

HACK #              00483698
MEDALLION           8M24
12/03/15 17:11-17:54
TRIP #              1670
RATE #              3
TO NEWARK AIR
Miles R3            16.33
FARE R3             $65.00
EXTRAS
TOLLS               $1.00
L-Tun : $11.75
Other : $2.15
STATE SRCHG:        $0.00
IMP.SRCHG.          $0.30
TIPS                $16.04
GRAND TOTAL         $96.24
CARDNUMBER          1007
AUTHOR.             543086
Signature:
```

**Ricketts, Taylor L {PEP}**

| | |
|---|---|
| **From:** | Concur Travel <TravelWizard@concursolutions.com> |
| **Sent:** | Friday, December 04, 2015 6:01 PM |
| **To:** | Ricketts, Taylor L {PEP} |
| **Subject:** | Travel Itinerary 12/06/2015: TRIP FROM GREENSBORO TO NEW YORK (HHIXAX) |
| **Attachments:** | bf1ba768-249b-4177-8ca2-83a960ab5d4d.gif; GSO-LGA.ics; LGA-GSO.ics; New York Marriott East Side.vcf |

## Trip Overview

**Trip Name:** Trip from Greensboro to New York
**Start Date:** December 06, 2015
**End Date:** December 07, 2015
**Created:** December 04, 2015, Taylor Ricketts *(Modified: December 04, 2015)*
**Description:** (No Description Available)
**Agency Record Locator:** HHIXAX
**Passengers:** Taylor L Ricketts
**Total Estimated Cost:** $1,003.20 USD

Airfare must be ticketed by an agent by: 12/05/2015 11:55 PM Eastern

American Express (PepsiCo)
877-420-5613
Travel Services

## Reservations
### Sunday, December 06, 2015



### Flight Greensboro, NC (GSO) to New York, NY (LGA)

**American Airlines 5541**

| | |
|---|---|
| **Departure: 05:30 PM** | **Confirmation: HHIXAX** |
| Seat:No seat assignment | Status: **Confirmed** |
| Piedmont Triad Intl (GSO) | Air Frequent Flyer Number:AA-6EHB908 |
| Duration: 1 hour, 33 minutes | |
| Nonstop | |

**Arrival: 07:03 PM**
La Guardia (LGA)
Terminal:C

**Additional Details**
Aircraft: Canadair Jet          Distance: 460 miles
E-Ticket
Cabin: Economy (M)



### New York Marriott East Side
525 Lexington Ave

1

New York, New York, 10017
US
212-755-4000

**Checking In: Sun Dec 6**
Room 1, Days 1, Guests 1

**Checking Out: Mon Dec 7**

**Confirmation: 85124968**
Status: Confirmed
Frequent Guest Number: 167108976
Rate Code: PPSO00

**Additional Information**
Daily Rate: $279.00 USD

Total Rate: $279.00 USD

**Room Details**
Room Description: RoomDescriptionCodePPSO00
Special Instructions: Nonsmoking

**Cancellation Policy**
Must Cancel By 6 Pm

**Directions to Hotel from: La Guardia**
(Distance: 9.1 miles, Time: 17m 3s)

1. Depart toward La Guardia Rd (0.3 miles/44s)
2. Bear left onto La Guardia Rd (0.1 miles/18s)
3. Take ramp right for Grand Central Pkwy West toward Triboro Br (1.1 miles/1m 40s)
4. At exit 4, take ramp right for Bklyn-QNS Expwy toward Staten Island (1.0 miles/1m 35s)
5. Take ramp and follow signs for I-278 West (2.5 miles/3m 19s)
6. At exit 35W, take ramp right for I-495 West toward Manhattan / Midtown Tun (3.1 miles/5m 9s)
7. Take ramp for E 37th St toward 38-40 Sts / 37 St (0.2 miles/43s)
8. Turn right onto 3rd Ave (0.6 miles/2m 43s)
9. Turn left onto E 49th St (515 feet/25s)
10. Turn left onto Lexington Ave, and then immediately turn left onto E 48th St (315 feet/18s)
11. Arrive at E 48th St (0 feet/0s)

---

## Monday, December 07, 2015



### Flight New York, NY (LGA) to Greensboro, NC (GSO)

**American Airlines 5405**

**Departure: 07:40 PM**
Seat: 09F (Confirmed)
La Guardia (LGA)
Terminal: C
Duration: 1 hour, 51 minutes
Nonstop

**Confirmation: HHIXAX**
Status: Confirmed
Air Frequent Flyer Number: AA-6EHB908

**Arrival: 09:31 PM**
Piedmont Triad Intl (GSO)

**Additional Details**
Aircraft: Canadair Jet
E-Ticket
Cabin: Economy (M)

Distance: 460 miles

**Total Estimated Cost**

2

| | |
|---|---|
| **Air** | |
| Airfare quoted amount: | $647.44 USD |
| Taxes and fees: | $76.76 USD |
| Air Total Price: | $724.20 USD |
| Hotel: | $279.00 USD |
| **Total Estimated Cost:** | **$1,003.20** USD |

**Restrictions**

Quote:   **NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE**

**TICKET NOT YET ISSUED. AIRFARE QUOTED IN ITINERARY IS NOT GUARANTEED UNTIL TICKETS ARE ISSUED.**

## Remarks

