UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **CAESARS ENTERTAINMENT OPERATING COMPANY, INC.** *et al.*, | **Case No. 15-01145 (ABG)** (Jointly Administered) |
| Debtors. | Hon. A. Benjamin Goldgar |
| | Re: Docket Nos. 3401 & 3406 |

# FINAL REPORT OF EXAMINER, RICHARD J. DAVIS
### (Substantially Unredacted)

**May 16, 2016**
**(initially filed March 15, 2016)**