**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF**
**PAUL HASTINGS LLP, SPECIAL CONFLICTS COUNSEL TO THE DEBTORS**

**TO THE HONORABLE A. BENJAMIN GOLDGAR,**
**UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting in Part and Denying in Part Motion of the Debtors to Retain and Employ Paul Hastings LLP as Special Conflicts Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to May 27, 2015* [Docket No. 1940], Paul Hastings LLP ("Paul Hastings"), special conflicts counsel to the above-captioned debtors and debtors-in-possession, hereby provides notice of its estimated revised hourly rates (in the United States) effective January 1, 2017: $915 to $1405 for partners, $890 to $1360 for counsel, $515 to $965 for associates, and $130 to $495 for paralegals. Such rate increases are considered for all of Paul Hastings' clients, and not just this matter.

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

-2-

Dated: December 15, 2016
Chicago, Illinois

*Chris L. Dickerson*
Chris L. Dickerson
Marc J. Carmel
**PAUL HASTINGS LLP**
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, IL 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
*Special Conflicts Counsel to the Debtors and Debtors in Possession*