**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) ) ) Case No. 15-01145 (ABG) |
| Debtors. | ) ) (Jointly Administered) ) |

**NOTICE OF FILING OF DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on December 29, 2016, the Debtors filed the *Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6191] (the "Plan") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised *Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (the "Modified Plan"). A copy of the Modified Plan is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a cumulative redline of the Modified Plan reflecting cumulative changes from the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Modified Plan and all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/CEOC or by calling (855) 842-4123 within the United States or Canada or, outside of the United States or Canada, by calling +1 (646) 795-6969. You may also obtain copies of any pleadings by visiting the Court's website at http://www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

KE 45037890

| | |
|---|---|
| Dated:  January 13, 2017<br>Chicago, Illinois | */s/ David R. Seligman, P.C.*<br>James H.M. Sprayregen, P.C.<br>David R. Seligman, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>             - and -<br><br>Paul M. Basta, P.C.<br>Nicole L. Greenblatt, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>*Counsel to the Debtors and Debtors in Possession* |

KE 45037890