# EXHIBIT C

# Original Interested Parties Not Identified In The Original Disclosures That Are New Jones Day Clients, Or Affiliates Of New Jones Day Clients

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| 3i Debt Management Investments Ltd. | Lenders | - Parent company 3i Group Plc is the new owner of current client *Aspen Pumps Limited* and the ultimate parent company of new client *Mayborn Group Limited* (opened 2016). |
| Aegon USA Investment Management LLC | Bondholders | - Affiliate company *TransAmerican Asset Management, Inc.* is a co-client in an unrelated matter (opened 2015). |
| *Blue Falcon Ltd.* | Lenders | - *Blue Falcon Ltd.* is a co-client in a new matter (opened 2016). |
| *Canyon Balanced Master Fund Ltd.*<br>*Canyon Blue Credit Investment Fund, L.P.*<br>*Canyon Capital CLO 2006-1 Ltd.*<br>*Canyon Distressed Opportunity Master Fund, L.P.*<br>*Canyon Value Realization Fund, L.P.*<br>*Canyon Value Realization Mac 18 Ltd.*<br>*The Canyon Value Realization Master Fund, L.P.*<br>*Canyon-GRF Master Fund II, L.P.*<br>*Canyon-SL Value Fund, L.P.*<br>*Canyon TCDRS Fund LLC*<br>*HF Canyon Master Ltd.* | Lenders | - *Canyon Balanced Master Fund Ltd.*, *Canyon Blue Credit Investment Fund, L.P.*, *Canyon Capital CLO 2006-1 Ltd.*, *Canyon Distressed Opportunity Master Fund, L.P.*, *Canyon Value Realization Fund, L.P.*, *Canyon Value Realization Mac 18 Ltd.*, *The Canyon Value Realization Master Fund, L.P.*, *Canyon-GRF Master Fund II, L.P.*, *Canyon-SL Value Fund, L.P.*, *Canyon TCDRS Fund LLC*, *HF Canyon Master Ltd.*; and affiliated entities, *Canyon Partners LLC*, *Canyon Distressed Opportunity Investing Fund II, L.P.*, *Canyon Reflection Fund*, *Canyon-ASP Fund, L.P.*, *Lyxor/Canyon Credit Strategy Fund Limited* and *Permal Canyon IO Ltd.* and are clients in a new matter. (opened 2016).<br>- See also <u>Exhibit E</u> entry for *Canyon Capital Advisors LLC*; *Canyon Partners LLC* regarding related disclosure. |
| *City National Bank* | Bondholders | - *City National Bank* is a co-client in a |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | new matter (opened 2015) with its sister company and current client *Royal Bank of Canada Europe Limited*;<br><br>• Affiliate company City National Bank of West Virginia is joint venture partner with current client *Alpha Natural Resources, Inc.*;<br><br>• To the extent it may be related to the named party in interest, *City National Rochdale Funds Fixed Income Opportunities Fund* is a co-client in and member of new client *Steering Committee of First Lien Lenders/RCS Capital Corporation* (opened 2016); and<br><br>• Related entity *Management Team of City National Bank* is a current client. |
| Deloitte & Touche LLP<br><br>Deloitte Tax LLP | Contract Counterparties and Significant Unsecured Creditors<br><br>Contract Counterparties | • Deloitte & Touche LLP is the employer of two individuals who are new clients as joint administrators of the Gulmar Group of Companies (opened 2015). |
| Dreamport Suffolk Corporation | Joint Venture Partners | • In 2015 parent company GTech Corporation merged with former client International Gaming Technology (IGT) (closed 2016) and is now known as current client *International Gaming Technology Plc*; and<br><br>• Affiliate company *GTech México S.A. de C.V.* is a current client.<br><br>• *See also* Exhibit E entry for IGT regarding related disclosure. |
| Ecolab, Inc. | Rule 2002 Parties | • Subsequent to Jones Day's prior disclosure, Ecolab, Inc. became a current and now former client (closed 2015). |

