# EXHIBIT D

# Original Interested Parties Inadvertently Omitted
# From Prior Disclosures

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Miller Buckfire & Co. LLC | Professionals | - In its prior disclosure Jones Day inadvertently did not include affiliate company Stifel Nicolaus Weisel, which was a current and now former client (closed 2016); and affiliate company and former client Keefe, Bruyette & Woods (closed 2014). |
| Oregon Public Employees Retirement Fund - 1 | Lenders | - In its prior disclosure Jones Day inadvertently did not include state governed ntity Oregon Health & Science University (OHSU) which was a current and now former client (closed 2016). |
| SGT Investments II, L.P. | Lenders | - The individual who is the owner of SGT Investments II, L.P. is a partner in former client PPB (Philip Carter, et al.) (closed 2015). |
| Xerox Corporation | Contract Counterparties<br>Trade Payables<br>and<br>Other Creditors | - Xerox Corporation is a former client (closed 2014); and (b) a former co-client with affiliated entities and former co-clients Xerox Medical Care Plan for Retired Employees and Xerox Retiree Flex Health Care Plan in a matter concluded in 2014.<br>- *See also* Exhibit B entry for Xerox Business Services LLC; Xerox HR Solutions LLC regarding related disclosure. |

1