B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Caesars Entertainment Operating Company, Inc.., et al.        Case No. 15-01145

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| Empyrean Investments, LLC | Cowen Special Investments LLC |
| 10250 Constellation Blvd., Ste. 2950 | Court Claim # (if known): 3944 |
| Los Angeles, CA 90067 | Transferred Claim Amount: $1,928,657.00 |
| Fax: 310-843-4915 | Last Four Digits of Acct #: N/A |
| Attn: Sterling Hathaway | |
| Last Four Digits of Acct #: N/A | |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Sterling Hathaway            Date:  1/11/17
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

7906280.1

Exhibit A

Form of Evidence of Transfer of Claim

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Cowen Special Investments LLC ("Assignor") and Empyrean Investments, LLC ("Assignee") hereby notify Caesars Entertainment Operating Company, Inc. and related companies (the "Debtors"), the debtors in bankruptcy cases being jointly administered as Case No. 15-01145 pending in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), and the Bankruptcy Court that Assignor has irrevocably sold, conveyed, transferred and assigned to Assignee all of Assignor's right, title and interest in and to the so-called "Video Poker Claims" covered by the proofs of claim described in the table set forth in **Annex A** filed by Assignor with the Bankruptcy Court in respect of the Video Poker Claims and all rights and benefits of the Assignor relating to the Video Poker Claims.

Assignor hereby waives any objection to the transfer of the Video Poker Claims to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor recognizing the sale, conveyance, transfer and assignment of the Video Poker Claims to Assignee and recognizing Assignee as the sole owner and holder of the Video Poker Claims.

IN WITNESS WHEREOF, the parties have caused this Evidence of Transfer of Claims to be duly executed by their duly authorized representatives as of this 11th day of January, 2017.

Assignor:

**COWEN SPECIAL INVESTMENTS LLC**

By: _____
Name: Bryan Seyfried
Title: Authorized Signatory

Assignee:

**EMPYREAN INVESTMENTS, LLC**

By: _____
Name: Sterling Hathaway
Title: Director of Operations

7899553.2

**Exhibit A**

Form of Evidence of Transfer of Claim

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Cowen Special Investments LLC ("Assignor") and Empyrean Investments, LLC ("Assignee") hereby notify Caesars Entertainment Operating Company, Inc. and related companies (the "Debtors"), the debtors in bankruptcy cases being jointly administered as Case No. 15-01145 pending in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), and the Bankruptcy Court that Assignor has irrevocably sold, conveyed, transferred and assigned to Assignee all of Assignor's right, title and interest in and to the so-called "Video Poker Claims" covered by the proofs of claim described in the table set forth in **Annex A** filed by Assignor with the Bankruptcy Court in respect of the Video Poker Claims and all rights and benefits of the Assignor relating to the Video Poker Claims.

Assignor hereby waives any objection to the transfer of the Video Poker Claims to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor recognizing the sale, conveyance, transfer and assignment of the Video Poker Claims to Assignee and recognizing Assignee as the sole owner and holder of the Video Poker Claims.

IN WITNESS WHEREOF, the parties have caused this Evidence of Transfer of Claims to be duly executed by their duly authorized representatives as of this 11th day of January, 2017.

Assignor:

**COWEN SPECIAL INVESTMENTS LLC**

By: _____
Name:
Title:

Assignee:

**EMPYREAN INVESTMENTS, LLC**

By: _____
Name: Sterling Hathaway
Title: Director of Operations

7899553.2

ANNEX A

| Proof of Claim No. | Debtor | Amount |
|---|---|---|
| 3437 | Bally's Park Place Inc. | $4,348,400.00 |
| 3944 | Boardwalk Regency Corporation | $1,928,657.00 |
| 3595 | Caesar's Riverboat Casino, LLC | $1,617,387.00 |
| 3496 | Caesars Entertainment Operating Company, Inc. | $1,455,927.00 |
| 3541 | Desert Palace, Inc. | $2,045,183.00 |
| 5828 | Harrah's Illinois Corporation | $1,709,737.00 |
| 3882 | Grand Casinos of Biloxi, LLC | $501,375.00 |
| 3570 | Harrah's Bossier City Investment Company, LLC | $466,860.00 |
| 3584 | Harrah's North Kansas City LLC | $1,597,591.00 |
| 3659 | Harvey's Iowa Management Company, Inc. | $326,864.00 |
| 3412 | Harvey's Tahoe Management Company, Inc. | $1,515,533.00 |
| 4245 | Harvey's Tahoe Management Company, Inc. | $1,674,046.00 |
| 3835 | Horseshoe Entertainment | $994,840.00 |
| 3571 | Horseshoe Hammond, LLC | $1,612,820.00 |
| 3655 | Robinson Property Group Corp. | $885,300.00 |
| 3663 | Southern Illinois Riverboat-Casino Cruises, Inc. | $619,586.00 |
| 3572 | Tunica Roadhouse Corporation | $857,956.00 |
| 3540 | Harvey's BR Management Company, Inc. | $1,505,733.00 |

7899553.2