# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: **Caesars Entertainment Operating Company, Inc., ET AL.,**          Case No. **15-01145**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SONAR CREDIT PARTNERS III, LLC** | **JAY'S SHARPENING SERVICE LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS III, LLC
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$2,500.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

JAY'S SHARPENING SERVICE LLC
4310 W TOMPKINS AVE
LAS VEGAS, NV 89103

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 1/30/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of Illinois
Attn: Clerk

AND TO: Desert Palace, Inc. ("Debtor"), Case No. 15-01167
(Jointly Administered under Caesars Entertainment Operating Company, Inc., Case No. 15-01145)

Schedule # (if known): 74626

**JAY'S SHARPENING SERVICE LLC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS III, LLC**
80 Business Park Drive
Suite 208
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$2,500.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 27, 2017.

ASSIGNOR: Jay's Sharpening Service LLC
Signature: Lillian Peters
Name: Lillian Peters
Title: Manager
Date: 1/27/2017

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member
Signature: Michael Goldberg
Name: Michael Goldberg
Title: President
Date: 1/30/2017

# Creditor Information for Schedule # 74626

Creditor
JAY'S SHARPENING SERVICE LLC
4310 W TOMPKINS AVE
LAS VEGAS, NV 89103

Date Filed
Claim Number

Debtor Name
Desert Palace, Inc.
Schedule Number
74626

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | $2,500.00 | | | | | | | | $2,500.00 | Scheduled |
| Priority | | | | | | | | | | |
| Secured | | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | | |
| Admin Priority | | | | | | | | | | |
| Total | $2,500.00 | | | | | | | | $2,500.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Print page

**Desert Palace, Inc.**

Case Number: 15-01167

Exhibit F-4

Consideration For Claim: Trade Payables

| Creditor's Name, Mailing Address Including Zip Code | C U D | Amount of Claim |
|---|---|---|
| JAK ENTERPRISES INC<br>DBA LOUIES NOODLE SHOP<br>4248 W RENO AVENUE<br>LAS VEGAS, NV 89118 | ☐ ☐ ☐ | $7,866 |
| JAMES C CASTRO<br>3637 33RD STREET<br>SAN DIEGO, CA 92104 | ☐ ☐ ☐ | $128 |
| JAMES PERSE ENTERPRISES INC<br>3500 LAS VEGAS BLVD STE R-37<br>LAS VEGAS, NV 89109 | ☐ ☐ ☐ | $400 |
| JANICE MICHEL<br>791 VILLA POROFINO CIRCLE<br>DEERFIELD BEACH, FL 33442 | ☐ ☐ ☐ | $536 |
| JAPAN TRAVEL BUREAU<br>391 SUTTER STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94108 | ☐ ☐ ☐ | $659 |
| JARED KUIOKA<br>915 QUEEN ANNE AVE N APT 505<br>SEATTLE, WA 98109 | ☐ ☐ ☐ | $49 |
| JARED YAMAMOTO<br>2032 10TH AVENUE<br>HONOLULU, HI 96816 | ☐ ☐ ☐ | $13 |
| JAY LEE<br>5405 INDIAN RIVER DR<br>UNIT 400<br>LAS VEGAS, NV 89103 | ☐ ☐ ☐ | $2 |
| JAY'S SHARPENING SERVICE LLC<br>4310 W TOMPKINS AVE<br>LAS VEGAS, NV 89103 | ☐ ☐ ☐ | $2,500 |
| JCM AMERICAN CORP<br>PO BOX 511600<br>LOS ANGELES, CA 90051-8155 | ☐ ☐ ☐ | $1,362 |