**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,[1] | Case No. 15-01145 (ABG) |
| Debtors. | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on August 8, 2017 he caused a true and correct copy of the

following document to be served by the method set forth on the Core/2002 Service List attached

hereto and on counsel of record for Whitebox Advisors LLC by e-mail:

- Earl of Sandwich's (1) Objection to Whitebox Advisors LLC's Motion for Order Determining it to be Lawful Owner of Earl of Sandwich's Claim and Authorizing it to File an Evidence of Transfer With Respect to Said Claim and (2) Cross-Motion for Order Staying Discovery Pending Resolution of Threshold Issues and Shortening Notice

- Notice of Earl of Sandwich's Cross-Motion for Order Staying Discovery in Contested Matter Initiated by Whitebox Advisors LLC Pending Resolution of Threshold Issues and Shortening Notice

Dated: August 8, 2017
      Chicago, Illinois

Earl of Sandwich (Atlantic City), LLC

By: /s/ Jeffrey Chubak
Jeffrey Chubak (admitted *pro hac vice*)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 497-8247
Fax: (212) 490-4208
E-mail: jchubak@storchamini.com

---

[1] A complete list of the Debtors and the last four digits of their Federal Tax ID numbers may be obtained at https://cases.primeclerk.com/CEOC.