## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | )  Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING | )  Case No. 15-01145 (ABG) |
| COMPANY, INC., et al.,[1] | ) |
| | )  (Jointly Administered) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Dori B. Goldstein, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: September 6, 2017

Dori B. Goldstein

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 6, 2017, by Dori B. Goldstein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

---

[1]  A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

**<u>EXHIBIT A</u>**

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7237 | Capp Inc.<br>201 Marple Ave.<br>Clifton Heights, PA 19018<br><br>Capp Inc.<br>PO Box 127<br>Clifton Heights, PA 19018-0127 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | August 31, 2017 |
| 7238 | Eros Hosiery Co., Inc.<br>6909 Rising Sun Ave.<br>Philadelphia, PA 19111 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | August 31, 2017 |
| 7239 | First Class Vending, Inc.<br>Attn: Matthew Marsh<br>6875 Suva Street<br>Bell Gardens, CA 90201 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | August 31, 2017 |
| 7240 | Mary Rothe Artists, Events &<br>Entertainment<br>1600 N. Hudson Ave., #1F<br>Chicago, IL 60614 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | August 31, 2017 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7241 | Rainbow Spring Water, Inc. & Coffee, Inc. 3310 Old Mobile Hwy. Pasacagoula, MS 39581 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 | August 31, 2017 |
| 7242 | Wise Coaches, Inc. 1312 Central Court Hermitage, TN 37076 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 | August 31, 2017 |
| 7252 7253 7254 7255 7256 | Newmarket International, Inc. 14000 SW 119th Ave., Ste. 201 Miami, FL 33186<br><br>Newmarket International, Inc. 75 New Hampshire Ave. Portsmouth, NH 03801 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 | September 6, 2017 |