# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | November 15, 2017 |
| **Bankruptcy Case No.** | 15 B 01145 | **Adversary No.** | |

**Title of Case:** Caesars Entertainment Operating Company, Inc.

**Brief Statement of Motion:** [7550] Objection of Earl of Sandwich to Whitebox Advisors LLC's Notice of Transfer of Claim & [7471] Transfer of Claim No. 5858 from Earl of Sandwich (Atlantic City), LLC to Whitebox Advisors LLC

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Discovery cutoff is set for January 15, 2018.

Status hearing on this matter is set for January 17, 2018 at 1:30 PM in Courtroom 642, Chicago, IL 60604.

*Donald R. Cassling*