UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) Case No. 15-01145 (ABG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 7449, 7565 |

### AGREED AMENDED SCHEDULING ORDER REGARDING DEBTORS' OMNIBUS OBJECTION TO PROOFS OF CLAIM NUMBERS 3597, 4223, 5574, AND 5575 FILED BY STOCKTON UNIVERSITY AND TRANSFERRED TO SHOWBOAT RENAISSANCE LLC

The prior order of the Court [Docket No. 7565] regarding scheduling for the claim objection (the "Claim Objection") filed by the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") [Docket No. 7449] is hereby amended by agreement of Showboat Renaissance LLC ("Showboat Renaissance") and the Reorganized Debtors as follows:

1. Showboat Renaissance's response to the Claim Objection is due on or before December 4, 2017, at 4:00 p.m. (prevailing Central Time).

2. The Reorganized Debtors' reply in support of the Claim Objection is due on or before January 10, 2018, at 4:00 p.m. (prevailing Central Time).

3. The Claim Objection is set for status at the omnibus hearing scheduled for January 17, 2018, at 1:30 p.m. (prevailing Central Time) in Courtroom 642.

Dated: **NOV 2 0 2017**
Chicago, Illinois

_____
The Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

---

[1] A complete list of the Reorganized Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.