## EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*, | Case No. 15-01145 (ABG) |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION IN LIMINE TO
## EXCLUDE EXPERT REPORT OF PETER M. LUPOFF

Upon the motion in limine of Earl of Sandwich (Atlantic City), LLC for an order excluding the expert report of Peter M. Lupoff ("Lupoff Report"); now therefore, it is hereby ORDERED:

1.      The motion is granted.

2.      The Lupoff Report is hereby excluded.

3.      Peter M. Lupoff is not qualified to provide expert testimony on the subject of bankruptcy claim trading herein.

Dated: _____, 2018
       Chicago, Illinois

_____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge