# EXHIBIT 4

**Gail Rosenblum Deposition Tr. (Excerpt)**

Page 1

```
 1
 2        IN THE UNITED STATES BANKRUPTCY COURT
 3        FOR THE NORTHERN DISTRICT OF ILLINOIS
 4                   EASTERN DIVISION
 5
 6
    In re:                        ) Case No. 15-01145
 7                                ) (ABG)
    CAESARS ENTERTAINMENT          )
 8  OPERATING COMPANY, INC.,       ) Chapter 11
    et al.,                       )
 9                                )
              Debtors.             )
10  ---------------------------)
11
12
13
14
15
16         DEPOSITION OF GAIL ROSENBLUM
17              New York, New York
18          Tuesday, January 16, 2018
19
20
21
22
23  Reported by:
24  KRISTIN KOCH, RPR, RMR, CRR
25  JOB NO. 135595B
```

Page 55

1                    G. Rosenblum

2          Do you recognize this as an e-mail

3   exchange between you and Brad Schwab?

4       A.   Yes.

5       Q.   Taking place on -- I apologize.

6       A.   I'm sorry.

7       Q.   When Brad Schwab wrote to you "if

8   you have no response by noon your time just

9   kill it and move on," what did you understand

10  him to mean when he said "just kill it"?

11      A.   I would think he meant we don't have

12  a transaction.

13      Q.   Did you do anything to reflect the

14  absence of a transaction on the records of

15  Cowen Special Investments LLC?

16      A.   No.

17      Q.   Is that because no transaction had

18  ever been recorded on the records of Cowen

19  Special Investments LLC?

20      A.   No transaction had been recorded.

21      Q.   Why had no transaction been

22  recorded?

23           MS. LEWIS-GRUSS:  Objection.

24           MR. BALBER:  You can answer.

25      A.   No agreement had been executed.

Case 15-01145 Doc 7766-4 Filed 01/23/18 Entered 01/23/18 18:40:30 Desc
Exhibit 4 - Rosenblum Depo. Tr. (Excerpt) Page 4 of 6

Page 56

1                G. Rosenblum

2     Q.   Is that the point in time at which a
3 transaction would be recorded on the records of
4 Cowen Special Investments LLC?
5     A.   It can be recorded once a document
6 is fully executed or when money is exchanged,
7 funds are exchanged.
8     Q.   However, is it the case that no
9 transaction was ever recorded with respect to
10 the alleged Earl trade because no document was
11 ever executed?
12          MS. LEWIS-GRUSS:  Objection.  Asked
13     and answered.
14          MR. BALBER:  About six times, but
15     you can answer it for a seventh time if you
16     want.
17     Q.   When you wrote back to Brad Schwab
18 "okay, really made every effort but although he
19 considered it, doubt he was ever a serious
20 seller," why did you doubt -- why did you write
21 that you doubted he was ever a serious seller?
22     A.   Again, when we enter a transaction
23 it is common in our business that we take
24 someone's word for it, we work on good faith,
25 we expect that someone agrees -- when someone

Case 15-01145   Doc 7766-4   Filed 01/23/18   Entered 01/23/18 18:40:30   Desc
Exhibit 4 - Rosenblum Depo. Tr. (Excerpt)   Page 5 of 6

Page 57

1          G. Rosenblum
2  agrees to the price and to the quantity and
3  asks for a document, that they are going to
4  proceed and complete a transaction.  Through
5  the week or however many days it was after
6  repeated requests for the due diligence, after
7  the requests are there any questions and no
8  response after this time period, it did not
9  appear that he was the seller we thought he was
10 when we first sent the draft document.
11          MR. CHUBAK:  I'd like a short break.
12          (Recess was taken from 2:01 to
13     2:04.)
14 BY MR. CHUBAK:
15     Q.   I'd like to refer you to the
16 document marked Exhibit 92.
17          Do you recognize this document?
18     A.   Yes.  Oh, wait.  I'm sorry.  I
19 thought -- I'm sorry.  I'm sorry.
20          (Document review.)
21     A.   Okay.
22     Q.   Do you recognize this document?
23     A.   I see what it is.
24          MR. BALBER:  The question is have
25     you seen it before.

Case 15-01145   Doc 7766-4   Filed 01/23/18   Entered 01/23/18 18:40:30   Desc
Exhibit 4 - Rosenblum Depo. Tr. (Excerpt)   Page 6 of 6

Page 65

```
 2                C E R T I F I C A T E

 4    STATE OF NEW YORK    )
 5                         ) ss.:
 6    COUNTY OF NASSAU     )

 8            I, KRISTIN KOCH, a Notary Public
 9       within and for the State of New York, do
10       hereby certify:
11            That GAIL ROSENBLUM, the witness
12       whose deposition is hereinbefore set forth,
13       was duly sworn by me and that such
14       deposition is a true record of the
15       testimony given by such witness.
16            I further certify that I am not
17       related to any of the parties to this
18       action by blood or marriage; and that I am
19       in no way interested in the outcome of this
20       matter.
21            IN WITNESS WHEREOF, I have hereunto
22       set my hand this 19th day of January, 2018.
23                      --------------------------
24                      KRISTIN KOCH, RPR, RMR, CRR, CLR
```