# **EXHIBIT 6**

# **LSTA Member List**

Login

Search

# LSTA MEMBERSHIP LIST

**The LSTA is the leading advocate for the syndicated loan market.**

Membership in the LSTA offers numerous benefits and opportunities. Chief among them is the opportunity to participate in the decision making process that ultimately establishes loan market standards, develops market practices, and influences the market's direction.

Member benefits include:

- A full complement of documents and market practice standards for the primary and secondary markets
- Exclusive loan market data and analysis
- Conferences, seminars, teach-ins, and webcasts on issues and developments in the loan market
- Promotion of the loan asset class to institutional investors in the U.S. and overseas
- Advocacy within the Federal government to shape loan market guidance and regulation

Click here for LSTA Membership Brochure.

## MEMBERSHIP LIST

**Newest Members for 2018**

**LSTA's CURRENT MEMBERS**

**Full Members**

*Full Dealer*

| | | |
|---|---|---|
| Bank of America Merrill Lynch | Barclays | BMO Capital Markets |
| BNP Paribas Group | Cantor Fitzgerald & Co. | Citigroup Inc. |
| Cowen and Co LLC | Credit Agricole Corporate and Investment Bank | Credit Suisse |
| Deutsche Bank AG | Goldman, Sachs & Co. | Jefferies LLC |
| JPMorgan Chase & Co | Macquarie Bank Limited | Morgan Stanley |
| Nomura Securities International, Inc. | Santander NA | Scotiabank |
| Societé Genérale | Stifel Financial Corp. | TD Securities (USA) LLC |
| UBS Securities LLC | US Bank | Wells Fargo |

### Full Other

| | | |
|---|---|---|
| Antares | Canadian Imperial Bank of Commerce (CIBC) | HSBC Bank USA, N.A. |
| Industrial and Commercial Bank of China (ICBC) | Intesa Sanpaolo S.P.A. | Mizuho Bank, Ltd |
| PNC Capital Markets LLC | Royal Bank of Canada | The Bank of Tokyo-Mitsubishi UFJ, Ltd |

## Full Members

### Full Institution

| | | |
|---|---|---|
| Alcentra Limited | Allied Irish Bank | Allstate Investment Management Co. (AIMCO) |
| Anchorage Capital Group, L.L.C. | Angelo Gordon & Co. | Apollo Management L.P. |
| Ares Management, LLC. | Barings LLC | Bain Capital Credit LP |
| Beach Point Capital Management LP | Benefit Street Partners LLC | Black Rock Financial Management |
| BlueMountain Capital Management LLC | CBAM Partners | Columbia Threadneadle Investments |
| Commercial Industrial Financial Corp (CIFC) | Credit Suisse Asset Management | Crescent Capital Group |
| CVC Capital Partners | Delaware Investments | Eaton Vance Management |
| Elliott Management Corporation | Fidelity Investments | First Trust Advisors L.P. |
| Fortress Investment Group LLC | GLG LLC | GoldenTree Asset Management LLP |
| Goldman Sachs Asset Management | Golub Capital | GSO Capital Partners LP |
| Guggenheim Investment Management, LLC | Halcyon Asset Management LLC | Highland Capital Management, L.P. |
| HPS Investment Partners | ING Investment Management | INVESCO Senior Secured Management, Inc. |
| Investcorp Credit Management (ICM) | King Street Capital Management, L.P. | Kingsland Capital Management, LLC |
| KKR Credit Advisors (US) LLC | Loomis, Sayles & Company, LP | Marathon Asset Management LLC |
| MW Post Advisory Group | Neuberger Berman | New York Life Investment Management LLC |
| Oaktree Capital Management, L.P. | Oak Hill Advisors Inc. | Och-Ziff Capital Management Group |
| Octagon Credit Investors, LLC | OppenheimerFunds, Inc. | Orchard First Source Capital (OFS Management) |
| Pacific Life | PENN Capital Management | Principal Insurance Company |
| Prudential Financial | Rothchild Credit Management | Shenkman Capital Management, Inc. |
| Silver Point Capital | Sound Point Capital Management, L.P. | Sumitomo Mitsui Trust Bank Limited |
| Symphony Asset Management LLC | Texas Exchange Bank | The Carlyle Group |
| THL Credit Strategies, LLC | TPG Institutional Credit Partners | Voya Investment Management |
| York Capital Management | | |

