# Exhibit A

## Lewis-Gruss, Ayanna

| | |
|---|---|
| **From:** | Lewis-Gruss, Ayanna |
| **Sent:** | Friday, January 19, 2018 9:44 AM |
| **To:** | Jeffrey Chubak |
| **Cc:** | Mintz, Douglas S. |
| **Subject:** | Re: Caesars |

Jeff: What is it about the Lupoff report that you would like to discuss? I am generally available this afternoon. We can pick a time once I know what you would like to discuss and how much time I should reserve for the discussion.

Regards,
Ayanna

On Jan 19, 2018, at 9:35 AM, Jeffrey Chubak <jchubak@storchamini.com> wrote:

> Please let me know if you have time today/Monday to discuss the Peter Lupoff expert report.  Thanks
>
> **Jeffrey Chubak**
>
> ### STORCH AMINI PC
> 2 GRAND CENTRAL TOWER
> 140 EAST 45TH STREET, 25TH FLOOR
> NEW YORK, NY 10017
> 212.490.4100 - OFFICE
> 212.497.8247 - DIRECT
> 212.490.4208 - FAX
> JCHUBAK@STORCHAMINI.COM - EMAIL
>
> www.storchamini.com
>
> CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.