UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 5, 2018 |
| **Bankruptcy Case** | 15 B 01145 | **Adversary No.** | |
| **Title of Case** | Caesars Entertainment Operating Company, Inc. | *(Jointly administered)* | |

**Brief Statement of Motion**

Motion in limine to exclude expert report of Peter M. Lupoff

*(Re: Docket No. 7766)*

**Names and Addresses of moving counsel**

Joseph D. Frank
FrankGecker LLP
325 North LaSalle St., Ste. 625
Chicago, Illinois 60654

**Representing**

Earl of Sandwich (Atlantic City)

## ORDER

**Status hearing on the motion in limine to exclude expert report of Peter M. Lupoff is continued to February 21, 2018, at 10:30 a.m. in courtroom 642.**

*[Signed] A. Benjamin Goldgar*