UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 5, 2018 |
| **Bankruptcy Case** | 15 B 01145 | **Adversary No.** | |
| **Title of Case** | Caesars Entertainment Operating Company, Inc. | | *(Jointly administered)* |

**Brief Statement of Motion**: Motion for entry of a protective order

*(Re: Docket No. 7732)*

**Names and Addresses of moving counsel**:
Aaron Hammer
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602

**Representing**: Whitebox Advisors LLC

## ORDER

Ruling on the motion for entry of a protective order filed by Whitebox Advisors is continued to February 21, 2018, at 10:30 a.m. in courtroom 642.

*/s/ A. Benjamin Goldgar*