# **EXHIBIT 1**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>Jointly Administered |

**ORDER GRANTING EARL OF SANDWICH'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY WHITEBOX ADVISORS**

Upon the motion of Earl of Sandwich (Atlantic City), LLC ("Earl") to compel production of documents by Whitebox Advisors LLC ("Whitebox") pursuant to Rule 37; now therefore, it is hereby ORDERED:

1.    The motion is granted.

2.    Whitebox shall collect all documents responsive to Request Nos. 4 and 8 set forth in Earl's first set of requests for production.

3.    Whitebox shall produce to Earl all non-privileged documents responsive to the foregoing requests and a log of any documents withheld from Whitebox's production on the basis of privilege by March 23, 2018.

Dated: _____, 2018
            Chicago, Illinois

                                                                                            _____
                                                                                            Honorable A. Benjamin Goldgar
                                                                                            United States Bankruptcy Judge