**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*, | Case No. 15-01145 (ABG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 6, 2018 he caused a true and correct copy of the Notice of Motion and Motion to Compel Whitebox Advisors LLC to Produce Documents, filed by Earl of Sandwich (Atlantic City), LLC [ECF No. 7785] (with exhibits), to be served by the method set forth on the Core/2002 Service list attached hereto, and on counsel for Whitebox Advisors LLC by e-mail and first class mail at the following addresses:

Douglas Mintz
ORRICK, HERRINGTON &
　SUTCLIFFE, LLP
Columbia Center 1152 15th Street, N.W.
Washington, D.C., 20005
dmintz@orrick.com

Ayanna Lewis-Gruss
Peter Amend
Jason B. Ervin
ORRICK, HERRINGTON &
　SUTCLIFFE, LLP
51 West 52nd Street
New York, New York 10019
alewisgruss@orrick.com
pamend@orrick.com
jervin@orrick.com

Aaron L. Hammer
Jack O'Connor
SUGAR FELSENTHAL GRAIS &
　HAMMER LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
ahammer@SFGH.com
joconnor@SFGH.com

Dated: February 6, 2018

/s/ Jeffrey Chubak

In re Caesars Entertainment Operating Company, Inc.
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Debtors | Caesars Entertainment Operating Company, Inc. | Attn General Counsel | 1 Caesars Palace Drive | | Las Vegas | NV | 89109 | | First Class Mail |
| Counsel to Debtors | Kirkland & Ellis LLP | James HM Sprayregen, David R Seligman, Ryan Preston Dahl, Jeffrey J. Zeiger, David J. Zott | 300 North LaSalle | | Chicago | IL | 60654 | james.sprayregen@kirkland.com; david.seligman@kirkland.com; david.zott@kirkland.com; jeffrey.pawlitz@kirkland.com; ryan.dahl@kirkland.com; Jeffrey.zeiger@kirkland.com; david.zott@kirkland.com | Email |
| Counsel to Debtors | Kirkland & Ellis LLP | Paul M Basta, Nicole L Greenblatt, Christopher Greco | 601 Lexington Ave | | New York | NY | 10022 | paul.basta@kirkland.com; nicole.greenblatt@kirkland.com; christopher.greco@kirkland.com | Email |
| Claims Agent | Prime Clerk LLC | Ben Steele | 830 3rd Ave Fl 9 | | New York | NY | 10022 | ceocinfo@primeclerk.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Andrew I. Silfen & Beth M. Brownstein | 1675 Broadway | | New York | NY | 10019 | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Arent Fox LLP | Mark B. Joachim | 1717 K Street, NW | | Washington | DC | 20006 | mark.joachim@arentfox.com | Email |
| Gaming Commissions | Arizona Department of Gaming | Dan Bergin, Director | 1110 W. Washington St, Suite 450 | | Phoenix | AZ | 85007 | | First Class Mail |
| Attorney General for the State of Illinois | Attorney General for the State of Illinois | Attn Bankruptcy Section | 500 S 2nd St | | Springfield | IL | 62701 | | First Class Mail |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Stephanie Wickouski, Esq. & Michelle McMahon, Esq. | 1290 Avenue of the Americas | | New York | NY | 10104 | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com | Email |
| Counsel to Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Bryan Cave LLP | Ryan O. Lawlor, Esq. | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601-3351 | ryan.lawlor@bryancave.com | Email |
| Gaming Commissions | Bureau of Gambling Control | Kamala D. Harris, Attorney General | 4949 Broadway, Suite E-231 | | Sacramento | CA | 95820 | | First Class Mail |
| Counsel to Administrative Agent | Cahill Gordon & Reindel LLP | William Miller, Esq. | 80 Pine Street | | New York | NY | 10005 | wmiller@cahill.com | Email |
| Gaming Commissions | California Gambling Control Commission | Tina Littleton, Executive Director | 2399 Gateway Oaks Dr. Ste 220 | | Sacramento | CA | 95833-4231 | | First Class Mail |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Chapman and Cutler LLP | Michael T. Benz | 111 W. Monroe St. | | Chicago | IL | 60603 | benz@chapman.com | Email |
| Counsel to Iowa Racing and Gaming Commission | Ciardi Ciardi & Astin | Albert A. Ciardi, III, Esquire | One Commerce Square | 2005 Market Street, Suite 3500 | Philadelphia | PA | 19103 | aciardi@ciardilaw.com | Email |
| Administrative Agent for Credit Facility | Credit Suisse AG, Cayman Islands Branch | Attn: Sean Portrait | Eleven Madison Avenue | | New York | NY | 10010 | agency.loanops@credit-suisse.com | Email |
| Indenture Trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 | Delaware Trust Company | Sandra E. Horwitz, Managing Director | 2711 Centerville Road | | Wilmington | DE | 19808 | shorwitz@delawaretrust.com | Email |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Attn: James H. Millar, Esq., Kristin K. Going, Esq. & Clay J. Pierce, Esq. | 1177 Avenue of the Americas, 41st Fl. | | New York | NY | 10036 | james.millar@dbr.com; kristin.going@dbr.com; clay.pierce@dbr.com | Email |
| Counsel to the Ad Hoc Group of Holders of the Unsecured 5.75% Notes due 2017 and Unsecured 6.50% Notes due 2016 | Drinker Biddle & Reath LLP | Timothy R. Casey | 191 North Wacker Drive, Suite 3700 | | Chicago | IL | 60606 | Timothy.Casey@dbr.com | Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln, Lars A. Peterson | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654 | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com | Email |
