# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 8, 2018 |
| **Bankruptcy Case** | No. 15 B 1145 | **Adversary** | |

Caesars Entertainment Operating Co., Inc., *et al.*

**Brief Statement of Motion**: Order striking presentment dates and setting briefing schedules

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

On the court's own motion, the presentment date of February 21, 2018, on the following motions is stricken: Motion of Earl of Sandwich to Compel Production of Documents (Dkt. No. 7785); Motion of Whitebox Advisors to Compel Rule 30(b)(6) Deposition (Dkt. No. 7787); and Motion of Whitebox Advisors to Compel Production of Documents (Dkt. No. 7788). No preliminary objections as contemplated by the Case Management Procedures should be filed. Briefing on these motions will take place as follows. Responses are due on or before February 22, 2018. Replies are due on or before March 8, 2018. The motions are continued for a status hearing to March 21, 2018, at 10:30 a.m.

*/s/ A. Benjamin Goldgar*