# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: A. Benjamin Goldgar

Hearing Date: February 8, 2018

Bankruptcy Case No. 15 B 1145

Adversary:

Caesars Entertainment Operating Co., Inc., *et al.*

**Brief Statement of Motion:** Order extending Earl of Sandwich/Whitebox Advisors discovery cutoffs

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

On the court's own motion, the discovery cutoffs on the objection of Earl of Sandwich to Whitebox Advisor's Notice of Transfer of Claim (Dkt. Nos. 7550, 7471) are extended as follows:

- Fact discovery cutoff is April 18, 2018.
- Expert discovery cutoff is May 16, 2018.

All discovery must be completed by these dates.

The status hearing set for April 18, 2018, at 10:30 a.m. stands.

*[Signature: A. Benjamin Goldgar]*