# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 19, 2018 |
| **Bankruptcy Case** | No. 15 B 1145 | **Adversary** | |

Caesars Entertainment Operating Co., Inc., *et al.*

**Brief Statement of Motion**: Scheduling order

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

On the court's own motion, the status hearing of March 21, 2018, on the following motions is reset to May 16, 2018, at 10:30 a..m.: Motion of Earl of Sandwich to Compel Production of Documents (Dkt. No. 7785); Motion of Whitebox Advisors to Compel Rule 30(b)(6) Deposition (Dkt. No. 7787); and Motion of Whitebox Advisors to Compel Production of Documents (Dkt. No. 7788).

*/s/ A. Benjamin Goldgar*