# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Honorable** A. Benjamin Goldgar | **Hearing Date** March 19, 2018 |
| **Bankruptcy Case** No. 15 B 1145 | **Adversary** |

Caesars Entertainment Operating Co., Inc., *et al.*

**Brief Statement of Motion**: Order extending Earl of Sandwich/Whitebox Advisors discovery cutoffs

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

On the court's own motion, the discovery cutoffs on the objection of Earl of Sandwich to Whitebox Advisor's Notice of Transfer of Claim (Dkt. Nos. 7550, 7471) are extended as follows:

- Fact discovery cutoff is June 20, 2018.
- Expert discovery cutoff is July 25, 2018.

All discovery must be completed by these dates.

*[Signed]*