Case 15-01145    Doc 7941-7    Filed 04/27/18    Entered 04/27/18 14:20:45    Desc
Proposed Order    Page 1 of 1

The full content of this file cannot be displayed with your current PDF viewer. Please update to the latest possible version to view this document.