# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

----------------------------------------------------------------------x
: 
In re: : Chapter 11
: 
Caesars Entertainment Operating Company, Inc., *et al.*, : Case No. 15-01145 (ABG)
: 
Debtors. : 
: Jointly Administered
----------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

*Please take notice that* Elizabeth B. Vandesteeg of Sugar Felsenthal Grais & Helsinger, LLP, hereby withdraws her appearance as Local Counsel to Whitebox Advisors LLC in the above-captioned bankruptcy proceedings, and requests that she be removed from all notice lists under Bankruptcy Rule 2002 and via the Court's CM/ECF system.

Date: May 4, 2018            By: /s/ *Elizabeth B. Vandesteeg*

Elizabeth B. Vandesteeg
**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle St., Suite 3000
Chicago, IL 60602
Tel: 312-704-9400
evandesteeg@sfgh.com

SFGH:4830-5315-8245v1