# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---------------------------------------------------------------------x
: 
In re:                                                :      Chapter 11
:
Caesars Entertainment Operating Company, Inc., *et al.*,    :      Case No. 15-01145 (ABG)
:
Debtors.                                :
:      Jointly Administered
---------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

*Please take notice that* Jack O'Connor of Sugar Felsenthal Grais & Helsinger, LLP, hereby withdraws his appearance as Local Counsel to Whitebox Advisors LLC in the above-captioned bankruptcy proceedings, and requests that he be removed from all notice lists under Bankruptcy Rule 2002 and via the Court's CM/ECF system.

Date: May 4, 2018                                 By: /s/ *Jack O'Connor*

Jack O'Connor
**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle St., Suite 3000
Chicago, IL 60602
Tel: 312-704-9400
joconnor@sfgh.com

SFGH:4825-6675-0053v1