**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>Jointly Administered |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 15, 2018 at 10:30 a.m., Earl of Sandwich (Atlantic City), LLC shall appear before the Honorable A. Benjamin Goldgar, in Courtroom 642 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached unopposed motion for leave to file a 19-page memorandum of law in support of its summary judgment motion, filed contemporaneously herewith.

Dated: July 31, 2018

Respectfully submitted,

/s/ Joseph D. Frank
Joseph D. Frank (No. 6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
jfrank@fgllp.com

- and -

Jeffrey Chubak (admitted pro hac vice)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 497-8247
Fax: (212) 490-4208
jchubak@storchamini.com

Counsel to Earl of Sandwich (Atlantic City), LLC

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>Jointly Administered |

**EARL OF SANDWICH'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION**

Earl of Sandwich (Atlantic City), LLC ("Earl") hereby moves for leave to file a 19-page memorandum of law in support of its summary judgment motion, filed contemporaneously herewith ("Memorandum of Law"), and respectfully states:

1. Pursuant to Local Rule 5005-3(D), leave of the Court is required to file a brief or memorandum that is more than 15 pages in length.

2. The governing Amended Case Management Procedures [ECF No. 1165, Ex. 1], as amended by Order, entered July 16, 2015 [ECF No. 1911], authorizes parties to move for leave to exceed the foregoing page limitation, together with the filing of the underlying brief or memorandum.

3. By this motion, Earl seeks leave to file a 19-page Memorandum of Law.

4. The subject contested matter presents significant legal questions, and the record is lengthy. Additional space is needed to appropriately articulate the basis for the relief sought by Earl.

5. Whitebox Advisors, LLC has consented to the relief sought herein. A proposed form of order granting leave is annexed hereto.

Dated: July 31, 2018

Respectfully submitted,

/s/ Joseph D. Frank
Joseph D. Frank (No. 6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
jfrank@fgllp.com

- and -

Jeffrey Chubak (admitted pro hac vice)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 497-8247
Fax: (212) 490-4208
jchubak@storchamini.com

Counsel to Earl of Sandwich (Atlantic City), LLC

# CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **July 31, 2018**, a true and correct copy of the **Notice of Motion** and **Earl of Sandwich's Unopposed Motion for Leave to Exceed Page Limitation** was filed electronically.  Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's Electronic Filing System.

*/s/ Joseph D. Frank*

**Mailing Information for Case 15-01145**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **David S Adduce**    dadduce@komdr.com
- **David A Agay**    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- **Charles G Albert**    calbert@awpc-law.com, ecrouch@awpc-law.com
- **Stephanie Albrecht-Pedrick**    spedrick@youngbloodlegal.com
- **Angela M Allen**    aallen@jenner.com
- **R Scott Alsterda**    rsalsterda@nixonpeabody.com
- **Jeffrey E Altshul**    jaltshul@altshullaw.com
- **Rick Amos**    amoslaw@cableone.net
- **Margaret M Anderson**    panderson@foxswibel.com, cjelks@foxswibel.com;bkdocket@foxswibel.com
- **George P Apostolides**    george.apostolides@saul.com, leanne.solomon@saul.com
- **Edmund Aronowitz**    earonowitz@gelaw.com, alebdjiri@gelaw.com;tschuster@gelaw.com;gnovod@gelaw.com
- **Amy A Aronson**    amyaronson@comcast.net, amyaronson@comcast.net
- **Reuel D Ash**    rash@ulmer.com
- **Brian A. Audette**    baudette@perkinscoie.com, nbagatti@perkinscoie.com;docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;russ-allen-6413@ecf.pacerpro.com;rdallen@perkinscoie.com
- **Jason Bach**    jbach@bachlawfirm.com, aloraditch@bachlawfirm.com,sandra.herbstreit@bachlawfirm.com
- **Joseph A Baldi**    jabaldi@baldiberg.com, jmanola@baldiberg.com;r51351@notify.bestcase.com
- **Ronald Barliant**    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Paige E Barr**    paige.barr@kattenlaw.com

