# **EXHIBIT 6**

**Documents Produced by Earl**

Date : 1/11/2017 2:03:54 PM
From : "Thomas Avallone"
To : "Schwab, Bradly"
Subject : RE: RE: Sale of claims in Caesars/54%

SEE BELOW

**Thomas Avallone**
**Vice Chairman**
**earlenterprises™**
Planet Hollywood® | Planet Hollywood Hotels® | Buca di Beppo® | Earl of Sandwich® | Planet Dailies® | Mixology101® | CityEye™ | Dinner Date®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555   fax | 407.352.7310
email | **tavallone@earlenterprise.com**

**From:** Schwab, Bradly [mailto:Bradly.Schwab@cowen.com]
**Sent:** Wednesday, January 11, 2017 1:59 PM
**To:** Thomas Avallone <TAvallone@planethollywoodintl.com>
**Cc:** Barrett Mikelberg <barrettmikelberg@yahoo.com>
**Subject:** RE: RE: Sale of claims in Caesars/54%

Thomas – was forwarded your below note to Barrett. Barrett and I have worked together for the past 10 years.

I have been the largest buyer of CZR claims over the past several months.

Was wondering if you have support documentation regarding the claim being allowed as you mention below. I do see that it was filed for $3.6 million as well as $4.5 million. Was Disputed at $4.5 – we settled at $3.6 million – Prime Clerk has it as a Class I Undisputed allowed claim

Moreover, please confirm, but it sounds like you are offering the paper for sale at $2.15 million or approximately 59.72% of the face claim amount. Is that correct? YES Would you have any flexibility? NO

Please let us know as I am confident we can make something work.

Regards,

Brad

Bradly D. Schwab | Managing Director
Head of Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
O: 646.616.3081
Bradly.schwab@cowen.com


**From:** bmikelberg@triaxadvisors.com [mailto:bmikelberg@triaxadvisors.com]
**Sent:** Wednesday, January 11, 2017 1:50 PM
**To:** barrettmikelberg@yahoo.com
**Subject:** FW: RE: Sale of claims in Caesars/54%


-----Original Message-----
From: "Thomas Avallone" <TAvallone@planethollywoodintl.com>
Sent: Wednesday, January 11, 2017 12:59pm
To: "bmikelberg@triaxadvisors.com" <bmikelberg@triaxadvisors.com>
Subject: RE: Sale of claims in Caesars/54%

May be a seller of my $3.6 million undisputed allowed claim for $2.15 million cash.  Interested?

**Thomas Avallone**
**Vice Chairman**
**earlenterprises™**
Planet Hollywood® | Planet Hollywood Hotels® | Buca di Beppo® | Earl of Sandwich® | Planet Dailies® | Mixology101® | CityEye™ | Dinner Date®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555   fax | 407.352.7310
email | **tavallone@earlenterprise.com**

**From:** bmikelberg@triaxadvisors.com [mailto:bmikelberg@triaxadvisors.com]
**Sent:** Tuesday, December 13, 2016 4:36 PM
**To:** bmikelberg@triaxadvisors.com
**Cc:** Thomas Avallone <TAvallone@planethollywoodintl.com>
**Subject:** RE: Sale of claims in Caesars/54%

Tom,

Hope all is well. Just keeping you in the loop as the market for claims is 50+. We would have interest at 54% for a year end transaction. As you know there there is a price fluxuation when the stock is issued. Keep us in mind if things change and your group would consider a year- end transaction. (No Recourse)

Barrett

-----Original Message-----
From: "Thomas Avallone" <TAvallone@planethollywoodintl.com>
Sent: Thursday, October 20, 2016 11:52am
To: "bmikelberg@triaxadvisors.com" <bmikelberg@triaxadvisors.com>
Subject: RE: Sale of claims in Caesars/50

Thanks, but I think we will take the settlement instead.

**Thomas Avallone**
**Vice Chairman**
**earlenterprises™**
Planet Hollywood® | Planet Hollywood Hotels® | Buca di Beppo® | Earl of Sandwich® | Planet Dailies® | Mixology101® | CityEye™ | Dinner Date®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555   fax | 407.352.7310
email | **tavallone@earlenterprise.com**

**From:** bmikelberg@triaxadvisors.com [mailto:bmikelberg@triaxadvisors.com]
**Sent:** Thursday, October 20, 2016 11:49 AM
**To:** Thomas Avallone <TAvallone@planethollywoodintl.com>
**Cc:** Herzberg, Jarred <jarred.herzberg@cantor.com>; Sarachek, Joseph <joseph.sarachek@cantor.com>
**Subject:** RE: Sale of claims in Caesars/50

Thomas,

My trading desk can push to get a 50 bid for you. Please confirm if your group has interest at that level and we will draft a Trade Confirmation/Term Sheet for your consideration/review. That's the roof as far as where we can buy it.  4th Qtr/EOY is usually a great time to move paper off the books.

