# EXHIBIT 14

**Documents Produced by Cowen**

| | |
|---|---|
| **From:** | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Sent:** | Wednesday, January 18, 2017 7:13 AM |
| **To:** | Schwab, Bradly <Bradly.Schwab@cowen.com>; Mori, John <John.Mori@cowen.com> |
| **Subject:** | Fwd: Caesars Question |

Please see below - Although we have other options, effective date is today, and last day for transfers.

There has been no response from Thomas. I can send one more email and write  we have allocated funds for this transaction and ask him to confirm that he intends/does not intend to proceed, although it seems obvious.

We will also need to speak with Jillian (WB).

Gail

Begin forwarded message:

> **From:** Pierre Labissiere <plabissiere@PrimeClerk.com>
> **Date:** January 17, 2017 at 10:08:27 PM EST
> **To:** "Rosenblum, Gail" <Gail.Rosenblum@cowen.com>
> **Subject:** RE: Caesars Question
>
> Gail - As per the Plan, the "Distribution Record Date" means the date for determining which Holders of Allowed Claims or Interests are eligible to receive distributions, which shall be the Effective Date or such other date as is designated in a Bankruptcy Court order. The "Effective Date" is defined as the first Business Day after the Confirmation Date.  In short as long as you transfer the claim tomorrow then you will be still be entitled to the applicable distribution, if any.  Let us know if you have any other questions.
>
> Regards,
> Pierre
>
>
> **Pierre L. Labissiere**
> plabissiere@primeclerk.com
> **Prime Clerk**
> 830 Third Avenue, 9th Floor
> New York, NY 10022
> 212 257 5468 office
> 347 744 1464 mobile
> primeclerk.com
> *The highest level of professionalism, innovation and transparency in bankruptcy administration.*
> For more information click here: http://primeclerk.com/raising-the-bar/
>
> <image001.png>   <image002.png>
>
> **From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
> **Sent:** Tuesday, January 17, 2017 11:54 AM
> **To:** Pierre Labissiere <plabissiere@PrimeClerk.com>
> **Subject:** FW: Caesars Question
>
> Good morning Pierre,

CONFIDENTIAL CSI_00000398

I am sorry I missed your call Friday and  tried you this morning but did not reach you. I wanted to follow up and would appreciate it if you would call or reply to the email below regarding the plan confirmation and transferability of claims.

Thank you in advance,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments

830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

---

**From:** Rosenblum, Gail
**Sent:** Friday, January 13, 2017 11:52 AM
**To:** CEOC Info <ceocinfo@primeclerk.com>; Claim Transfers <claimtransfers@PrimeClerk.com>
**Cc:** Inquiries <inquiries@PrimeClerk.com>; 'Dori B. Goldstein' <dgoldstein@primeclerk.com>
**Subject:** Caesars Question

Good morning,

We are aware the hearing to consider confirmation of the Plan in the Caesars Bankruptcy will be held next Tuesday, 1/17/2017. If the Plan is confirmed, will that affect the transferability of claims, or is there a date after which ownership of a claim can no longer be transferred?

Thank you and I would be grateful for your prompt reply.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments

830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

| | |
|---|---|
| **From:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Sent:** | Wednesday, January 18, 2017 7:20 AM |
| **To:** | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Cc:** | Mori, John <John.Mori@cowen.com> |
| **Subject:** | Re: Caesars Question |

I would assume its gone and he is not interested in doing anything. I assume you have heard nothing from him since last week, correct? I have heard nothing.

I would send one last email and tell him that after today it will be a much more difficult transaction to complete.

I would also tell Jillian that seller has disappeared and that there is most likely no transaction.

Looks like participation going forward effective COB today. Maybe John should pass this info along to some of the creditors he has been speaking with.

B.

Bradly D. Schwab
Managing Director/Group Head
Cowen Special Investments
646.616.3081
Bradly.schwab@cowen.com


On Jan 18, 2017, at 12:13 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:

> Please see below - Although we have other options, effective date is today, and last day for transfers.
>
> There has been no response from Thomas. I can send one more email and write  we have allocated funds for this transaction and ask him to confirm that he intends/does not intend to proceed, although it seems obvious.
>
> We will also need to speak with Jillian (WB).
>
> Gail
>
>
> Begin forwarded message:
>
>> **From:** Pierre Labissiere <plabissiere@PrimeClerk.com>
>> **Date:** January 17, 2017 at 10:08:27 PM EST
>> **To:** "Rosenblum, Gail" <Gail.Rosenblum@cowen.com>
>> **Subject: RE: Caesars Question**
>>
>> Gail - As per the Plan, the "Distribution Record Date" means the date for determining which Holders of Allowed Claims or Interests are eligible to receive distributions, which shall be the Effective Date or such other date as is designated in a Bankruptcy Court order. The "Effective Date" is defined as the first Business Day after the Confirmation Date.  In short as long as you

CONFIDENTIAL CSI_00000401

transfer the claim tomorrow then you will be still be entitled to the applicable distribution, if any.  Let us know if you have any other questions.


Regards,
Pierre



**Pierre L. Labissiere**
plabissiere@primeclerk.com
**Prime Clerk**
830 Third Avenue, 9th Floor
New York, NY 10022
212 257 5468 office
347 744 1464 mobile
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
For more information click here: http://primeclerk.com/raising-the-bar/

<image001.png>    <image002.png>

---

**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Tuesday, January 17, 2017 11:54 AM
**To:** Pierre Labissiere <plabissiere@PrimeClerk.com>
**Subject:** FW: Caesars Question

Good morning Pierre,

I am sorry I missed your call Friday and  tried you this morning but did not reach you. I wanted to follow up and would appreciate it if you would call or reply to the email below regarding the plan confirmation and transferability of claims.

Thank you in advance,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com



---

**From:** Rosenblum, Gail
**Sent:** Friday, January 13, 2017 11:52 AM
**To:** CEOC Info <ceocinfo@primeclerk.com>; Claim Transfers <claimtransfers@PrimeClerk.com>
**Cc:** Inquiries <inquiries@PrimeClerk.com>; 'Dori B. Goldstein' <dgoldstein@primeclerk.com>
**Subject:** Caesars Question

Good morning,

CONFIDENTIAL CSI_00000402

We are aware the hearing to consider confirmation of the Plan in the Caesars Bankruptcy will be held next Tuesday, 1/17/2017. If the Plan is confirmed, will that affect the transferability of claims, or is there a date after which ownership of a claim can no longer be transferred?

