UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1] | ) |
| | ) Case No. 15-01145 (ABG) |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## AGREED SCHEDULING ORDER REGARDING BRIEFING SCHEDULE

Counsel for Gordon Ramsay and Gordon Ramsay Holdings Limited, and for FERG, LLC ("FERG") and LLTQ Enterprises, LLC ("LLTQ") have agreed to a modified briefing schedule with respect to that certain Motion to Compel filed on April 27, 2018 [Docket No. 7941]. Pursuant to the parties' agreement, the Court hereby sets the following schedule:

1. The reply of LLTQ and FERG addressing the assertion of privilege of "common interest" documents is due August 31, 2018.

Dated: August 7, 2018
Chicago, Illinois

The Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

AGREED:

/s Nathan Q. Rugg
Nathan Q. Rugg (ARDC 6272969)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60604
312-984-3100
nathan.rugg@bfkn.com
Counsel for Movants

/s David M. Madden
David M. Madden (ARDC 6280517)
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
312-704-2177
dmadden@sfgh.com
Counsel for Respondents

---

[1] A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

1518613.v1