**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT | ) | Case No. 15-01145 (ABG) |
| OPERATING COMPANY, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DECLARATION OF TIMOTHY R. CASEY

TIMOTHY R. CASEY, pursuant to 28 U.S.C. § 1746, being of full age, hereby declares as follows:

1. I am counsel to Whitebox Advisors LLC ("Whitebox") and submit this declaration in support of the opposition of Whitebox Advisors LLC to Earl of Sandwich (Atlantic City), LLC's ("Earl") motion for summary judgment.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of certain documents Whitebox produced in response to Earl's requests for production in this contested matter, which are cited by Bates stamp number "WBA-160-64, 166-85, 188".

3. Attached hereto as "**Exhibit B**" is a true and correct copy of certain documents Cowen Special Investments LLC produced in response to a document subpoena in this contested matter, which are cited by Bates stamp number "CSI-458-59, 482-86, 504".

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the Assignment and Release Agreement between Cowen and Whitebox.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 19, 2018         _/s/ Timothy R. Casey_____
                                    Timothy R. Casey