# EXHIBIT B

| | |
|---|---|
| From: | Bottge, Jillian |
| Sent: | Thursday, January 19, 2017 9:55:41 AM |
| To: | AMIT PATEL |
| Subject: | Bloomberg Conversation |
| Attachments: | OriginalXml.xml |

**Archived Instant Message Conversation (Bloomberg)**
Conversation started on Thu, Jan 19, 2017 9:55 AM EST
JBOTTGE entered the conversation.
APATEL362 entered the conversation.
JBOTTGE invited APATEL362 to the conversation:
APATEL362 said:
\*\*\* AMIT PATEL (WHITEBOX ADVISORS, LLC) Personal Disclaimer:
APATEL362 said:
\*\*\* WHITEBOX ADVISORS, LLC (107547) Disclaimer:
APATEL362 said:
yo
JBOTTGE said:
SunEdison (SUNE/SUNEQ) note on your emails -- specific to GUC recoveries.. we traded a block of converts last week around 3.50 .. we think downside 1.2, upside 10.3.. i have more for sale..
JBOTTGE said:
and you saw BTU struck deal with trade claimants
JBOTTGE said:
30c max recovery.. all cash.. no upside from there
JBOTTGE said:
had heard there was a 10-13 bid around the other day.. nothing has traded
APATEL362 said:
i saw that on BTU
APATEL362 said:
pretty good outcome for the trade
JBOTTGE said:
well.. considering they were semi-fcked otherwise
JBOTTGE said:
re: CZR.. trying to wrap up the 3.6mm ... and hoping i can get you the hilton piece and/or the other 15mm we were working on
APATEL362 said:
ok thx
JBOTTGE said:
are you guys doing anything in DLPH stubs?
APATEL362 said:
we are not
APATEL362 said:
QE did a great job though
JBOTTGE said:
yup. baller.
JBOTTGE said:
we are apparently having trouble with the CZR seller (3.6mm).. they are just non responsive
JBOTTGE said:
mentioned to cindy as well
APATEL362 said:
thats not good
APATEL362 said:
we have a confirm
APATEL362 said:
in place
APATEL362 said:
talk to me
APATEL362 said:
we got this straight?
JBOTTGE said:
im hoping the guy has a bad case of gout
JBOTTGE said:
and his internal counsel is working through the language

CONFIDENTIAL CSI_00000458

**JBOTTGE said:**
spoke to them very late friday.. they had the docs in hand.. asked us if we'd be in on Monday -- Gail told them she'd be in to work on the transaction.. and we've been reaching out ever since
**APATEL362 said:**
ok
**JBOTTGE said:**
breathe.
**APATEL362 said:**
need a kick save here
**JBOTTGE said:**
please.
**JBOTTGE said:**
do i need to fly out and take you to yoga
**JBOTTGE said:**
some namaste
Conversation ended on Thu, Jan 19, 2017 2:21 PM EST
Parties in this conversation
About APATEL362 [AMIT PATEL - ]
Bloomberg Email:    APATEL362@Bloomberg.net
Corporate Email:
Firm:    WHITEBOX ADVISORS, L []
About JBOTTGE [JILLIAN BOTTGE - 34813]
Bloomberg Email:    JBOTTGE@Bloomberg.net
Corporate Email:    jillian.bottge@cowen.com
Firm:    COWEN AND COMPANY, L [34813]
Proofpoint Archiving and Compliance Suite
Tag as Bloomberg Tag as Instant Message Tag as Instant Messages Tag as IM

CONFIDENTIAL CSI_00000459

**From:** Bottge, Jillian
**Sent:** Thursday, February 02, 2017 9:44:13 AM
**To:** NICKOLAS STUKAS
**Subject:** Bloomberg Conversation