```
FOR ASSISTANCE 24/7 PLEASE CALL THE PEPSI BUSINESS
TRAVEL CENTER AT 877-420-5613 ACCESS CODE -S-I8AG
FROM OUTSIDE THE US CALL 336-291-0055
COLLECT CALLS ACCEPTED
*******************************************
THIS RESERVATION WAS BOOKED BY AMERICAN EXPRESS
INTERACTIVE. FOR INQUIRIES PLEASE CALL
877-420-5613-24 HOURS A DAY 7 DAYS A WEEK. IF
CALLING FROM OUTSIDE THE US DIAL COLLECT TO
336-291-2505.
*******************************************
```

**GUEST FOLIO**

**MARRIOTT**

| 1504 | RICKETTS/TAYLOR | 279.00 | 12/07/15 | 12:00 | 6868 |
|---|---|---|---|---|---|
| Room | Name | Rate | Depart | Time | ACCT# |
| DNDB | | | 12/06/15 | 20:29 | |
| Type | | | Arrive | Time | |

287

RWD#: XXXXX8976

Payment

| Room Clerk | Address | | | | |
|---|---|---|---|---|---|
| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |

| 12/06 | ROOM TR | 1504, 1 | 279.00 | | A |
| 12/06 | RM TX | 1504, 1 | 24.76 | | B |
| 12/06 | NYC TAX | 1504, 1 | 16.39 | | D |
| 12/06 | OCC/JAV | 1504, 1 | 3.50 | | |
| 12/07 | AX CARD | | | $323.65 | |

TO BE SETTLED TO:    AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT!
NEW YORK MARRIOTT EAST SIDE 525 LEXINGTON AVE
NEW YORK NY 10017

------------------ SUMMARY OF TAXES -------------------
DESCRIPTION                    TAXED AMOUNT          TAX
K  8.875% SALES TAX                     .00          .00

       NET CHARGES         TAX        CREDITS       FOLIO
          323.65           .00           .00       323.65
------------------- EXP. REPORT SUMMARY -------------------
                         323.65
12/06 ROOM&TAX

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.
Marriott & A Woman's Nation appreciate housekeepers

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____                                    To secure your next stay, go to marriott.com

**Receipt 1: CAFE 45**

CAFE 45
2 WEST 45 ST
NEW YORK, NY 10038
TEL : 212-997-4622
FAX : 212-997-4625

DATE 12/03/2015 THU    TIME 08:38

SUSHI T1                    $11.95
SUSHI T1                     $8.95
TAX T1                       $1.45
SUBTOTAL                    $22.35
TAX1                         $1.98
TOTAL                       $24.33
CASH                        $24.33
CLERK 2        000062        00000

**Receipt 2: Tony Roma's**

AREAS USA EWR, LLC.
TONY ROMA'S
NEWARK LIBERTY INTL AIRPORT

CHECK:            2956
TABLE:            42/1
SERVER:           8935 Karina R.
DATE:             03DEC'15  7:34PM
CARD TYPE:        AMERICAN EXPRESS
ACCT #:           XXXXXXXXXXXX1007
AUTH CODE:        508024
                  TAYLOR L RICKETTS

SUBTOTAL:         36.25
GRATUITY:         11.00
TOTAL:            47.25

SIGNATURE: _____

SIGNED COPY TO MERCHANT

**Receipt 3: Piedmont Triad**

PIEDMONT TRIAD
INTERNATIONAL
AIRPORT

Rcpt# 28457
12/03/15 23:50    L#26 A# 13
12/02/15 07:37 In   12/03/15 23:50 Out
Tkt# 807010                Txn# 33117
Fee                        $ 20.00
Total Fee                  $ 20.00
Amex *****2                $ 20.00-
XXXXXXXXXXXX1007
Approval No.
Reference No.=000000000000753
Change Due                 $ 0.00
THANK YOU





## CVS/pharmacy

757 3RD AVE
NEW YORK, NY 10017
212.758.2503

REG#03  TRN#6645  CSHR#1330924  STR#10654

Helped by: KYANI

ExtraCare Card #: *********4475

| | | |
|---|---|---|
| 1 KICKSTART LIMEADE 16Z | .99B SAVED | 1.28 |
| 1 BOTTLE DEPOSIT | .05F | |
| 1 KICKSTART LIMEADE 16Z | .99B SAVED | 1.28 |
| 1 BOTTLE DEPOSIT | .05F | |
| 1 NSTL IC SANDWICH 3.52 | 1.49F | |

5 ITEMS