2

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Elliott (name given)<br><br>***Elliott Associates, L.P.***<br>***Elliott International Limited***<br><br>Elliott Management Corporation | Lenders<br><br>Bondholders<br>and<br>Lenders<br><br>Bondholders<br>Significant Litigation Counterparties<br>and<br>First Lien Noteholders | • Parent company Elliott Management Corporation is an equity holder of new client ***Relativity Media LLC*** (opened 2015); and<br>• Affiliate companies ***Elliott Associates, L.P.***, ***Elliot Advisors (UK) Limited*** and ***Elliott International Limited*** are co-clients in a new matter. (opened 2016).<br>• *See also* Exhibit B entry for Manchester Securities Corporation regarding related disclosure. |
| First Trust Advisors, L.P. | Bondholders<br>and<br>Lenders | • Affiliated entities ***First Trust Four Corners Senior Floating Rate Income Fund*** and ***First Trust Four Corners Senior Floating Rate Income Fund II*** are co-clients in a new matter (opened 2015). |
| Great-West Putnam High Yield Bond Fund | Lenders | • Affiliated entities ***Great-West Life Income Fund*** and ***Great-West Life Growth & Income Fund*** are co-clients in a new matter (opened 2016). |
| Iowa Department of Inspections-Social & Charitable Gaming<br>Iowa Gaming Enforcement Bureau<br>Iowa Lottery Board<br>Iowa Racing & Gaming Commission<br><br>Iowa Gaming Commission<br><br>***Iowa Public Employees' Retirement System***<br><br>State of Iowa | Regulatory Authorities<br><br><br><br><br>Significant Unsecured Creditors<br><br>Lenders<br><br>Taxing Authorities | • ***Iowa Public Employees' Retirement System*** is a co-client in a new matter (opened 2015); |
| ***Jersey Street CLO, Ltd.*** | Lenders | • ***Jersey Street CLO, Ltd.*** is a co-client in a new matter (opened 2015). |
| ***John Hancock Fund II Floating Rate Income Fund***<br>John Hancock Variable Insurance Trust – Mutual Shares Trust | Lenders | • ***John Hancock II Floating Rate Income Fund*** and affiliated entity ***John Hancock Trust Floating Rate Income Fund*** are co-clients in a new |

3

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Manulife Asset Management Ltd. | | matter (opened 2015); and<br>• Affiliated entity *Manulife Sentinel Income* is a co-client in a new matter (opened 2016). |
| *Midtown Acquisitions, L.P.* | Lenders | • *Midtown Acquisitions, L.P.* is a co-client in a new matter (opened 2016). |
| Napier Park Global Capital LLC | Bondholders and Lenders | • Affiliate companies *Napier Park Distressed Debt Opportunity Master Fund Ltd.* and *Napier Park Global Capital Ltd.* are co-clients in a new matter (opened 2015). |
| Northwest Pipeline Corporation | Utilities | • New affiliate company *Williams Partners, L.P.* (f/k/a Access Midstream Partners, L.P.) is a new client (opened 2016). |
| *Omega Advisors, Inc.* | Lenders | • *Omega Advisors, Inc.* is a new client (opened 2016). |
| Ridgeworth Funds High Income Fund<br>*Ridgeworth Funds SeixFloating Rate High Income Fund*<br>Ridgeworth Funds Seix High Yield Fund<br>Ridgeworth Funds Total Return Bond Fund | Lenders | • *Ridgeworth Funds Seix Floating Rate High Income Fund* is a co-client in a new matter (opened 2016). |
| Russell Global High Income Bond Pool<br>Russell Institutional Funds LLC<br>Russell High Yield Bond Fund<br>Russell Investment Company - Russell Global Opportunistic Credit Fund<br>Russell Sub Fund | Lenders | • Affiliated entity *Russell Investment Company Russell Multi-Strategy Alternative Fund* is a co-client in a new matter (opened 2016). |
| Seix Advisors<br>*Seix Multi-Sector Absolute Return Fund, L.P.* | Lenders | • *Seix Multi-Sector Absolute Return Fund, L.P.* is a co-client in a new matter (opened 2016). |
| Suddenlink | Utilities | • Affiliate company *Coditel Brabant S.P.R.L.* is a new client (opened 2015). |
| *Voya Investment Management Co. LLC* | Bondholders and Lenders | • *Voya Investment Management Co. LLC* is a co-client in a new matter (opened 2016). |
| *Watershed Asset Management LLC* | Bondholders | • *Watershed Asset Management LLC*, |

4

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Watershed Capital Institutional Partners III L.P.*<br>*Watershed Capital Partners Offshore (Master) Fund III, L.P.* | and<br>Lenders<br>Bondholders | *Watershed Capital Institutional Partners III, L.P.*, *Watershed Capital Partners Offshore (Master) Fund III, L.P.* ; and affiliated entities *Watershed Capital Partners (Offshore) Master Fund II, L.P.*, *Watershed Capital Partners (Offshore) Master Fund IV, L.P.* and *Watershed Capital Partners (Offshore) Master Fund, L.P.* are co-clients in a new matter (opened 2016). |
| *William Blair & Company LLC* | Bondholders | • *William Blair & Company LLC* is a new client (opened 2015). |