## Affiliate Members

### Affiliate Law Firm

| | | |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Allen & Overy LLP | Allen Matkins Leck Gamble Mallory & Natsis LLP |
| Alston & Bird LLP | Andrews & Kurth LLP | Arnold & Porter Kaye Scholer LLP |
| Ashurst LLP | Baker & Hostetler LLP | Baker & McKenzie LLP |
| Baker Botts LLP | Ballard Spahr LLP | Bass, Berry & Sims PLC |
| Benesch, Freidland, Coplan & Aronoff LLP | Blank Rome LLP | Bracewell & Giuliani LLP |
| Brown Rudnick LLP | Bryan Cave LLP | Buchalter |

| | | |
|---|---|---|
| Buchanan Ingersoll PC | Burr & Forman LLP | Cadwalader, Wickersham & Taft |
| Cahill Gordon & Reindel | CIT / Direct Capital - a division of CIT Bank of America | Calfee, Halter & Griswold LLP |
| Carter Ledyard & Milburn LLP | Chadbourne & Parke LLP | Chapman and Cutler |
| Choate, Hall & Stewart LLP | Clark Hill Plc | Cleary Gottlieb Steen & Hamilton LLP |
| Clifford Chance US LLP | Cooley LLP | Covington & Burling LLP |
| Cravath, Swaine & Moore LLP | Crowell & Moring LLP | Davis Polk & Wardwell LLP |
| Davis Wright Tremaine LLP | Debevoise & Plimpton LLP | Dechert LLP |
| Dentons US LLP | Dickinson Wright PLLC | DLA Piper USA LLP |
| Dorsey & Whitney LLP | Drinker Biddle & Reath LLP | Duane Morris LLP |
| E. Schaffer & Co. | Edwards Wildman Palmer LLP | Emmet, Marvin & Martin, LLP |
| Esbin & Alter, LLP | Eversheds Sutherland | Faegre Baker Daniels LLP |
| Fasken Martineau | Foley & Lardner LLP | Freshfields Bruckhaus Deringer LLP |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Frost Brown Todd LLC | Gallagher Evelius & Jones LLP |
| Gebhardt & Smith LLP | Gibson, Dunn & Crutcher LLP | Goldberg Kohn Ltd. |
| Golub & Golub, LLP | Goodwin Procter LLP | Goulston & Storrs |
| Gowling WLG (Canada) | Greenberg Traurig, LLP | Hahn & Hessen LLP |
| Haynes and Boone, LLP | Hogan Lovells US LLP | Holland & Knight LLP |
| Honigman Miller Schwartz & Cohn LLP | Hughes Hubbard & Reed LLP | Hunton & Williams LLP |
| Ice Miller, LLP | Jenner & Block LLP | Jones Day |
| K&L Gates LLP | Katten Muchin Rosenman LLP | Kelley Drye & Warren LLP |
| Kieselstein Law Firm, PLLC | King & Spalding LLP | King & Wood Mallesons |
| Kirkland & Ellis LLP | Klee, Tuchin, Bogdanoff & Stern LLP | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| Kramer Levin Naftalis & Frankel LLP | Kutak Rock LLP | Lane Powell PC |
| Latham & Watkins LLP | LeClairRyan | Linklaters LLP |
| Locke Lord LLP | Loeb & Loeb LLP | Lowenstein Sandler |
| Mandel, Katz & Brosnan LLP | Mayer Brown LLP | McCarter & English, LLP |
| McDermott, Will & Emery LLP | McGuireWoods LLP | Milbank Tweed Hadley & McCloy LLP |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo | Moore & Van Allen PLLC | Morgan Lewis & Bockius LLP |
| Morris, Manning & Martin LLP | Morrison & Foerster LLP | Moses & Singer LLP |
| Munsch Hardt Kopf & Harr | Nelson Mullins Riley & Scarborough LLP | Nixon Peabody LLP |
| Norton Rose Fulbright | O'Melveny & Myers LLP | Orrick, Herrington & Sutcliffe LLP |
| Osler, Hoskin & Harcourt LLP | Otterbourg, Steindler, Houston & Rosen, P.C. | Parker, Hudson, Rainer & Dobbs LLP |
| Paul Hastings LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Pepper Hamilton LLP |
| Perkins Coie LLP | Pillsbury Winthrop Shaw Pittman LLP | Polsinelli PC |
| Porter Hedges LLP | Porzio, Bromberg & Newman, P.C. | Proskauer Rose LLP |
| Purrington Moody Weil LLP | Quarles & Brady LLP | Reed Smith LLP |
| Richards Kibbe & Orbe LLP | Riemer & Braunstein LLP | Robinson, Bradshaw & Hinson, P.A. |
| Ropes & Gray LLP | Rowlett Law | Rutherford & Bechtold LLC |
| Sabharwal, Globus & Lim LLP | Schiff Hardin LLP | Schulte Roth & Zabel LLP |
| Seward & Kissel LLP | Seyfarth Shaw LLP | Shearman & Sterling LLP |
| Sheppard, Mullin, Richter & Hampton LLP | Sidley Austin LLP | Simpson Thacher & Bartlett LLP |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Snell & Wilmer | Stroock & Stroock & Lavan LLP |
| Sullivan & Cromwell LLP | Sullivan & Worcester LLP | Thompson & Knight LLP |
| Thompson Coburn LLP | Torys LLP | Troutman Sanders LLP |