| Gaming Commissions | Illinois Gaming Board (IGB) | Emily Mattison - General Counsel | 160 North LaSalle | Suite 300 | Chicago | IL | 60601 | | First Class Mail |
| Gaming Commissions | Indiana Gaming Commission (IGC) | Ernest E. Yelton, Executive Director | East Tower, Suite 1600 | 101 W. Washington Street | Indianapolis | IN | 46204 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | First Class Mail |
| Counsel to Caesars Entertainment Corporation | Jenner & Block LLP | Vincent E. Lazar, Charles B. Sklarsky, Daniel R. Murray | 353 N. Clark St. | | Chicago | IL | 60654 | vlazar@jenner.com; csklarsky@jenner.com; dmurray@jenner.com | Email |
| Counsel to the Official Committee of Second Priority Noteholders ; Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P., Special Value Expansion Fund, LLC | Jones Day | Bruce Bennett, James O. Johnston, Sidney P. Levinson, Joshua M. Mester & Monika S. Wiener | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 | bbennett@jonesday.com; jjohnston@jonesday.com; slevinson@jonesday.com; jmester@jonesday.com; mwiener@jonesday.com | Email |
| Counsel to the Official Committee of Second Priority Noteholders | Jones Day | Philip Le B. Douglas, Geoffrey S. Stewart, Todd R. Geremia, Rajeev Muttreja & Alex P. McBride | 222 East 41st Street | | New York | NY | 10017 | pldouglas@jonesday.com; gstewart@jonesday.com; trgeremia@jonesday.com; rmuttreja@jonesday.com; apmcbride@jonesday.com | Email |
| UMB Bank, NA, Indenture Trustee for the First Lien Notes | Katten Munchin Rosenman LLP | Peter A. Siddiqui | 525 W. Monroe Street | Suite 1900 | Chicago | IL | 60661 | peter.siddiqui@kattenlaw.com | Email |
| Counsel to UMB Bank, NA, Indenture Trustee | Katten Munchin Rosenman LLP | Craig A. Barbarosh, David A. Crichlow & Karen B. Dine | 575 Madison Avenue | | New York | NY | 10022-2585 | craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | James S. Carr, Esq., Eric R. Wilson, Esq. & Kristin S. Elliott, Esq. | 101 Park Avenue | | New York | NY | 10178 | KDWBankruptcyDepartment@kelleydrye.com; ewilson@kelleydrye.com; kelliott@kelleydrye.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor Indenture Trustee for the 10.0% Second-Priority Senior Secured Notes due 2018 | Kelley Drye & Warren LLP | Mark W. Page, Esq. | 333 West Wacker Drive | 26th Floor | Chicago | IL | 60606 | mpage@kelleydrye.com | Email |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Gregory A. Horowitz, Douglas H. Mannal, Daniel M. Eggermann & Matthew C. Ziegler | 1177 Avenue of the Americas | | New York | NY | 10036 | keckstein@kramerlevin.com; ghorowitz@kramerlevin.com; dmannal@kramerlevin.com; deggermann@kramerlevin.com; mziegler@kramerlevin.com | Email |
| Indenture Trustee for the 5.75% Notes and 6.50% Notes | Law Debenture Trust Company of New York | James D. Heaney, Managing Director | 400 Madison Avenue, 4th Floor | | New York | NY | 10017 | james.heaney@lawdeb.com | Email |
| Indenture Trustee for 6.5% Senior Unsecured Notes and 5.75% Senior Unsecured Notes | Law Debenture Trust Company of New York | Attn: Thomas Musarra | 400 Madison Avenue, Suite 4D | | New York | NY | 10017 | | First Class Mail |
| Gaming Commissions | Louisiana Gaming Control Board (LGCB) | Ronnie Jones, Chairman | 7901 Independence Boulevard | Building A | Baton Rouge | LA | 70806 | | First Class Mail |
| Gaming Commissions | Mississippi Gaming Commission | ALLEN GODFREY, EXECUTIVE DIRECTOR | 620 North Street, Suite 200 | | Jackson | MS | 39202 | | First Class Mail |
| Gaming Commissions | Missouri Gaming Commission | Roger Stottlemyre, Executive Director | 3417 Knipp Drive | P.O. Box 1847 | Jefferson City | MO | 65102 | | First Class Mail |
| Counsel to Caesars Entertainment Corp. | Much Shelist, P.C. | Jeffrey M. Schwartz; Folarin S. Dosunmu | 191 N. Wacker Drive | | Chicago | IL | 60606 | jschwartz@muchshelist.com; fdosunmu@muchshelist.com | Email |
| Counsel to Certain Holders of Caesars First Lien Bonds who have Signed Restructuring Support Agreements | Neal, Gerber & Eisenberg LLP | Mark A. Berkoff, William Choslovsky & Nicholas M. Miller | Two North LaSalle Street, Suite 1700 | | Chicago | IL | 60602-3801 | mberkoff@ngelaw.com; wchoslovsky@ngelaw.com; nmiller@ngelaw.com | Email |
| Gaming Commissions | Nevada State Gaming Control Board & Gaming Commission | Michael LaBadie, Marc Warren, and David Staley | 555 East Washington Avenue | Suite 2600 | Las Vegas | NV | 89101 | | First Class Mail |
| Gaming Commissions | New Jersey Division of Gaming Enforcement | David L. Rebuck, Director | 1300 Atlantic Avenue | | Atlantic City | NJ | 08401-0000 | | First Class Mail |
| Gaming Commissions | North Carolina Department of Revenue | Lyons Gray, Secretary of Revenue | 501 N Wilmington St | | Raleigh | NC | 27604 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | Novack and Macey LLP | Eric N. Macey, Stephen J. Siegel, Julie Johnston-Ahlen | 100 North Riverside Plaza | | Chicago | IL | 60606 | emacey@novackmacey.com; ssiegel@novackmacey.com; jja@novackmacey.com | Email |