- **William J. Barrett** william.barrett@bfkn.com, mark.mackowiak@bfkn.com;gregory.demo@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;william-barrett-bfkn-3622@ecf.pacerpro.com
- **Leslie Allen Bayles** leslie.bayles@bryancave.com
- **Richard M Bendix** rbendix@dykema.com
- **Robert R Benjamin** rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **Bruce Bennett** bbennett@jonesday.com, slevinson@jonesday.com;dciarlo@jonesday.com
- **Michael T. Benz** benz@chapman.com, eickmann@chapman.com
- **Peter L Berk** plberk@orb-legal.com, hmilman@orb-legal.com;milmanhr42820@notify.bestcase.com;hmbonesteel@gmail.com
- **Mark A Berkoff** mberkoff@ngelaw.com, cdennis@ngelaw.com,ecfdocket@ngelaw.com,mmirkovic@ngelaw.com
- **Florence Bonaccorso-Saenz** florence.saenz@la.gov
- **Ross T Brand** rbrand@klueverplatt.com, bknotice@klueverplatt.com
- **Adam G. Brief** Adam.Brief@usdoj.gov
- **Erich S Buck** ebuck@ag-ltd.com, aweir@ag-ltd.com
- **Christopher M Cahill** ccahill@lowis-gellen.com, abockman@lowis-gellen.com
- **Edwin H Caldie** ed.caldie@stinson.com, laura.schumm@stinson.com
- **Matthew Callister** mqc@call-law.com
- **Andrew D. Campbell** acampbell@novackmacey.com
- **Christine M Capitolo** cmc@tbpc.net
- **John P Carlin** jcarlin@suburbanlegalgroup.com, suburbanlegalgroup@iamthewolf.com
- **Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com
- **Frederick L Carpenter** fcarpenter@dfreeland.com
- **Timothy R Casey** timothy.casey@dbr.com, andrew.groesch@dbr.com
- **Steven B Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
- **Hugo L Chanez** hchanez@cochranfirm.com
- **Thomas A Christensen** tchristensen@huckbouma.com, mheneghan@huckbouma.com
- **Jeffrey Chubak** jchubak@storchamini.com
- **Scott R Clar** sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- **Joseph E Cohen** jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com
- **Christopher Combest** christopher.combest@quarles.com, Faye.Feinstein@quarles.com
- **William J Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
- **Daniel Czamanske** dan@chapman-lewis-swan.com, debbie@chapman-lewis-swan.com
- **Ryan Dahl** ryan.dahl@kirkland.com, david.eaton@kirkland.com;joe.graham@kirkland.com;josh.altman@kirkland.com;alyssa.bachman@kirkland.com;nicole.stringfellow@kirkland.com
- **Ryan A Danahey** rad@doherty-progar.com
- **Debra Dandeneau** Debra.Dandeneau@bakermckenzie.com, dana.kaufman@weil.com,lori.seavey@weil.com
- **Alex Darcy** adarcy@askounisdarcy.com
- **Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com;kathryn.farris@bclplaw.com
- **Jason J DeJonker** jason.dejonker@bclplaw.com, carol.duracka@bclplaw.com;chdocketing@bclplaw.com