Barrett
-----Original Message-----
From: "Thomas Avallone" <TAvallone@planethollywoodintl.com>
Sent: Thursday, October 20, 2016 10:27am
To: "bmikelberg@triaxadvisors.com" <bmikelberg@triaxadvisors.com>
Subject: RE: Sale of claims in Caesars/Upper 40s

Would have to start with a 5 for us to even consider it.

**Thomas Avallone**
**Vice Chairman**
**earlenterprises™**
Planet Hollywood® | Planet Hollywood Hotels® | Buca di Beppo® | Earl of Sandwich® | Planet Dailies® | Mixology101® | CityEye™ | Dinner Date®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555   fax | 407.352.7310
email | **tavallone@earlenterprise.com**

**From:** bmikelberg@triaxadvisors.com [mailto:bmikelberg@triaxadvisors.com]
**Sent:** Thursday, October 20, 2016 10:19 AM
**To:** bmikelberg@triaxadvisors.com
**Cc:** Thomas Avallone <TAvallone@planethollywoodintl.com>
**Subject:** RE: Sale of claims in Caesars/Upper 40s

Thomas,

Would an upper 40 bid entice your group to a potential sale of claim? Let me know and we can look to secure a bid/draft term sheet for your groups consideration.

Barrett Mikelberg
Triax Capital/Cantor Special Investments
Bankruptcy and Special Situations
direct: (561)893-6296

EARL000244

cell:(312) 504-7409
www.cantor.com

-----Original Message-----
From: bmikelberg@triaxadvisors.com
Sent: Friday, October 14, 2016 2:13pm
To: bmikelberg@triaxadvisors.com
Cc: "Thomas Avallone" <tavallone@planethollywoodintl.com>
Subject: RE: Sale of claims in Caesars Entertainment/Earl of Sandwich

Thomas,

Pleasure speaking yesterday. If there is interest in selling, let me know the fair level you are looking for and I will push my trading desk to fill. Plenty of time to get a 4th qtr transaction done.

I would keep you in the loop for activity in the case but you seem to have more knowledge than our analysts.

Barrett Mikelberg
Triax Capital/Cantor Special Investments
Bankruptcy and Special Situations
Direct: (561) 893-6296
www.cantor.com

-----Original Message-----
From: bmikelberg@triaxadvisors.com
Sent: Thursday, October 13, 2016 11:55am
To: bmikelberg@triaxadvisors.com
Cc: "Thomas Avallone" <tavallone@planethollywoodintl.com>
Subject: RE: Sale of claims in Caesars Entertainment/Planet Hollywood (Earl Of Sandwich)

Thomas,

Thanks for your patience. I have been out traveling for work. Anyways, here is the unconfirmed recovery for Caesars unsecured below:

Class I Undisputed Unsecured Claims recovery is equal to 6.24% of the claim in cash and 59.26% of the claim in New CEC (Caesars Entertainment Corporation) Convertible Notes. Notes are convertible up to 0.568% of New CEC Common Equity on a fully diluted basis.

Your claim for Earl of Sandwich was filed under the Showboat Atantic Entity for Caesars. My analyst is looking now to see if recovery applies to this entity. If so, I will give you a clal this afternoon to discuss a market bid.

Barrett Mikelberg
Triax Capital/Cantor Special Investments
Bankruptcy and Special Situations
Direct: (561) 893-6296
www.cantor.com

-----Original Message-----
From: "Thomas Avallone" <TAvallone@planethollywoodintl.com>
Sent: Tuesday, October 4, 2016 1:28pm
To: "bmikelberg@triaxadvisors.com" <bmikelberg@triaxadvisors.com>
Subject: RE: Sale of claims in Caesars Entertainment/Updated Offers (15-01145)

We have an undisputed unsecured claim for $3.5 million. How much will you pay for it?