Thank you and I would be grateful for your prompt reply.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/

CONFIDENTIAL CSI_00000403

| | |
|---|---|
| **From:** | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Sent:** | Wednesday, January 18, 2017 7:26 AM |
| **To:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Cc:** | Mori, John <John.Mori@cowen.com> |
| **Subject:** | Re: Caesars Question |

Thanks - You are correct, Thomas has not responded since my conversation with him late Friday. Agree with all you wrote and will do -

Gail

On Jan 18, 2017, at 7:20 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:

> I would assume its gone and he is not interested in doing anything. I assume you have heard nothing from him since last week, correct? I have heard nothing.
>
> I would send one last email and tell him that after today it will be a much more difficult transaction to complete.
>
> I would also tell Jillian that seller has disappeared and that there is most likely no transaction.
>
> Looks like participation going forward effective COB today. Maybe John should pass this info along to some of the creditors he has been speaking with.
>
> B.
>
> Bradly D. Schwab
> Managing Director/Group Head
> Cowen Special Investments
> 646.616.3081
> Bradly.schwab@cowen.com
>
>
> On Jan 18, 2017, at 12:13 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:
>
>> Please see below - Although we have other options, effective date is today, and last day for transfers.
>>
>> There has been no response from Thomas. I can send one more email and write  we have allocated funds for this transaction and ask him to confirm that he intends/does not intend to proceed, although it seems obvious.
>>
>> We will also need to speak with Jillian (WB).
>>
>> Gail
>>
>>
>> Begin forwarded message:
>>
>>> **From:** Pierre Labissiere <plabissiere@PrimeClerk.com>
>>> **Date:** January 17, 2017 at 10:08:27 PM EST

CONFIDENTIAL CSI_00000404

**To:** "Rosenblum, Gail" <Gail.Rosenblum@cowen.com>
**Subject: RE: Caesars Question**

Gail - As per the Plan, the "Distribution Record Date" means the date for determining which Holders of Allowed Claims or Interests are eligible to receive distributions, which shall be the Effective Date or such other date as is designated in a Bankruptcy Court order. The "Effective Date" is defined as the first Business Day after the Confirmation Date.  In short as long as you transfer the claim tomorrow then you will be still be entitled to the applicable distribution, if any.  Let us know if you have any other questions.


Regards,
Pierre



**Pierre L. Labissiere**
plabissiere@primeclerk.com
**Prime Clerk**
830 Third Avenue, 9th Floor
New York, NY 10022
212 257 5468 office
347 744 1464 mobile
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
For more information click here: http://primeclerk.com/raising-the-bar/

<image001.png>    <image002.png>

---

**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Tuesday, January 17, 2017 11:54 AM
**To:** Pierre Labissiere <plabissiere@PrimeClerk.com>
**Subject:** FW: Caesars Question

Good morning Pierre,

I am sorry I missed your call Friday and  tried you this morning but did not reach you. I wanted to follow up and would appreciate it if you would call or reply to the email below regarding the plan confirmation and transferability of claims.

Thank you in advance,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments

830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

CONFIDENTIAL CSI_00000405

**From:** Rosenblum, Gail
**Sent:** Friday, January 13, 2017 11:52 AM
**To:** CEOC Info <ceocinfo@primeclerk.com>; Claim Transfers
<claimtransfers@PrimeClerk.com>
**Cc:** Inquiries <inquiries@PrimeClerk.com>; 'Dori B. Goldstein'
<dgoldstein@primeclerk.com>
**Subject:** Caesars Question

Good morning,

We are aware the hearing to consider confirmation of the Plan in the Caesars
Bankruptcy will be held next Tuesday, 1/17/2017. If the Plan is confirmed, will
that affect the transferability of claims, or is there a date after which ownership
of a claim can no longer be transferred?

Thank you and I would be grateful for your prompt reply.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the
intended recipient, please notify the sender immediately and destroy this
email. Any unauthorized use or dissemination is prohibited. All email sent
to or from our system is subject to review and retention. Nothing
contained in this email shall be considered an offer or solicitation with
respect to the purchase or sale of any security in any jurisdiction where
such an offer or solicitation would be illegal. Neither Cowen Group, Inc.
nor any of its affiliates ("Cowen") represent that any of the information
contained herein is accurate, complete or up to date, nor shall Cowen have
any responsibility to update any opinions or other information contained
herein.

For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/

CONFIDENTIAL CSI_00000406

| | |
|---|---|
| **From:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Sent:** | Wednesday, January 18, 2017 7:52 AM |
| **To:** | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Subject:** | Re: Caesars Question |

If you have no response by noon your time just kill it and move on.

B.

Bradly D. Schwab
Managing Director/Group Head
Cowen Special Investments
646.616.3081
Bradly.schwab@cowen.com

On Jan 18, 2017, at 12:32 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:

> Of course I have, many times. Left message yesterday on his VM and with assistant, Laurie.

> On Jan 18, 2017, at 7:26 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:

>> Have you called him?

>> B.

>> Bradly D. Schwab
>> Managing Director/Group Head
>> Cowen Special Investments
>> 646.616.3081
>> Bradly.schwab@cowen.com

>> On Jan 18, 2017, at 12:25 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:

>>> Thanks - You are correct, Thomas has not responded since my conversation with him late Friday. Agree with all you wrote and will do -

>>> Gail

>>> On Jan 18, 2017, at 7:20 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:

>>>> I would assume its gone and he is not interested in doing anything. I assume you have heard nothing from him since last week, correct? I have heard nothing.

>>>> I would send one last email and tell him that after today it will be a much more difficult transaction to complete.

>>>> I would also tell Jillian that seller has disappeared and that

CONFIDENTIAL CSI_00000419

there is most likely no transaction.

Looks like participation going forward effective COB today.
Maybe John should pass this info along to some of the
creditors he has been speaking with.

B.