**Attachments:** OriginalXml.xml

Archived Instant Message Conversation (Bloomberg)
Conversation started on Thu, Feb 2, 2017 9:44 AM EST
JBOTTGE entered the conversation.
STUKAS1 entered the conversation.
JBOTTGE invited STUKAS1 to the conversation:
JBOTTGE said:
re: this last CZR claim, do you and amit want to chat at some point?
JBOTTGE said:
fwiw.. we are also going down to virginia on feb 13th to meet with hilton.. trying to pull out the larger chunk
STUKAS1 said:
*** NICKOLAS STUKAS (WHITEBOX ADVISORS, LLC) Personal Disclaimer:
STUKAS1 said:
*** WHITEBOX ADVISORS, LLC (107547) Disclaimer:
STUKAS1 said:
hey
STUKAS1 said:
you talking about the last piece we bought from you that hasn't settled yet?
JBOTTGE said:
the small piece, yes.. they went silent after we told them they would not be able to transfer after tuesday.. i also never received the due diligence from them, etc
JBOTTGE said:
i would guess their assumption was theyd be able to cleanly transfer and they basically ran out of time.
JBOTTGE said:
happy to chat when you guys have some time
STUKAS1 said:
I havean't been entirely in the loop
STUKAS1 said:
why weren't we able to transfer?
JBOTTGE said:
we basically tried to do the trade on thursday - the following tuesday was the confirmation hearing -- they have been non-responsive post the confirmation hearing
STUKAS1 said:
I thought the trde was agreed and we had a confirm?
JBOTTGE said:
in the confirm, trade is subj to us executing an assignment of claim agreement with the orig holder and due diligence .. i have neither from the seller. guy was a seller - we last spoke to him late friday before the confirmation hearing - he asked if we'd be in on monday (MLK day) to complete docs and we said yes.. we have followed up multiple times (including being in the office on that monday) and have not heard back.. there is nothing on the docket for this claim to imply they did anything around us
JBOTTGE said:
i think he was spooked by thinking he wouldnt be able to get docs in time to cleanly transfer --- if i had to guess.. do i think thats shtty, yes. we are going to follow up again today.. the idea here is to find you guys as many claims as we can - we are flying down to hilton to meet in person .. we are having conversations with another claim holder thats ~11mm ish.
STUKAS1 said:
ok, understood. why don't you give amit a call? he knows 10x more about claims settlement than I do. it is a problem for us in that we are hedging stock on this and so may have suffered some losses from hedging this claim that we thoguht we were done on.
JBOTTGE said:
i understand.
JBOTTGE entered the conversation.
Conversation ended on Thu, Feb 2, 2017 12:09 PM EST
Parties in this conversation
About STUKAS1 [NICKOLAS STUKAS - ]
Bloomberg Email:    STUKAS1@Bloomberg.net
Corporate Email:
Firm:    WHITEBOX ADVISORS, L []

CONFIDENTIAL CSI_00000504

| | |
|---|---|
| **From:** | Schwab, Bradly <Bradly.Schwab@cowen.com> |
| **Sent:** | Monday, January 23, 2017 10:32 AM |
| **To:** | Bottge, Jillian <Jillian.Bottge@cowen.com>; Rosenblum, Gail <Gail.Rosenblum@cowen.com> |
| **Cc:** | Mori, John <John.Mori@cowen.com> |
| **Subject:** | RE: Caesars Trade - Cowen Special Investments |

Jillian – As of now seller is sitting tight. Will keep you posted if anything changes.

We have been told by claims agent that claims are no longer transferable.

B.

Bradly D. Schwab | Managing Director
Head of Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
O: 646.616.3081
Bradly.schwab@cowen.com

---

**From:** Bottge, Jillian
**Sent:** Monday, January 23, 2017 10:23 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>; Schwab, Bradly <Bradly.Schwab@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Any feedback yet from the seller? Still MIA?


Jillian Bottge
**Phone:** 646-616-3027
**Email:** jillian.bottge@cowen.com

COWEN

---

**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 2:36 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

I just got off the phone with the claims agent and they are checking on transferability (Plan was confirmed) and said they will get back to me today.

CONFIDENTIAL CSI_00000482

Revising language in the doc is reasonable and should not be a problem.

Gail

**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 2:32 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Got it.
Whitebox will need to address record date in the agreement to account for timing updates…


Jillian Bottge
**Phone**:  646-616-3027
**Email**:  jillian.bottge@cowen.com



**From:** Rosenblum, Gail
**Sent:** Tuesday, January 17, 2017 12:24 PM
**To:** Bottge, Jillian <Jillian.Bottge@cowen.com>
**Cc:** Mori, John <John.Mori@cowen.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Jillian,

We were in touch with the Seller late Friday and waiting to hear from him. We explained the deadline (confirmation hearing is today) and have also contacted the claims administrator regarding transferability should the plan be confirmed today.