```
SUBTOTAL         3.57
NY 8.875% TAX     .18
TOTAL            3.75
CHARGE           3.75
*************1007    CH
```

AMERICAN EXPRESS
APPROVED# 867334
REF# 036454
AID: A000000025010801
TC: F5420ECE00163EB4
TERMINAL # 69036823
NO SIGNATURE REQUIRED
CVM: 1E0300
TVR(95): 0000008000
TSI(9B): F800

CHANGE          .00

2510 6545 3406 6450 31
RETURNS WITH RECEIPT THRU 02/04/2016

DECEMBER 6, 2015           9:20 PM

TRIP SUMMARY:
Today You Saved              2.56
Savings Value                 42%

THANK YOU. SHOP 24 HOURS AT CVS.COM

---

### CREDIT RECEIPT

```
HACK #        :  05200012
MEDALLION     :  8H28
12/06/15 19:57-20:28
TRIP #        :  5901
RATE #        :  1
STAND. CITY RATE
Miles R1      :  10.86
FARE R1       :  $34.50
TOLLS         :  $0.50
RFK.Br.: $5.54
STATE SRCHG.  :  $0.30
IMP.SRCHG.    :  $10.21
TIPS          :  $51.05
GRAND TOTAL   :  1007
CARDNUMBER    :  591439
AUTHOR.       :
```

Contact TLC DIAL 3-1-1

---

```
MED#             7K38
DRIVER:       5615753
12/07/15  IR  878
START END MILES
16:21 16:56  8.2
RATE 1: $      30.00
REGULAR FARE
CUSTOMER COPY
SURCH: $        1.00
STSRCH: $       0.50
IMSRCH: $       0.30
TIP  : $        7.95
TOTAL: $       39.75
CARD TYPE: AMEX
XXXXXXXXXXXX1007
AUTH:539917
```

---

### PIEDMONT TRIAD INTERNATIONAL AIRPORT