| | | |
|---|---|---|
| Vedder Price P.C. | Venable LLP | Vinson & Elkins LLP |
| Vorys, Sater, Seymour and Pease LLP | Wachtell, Lipton, Rosen & Katz | Waller Lansden Dortch & Davis, LLP |
| Watson, Farley Williams | Weil, Gotshal & Manges LLP | White & Case LLP |
| Willkie Farr & Gallagher LLP | WilmerHale | Wilson Sonsini Goodrich & Rosati |
| Winstead P.C. | Winston & Strawn LLP | Womble Carlyle Sandridge & Rice, PLLC |
| Zukerman Gore Brandeis & Crossman, LLP | | |

## Associate Members

### *Associate Institution*

| | | |
|---|---|---|
| Aberdeen Asset Management Inc. | American Money Management Corp. | Alliance Bernstein |
| Artisan Partners | Assurant Investment Management | ATB Corporate Financial Services |
| Audax Group | AXA Investment Managers Paris | BBT Capital Management Inc. |
| Birch Grove Capital LP | Black Diamond Capital Management LLC | Brigade Capital Management |
| Canyon Capital Advisors LLC | Carlson Capital, L.P. | Centennial Commercial Asset Management |
| Centerbridge Partners, LP | CIT Group Inc. | Covenant Credit Partners LLC |
| CQS (US) LLC | Credit Value Partners, LP | Crestline Denali Capital LP |
| Davidson Kempner Capital Management LLC | DDJ Capital Management, LLC | Deutsche Bank Asset Management |
| DFG Investment Advisers, Inc. | DoubleLine Capital LP | EAA Portfolio Advisors |
| Eagle Point Asset Management | Export Development Canada | Fifth Street Management |
| Fort Washington Investment Advisors | GIC Private Limited | Grantham, Mayo, Van Otterloo & Co. LLC (GMO) |
| Guardian Life Insurance Company | Hillmark Capital Management, L.P. | Houlihan Lokey |
| Icahn Capital LP | Imperial Capital, LLC | Insight Investment |
| Kayne Anderson Capital Advisors | KCAP FInancial | LCM Asset Management LLC |
| Liberty Mutual Group | Lord, Abbett & Co. LLC | Magnetar Capital LLC |
| Main Street Capital Corporation | Marblegate Asset Management | Merced Capital LP |
| MFS Investment Management | Muzinich & Co | Newfleet Asset Management |
| New Mountain Capital, LLC | NexBank SSB | NewStar Capital |
| NXT Capital | Onex Credit Partners, LLC | Ontario Teachers Pension Plan |
| Orix Corporate Capital | PIMCO | Pinebridge Investments LLC |
| PPM America, Inc. | Princeton Advisory Group | Reef Road Capital LLC |
| Seix Advisors | Solus Alternative Asset Management | State Street |
| Stone Harbor Investment Partners LP | Stonehill Capital Management, LLC | Susquehanna International Group, LLP |
| T. Rowe Price | Tall Tree Investment Management LLC | TCW Group, Inc. |
| The Baupost Group | The Capital Group Companies, Inc. | The Seaport Group LLC |
| Thrivent Financial for Lutherans | TIAA-CREF | Varagon Capital Partners |
| Wellfleet Credit Partners | Wellington Management Company, LLP | Wells Fargo Foothill |
| Whitebox Advisors LLP | Z Capital Partner, L.L.C. | |