In re Caesars Entertainment Operating Company, Inc.
Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Gaming Commissions | Ohio Casino Control Commission | John Barron, Deputy Executive Director & General Counsel | 10 West Broad Street, 6th Floor | | Columbus | OH | 43215 | | Email |
| Counsel to Caesars Entertainment Corp. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz | 1285 Avenue of the Americas | | New York | NY | 10019 | jsaferstein@paulweiss.com; slovett@paulweiss.com; lclayton@paulweiss.com; jhurwitz@paulweiss.com | Email |
| Gaming Commissions | Pennsylvania Gaming Control Board | Kevin F. O'Toole, Executive Director | P.O. Box 69060 | | Harrisburg | PA | 17106-9060 | | Email |
| Counsel to the Statutory Unsecured Claimholders' Committee of Caesars Entertainment Operating Company, Inc., et al. | Proskauer Rose LLP | Jeff J. Marwil, Paul V. Possinger, Mark K. Thomas, Brandon W. Levitan | 70 W. Madison Street, Suite 3800 | | Chicago | IL | 60602 | jmarwil@proskauer.com; ppossinger@proskauer.com; mthomas@proskauer.com; blevitan@proskauer.com | Email |
| Counsel to Wilmington Trust Corporation and Wilmington Trust, National Association, as successor Indenture Trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman & Patrick Sibley | 7 Times Square | | New York | NY | 10036 | slieberman@pryorcashman.com; psibley@pryorcashman.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Office of General Counsel | 100 F St NE | | Washington | DC | 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Law Debenture Trust Company of New York, as Indenture Trustee for the 5.75% Notes and 6.50% Notes | Seward & Kissel LLP | John R. Ashmead, Esq., Arlene R. Alves, Esq., Kalyan ("Kal") Das | One Battery Park Plaza | | New York | NY | 10004 | ashmead@sewkis.com; alves@sewkis.com; das@sewkis.com | Email |
| Counsel to the Ad Hoc Committee of First Lien Bank Lenders | Shaw Fishman Glantz & Towbin LLC | Peter J. Roberts, Brian L. Shaw & David R. Doyle | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | proberts@shawfishman.com; bshaw@shawfishman.com; ddoyle@shawfishman.com | Email |
| Gaming Commissions | State Lottery & Gaming Control Agency | Stephen L. Martino, Esq., Director | Montgomery Park Business Center | 1800 Washington Blvd., Suite 330 | Baltimore | MD | 21230 | | First Class Mail |
| Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 1275 W. Washington St. | | Phoenix | AZ | 85007 | | First Class Mail |
| Attorney General | State of California Attorney General | Attn: Bankruptcy Department | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102-7004 | | First Class Mail |
| Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | | First Class Mail |
| Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | AGOlens@law.ga.gov | Email |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South-5th Floor | 302 West Washington Street | Indianapolis | IN | 46204 | Constituent@atg.in.gov | Email |
| Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 | webteam@ag.state.ia.us | Email |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Capitol Building | Suite 118 | Frankfort | KY | 40601 | | First Class Mail |
| Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | First Class Mail |
| Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | First Class Mail |
| Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | 1 Ashburton Place | | Boston | MA | 02108-1698 | | First Class Mail |
| Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov | Email |
| Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | State Capitol, Suite 102 | | St. Paul | MN | 55155 | Attorney.General@ag.state.mn.us | Email |
| Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Department of Justice, Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39205 | | First Class Mail |
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Ct Bldg. | 207 W. High St. | Jefferson | MO | 65101 | attorney.general@ago.mo.gov | Email |
| Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | NV | 89701 | | First Class Mail |
| Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | | First Class Mail |
| Gaming Commissions | State of New Jersey Casino Control Commission | Matthew B. Levinson, CEO | Arcade Building | Tennessee Avenue & Boardwalk | Atlantic City | NJ | 08401-0000 | | First Class Mail |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | Department of Law -The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | | First Class Mail |
| Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | Dept. of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 | | First Class Mail |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | State Office Tower 14th Floor | 30 E. Broad St. | Columbus | OH | 43266-0410 | | First Class Mail |
| Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | Justice Bldg. | 116 2 Court St. NE | Salem | OR | 97301 | | First Class Mail |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | 1600 Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | First Class Mail |
| Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 S. Main St. | | Providence | RI | 02903 | | First Class Mail |
| Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | Remert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | | First Class Mail |
| Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | 425 5th Avenue North | P.O. Box 20207 | Nashville | TN | 37243 | | First Class Mail |
| Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | PO Box 12548 | | Austin | TX | 78711-2548 | | First Class Mail |
| Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | PO Box 142320 | | Salt Lake City | UT | 84114-2320 | uag@utah.gov | Email |
| Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | | First Class Mail |
| Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | First Class Mail |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol, Bldg 1 Room E 26 | 1900 Kanawha Blvd East | Charleston | WV | 25305 | | First Class Mail |
| Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P. O. Box 7857 | Madison | WI | 53707-7857 | | First Class Mail |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Jonathan D. Canfield, Kenneth Pasquale, Erez Gilad & Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | jcanfield@stroock.com; kpasquale@stroock.com; khansen@stroock.com; egilad@stroock.com | Email |
| Counsel to Ad Hoc Committee of First Lien Bank Lenders | Stroock & Stroock & Lavan LLP | Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067 | fmerola@stroock.com | Email |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank Global Corporate Trust Services | Deborah A. Ibrahim, Vice President | One Federal Street | | Boston | MA | 02110-0000 | deborah.ibrahim@usbank.com | Email |
| Indenture Trustee for 10.75% Senior Notes and 10.75%/11.5% Toggle Notes | U.S. Bank National Association | Attn: Corporate Trust Services, Raymond S. Haverstock | 60 Livingston Avenue | | St. Paul | MN | 55107-1419 | | Email |
| Securities and Exchange Commission - Regional Office | U.S. Securities & Exchange Commission | Attn: Regional Director | Chicago Regional Office | 175 W Jackson Blvd, Ste 900 | Chicago | IL | 60604 | bankruptcynoticeschr@sec.gov; chicago@sec.gov | Email |
| Indenture Trustee for 11.25% Senior Secured Notes due 2017, 8.5% Senior Secured Notes due 2020, 9% Senior Secured Notes due 2020 | UMB Bank, National Association | Attn: Gavin Wilkinson | Corporate Trust and Escrow Services | 120 South 6th Street, Suite 1400 | Minneapolis | MN | 55082 | | First Class Mail |
| United States Attorney for the Northern District of Illinois | United States Attorney for the Northern District of Illinois | Attn: Bankruptcy Section | 219 S Dearborn St 5th Flr | | Chicago | IL | 60604 | | First Class Mail |
| United States Trustee for the Northern District of Illinois | United States Trustee for the Northern District of Illinois | Attn: Denise DeLaurent | 219 S Dearborn St, Rm 873 | | Chicago | IL | 60604 | ustpregion11.es.ecf@usdoj.gov; denise.delaurent@usdoj.gov | Email |
| Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | oag@dc.gov | Email |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: Thomas E. Lauria | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131 | tlauria@whitecase.com | Email |
| Counsel to Wilmington Trust Corporation, Wilmington Trust, National Association, as successor Indenture Trustee & Ad Hoc Group of Holders of 10.75% Guaranteed Notes | White & Case LLP | Attn: J. Christopher Shore & Harrison Denman | 1155 Avenue of the Americas | | New York | NY | 10036 | cshore@whitecase.com; hdenman@whitecase.com | Email |
| Indenture Trustee for 12.75% Second Lien Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 500 Delaware Avenue | | Wilmington | DE | 19801 | | First Class Mail |