- **Denise A Delaurent** USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis** mdiakoumakis@dykema.com, DocketCH@dykema.com,bmederich@dykema.com
- **Edward Dial** edial@schreiblaw.com
- **Chris L. Dickerson** chris.dickerson@dlapiper.com, jeremy.hall@dlapiper.com;jonathan.pfleeger@dlapiper.com
- **Ira S Dizengoff** idizengoff@akingump.com, srochester@akingump.com;jrubin@akingump.com;apreis@akingump.com;tyhong@akingump.com
- **Kevin W Doherty** kwd@doherty-progar.com
- **Dino J Domina** djd@ddominalaw.com
- **Robert L Doty** robert.doty@ohioattorneygeneral.gov
- **David R Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- **Devon J Eggert** deggert@freeborn.com, bkdocketing@freeborn.com
- **Robert E Eggmann** ree@carmodymacdonald.com, pjf@carmodymacdonald.com;reggmann@ecf.inforuptcy.com;ala@carmodymacdonald.com
- **William J Factor** wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com
- **Thomas R. Fawkes** tomf@goldmclaw.com
- **Laura M. Finnegan** lmfinnegan@baumsigman.com
- **Daniel A Fliman** courtnotices@kasowitz.com
- **Erik Fox** efox@cogburnlaw.com
- **Joseph D Frank** jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;mmatlock@fgllp.com
- **Jamie S Franklin** jsf@thefranklinlawfirm.com
- **Jonathan P Friedland** jfriedland@sfgh.com, bkdocket@sfgh.com
- **Adam Friedman** afriedman@olshanlaw.com
- **Thomas B Fullerton** thomas.fullerton@akerman.com
- **Matthew Gartner** matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
- **Eugene J Geekie** Eugene.geekie@saul.com, cynthia.enright@saul.com
- **Mary Anne Gerstner** gerstlaw2@sbcglobal.net
- **Sara T Ghadiri** ghadiri@chapman.com
- **Steven A Ginther** ndilecf@dor.mo.gov
- **Gabriel Glazer** gglazer@pszjlaw.com
- **David L Going** dgoing@armstrongteasdale.com, crupp@armstrongteasdale.com
- **Craig T Goldblatt** craig.goldblatt@wilmerhale.com
- **Gordon E. Gouveia** ggouveia@foxrothschild.com, kjanecki@foxrothschild.com
- **Lorraine M Greenberg** lgreenberg@greenberglaw.net, r41893@notify.bestcase.com
- **Joshua Greenblatt** josh.greenblatt@kirkland.com, kenymanagingclerk@kirkland.com
- **Nicole Greenblatt** nicole.greenblatt@kirkland.com, bfriedman@kirkland.com;patrick.evans@kirkland.com;melissa.koss@kirkland.com;alex.cross@kirkland.com
- **Lisa S Gretchko** lgretchko@howardandhoward.com
- **Steven B Gross** sbg224@gmail.com
- **Cameron M Gulden** USTPRegion11.es.ecf@usdoj.gov
- **Stephen C Hackney** stephen.hackney@kirkland.com
- **William S Hackney** whackney@salawus.com, jadams@salawus.com,mcockream@salawus.com,dkreide@salawus.com