**Thomas Avallone**
**Vice Chairman**
**earlenterprises™**
Planet Hollywood® | Planet Hollywood Hotels® | Buca di Beppo® | Earl of Sandwich® | Planet Dailies® | Mixology101® | CityEye™ | Dinner Date®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555   fax | 407.352.7310
email | tavallone@earlenterprise.com

**From:** bmikelberg@triaxadvisors.com [mailto:bmikelberg@triaxadvisors.com]
**Sent:** Tuesday, October 04, 2016 1:25 PM
**To:** bmikelberg@triaxadvisors.com
**Subject:** Sale of claims in Caesars Entertainment/Updated Offers (15-01145)

Dear Creditor/Counselor,

Hope all is well. We just wanted to touch base to see if you have interest in selling your claims in Caesras Entertainment and all other related entities for immediate recovery. The transaction is quick and is executed by Assignment of claim

Unconfirmed Plan:
"Unsecured creditors will receive an increase in recoveries to approximately 66 cents on the dollar, consisting of a combination of cash, an increase in the amount of fully diluted equity in "New CEC" allocated to unsecured creditors, and an increased allocation of convertible notes in "New CEC".

If you have interest, please confirm the details of the claim and we will firm up a market bid for your consideration. As a leading buyer of claims we can provide a sample form of Assignment if requested.

EARL000245

Keep us in mind with other claims that your group would consider selling at the right price. Feel free to contact me to discuss further.

Barrett Mikelberg
Triax Capital/Cantor Special Investments
Bankruptcy and Special Situations
Direct: (561) 893-6296
www.cantor.com

---

Disclaimer: This e-mail, including its contents and attachments, if any, is intended only for the individual(s) or entity(s) named within the message. This e-mail may contain confidential information. No oral or written communication (including this email and any attachments thereto) to or with any recipient hereof shall be deemed to expressly or implicitly create, amend, extend or otherwise affect any oral or written agreement previously entered into between the sender, or any entity whom they represent, and any recipient, or any entity whom they represent unless, if such communication is in writing, such communication expressly states that it is intended to create, amend, extend or otherwise affect such agreement. If you are not the named recipient, please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. Copyright and any other intellectual property rights contained herein are the sole property of the sender. E-mail transmission cannot be guaranteed to be secure or error-free.

---

Disclaimer: This e-mail, including its contents and attachments, if any, is intended only for the individual(s) or entity(s) named within the message. This e-mail may contain confidential information. No oral or written communication (including this email and any attachments thereto) to or with any recipient hereof shall be deemed to expressly or implicitly create, amend, extend or otherwise affect any oral or written agreement previously entered into between the sender, or any entity whom they represent, and any recipient, or any entity whom they represent unless, if such communication is in writing, such communication expressly states that it is intended to create, amend, extend or otherwise affect such agreement. If you are not the named recipient, please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. Copyright and any other intellectual property rights contained herein are the sole property of the sender. E-mail transmission cannot be guaranteed to be secure or error-free.

---

Disclaimer: This e-mail, including its contents and attachments, if any, is intended only for the individual(s) or entity(s) named within the message. This e-mail may contain confidential information. No oral or written communication (including this email and any attachments thereto) to or with any recipient hereof shall be deemed to expressly or implicitly create, amend, extend or otherwise affect any oral or written agreement previously entered into between the sender, or any entity whom they represent, and any recipient, or any entity whom they represent unless, if such communication is in writing, such communication expressly states that it is intended to create, amend, extend or otherwise affect such agreement. If you are not the named recipient, please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. Copyright and any other intellectual property rights contained herein are the sole property of the sender. E-mail transmission cannot be guaranteed to be secure or error-free.

---

Disclaimer: This e-mail, including its contents and attachments, if any, is intended only for the individual(s) or entity(s) named within the message. This e-mail may contain confidential information. No oral or written communication (including this email and any attachments thereto) to or with any recipient hereof shall be deemed to expressly or implicitly create, amend, extend or otherwise affect any oral or written agreement previously entered into between the sender, or any entity whom they represent, and any recipient, or any entity whom they represent unless, if such communication is in writing, such communication expressly states that it is intended to create, amend, extend or otherwise affect such agreement. If you are not the named recipient, please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. Copyright and any other intellectual property rights contained herein are the sole property of the sender. E-mail transmission cannot be guaranteed to be secure or error-free.

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Ramius LLC nor any of its affiliates ("Ramius") represent that any of the information contained herein is accurate, complete or up to date, nor shall Ramius have any responsibility to update any opinions or other information contained herein.

EARL000246