Bradly D. Schwab
Managing Director/Group Head
Cowen Special Investments
646.616.3081
Bradly.schwab@cowen.com


On Jan 18, 2017, at 12:13 PM, Rosenblum, Gail
<Gail.Rosenblum@cowen.com> wrote:

> Please see below - Although we have other
> options, effective date is today, and last day for
> transfers.
>
> There has been no response from Thomas. I can
> send one more email and write  we have allocated
> funds for this transaction and ask him to confirm
> that he intends/does not intend to proceed,
> although it seems obvious.
>
> We will also need to speak with Jillian (WB).
>
> Gail
>
>
> Begin forwarded message:
>
>> From: Pierre Labissiere
>> <plabissiere@PrimeClerk.com>
>> Date: January 17, 2017 at 10:08:27
>> PM EST
>> To: "Rosenblum, Gail"
>> <Gail.Rosenblum@cowen.com>
>> Subject: RE: Caesars Question
>>
>> Gail - As per the Plan, the "Distribution
>> Record Date" means the date for
>> determining which Holders of Allowed
>> Claims or Interests are eligible to
>> receive distributions, which shall be the
>> Effective Date or such other date as is
>> designated in a Bankruptcy Court order.
>> The "Effective Date" is defined as the
>> first Business Day after the
>> Confirmation Date.  In short as long as

CONFIDENTIAL CSI_00000420

you transfer the claim tomorrow then
you will be still be entitled to the
applicable distribution, if any.  Let us
know if you have any other questions.


Regards,
Pierre



**Pierre L. Labissiere**
plabissiere@primeclerk.com
**Prime Clerk**
830 Third Avenue, 9th Floor
New York, NY 10022
212 257 5468 office
347 744 1464 mobile
primeclerk.com
*The highest level of professionalism,*
*innovation and transparency in bankruptcy*
*administration.*
For more information click here:
http://primeclerk.com/raising-the-bar/

<image001.png>   <image002.png>

**From:** Rosenblum, Gail
[mailto:Gail.Rosenblum@cowen.com]
**Sent:** Tuesday, January 17, 2017 11:54
AM
**To:** Pierre Labissiere
<plabissiere@PrimeClerk.com>
**Subject:** FW: Caesars Question

Good morning Pierre,

I am sorry I missed your call Friday and
 tried you this morning but did not
reach you. I wanted to follow up and
would appreciate it if you would call or
reply to the email below regarding the
plan confirmation and transferability of
claims.

Thank you in advance,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

CONFIDENTIAL CSI_00000421

**From:** Rosenblum, Gail
**Sent:** Friday, January 13, 2017 11:52 AM
**To:** CEOC Info <ceocinfo@primeclerk.com>; Claim Transfers <claimtransfers@PrimeClerk.com>
**Cc:** Inquiries <inquiries@PrimeClerk.com>; 'Dori B. Goldstein' <dgoldstein@primeclerk.com>
**Subject:** Caesars Question

Good morning,

We are aware the hearing to consider confirmation of the Plan in the Caesars Bankruptcy will be held next Tuesday, 1/17/2017. If the Plan is confirmed, will that affect the transferability of claims, or is there a date after which ownership of a claim can no longer be transferred?

Thank you and I would be grateful for your prompt reply.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction

CONFIDENTIAL CSI_00000422

where such an offer or solicitation
would be illegal. Neither Cowen
Group, Inc. nor any of its affiliates
("Cowen") represent that any of the
information contained herein is
accurate, complete or up to date, nor
shall Cowen have any responsibility
to update any opinions or other
information contained herein.

For Prime Clerk's email disclaimer, please
click here: http://primeclerk.com/email-
disclaimer/

CONFIDENTIAL CSI_00000423

| | |
|---|---|
| **From:** | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Sent:** | Wednesday, January 18, 2017 7:58 AM |
| **To:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Subject:** | Re: Caesars Question |

Okay, really made every effort but although he considered it, doubt he was ever a serious seller.

On Jan 18, 2017, at 7:51 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:

> If you have no response by noon your time just kill it and move on.
>
> B.
>
> Bradly D. Schwab
> Managing Director/Group Head
> Cowen Special Investments
> 646.616.3081
> Bradly.schwab@cowen.com
>
>
> On Jan 18, 2017, at 12:32 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:
>
>> Of course I have, many times. Left message yesterday on his VM and with assistant, Laurie.
>>
>> On Jan 18, 2017, at 7:26 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:
>>
>>> Have you called him?
>>>
>>> B.
>>>
>>> Bradly D. Schwab
>>> Managing Director/Group Head
>>> Cowen Special Investments
>>> 646.616.3081
>>> Bradly.schwab@cowen.com
>>>
>>>
>>> On Jan 18, 2017, at 12:25 PM, Rosenblum, Gail <Gail.Rosenblum@cowen.com> wrote:
>>>
>>>> Thanks - You are correct, Thomas has not responded since my conversation with him late Friday. Agree with all you wrote and will do -
>>>>
>>>> Gail
>>>>
>>>> On Jan 18, 2017, at 7:20 AM, Schwab, Bradly <Bradly.Schwab@cowen.com> wrote:
>>>>
>>>>> I would assume its gone and he is not interested in doing anything. I assume you have heard nothing from him since last week, correct? I have heard nothing.
>>>>>
>>>>> I would send one last email and tell him that after today it will be a much more difficult transaction to complete.
>>>>>
>>>>> I would also tell Jillian that seller has disappeared and that there is most likely no transaction.

CONFIDENTIAL CSI_00000424

Looks like participation going forward effective COB today.
Maybe John should pass this info along to some of the
creditors he has been speaking with.

B.

Bradly D. Schwab
Managing Director/Group Head
Cowen Special Investments
646.616.3081
Bradly.schwab@cowen.com

On Jan 18, 2017, at 12:13 PM, Rosenblum, Gail
<Gail.Rosenblum@cowen.com> wrote:

> Please see below - Although we have other
> options, effective date is today, and last day for
> transfers.

> There has been no response from Thomas. I can
> send one more email and write  we have
> allocated funds for this transaction and ask him
> to confirm that he intends/does not intend to
> proceed, although it seems obvious.

> We will also need to speak with Jillian (WB).

> Gail

> Begin forwarded message:

>> **From:** Pierre Labissiere
>> <plabissiere@PrimeClerk.com>
>> **Date:** January 17, 2017 at 10:08:27
>> PM EST
>> **To:** "Rosenblum, Gail"
>> <Gail.Rosenblum@cowen.com>
>> **Subject: RE: Caesars Question**

>> Gail - As per the Plan, the "Distribution
>> Record Date" means the date for
>> determining which Holders of Allowed
>> Claims or Interests are eligible to
>> receive distributions, which shall be
>> the Effective Date or such other date
>> as is designated in a Bankruptcy Court
>> order. The "Effective Date" is defined
>> as the first Business Day after the
>> Confirmation Date.  In short as long as
>> you transfer the claim tomorrow then
>> you will be still be entitled to the
>> applicable distribution, if any.  Let us
>> know if you have any other questions.