I will get back to you as soon as I have more info, hopefully within the next few hours.

Please let me know if you have any questions.

Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com



**From:** Bottge, Jillian
**Sent:** Tuesday, January 17, 2017 11:51 AM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>

CONFIDENTIAL CSI_00000483

**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Gail – we do we stand with this trade?


Jillian Bottge
**Phone**: 646-616-3027
**Email**: jillian.bottge@cowen.com



---

**From:** Rosenblum, Gail
**Sent:** Thursday, January 12, 2017 1:25 PM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Hi Amy,

Thank you for the quick turnaround.

We will forward the supporting documents as soon as they are received.

Regards,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

---

**From:** Pasacreta, Amy [mailto:apasacreta@orrick.com]
**Sent:** Thursday, January 12, 2017 12:57 PM
**To:** Rosenblum, Gail <Gail.Rosenblum@cowen.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>; Fechik, Matthew <mfechik@orrick.com>; Mintz, Douglas S. <dmintz@orrick.com>
**Subject:** RE: Caesars Trade - Cowen Special Investments

Gail—

As discussed, attached are initial comments to the draft (clean and marked to show changes). In the interest of time, I am forwarding prior to: (i) diligence review, (ii) final internal review and (iii) review by Whitebox, as such, the attached remains subject to further review and comment. The attached also assumes the claim is an allowed general unsecured Class I claim.

CONFIDENTIAL CSI_00000484

Please let me know if you have any questions on the attached.

Thank you!

**Amy G. Pasacreta**
Attorney At Law

Orrick
New York
T +1-212-506-5159
apasacreta@orrick.com



Distressed Download Blog



---

**From:** Rosenblum, Gail [mailto:Gail.Rosenblum@cowen.com]
**Sent:** Thursday, January 12, 2017 11:12 AM
**To:** Pasacreta, Amy <apasacreta@orrick.com>
**Cc:** Patel, Amit <APatel@whiteboxadvisors.com>; Delano, Cindy Chen <CDelano@whiteboxadvisors.com>; Mori, John <John.Mori@cowen.com>; Bottge, Jillian <Jillian.Bottge@cowen.com>
**Subject:** Caesars Trade - Cowen Special Investments

Amy,

I am following up to our conversation (with John Mori) earlier this morning. Below you will find the trade details for the sale of the Earl of Sandwich (Atlantic City) LLC claim to Whitebox.

Attached is a draft the upstream, and as will be stated to the Seller, the trade is subject to the completion of due diligence and confirmation the claim is allowed in the amount of $3,600,000.00. Two claims have been filed, and we believe one will be expunged, but both have been included in the agreement. In addition, space has been left in the draft to include the Order.

Please let us know if you have comments to the draft.


Cowen Special Investments LLC (Cowen) confirms the following transaction with Whitebox Advisors.

**Debtor(s):**               Caesars Entertainment Operating Company, Inc.
                    US Bankruptcy Court, Northern District of Illinois
             CASE No. 15-01145

**Claim:**                Valid, undisputed, liquidated, non-contingent, allowed, general unsecured claim in the amount of $3,600,000.00

CONFIDENTIAL CSI_00000485

| | |
|---|---|
| **Original Creditor:** | Earl of Sandwich (Atlantic City) LLC |
| **Purchase Rate:** | 62.00% |
| **Purchase Price:** | $2,232,000.00 - Product of the Purchase Rate and the total amount of the Claim |
| **Form of Purchase:** | Assignment of Claim Agreement to be prepared by Cowen. |
| **Conditions:** | Trade subject to satisfactory completion of due diligence. Cowen executing an Assignment of Claim Agreement with original holder of Claim. Execution of a mutually acceptable Assignment of Claim customary for the sale and purchase of distressed trade claims. |

Thank you,
Gail

Gail Rosenblum
Vice President
Cowen Special Investments
830 Third Avenue, 4th Floor
New York, NY 10022
(O): 646-616-3082
Gail.Rosenblum@cowen.com

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Group, Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

CONFIDENTIAL CSI_00000486