```
Rcpt# 29197
12/07/15 21:40  LH26 AA 5  Txn# 33998
12/06/15 15:51 In  12/07/15 21:40 Out
Tkt# 807414
Fee    .....       $ 16.00
Total Fee          $ 16.00
Amex               $ 16.00-
XXXXXXXXXXXX1007
Approval No.:556552
Reference No.:000000000000324
Change Due         $ 0.00
THANK YOU
```

## Receipt 1: SSP America — Piedmont Triad Int'l Airport

```
SSP America
South Concourse
Piedmont Triad Int'l Airport
Greensboro, NC 27409
336-852-9311

10017 BETTINA
Chk 135           Dec06'15 05:33P Gst 0

**TO GO**
1 20z Aquafina                    2.99

XXXXXXXXXXXXX1007                 3.19
Amex

NA Bev                            2.99
Tax                               0.20
Payment                           3.19

Win an iPad Mini
Go to the website to tell us
about your visit and enter
our prize draw
See website for T&C
www.eatonthemove.com/US

LOCATION: 1502256

Or please call us 1 877 325 8777
```

## Receipt 2: SSP America — Transaction Record

```
** TRANSACTION RECORD **

SSP America
1502256 SOUTH CONCESSION
GSO Int'l Airport
Greensboro, NC 27409
336-852-9311

Ticket #: 27579
Bucket: 135
Employee ID: 17
Employee Name: Hawkins, H
Retrieval #:00001157951

                       PURCHASE
American Express
Card: XXXXXXXXXXXX1007
Expires: 02/19
Entry Method: Swiped

Amount                         $17.60
Tip                             $4.00
                               ------
Total                          $21.60

2015/12/06 16:53:12
00-000-544608
GSOSTHUS3 GSOSTHUS3
APPROVED 544608

Cardholder will pay
above amount to card
issuer pursuant to
cardholder agreement.

X_____
    Cardholder Signature

Customer Copy
Thank You
Come Again
```

## Receipt 3: Ashley's Fine Food

```
Ashley's Fine Food
500 Lexington Ave
New York,NY 10017
646-484-6721

Merchant ID: 670131473
Term ID: 1662

                  Sale

AMEX
XXXXXXXXXXXX1007
Entry Method: Swiped
Apprv'd: Online
12/0_
Apprv Code: 000000   Batch#: 000000
Inv#: 0000084        20:49:45
                             533388
Total:            $         10.38


Customer Copy
THANK YOU
FOR VISITING
```

## Receipt 4: Duane Reade / Walgreens

```
DUANEreade
by Walgreens

#14488 575 LEXINGTON AVE
NEW YORK, NY 10022
212-207-8274

2289   0006   12/07/2015 3:06 PM

66
AQUAFINA DRINKING WATER   A    2.19
0120000159                     2.19
BOTTLE DEPOSIT            A    0.05
0000000007420

                 SUBTOTAL      2.24
                 SALES TAX A=8.875%  0.19
                 TOTAL        2.43
                 AMEX ACCT 1007  2.43
                 CHANGE         .00

AID A000000025010801
AMERICAN EXPRESS
Integrated chip card

THANK YOU FOR SHOPPING AT DUANE READE

DID YOU KNOW THAT YOU CAN EARN POINTS
ON THOUSANDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. ITEMS CHANGE WEEKLY.
RESTRICTIONS APPLY. FOR TERMS AND
CONDITIONS, VISIT DUANEREADE.COM/BALANCE.

RFN# 1448-8062-2897-1512-0703

         balance rewards

GET SALE PRICES WHEN YOU USE YOUR BALANCE
REWARDS CARD AND EARN POINTS ON FEATURED
ITEMS EACH WEEK - JUST LOOK FOR THE BLUE
TAGS! REDEEM FOR DOLLARS OFF FUTURE
PURCHASES. FOR MORE INFORMATION
PLEASE GO TO DUANEREADE.COM/BALANCE.

How are we doing?
Enter our monthly sweepstakes for
           $3,000 cash

Visit
WWW.DRCARES.COM
**********  **********
   or call 1-9096
1-800-___ free
within 72 hou__ to take a short
survey about this Duane Reade visit

SURVEY#
__062-289
```