## Associate Members

### *Associate Other*

| | | |
|---|---|---|
| ABN AMRO | ANZ Banking Group | Banco de Credito e Inversiones |
| Bank Hapoalim B.M. | Bank of Ireland | Banco Bilbao Argentaria (BBVA) Securities Inc. |

| | | |
|---|---|---|
| BOK Financial (Bank of Oklahoma) | Capital One, N.A. | Citizens Bank |
| CoBank | Commonwealth Bank of Australia | Commerzbank, AG |
| Credit Industriel et Commercial | Development Bank of Japan | Dexia Credit Local |
| DNB Bank ASA | DZ Bank AG | Erste Bank |
| Fifth Third Bank | Heritage Bank | KeyBanc Capital Markets Inc. |
| Lloyds Banking Group | Manufacturers Traders & Trust Company | Madison Capital Funding LLC |
| Mediobanca Banca di Credito Finanzario SPA | MidCap Financial Services, LLC | National Australia Bank |
| Natixis | Neptune Financial | North Shore (Wintrust) |
| OneWest Bank | Rabobank | Regions Capital Markets |
| Royal Bank of Scotland | Standard Chartered Bank | State Bank of India |
| Sumitomo Mitsui Banking Corporation | SunTrust Robinson Humphrey | The Bank of New York Mellon |
| The Private Bank | Umpqua Bank | Unicredit HVB |
| WSFS Bank | | |

## Affiliate Members

### Affiliate Other

| | | |
|---|---|---|
| Advent Software | Advantage Data Inc. | Automated Financial Systems, Inc. (AFS) |
| Black Mountain Systems, LLC | Bloomberg LP | Brown Brothers Harriman & Co. |
| ClearStructure Technologies | Cortland Capital Markets Services LLC | Covenant Review |
| CreditSights, Inc. | Debt Exchange | Delaware Trust Company |
| Deloitte & Touche LLP | FIS Systems Int'l LLC | Fitch Ratings |
| Genpact LLC | GLAS Americas | Interactive Data Pricing & Reference Data, Inc. |
| IntraLinks, Inc. | Ipreo Debtdomain | LexisNexis/Lexi Practice Advisors |
| Miller Insurance Services Inc. | MarketAxess Holdings | Markit Group Limited |
| McCracken Financial Solutions Corp | Misys Loan IQ | Moody's Investors Services |
| Northern Trust Company | Oracle | Orchard Platform Advisors |
| Promontory Financial Group, LLC | Reuters LPC | SEI |
| SIA Partners | SS&C GlobeOp | Standard & Poor's |
| Symbiont.IO, Inc. | Virtus Partners, LLC | Wilmington Trust |
| Xtract Research LLC | | |

## OUR PARTNERS

   



LSTA