- **Oren B Haker**  oren.haker@stoel.com, docketclerk@stoel.com;jennifer.lowes@stoel.com
- **Kristopher Hansen**  mmagzamen@stroock.com;dmohamed@stroock.com;jcanfield@stroock.com;fmerola@stroock.com;jlau@stroock.com;mlaskowski@stroock.com
- **Carrie Hardman**  chardman@winston.com, dcunsolo@winston.com;carrie-hardman-4684@ecf.pacerpro.com
- **B Lane Hasler**  lanehasler@blhpc.com
- **Teri L Havron**  teri@ghalaw.com, tracee@ghalaw.com
- **Mark F Hebbeln**  mhebbeln@foley.com
- **Ashley Hendricks**  ahendricks@cglawms.com
- **Bernard A Henry**  bhenry@rieckcrotty.com
- **Daniel O Herrera**  dherrera@caffertyclobes.com
- **David R Herzog**  drhlaw@mindspring.com, herzogschwartz@gmail.com
- **Timothy W Hoffmann**  thoffmann@jonesday.com, kdenton@jonesday.com
- **John M Holowach**  jholowach@jmhlegalgroup.com, bankruptcy@rjlegalgroup.com
- **Patrick L Huffstickler**  phuffstickler@dykema.com, aseifert@dykema.com
- **Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
- **Steve Jakubowski**  sjakubowski@rsplaw.com
- **Elizabeth L Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
- **Bridgette E Jenkins**  bjenkins@walinskilaw.com
- **Julie A. Johnston-Ahlen**  jjohnston-ahlen@novackandmacey.com, mbianchi@novackmacey.com
- **Gary M. Kaplan**  gkaplan@fbm.com
- **Harold L. Kaplan**  hkaplan@foley.com
- **Brett A Kaufman**  brett@kaufmanlegal.net
- **Dennis J Kellogg**  dennisk@denniskellogglaw.com
- **Benjamin Kelly**  benkellysr@comcast.net
- **Michael Kelly**  michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- **Claire G Kenny**  cgkenny@mgklaw.com
- **Brittany E Kirk**  brittany.kirk@dinsmore.com, alison.kidney@dinsmore.com
- **John Klamo**  gillt222@gmail.com
- **Gregg Kleiner**  gkleiner@mckennalong.com, wowen@mckennalong.com
- **Jeremy C Kleinman**  jkleinman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- **Richard S Lauter**  Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
- **Ryan O. Lawlor**  Ryan.Lawlor@bryancave.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- **Alan M Lebensfeld**  alan.lebensfeld@lsandspc.com
- **Caren A Lederer**  calederer@gct.law, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
- **Steven H Leech**  s.leech@gozdel.com
- **Mark E Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com;lgray@gouldratner.com;mhannon@gouldratner.com;gould-ecfs_notice@juralaw.net
- **John P. Leon**  jleon@subranni.com, desk@subranni.com
- **Theodore S Leonas**  tl@leonaslawoffices.com
- **Brandon Levitan**  blevitan@proskauer.com, npetrov@proskauer.com;mbienenstock@proskauer.com;jliu@proskauer.com;pabelson@proskauer.com;GRAICHT@proskauer.com;vindelicato@proskauer.com;ebarak@proskauer.com;mzerjal@proskauer.com;ctheodoridis@proskauer.com
- **Michael Joseph Linneman**  linnemanm@jbltd.com

- **Jordan M Litwin**   jordan@litwinlawfirm.com
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **David M Madden**   dmadden@sfgh.com
- **Haig M. Maghakian**   , paronzon@milbank.com;tkreller@milbank.com;rbaggs@milbank.com;dmuhrez@milbank.com;svora@milbank.com;rwindom@milbank.com
- **John Malevitis**   jhnymal@comcast.net
- **Jeff J Marwil**   jmarwil@proskauer.com, mzerjal@proskauer.com;ctheodoridis@proskauer.com;sma@proskauer.com
- **Richard McCord**   rmccord@certilmanbalin.com
- **William F McCormick**   bill.mccormick@ag.tn.gov
- **Daniel J McGuire**   dmcguire@winston.com, ECF_BANK@winston.com;dan-mcguire-2746@ecf.pacerpro.com
- **Regina McIlvaine**   regina@lowenthalabrams.com, antoinette@lowenthalabrams.com
- **Joshua M. Mester**   jmester@jonesday.com, gmarinelli@jonesday.com;vcrawford@jonesday.com;ekswanholt@jonesday.com;aldufault@jonesday.com
- **James H. Millar**   james.millar@dbr.com
- **Nicholas M Miller**   nmiller@ngelaw.com, ecfdocket@ngelaw.com;cdennis@ngelaw.com;mmirkovic@ngelaw.com
- **Bryan E. Minier**   bminier@lathropgage.com, mvargas@lathropgage.com;krodriguez@lathropgage.com
- **Michael L Molinaro**   michael.molinaro@akerman.com, kelley.evans@akerman.com
- **James E. Morgan**   jem@h2law.com, smckinney@howardandhoward.com
- **Margreta Morgulas**   mmorgulas@okinhollander.com
- **Kevin H Morse**   kevin.morse@saul.com
- **Daniel R Murray**   dmurray@jenner.com
- **Christopher J. Nadeau**   cnadeau@traublieberman.com
- **Roger J Naus**   rjnaus@wwmlaw.com, gbrown@wwmlaw.com
- **David M Neff**   dneff@perkinscoie.com, nbagatti@perkinscoie.com,david-neff-perkins-coie-2051@ecf.pacerpro.com
- **David Neier**   dneier@winston.com, dcunsolo@winston.com;chardman@winston.com
- **John R O'Connor**   joconnor@sfgh.com, bkdocket@sfgh.com
- **Michael V Ohlman**   mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
- **Mark Page**   mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com;BankruptcyDepartment@Kelleydrye.com
- **Robert L. Pattullo Jr**   pattullo@pattullolaw.com
- **Aaron Paushter**   aaron.paushter@dlapiper.com
- **Jeffrey Pawlitz**   jpawlitz@kirkland.com
- **Lars A Peterson**   lapeterson@foley.com
- **Lanora Pettit**   lpettit@robbinsrussell.com
- **Paul V Possinger**   ppossinger@proskauer.com, mthomas@proskauer.com;mlespinasselee@proskauer.com;nwilliams@proskauer.com;erodriguez@proskauer.com;npetrov@proskauer.com;ddesatnik@proskauer.com
- **Jody B Pravecek**   jody@pcfcash.com
- **Megan Preusker**   mpreusker@mwe.com
- **Eric S. Prezant**   eric.prezant@bclplaw.com, dortiz@bclplaw.com
- **Scott A Pyle**   spyle@rubinoruman.com, amanuel@rubinoruman.com;ttoso@rubinoruman.com
- **Robert Radasevich**   rradasevich@ngelaw.com, ewilson@nge.com;ecfdocket@ngelaw.com
- **Amy Rapoport**   agibson@agdglaw.com, wserritella@agdglaw.com;jcole@agdglaw.com