>> Regards,
>> Pierre

CONFIDENTIAL CSI_00000425

**Pierre L. Labissiere**
plabissiere@primeclerk.com
**Prime Clerk**
830 Third Avenue, 9th Floor
New York, NY 10022
212 257 5468 office
347 744 1464 mobile
primeclerk.com
*The highest level of professionalism,
innovation and transparency in bankruptcy
administration.*
For more information click here:
http://primeclerk.com/raising-the-bar/

<image001.png>    <image002.png>

**From:** Rosenblum, Gail
[mailto:Gail.Rosenblum@cowen.com]
**Sent:** Tuesday, January 17, 2017 11:54
AM
**To:** Pierre Labissiere
<plabissiere@PrimeClerk.com>
**Subject:** FW: Caesars Question

Good morning Pierre,

I am sorry I missed your call Friday and
tried you this morning but did not
reach you. I wanted to follow up and
would appreciate it if you would call
or reply to the email below regarding
the plan confirmation and
transferability of claims.

Thank you in advance,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

**From:** Rosenblum, Gail
**Sent:** Friday, January 13, 2017 11:52
AM
**To:** CEOC Info
<ceocinfo@primeclerk.com>; Claim
Transfers
<claimtransfers@PrimeClerk.com>
**Cc:** Inquiries
<inquiries@PrimeClerk.com>; 'Dori B.

CONFIDENTIAL CSI_00000426

Goldstein'
<dgoldstein@primeclerk.com>
**Subject:** Caesars Question

Good morning,

We are aware the hearing to consider
confirmation of the Plan in the
Caesars Bankruptcy will be held next
Tuesday, 1/17/2017. If the Plan is
confirmed, will that affect the
transferability of claims, or is there a
date after which ownership of a claim
can no longer be transferred?

Thank you and I would be grateful for
your prompt reply.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments
are confidential. If you are not the
intended recipient, please notify the
sender immediately and destroy this
email. Any unauthorized use or
dissemination is prohibited. All
email sent to or from our system is
subject to review and retention.
Nothing contained in this email
shall be considered an offer or
solicitation with respect to the
purchase or sale of any security in
any jurisdiction where such an offer
or solicitation would be illegal.
Neither Cowen Group, Inc. nor any
of its affiliates ("Cowen") represent
that any of the information
contained herein is accurate,
complete or up to date, nor shall
Cowen have any responsibility to
update any opinions or other
information contained herein.

For Prime Clerk's email disclaimer, please
click here: http://primeclerk.com/email-
disclaimer/

CONFIDENTIAL CSI_00000427

| From: | Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
|---|---|
| Sent: | Wednesday, January 18, 2017 4:01 PM |
| To: | Delano, Cindy Chen <CDelano@whiteboxadvisors.com> |
| Cc: | Pasacreta, Amy <apasacreta@orrick.com>; Patel, Amit <APatel@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com> |
| Subject: | Re: Caesars Trade - Cowen Special Investments |
| Attach: | image001.jpg; image004.png |

Hello,

We are waiting to hear from the Seller and will be in touch tomorrow, hopefully in the morning.

Regards,
Gail

On Jan 18, 2017, at 3:55 PM, Delano, Cindy Chen <CDelano@whiteboxadvisors.com> wrote:

> Hi,
>
> Any updates on the supporting documents?  In addition, any updates on the new language to account for the confirmation occurrence?  Thanks.
>
> **From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
> **Sent:** Thursday, January 12, 2017 12:25 PM
> **To:** Pasacreta, Amy
> **Cc:** Patel, Amit; Delano, Cindy Chen; Mori, John; Bottge, Jillian; Fechik, Matthew; Mintz, Douglas S.
> **Subject:** RE: Caesars Trade - Cowen Special Investments
>
> Hi Amy,
>
> Thank you for the quick turnaround.
>
> We will forward the supporting documents as soon as they are received.
>
> Regards,
> Gail
>
> Gail Rosenblum
> Vice President
> Cowen Special Investments
> 830 Third Avenue, 4th Floor
> New York, NY 10022
> (O): 646-616-3082
> Gail.Rosenblum@cowen.com
>
>
> **From:** Pasacreta, Amy [mailto:apasacreta@orrick.com]
> **Sent:** Thursday, January 12, 2017 12:57 PM
> **To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
> **Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
> **Subject:** RE: Caesars Trade - Cowen Special Investments
>
> Gail—

CONFIDENTIAL CSI_00000449

As discussed, attached are initial comments to the draft (clean and marked to show changes).  In the interest of time, I am forwarding prior to: (i) diligence review, (ii) final internal review and (iii) review by Whitebox, as such, the attached remains subject to further review and comment.  The attached also assumes the claim is an allowed general unsecured Class I claim.

Please let me know if you have any questions on the attached.


Thank you!


**Amy G. Pasacreta**
Attorney At Law

Orrick

New York    <image001.jpg>
T +1-212-506-5159
apasacreta@orrick.com

<!--[if !vml]--><image002.png><!--[endif]-->

Distressed Download Blog

<!--[if !vml]--><image004.png><!--[endif]-->



**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Thursday, January 12, 2017 11:12 AM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>
**Subject:** Caesars Trade - Cowen Special Investments

Amy,

I am following up to our conversation (with John Mori) earlier this morning. Below you will find the trade details for the sale of the Earl of Sandwich (Atlantic City) LLC claim to Whitebox.

Attached is a draft the upstream, and as will be stated to the Seller, the trade is subject to the completion of due diligence and confirmation the claim is allowed in the amount of $3,600,000.00. Two claims have been filed, and we believe one will be expunged, but both have been included in the agreement. In addition, space has been left in the draft to include the Order.

Please let us know if you have comments to the draft.