- **N. Neville Reid**   nreid@foxswibel.com, bkdocket@foxswibel.com
- **Richard Reinthaler**   rreinthaler@winston.com
- **Benjamin Rhode**   benjamin.rhode@kirkland.com, dzott@kirkland.com;jzeiger@kirkland.com;judson.brown@kirkland.com;christopher.greco@kirkland.com;tlambert@caesars.com;gabriel.king@kirkland.com;aaron.david@kirkland.com
- **Schonfeld Richard**   rreyes@cslawoffice.net
- **Trent L Richards**   trichards@blgwins.com, hdaniels@blgwins.com
- **Michael J Ripes**   mripes@rnbk.com
- **Zachary A Risk**   riskz1@michigan.gov
- **Peter J Roberts**   proberts@foxrothschild.com, cknez@foxrothschild.com
- **Daniel P Roeser**   droeser@goodwinlaw.com
- **David Rosner**   drosner@kasowitz.com, courtnotices@kasowitz.com
- **Craig Rothenberg**   crothenberg@rrbslawnj.com
- **Nathan Q. Rugg**   Nathan.Rugg@bfkn.com, jean.montgomery@bfkn.com
- **Christina Sanfelippo**   csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- **Brandy A Sargent**   basargent@stoel.com, erheaston@stoel.com;docketclerk@stoel.com;obhaker@stoel.com;cejordan@stoel.com;eleliasen@stoel.com;jason.abrams@stoel.com
- **Ryan T Schultz**   rschultz@foxswibel.com, bkdocket@fslc.com
- **Leslee Schwartz**   lschwartzatty@gmail.com
- **Samuel Schwartz**   ecf@schwartzlawyers.com, schwartzecf@gmail.com
- **John Sciaccotta**   jsci@agdglaw.com, molson@agdglaw.com
- **Susan H Seabury**   susan.seabury@bakertilly.com
- **David R Seligman**   dseligman@kirkland.com
- **David R Seligman**   dseligman@kirkland.com
- **David R Seligman**   dseligman@kirkland.com
- **David R Seligman**   dseligman@kirkland.com
- **David R Seligman**   dseligman@kirkland.com, gregory.pesce@kirkland.com;gerardo.mijaresshafai@kirkland.com;anthony.abate@kirkland.com;kyle.arendsen@kirkland.com
- **Jack M Shapiro**   jack@danielgoodmanlaw.com
- **Brian L Shaw**   bshaw@foxrothschild.com, cknez@foxrothschild.com
- **Patrick Sibley**   psibley@pryorcashman.com, SLieberman@PRYORCASHMAN.com;msilverman@pryorcashman.com
- **Peter A Siddiqui**   peter.siddiqui@kattenlaw.com
- **Stephen J Siegel**   ssiegel@novackandmacey.com, cziganto@novackandmacey.com
- **Andrew I Silfen**   andrew.silfen@arentfox.com, Mark.Joachim@arentfox.com;Jackson.Toof@arentfox.com;Beth.Brownstein@arentfox.com;Manuel.Arreaza@arentfox.com;Lisa.Indelicato@arentfox.com
- **Kevin C Smith**   ksmith@smithsersic.com, dgreen@smithsersic.com
- **Wesley J Smith**   wes@cjmlv.com
- **Jeffrey I Snyder**   jsnyder@bilzin.com, eservice@bilzin.com
- **Jean Soh**   jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- **Michael T Sprengnether**   mts@doherty-progar.com
- **Catherine L Steege**   csteege@jenner.com, docketing@jenner.com
- **Richard A Stieglitz**   rstieglitz@cahill.com
- **Richard M Strassberg**   rstrassberg@goodwinlaw.com
- **Roman Sukley**   USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
- **Benjamin Swetland**   bswetland@cherry-law.com
- **John E Tangren**   jtangren@gelaw.com, gnovod@gelaw.com