Cowen Special Investments LLC (Cowen) confirms the following transaction with Whitebox Advisors.

| | |
|---|---|
| **Debtor(s):** | Caesars Entertainment Operating Company, Inc.<br>US Bankruptcy Court, Northern District of Illinois<br>CASE No. 15-01145 |
| **Claim:** | Valid, undisputed, liquidated, non-contingent, allowed, general unsecured claim in the amount of $3,600,000.00 |
| **Original Creditor:** | Earl of Sandwich (Atlantic City) LLC |
| **Purchase Rate:** | 62.00% |

CONFIDENTIAL CSI_00000450

**Purchase Price:**            $2,232,000.00 - Product of the Purchase Rate and the total amount of the Claim

**Form of Purchase:**         Assignment of Claim Agreement to be prepared by Cowen.

**Conditions:**   Trade subject to satisfactory completion of due diligence. Cowen executing an Assignment of Claim Agreement with original holder of Claim.  Execution of a mutually acceptable Assignment of Claim customary for the sale and purchase of distressed trade claims.


Thank you,
Gail


Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com


This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail a please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

Confidentiality Notice and Disclaimer: This email and the information contained herein is confidential and is intended solely for the recipient. This email may contain information that is privileged or otherwise protected from disclosure. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this email or the information contained herein, in whole or in part, without the prior written consent of Whitebox Advisors LLC or its affiliates is prohibited. This email is not to be construed as investment advice. If you have received this message in error, please notify the sender immediately and delete this message and any related attachments.

This email and the information contained herein shall not constitute an offer to sell or the solicitation of an offer to purchase an interest in a fund. Any such offer or solicitation will be made to qualified investors only by means of an offering memorandum and related subscription agreement. Any performance information contained herein may be unaudited and estimated. Past performance is not necessarily indicative of future results. There can be no assurance that any fund's investment objective will be achieved or that an investor will not lose a portion or all of its investment.

**From:**       Bottge, Jillian
**Sent:**       Thursday, January 19, 2017 9:55:41 AM
**To:**         AMIT PATEL
**Subject:**    Bloomberg Conversation

**Attachments:**        OriginalXml.xml

**Archived Instant Message Conversation (Bloomberg)**
**Conversation started on Thu, Jan 19, 2017 9:55 AM EST**
**JBOTTGE entered the conversation.**
**APATEL362 entered the conversation.**
**JBOTTGE invited APATEL362 to the conversation:**
**APATEL362 said:**
**\*\*\* AMIT PATEL (WHITEBOX ADVISORS, LLC) Personal Disclaimer:**
**APATEL362 said:**
**\*\*\* WHITEBOX ADVISORS, LLC (107547) Disclaimer:**
**APATEL362 said:**
**yo**
**JBOTTGE said:**
**SunEdison (SUNE/SUNEQ) note on your emails -- specific to GUC recoveries.. we traded a block of converts last**
**week around 3.50 .. we think downside 1.2, upside 10.3.. i have more for sale..**
**JBOTTGE said:**
**and you saw BTU struck deal with trade claimants**
**JBOTTGE said:**
**30c max recovery.. all cash.. no upside from there**
**JBOTTGE said:**
**had heard there was a 10-13 bid around the other day.. nothing has traded**
**APATEL362 said:**
**i saw that on BTU**
**APATEL362 said:**
**pretty good outcome for the trade**
**JBOTTGE said:**
**well.. considering they were semi-fcked otherwise**
**JBOTTGE said:**
**re: CZR.. trying to wrap up the 3.6mm ... and hoping i can get you the hilton piece and/or the other 15mm we were**
**working on**
**APATEL362 said:**
**ok thx**
**JBOTTGE said:**
**are you guys doing anything in DLPH stubs?**
**APATEL362 said:**
**we are not**
**APATEL362 said:**
**QE did a great job though**
**JBOTTGE said:**
**yup. baller.**
**JBOTTGE said:**
**we are apparently having trouble with the CZR seller (3.6mm).. they are just non responsive**
**JBOTTGE said:**
**mentioned to cindy as well**
**APATEL362 said:**
**thats not good**
**APATEL362 said:**
**we have a confirm**
**APATEL362 said:**
**in place**
**APATEL362 said:**
**talk to me**
**APATEL362 said:**
**we got this straight?**
**JBOTTGE said:**
**im hoping the guy has a bad case of gout**
**JBOTTGE said:**
**and his internal counsel is working through the language**

CONFIDENTIAL CSI_00000458

**JBOTTGE said:**
**spoke to them very late friday.. they had the docs in hand.. asked us if we'd be in on Monday -- Gail told them she'd be in to work on the transaction.. and we've been reaching out ever since**
**APATEL362 said:**
**ok**
**JBOTTGE said:**
**breathe.**
**APATEL362 said:**
**need a kick save here**
**JBOTTGE said:**
**please.**
**JBOTTGE said:**
**do i need to fly out and take you to yoga**
**JBOTTGE said:**
**some namaste**
**Conversation ended on Thu, Jan 19, 2017 2:21 PM EST**
**Parties in this conversation**
**About APATEL362 [AMIT PATEL - ]**
**Bloomberg Email:      APATEL362@Bloomberg.net**
**Corporate Email:**
**Firm:    WHITEBOX ADVISORS, L []**
**About JBOTTGE [JILLIAN BOTTGE - 34813]**
**Bloomberg Email:      JBOTTGE@Bloomberg.net**
**Corporate Email:      jillian.bottge@cowen.com**
**Firm:   COWEN AND COMPANY, L [34813]**
**Proofpoint Archiving and Compliance Suite**
**Tag as Bloomberg Tag as Instant Message Tag as Instant Messages Tag as IM**

CONFIDENTIAL CSI_00000459

**From:**       Bottge, Jillian
**Sent:**       Thursday, January 19, 2017 12:36:20 PM
**To:**         CINDY DELANO
**Subject:**    Bloomberg Conversation