- **Mark K Thomas**   mthomas@proskauer.com
- **Joseph M Tiller**   jtiller@jonesday.com
- **L. Judson Todhunter**   JTodhunter@howardandhoward.com
- **Jennifer A Trofa**   jtrofa@subranni.com, desk@subranni.com
- **John D. VanDeventer**   jvandeventer@jenner.com
- **Elizabeth B Vandesteeg**   evandesteeg@sfgh.com, bkdocket@sfgh.com
- **Michael D Warner**   mwarner@coleschotz.com, klabrada@coleschotz.com
- **Matthew Warren**   matthew.warren@lw.com, chefiling@lw.com;beth.arnold@lw.com
- **Martin J Wasserman**   mwasserman@carlsondash.com, knoonan@carlsondash.com
- **Louis H Watson**   louis@watsonnorris.com
- **Daniel I Waxman**   lexbankruptcy@wyattfirm.com
- **Jeramy D Webb**   jwebb@proskauer.com
- **Brian P Welch**   bwelch@burkelaw.com, gbalderas@burkelaw.com
- **Paul Michael Weltlich**   pweltlich@lksu.com
- **Latonia Williams**   lwilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Sean P. Williams**   sean.williams@saul.com
- **Jolene M Wise**   wisej@sec.gov
- **Samuel C. Wisotzkey**   swisotzkey@kmksc.com, kmksc@kmksc.com
- **Scott A Wolfson**   swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- **Xiaoming Wu**   notice@billbusters.com, billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com;wuxr80263@notify.bestcase.com
- **Amanda S Yarusso**   amanda.yarusso@gmail.com
- **Barbara L Yong**   blyong@gct.law, mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law;r61390@notify.bestcase.com
- **Artur Zadrozny**   artur@bzlaw-firm.com
- **David I Zalman**   dzalman@kelleydrye.com
- **Scott M. Zauber**   szauber@subranni.com, desk@subranni.com
- **Jeffrey Zeiger**   jzeiger@kirkland.com
- **David J Zott**   dzott@kirkland.com, joe.graham@kirkland.com;james.sprayregen@kirkland.com;anthony.abate@kirkland.com;jeffrey.zeiger@kirkland.com