**Attachments:**       OriginalXml.xml

**Archived Instant Message Conversation (Bloomberg)**
**Conversation started on Thu, Jan 19, 2017 12:36 PM EST**
**JBOTTGE entered the conversation.**
**CDELANO1 entered the conversation.**
**JBOTTGE invited CDELANO1 to the conversation:**
**CDELANO1 said:**
**\*\*\* CINDY DELANO (WHITEBOX ADVISORS, LLC) Personal Disclaimer:**
**CDELANO1 said:**
**\*\*\* WHITEBOX ADVISORS, LLC (107547) Disclaimer:**
**JBOTTGE said:**
**a heads up on this 3.6mm CZR ..**
**CDELANO1 said:**
**hi**
**JBOTTGE said:**
**we are having trouble getting a response from them..**
**CDELANO1 said:**
**Do the sellers have a lawyer?**
**JBOTTGE said:**
**we were not given the attorney's name if there was an external one**
**CDELANO1 said:**
**okay; guess we can just follow up**
**JBOTTGE said:**
**spoke to them very late friday.. they had the docs in hand.. asked us if we'd be in on Monday -- Gail told them
she'd be in to work on the transaction.. and we've been reaching out ever since**
**JBOTTGE said:**
**we continue to follow up .. just letting you know the roadblock im running into here**
**CDELANO1 said:**
**understood, thank you**
**Conversation ended on Thu, Jan 19, 2017 12:41 PM EST**
**Parties in this conversation**
**About CDELANO1 [CINDY DELANO - ]**
**Bloomberg Email:       CDELANO1@Bloomberg.net**
**Corporate Email:**
**Firm:   WHITEBOX ADVISORS, L []**
**About JBOTTGE [JILLIAN BOTTGE - 34813]**
**Bloomberg Email:       JBOTTGE@Bloomberg.net**
**Corporate Email:       jillian.bottge@cowen.com**
**Firm:   COWEN AND COMPANY, L [34813]**
**Proofpoint Archiving and Compliance Suite**
**Tag as Bloomberg Tag as Instant Message Tag as Instant Messages Tag as IM**

CONFIDENTIAL CSI_00000471

| | |
|---|---|
| **From:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Sent:** | Monday, January 23, 2017 10:32 AM |
| **To:** | Bottge, Jillian <Jillian.Bottge@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Cc:** | Mori, John <John.Mori@cowen.com> |
| **Subject:** | RE: Caesars Trade - Cowen Special Investments |

Jillian – As of now seller is sitting tight. Will keep you posted if anything changes.

We have been told by claims agent that claims are no longer transferable.

B.

Bradly D. Schwab | Managing Director
Head of Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
O: 646.616.3081
Bradly.schwab@cowen.com

---

**From:** Bottge, Jillian
**Sent:** Monday, January 23, 2017 10:23 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>; Schwab, Bradly <Bradly.Schwab@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Any feedback yet from the seller? Still MIA?

Jillian Bottge
**Phone:** 646-616-3027
**Email:** jillian.bottge@cowen.com
COWEN

---

**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 2:36 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

I just got off the phone with the claims agent and they are checking on transferability (Plan was confirmed) and said they will get back to me today.

CONFIDENTIAL CSI_00000482

Revising language in the doc is reasonable and should not be a problem.

Gail

---

**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 2:32 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Got it.
Whitebox will need to address record date in the agreement to account for timing updates...


Jillian Bottge
**Phone**: 646-616-3027
**Email**: jillian.bottge@cowen.com


---

**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 12:24 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

We were in touch with the Seller late Friday and waiting to hear from him. We explained the deadline (confirmation hearing is today) and have also contacted the claims administrator regarding transferability should the plan be confirmed today.

I will get back to you as soon as I have more info, hopefully within the next few hours.

Please let me know if you have any questions.

Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com


---

**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 11:51 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>

CONFIDENTIAL CSI_00000483

**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Gail – we do we stand with this trade?

Jillian Bottge
**Phone**: 646-616-3027
**Email**: jillian.bottge@cowen.com

COWEN

---

**From:** Rosenblum, Gail
**Sent:** Thursday, January 12, 2017 1:25 PM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Amy,

Thank you for the quick turnaround.

We will forward the supporting documents as soon as they are received.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

---

**From:** Pasacreta, Amy [mailto:apasacreta@orrick.com]
**Sent:** Thursday, January 12, 2017 12:57 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Gail—

As discussed, attached are initial comments to the draft (clean and marked to show changes).  In the interest of time, I am forwarding prior to: (i) diligence review, (ii) final internal review and (iii) review by Whitebox, as such, the attached remains subject to further review and comment.  The attached also assumes the claim is an allowed general unsecured Class I claim.

CONFIDENTIAL CSI_00000484

Please let me know if you have any questions on the attached.


Thank you!


**Amy G. Pasacreta**
Attorney At Law

Orrick
New York 
T +1-212-506-5159
apasacreta@orrick.com



Distressed Download Blog

100
BEST
COMPANIES
TO WORK FOR
2019

---

**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Thursday, January 12, 2017 11:12 AM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>
**Subject:** Caesars Trade - Cowen Special Investments

Amy,

I am following up to our conversation (with John Mori) earlier this morning. Below you will find the trade details for the sale of the Earl of Sandwich (Atlantic City) LLC claim to Whitebox.

Attached is a draft the upstream, and as will be stated to the Seller, the trade is subject to the completion of due diligence and confirmation the claim is allowed in the amount of $3,600,000.00. Two claims have been filed, and we believe one will be expunged, but both have been included in the agreement. In addition, space has been left in the draft to include the Order.

Please let us know if you have comments to the draft.



Cowen Special Investments LLC (Cowen) confirms the following transaction with Whitebox Advisors.

**Debtor(s):**                    Caesars Entertainment Operating Company, Inc.
                                  US Bankruptcy Court, Northern District of Illinois
                                  CASE No. 15-01145

**Claim:**                        Valid, undisputed, liquidated, non-contingent, allowed, general unsecured claim in
the amount of $3,600,000.00

CONFIDENTIAL CSI_00000485

**Original Creditor:**          Earl of Sandwich (Atlantic City) LLC

**Purchase Rate:**              62.00%

**Purchase Price:**             $2,232,000.00 - Product of the Purchase Rate and the total amount of the Claim

**Form of Purchase:**           Assignment of Claim Agreement to be prepared by Cowen.

**Conditions:**     Trade subject to satisfactory completion of due diligence. Cowen executing an Assignment of Claim
Agreement with original holder of Claim.  Execution of a mutually acceptable Assignment of Claim
customary for the sale and purchase of distressed trade claims.


Thank you,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the
sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent
to or from our system is subject to review and retention. Nothing contained in this email shall be considered an
offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or
solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of
the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to
update any opinions or other information contained herein.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you
received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of
the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

CONFIDENTIAL CSI_00000486

**From:** Bottge, Jillian
**Sent:** Thursday, February 02, 2017 9:44:13 AM
**To:** NICKOLAS STUKAS
**Subject:** Bloomberg Conversation

**Attachments:** OriginalXml.xml

**Archived Instant Message Conversation (Bloomberg)**
**Conversation started on Thu, Feb 2, 2017 9:44 AM EST**
**JBOTTGE entered the conversation.**
**STUKAS1 entered the conversation.**
**JBOTTGE invited STUKAS1 to the conversation:**
**JBOTTGE said:**
**re: this last CZR claim, do you and amit want to chat at some point?**
**JBOTTGE said:**
**fwiw.. we are also going down to virginia on feb 13th to meet with hilton.. trying to pull out the larger chunk**
**STUKAS1 said:**
**\*\*\* NICKOLAS STUKAS (WHITEBOX ADVISORS, LLC) Personal Disclaimer:**
**STUKAS1 said:**
**\*\*\* WHITEBOX ADVISORS, LLC (107547) Disclaimer:**
**STUKAS1 said:**
**hey**
**STUKAS1 said:**
**you talking about the last piece we bought from you that hasn't settled yet?**
**JBOTTGE said:**
**the small piece, yes.. they went silent after we told them they would not be able to transfer after tuesday.. i also never received the due diligence from them, etc**
**JBOTTGE said:**
**i would guess their assumption was theyd be able to cleanly transfer and they basically ran out of time.**
**JBOTTGE said:**
**happy to chat when you guys have some time**
**STUKAS1 said:**
**I haveran't been entirely in the loop**
**STUKAS1 said:**
**why weren't we able to transfer?**
**JBOTTGE said:**
**we basically tried to do the trade on thursday - the following tuesday was the confirmation hearing -- they have been non-responsive post the confirmation hearing**
**STUKAS1 said:**
**I thought the trde was agreed and we had a confirm?**
**JBOTTGE said:**
**in the confirm, trade is subj to us executing an assignment of claim agreement with the orig holder and due diligence .. i have neither from the seller. guy was a seller - we last spoke to him late friday before the confirmation hearing - he asked if we'd be in on monday (MLK day) to complete docs and we said yes.. we have followed up multiple times (including being in the office on that monday) and have not heard back.. there is nothing on the docket for this claim to imply they did anything around us**
**JBOTTGE said:**
**i think he was spooked by thinking he wouldnt be able to get docs in time to cleanly transfer --- if i had to guess.. do i think thats shtty, yes. we are going to follow up again today.. the idea here is to find you guys as many claims as we can - we are flying down to hilton to meet in person .. we are having conversations with another claim holder thats ~11mm ish.**
**STUKAS1 said:**
**ok, understood. why don't you give amit a call? he knows 10x more about claims settlement than I do. it is a problem for us in that we are hedging stock on this and so may have suffered some losses from hedging this claim that we thoguht we were done on.**
**JBOTTGE said:**
**i understand.**
**JBOTTGE entered the conversation.**
**Conversation ended on Thu, Feb 2, 2017 12:09 PM EST**
**Parties in this conversation**
**About STUKAS1 [NICKOLAS STUKAS - ]**
**Bloomberg Email:    STUKAS1@Bloomberg.net**
**Corporate Email:**
**Firm:   WHITEBOX ADVISORS, L []**

CONFIDENTIAL CSI_00000504

| **From:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Sent:** | Tuesday, February 7, 2017 10:09 AM |
| **To:** | Bottge, Jillian <Jillian.Bottge@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Cc:** | Mori, John <John.Mori@cowen.com> |
| **Subject:** | RE: Caesars Trade - Cowen Special Investments |

Not sure where the confusion is here:

1. There is no upstream confirm
2. WB purchase always subject to execution of transaction with upstream

**From:** Bottge, Jillian
**Sent:** Tuesday, February 07, 2017 10:00 AM
**To:** Schwab, Bradly <Bradly.Schwab@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Whitebox wondering if we have given earl notice and would like to see the upstream confirm......

Jillian Bottge
**Phone:** 646-616-3027
**Email:** jillian.bottge@cowen.com

COWEN

**From:** Schwab, Bradly
**Sent:** Tuesday, February 07, 2017 9:48 AM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

https://cases.primeclerk.com/ceoc/home-docketinfo

You can check with the above link.

B.

**From:** Bottge, Jillian
**Sent:** Tuesday, February 07, 2017 9:47 AM
**To:** Schwab, Bradly <Bradly.Schwab@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

CONFIDENTIAL CSI_00000531

Is there anything on the docket for earl of sandwich?


Jillian Bottge
**Phone**: 646-616-3027
**Email**: jillian.bottge@cowen.com



---

**From:** Schwab, Bradly
**Sent:** Monday, January 23, 2017 10:32 AM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Jillian – As of now seller is sitting tight. Will keep you posted if anything changes.

We have been told by claims agent that claims are no longer transferable.

B.

Bradly D. Schwab | Managing Director
Head of Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
O: 646.616.3081
Bradly.schwab@cowen.com

---

**From:** Bottge, Jillian
**Sent:** Monday, January 23, 2017 10:23 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>; Schwab, Bradly <Bradly.Schwab@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Any feedback yet from the seller? Still MIA?


Jillian Bottge
**Phone**: 646-616-3027
**Email**: jillian.bottge@cowen.com

COWEN

---

**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 2:36 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>

**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

I just got off the phone with the claims agent and they are checking on transferability (Plan was confirmed) and said they will get back to me today.

Revising language in the doc is reasonable and should not be a problem.

Gail

---

**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 2:32 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Got it.
Whitebox will need to address record date in the agreement to account for timing updates...

Jillian Bottge
**Phone:** 646-616-3027
**Email:** jillian.bottge@cowen.com
COWEN

---

**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 12:24 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

We were in touch with the Seller late Friday and waiting to hear from him. We explained the deadline (confirmation hearing is today) and have also contacted the claims administrator regarding transferability should the plan be confirmed today.

I will get back to you as soon as I have more info, hopefully within the next few hours.

Please let me know if you have any questions.

Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022

CONFIDENTIAL CSI_00000533

(O): 646-616-3082
Gail.Rosenblum@cowen.com

---

**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 11:51 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Gail – we do we stand with this trade?



Jillian Bottge
**Phone:** 646-616-3027
**Email:** jillian.bottge@cowen.com



---

**From:** Rosenblum, Gail
**Sent:** Thursday, January 12, 2017 1:25 PM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Amy,

Thank you for the quick turnaround.

We will forward the supporting documents as soon as they are received.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4<sup>th</sup> Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com



---

**From:** Pasacreta, Amy [mailto:apasacreta@orrick.com]
**Sent:** Thursday, January 12, 2017 12:57 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz,

CONFIDENTIAL CSI_00000534

Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Gail—

As discussed, attached are initial comments to the draft (clean and marked to show changes).  In the interest of time, I am forwarding prior to: (i) diligence review, (ii) final internal review and (iii) review by Whitebox, as such, the attached remains subject to further review and comment.  The attached also assumes the claim is an allowed general unsecured Class I claim.

Please let me know if you have any questions on the attached.


Thank you!


**Amy G. Pasacreta**
Attorney At Law

Orrick
New York  ⚲
T +1-212-506-5159
apasacreta@orrick.com



Distressed Download Blog



---

**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Thursday, January 12, 2017 11:12 AM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>
**Subject:** Caesars Trade - Cowen Special Investments

Amy,

I am following up to our conversation (with John Mori) earlier this morning. Below you will find the trade details for the sale of the Earl of Sandwich (Atlantic City) LLC claim to Whitebox.

Attached is a draft the upstream, and as will be stated to the Seller, the trade is subject to the completion of due diligence and confirmation the claim is allowed in the amount of $3,600,000.00. Two claims have been filed, and we believe one will be expunged, but both have been included in the agreement. In addition, space has been left in the draft to include the Order.

Please let us know if you have comments to the draft.

CONFIDENTIAL CSI_00000535

Cowen Special Investments LLC (Cowen) confirms the following transaction with Whitebox Advisors.

| | |
|---|---|
| **Debtor(s):** | Caesars Entertainment Operating Company, Inc.<br>US Bankruptcy Court, Northern District of Illinois<br>CASE No. 15-01145 |

**Claim:**                    Valid, undisputed, liquidated, non-contingent, allowed, general unsecured claim in the amount of $3,600,000.00

**Original Creditor:**        Earl of Sandwich (Atlantic City) LLC

**Purchase Rate:**            62.00%

**Purchase Price:**           $2,232,000.00 - Product of the Purchase Rate and the total amount of the Claim

**Form of Purchase:**         Assignment of Claim Agreement to be prepared by Cowen.

**Conditions:**    Trade subject to satisfactory completion of due diligence. Cowen executing an Assignment of Claim Agreement with original holder of Claim.  Execution of a mutually acceptable Assignment of Claim customary for the sale and purchase of distressed trade claims.

Thank you,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4<sup>th</sup> Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

CONFIDENTIAL CSI_00000536

| | |
|---|---|
| **From:** | Bottge, Jillian |
| **Sent:** | Tuesday, February 07, 2017 9:10:59 AM |
| **To:** | AMIT PATEL |
| **Subject:** | Bloomberg Conversation |

**Attachments:**     OriginalXml.xml

**Archived Instant Message Conversation (Bloomberg)**
**Conversation started on Tue, Feb 7, 2017 9:10 AM EST**
**JBOTTGE entered the conversation.**
**JBOTTGE invited APATEL362 to the conversation:**
**APATEL362 entered the conversation.**
**JBOTTGE said:**
**BANKRUPTCY • Republic Airlines –high 30s • Peabody 1st lien claims – upper 90s • Peabody GUC – mid teens/upper teens • Caesars I Claims – 60s (transferability questionable) • Caesars O Claims –low/mid 60s • Caesars M Claims – mid 90s • Ultra Petroleum (GUC) – have yet to trade high 80s/low 90s? INSURANCE LIQUIDATION • The Home Insurance Liquidation – mid 50s gross • Midland Insurance Liquidation – low 20s net FRAUD • Stanford International Bank – mid teens • Madoff Direct – high teens/low 20s net • Petters • Platinum Partners DISTRESSED SECONDARIES • Fairfield Sentry • Fairfield Sigma • Hermes • Lancelot • Palm Beach CLASS ACTION • Interchange (Visa/MasterCard Class Action) – approx. 1.25%**
**APATEL362 said:**
**\*\*\* AMIT PATEL (WHITEBOX ADVISORS, LLC) Personal Disclaimer:**
**APATEL362 said:**
**\*\*\* WHITEBOX ADVISORS, LLC (107547) Disclaimer:**
**JBOTTGE said:**
**let me know if there are others on that list that you guys care on.. besides the ones we talk about**
**APATEL362 said:**
**ok thx**
**APATEL362 said:**
**keep us up on hilton**
**JBOTTGE said:**
**yup**
**APATEL362 said:**
**did you guys notice earl of sandwich?**
**JBOTTGE said:**
**no. is this going to put me in a bad mood**
**APATEL362 said:**
**why not?**
**JBOTTGE said:**
**checked the docket the other day.. didnt see anything**
**APATEL362 said:**
**can you send cindy the upstream confirm?**
**APATEL362 said:**
**we want to look at the language**
**JBOTTGE said:**
**ill check.. im not sure we ever got the assignment of claim agreement executed with them**
**APATEL362 said:**
**no not the AOC the confirm**
**APATEL362 said:**
**didnt you guys get a confirm from them to match the downstream?**
**JBOTTGE said:**
**checking**
**JBOTTGE said:**
**i do not have an upstream confirm**
**JBOTTGE said:**
**let me know if you want to chat**
**JBOTTGE left the conversation.**
**JBOTTGE entered the conversation.**
**Conversation ended on Tue, Feb 7, 2017 3:02 PM EST**
**Parties in this conversation**
**About APATEL362 [AMIT PATEL - ]**
**Bloomberg Email:     APATEL362@Bloomberg.net**
**Corporate Email:**
**Firm:   WHITEBOX ADVISORS, L []**

CONFIDENTIAL CSI_00000537

**About JBOTTGE [JILLIAN BOTTGE - 34813]**
**Bloomberg Email:** JBOTTGE@Bloomberg.net
**Corporate Email:** jillian.bottge@cowen.com
**Firm:** COWEN AND COMPANY, L [34813]
**Proofpoint Archiving and Compliance Suite**
**Tag as Bloomberg Tag as Instant Message Tag as Instant Messages Tag as IM**

CONFIDENTIAL CSI_00000538