### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING<br>COMPANY, INC., *et al.*,<br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>(Jointly Administered) |

### NOTICE OF FILING

To:     See attached Service List.

PLEASE TAKE NOTICE that on Wednesday, September 18, 2018, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, (i) *Whitebox Advisors, LLC's Memorandum of Law in Opposition to Earl of Sandwich's Motion for Summary Judgment*; (ii) *Whitebox Advisors, LLC's Response to Earl of Sandwich's Statement of Material Facts and Counterstatement of Material Facts*; (iii) *Declaration of Timothy R. Casey* and (iv) *Declaration of Peter M. Lupoff*, copies of which are herewith served upon you.

Dated:  September 19, 2018
　　　　Chicago, Illinois

DRINKER BIDDLE & REATH LLP

By:　　＿＿／s／ Timothy R. Casey＿＿＿＿＿
　　　Timothy R. Casey (ARDC # 6180828)
　　　191 North Wacker Drive, Suite 3700
　　　Chicago, Illinois 60606
　　　Tel:  (312) 569-1000
　　　Fax: (312) 569-3000
　　　E-mail: timothy.casey@dbr.com

　　　　　—and—

　　　James H. Millar
　　　Clay J. Pierce (previously admitted *pro hac vice*)
　　　1177 Avenue of the Americas, 41st Floor
　　　New York, NY 10036-2714
　　　Tel: (212) 248-3140
　　　Fax: (212) 248-3141
　　　E-mail: james.millar@dbr.com
　　　　　　　clay.pierce@dbr.com

*Counsel to Whitebox Advisors, LLC*

93992457.1

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy R. Casey, an attorney, hereby certify that on September 19, 2018, true and correct copies of (i) *Whitebox Advisors, LLC's Memorandum of Law in Opposition to Earl of Sandwich's Motion for Summary Judgment*; (ii) *Whitebox Advisors, LLC's Response to Earl of Sandwich's Statement of Material Facts and Counterstatement of Material Facts*; (iii) *Declaration of Timothy R. Casey* and (iv) *Declaration of Peter M. Lupoff* were served via operation of the CM/ECF System for the United States Bankruptcy Court for the Northern District of Illinois on all registered users thereof and via the means indicated on the attached service list on the parties therein.

_____/s/ Timothy R. Casey_____
Timothy R. Casey

<u>SERVICE LIST</u>

<u>ECF Recipients</u>:

| | |
|---|---|
| David S. Adduce | dadduce@komdr.com |
| David Agay | dagay@mcdonaldhopkins.com; mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com |
| Charles G. Albert | calbert@awpc-law.com; ecrouch@awpc-law.com |
| Stephanie Albrecht-Pedrick | spedrick@youngbloodlegal.com |
| Angela M. Allen | aallen@jenner.com |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com |
| Jeffrey E. Altshul | jaltshul@altshullaw.com |
| Rick Amos | amoslaw@cableone.net |
| Margaret M. Anderson | panderson@foxswibel.com; cjelks@foxswibel.com; bkdocket@foxswibel.com |
| George P. Apostolides | george.apostolides@saul.com; leanne.solomon@saul.com |
| Edmund Aronowitz | earonowitz@gelaw.com; alebdjiri@gelaw.com; gnovod@gelaw.com; tschuster@gelaw.com; |
| Amy A Aronson | amyaronson@comcast.net |
| Reuel D Ash | rash@ulmer.com |
| Brian A. Audette | baudette@perkinscoie.com; nbagatti@perkinscoie.com; docketchi@perkinscoie.com; brian-audette-perkins-coie-8180@ecf.pacerpro.com; russ-allen-6413@ecf.pacerpro.com; rdallen@perkinscoie.com |
| Jason Bach | jbach@bachlawfirm.com; aloraditch@bachlawfirm.com; sandra.herbstreit@bachlawfirm.com |
| Joseph A Baldi | jabaldi@baldiberg.com; jmanola@baldiberg.com; r51351@notify.bestcase.com |
| Ronald Barliant | ronald.barliant@goldbergkohn.com; kristina.bunker@goldbergkohn.com |
| Paige E. Barr | paige.barr@kattenlaw.com |
| William J. Barrett | william.barrett@bfkn.com; mark.mackowiak@bfkn.com; gregory.demo@bfkn.com; ecf-6ec602372536@ecf.pacerpro.com; |

|  | william-barrett-bfkn-3622@ecf.pacerpro.com |
| Richard M Bendix, Jr | rbendix@dykema.com |
| Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Robert R. Benjamin | rrbenjamin@gct.law; mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com |
| Bruce Bennett | bbennett@jonesday.com; slevinson@jonesday.com; dciarlo@jonesday.com |
| Michael T. Benz | benz@chapman.com; eickmann@chapman.com |
| Peter L. Berk | plberk@orb-legal.com; hmilman@orb-legal.com; milmanhr42820@notify.bestcase.com; hmbonesteel@gmail.com |
| Mark A. Berkoff | mberkoff@ngelaw.com; cdennis@ngelaw.com; ecfdocket@ngelaw.com mmirkovic@ngelaw.com |
| Florence Bonaccorso-Saenz | florence.saenz@la.gov |
| Ross T. Brand | rbrand@klueverplatt.com; bknotice@klueverplatt.com |
| Adam G. Brief | Adam.Brief@usdoj.gov |
| Erich S Buck | ebuck@ag-ltd.com; aweir@ag-ltd.com |
| Edwin H. Caldie | ed.caldie@stinson.com; laura.schumm@stinson.com |
| Matthew Callister | mqc@cll-law.com |
| Andrew D. Campbell | acampbell@novackmacey.com |
| Christine M Capitolo | cmc@tbpc.net |
| John P Carlin | jcarlin@suburbanlegalgroup.com; suburbanlegalgroup@iamthewolf.com |
| Joseph E. Cohen | jcohen@cohenandkrol.com; jcohenattorney@gmail.com; gkrol@cohenandkrol.com; jneiman@cohenandkrol.com; acartwright@cohenandkrol.com |
| Christopher Combest | christopher.combest@quarles.com; Faye.Feinstein@quarles.com; |
| Christopher M. Cahill | ccahill@lowis-gellen.com; abockman@lowis-gellen.com |
| Kurt M. Carlson | kcarlson@carlsondash.com; knoonan@carlsondash.com; bmurzanski@carlsondash.com |

78714202.10

| | |
|---|---|
| Frederick L Carpenter | fcarpenter@dfreeland.com |
| Stephen B. Chaiken | schaiken@ag-ltd.com; aweir@ag-ltd.com |
| Hugo L. Chanez | hchanez@cochranfirm.com |
| Thomas A. Christensen | tchristensen@huckbouma.com; mheneghan@huckbouma.com |
| Jeffrey Chubak | jchubak@storchamini.com |
| Scott R Clar | sclar@craneheyman.com; mjoberhausen@craneheyman.com; asimon@craneheyman.com |
| William J. Connelly | wconnelly@hinshawlaw.com; ihernandez@hinshawlaw.com |
| Daniel Czamanske | dan@chapman-lewis-swan.com; debbie@chapman-lewis-swan.com |
| Ryan Dahl | ryan.dahl@kirkland.com;    david.eaton@kirkland.com; joe.graham@kirkland.com;    josh.altman@kirkland.com; alyssa.bachman@kirkland.com; nicole.stringfellow@kirkland.com |
| Ryan A Danahey | rad@doherty-progar.com |
| Debra Dandeneau | Debra.Dandeneau@bakermckenzie.com |
| Alex Darcy | adarcy@askounisdarcy.com |
| Aaron Davis | aaron.davis@bclplaw.com; kathryn.farris@bclplaw.com; CHDocketing@bclplaw.com |
| Jason J DeJonker | jason.dejonker@bclplaw.com; carol.duracka@bclplaw.com; chdocketing@bclplaw.com |
| Denise A. Delaurent | Denise.DeLaurent@usdoj.gov; maria.r.kaplan@usdoj.gov |
| Maria A Diakoumakis | mdiakoumakis@dykema.com; DocketCH@dykema.com; bmederich@dykema.com |
| Edward Dial | edial@schreiblaw.com |
| Chris L. Dickerson | chris.dickerson@dlapiper.com; jeremy.hall@dlapiper.com; jonathan.pfleeger@dlapiper.com |
| Ira S. Dizengoff | idizengoff@akingump.com; srochester@akingump.com; jrubin@akingump.com; apreis@akingump.com; tyhong@akingump.com |
| Kevin W Doherty | kwd@doherty-progar.com |

78714202.10

Robert L. Doty                    robert.doty@ohioattorneygeneral.gov

Dino J. Domina                    djd@ddominalaw.com

David R. Doyle                    ddoyle@foxrothschild.com; kjanecki@foxrothschilds.com

Devon J. Eggert                   deggert@freeborn.com; bkdocketing@freeborn.com;

Robert E Eggmann                  ree@carmodymacdonald.com; pjf@carmodymacdonald.com;
                                  reggmann@ecf.inforuptcy.com; ala@carmodymacdonald.com

William J Factor                  wfactor@wfactorlaw.com; wfactorlaw@gmail.com;
                                  bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com;
                                  wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com

Thomas R. Fawkes                  tomf@goldmclaw.com; seanw@restructuringshop.com;
                                  teresag@restructuringshop.com

Laura M. Finnegan                 lmfinnegan@baumsigman.com

Daniel A. Fliman                  courtnotices@kasowitz.com
Erik Fox                          efox@cogburnlaw.com
Joseph D. Frank                   jfrank@fgllp.com; ccarpenter@fgllp.com; jkleinman@fgllp.com;
                                  mmatlock@fgllp.com

Jamie S Franklin                  jsf@thefranklinlawfirm.com

Jonathan P. Friedland             jfriedland@sfgh.com; bkdocket@sfgh.com;

Adam Friedman                     afriedman@olshanlaw.com

Thomas B Fullerton                thomas.fullerton@akerman.com

Matthew Gartner                   matthew.gartner@huschblackwell.com; legalsupportteam-10flnorth-
                                  slc@huschblackwell.com

Eugene J. Geekie, Jr.             eugene.geekie@saul.com; cynthia.enright@saul.com

Mary Anne Gerstner                gerstlaw2@sbcglobal.net

Sara T. Ghadiri                   ghadiri@chapman.com

Steven A. Ginther                 ndilecf@dor.mo.gov

Gabriel Glazer                    gglazer@pszjlaw.com

David L. Going                    dgoing@armstrongteasdale.com; crupp@armstrongteasdale.com

Craig T. Goldblatt                craig.goldblatt@wilmerhale.com

Gordon E. Gouveia                 ggouveia@foxrothschild.com; kjanecki@foxrothschild.com

Lorraine M Greenberg              lgreenberg@greenberglaw.net; r41893@notify.bestcase.com

Joshua Greenblatt                 josh.greenblatt@kirkland.com; kenymanagingclerk@kirkland.com

Nicole Greenblatt                 nicole.greenblatt@kirkland.com; bfriedman@kirkland.com;

4

|  |  |
|---|---|
|  | patrick.evans@kirkland.com; melissa.koss@kirkland.com; alex.cross@kirkland.com |
| Lisa Gretchko | lgretchko@howardandhoward.com |
| Steven B Gross | sbg224@gmail.com |
| Cameron M. Gulden | USTPRegion11.es.ecf@usdoj.gov |
| John W Guzzardo | jguzzardo@hmblaw.com; ecfnotices@.hmblaw.com |
| Stephen C. Hackney | stephen.hackney@kirkland.com |
| William S. Hackney, III | whackney@salawus.com; jadams@salawus.com; mcockream@salawus.com; dkreide@salawus.com |
| Oren B. Haker | oren.haker@stoel.com; jennifer.lowes@stoel.com; docketclerk@stoel.com |
| Aaron L. Hammer | ahammer@hmblaw.com; ecfnotices@hmblaw.com |
| Kristopher Hansen | mmagzamen@stroock.com; dmohamed@stroock.com; mlaskowski@stroock.com; jcanfield@stroock.com; fmerola@stroock.com; jlau@stroock.com |
| Carrie Hardman | chardman@winston.com; dcunsolo@winston.com; carrie-hardman-4684@ecf.pacerpro.com |
| B. Lane Hasler | lanehasler@blhpc.com |
| Teri L. Havron | teri@ghalaw.com; tracee@ghalaw.com |
| Mark F. Hebbeln | mhebbeln@foley.com |
| Ashley Hendricks | ahendricks@cglawms.com |
| Bernard A Henry | bhenry@rieckcrotty.com |
| Daniel O Herrera | dherrera@caffertyclobes.com |
| David R. Herzog | drhlaw@mindspring.com; herzogschwartz@gmail.com |
| Roger J. Higgins | rhiggins@rogerhigginslaw.com |
| Timothy W. Hoffman | thoffmann@jonesday.com; kdenton@jonesday.com |
| John M Holowach | jholowach@jmhlegalgroup.com; bankruptcy@rjlegalgroup.com |
| Patrick L. Huffstickler | phuffstickler@dykema.com; aseifert@dykema.com |
| Paula K. Jacobi | pjacobi@btlaw.com; jsantana@btlaw.com; |
| Steve Jakubowski | sjakubowski@rsplaw.com |
| Elizabeth L. Janczak | ejanczak@freeborn.com; bkdocketing@freeborn.com |
| Bridgette E. Jenkins | bjenkins@walinskilaw.com |
| Julie A. Johnston-Ahlen | jjohnston-ahlen@novackandmacey.com; |

|                              | mbianchi@novackmacey.com |
| Gary M. Kaplan | gkaplan@fbm.com |
| Harold L. Kaplan | hkaplan@foley.com |
| Brett A. Kaufman | brett@kaufmanlegal.net |
| Dennis J. Kellogg | dennisk@denniskellogglaw.com |
| Benjamin Kelly | benkellysr@comcast.net |
| Michael Kelly | michael.kelly@usdoj.gov; MRavelo@usa.doj.gov |
| Claire G. Kenny | cgkenny@mgklaw.com |
| Brittany E Kirk | brittany.kirk@dinsmore.com; alison.kidney@dinsmore.com |
| John Klamo | gillt222@gmail.com |
| Gregg Kleiner | gkleiner@mckennalong.com; wowen@mckennalong.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com; ccarpenter@fgllp.com; mmatlock@fgllp.com |
| Richard S. Lauter | richard.lauter@lewisbrisbois.com; lbbscaesars@gmail.com; |
| Ryan O. Lawlor | ryan.lawlor@bryancave.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Vincent E. Lazar | vlazar@jenner.com; docketing@jenner.com; thooker@jenner.com |
| Alan M. Lebensfeld | alan.lebensfeld@lsandspc.com |
| Caren A. Lederer | calederer@gct.law; mperez@gct.law; stasciotti@gct.law; tstephenson@gct.law; aleon@gct.law |
| Steven H. Leech | s.leech@gozdel.com |
| Mark E. Leipold | mleipold@gouldratner.com; gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecf_notice@juralaw.net |
| John P. Leon | jleon@subranni.com; desk@subranni.com |
| Theodore S. Leonas | tl@leonaslawoffices.com |
| Brandon Levitan | blevitan@proskauer.com; npetrov@proskauer.com; mbienenstock@proskauer.com; jliu@proskauer.com; pabelson@proskauer.com; GRAICHT@proskauer.com; vindelicato@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; ctheodoridis@proskauer.com |
| Michael Joseph Linneman | linnemanm@jbltd.com |
| Jordan M Litwin | jordan@litwinlawfirm.com |
| Sara E. Lorber | slorber@wfactorlaw.com; slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com |

6

| | |
|---|---|
| David M. Madden | dmadden@sfgh.com |
| Haig M. Maghakian | paronzon@milbank.com; tkreller@milbank.com; rbaggs@milbank.com; dmuhrez@milbank.com; svora@milbank.com; rwindom@milbank.com |
| John Malevitis | jhnymal@comcast.net |
| Jeff J. Marwil | jmarwil@proskauer.com; mzerjal@proskauer.com; ctheodoridis@prokauer.com; sma@proskauer.com; |
| Richard McCord | rmccord@certilmanbalin.com |
| William F. McCormick | bill.mccormick@ag.tn.gov |
| Daniel J McGuire | dmcguire@winston.com; ECF_BANK@winston.com; dan-mcguire-2746@ecf.pacerpro.com |
| Regina McIlvaine | regina@lowenthalabrams.com; antoinette@lowenthalabrams.com |
| Joshua M. Mester | jmester@jonesday.com; gmarinelli@jonesday.com; vcrawford@jonesday.com; ekswanholt@jonesday.com; aldufault@jonesday.com |
| Nicholas M. Miller | nmiller@ngelaw.com; ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com |
| Bryan E. Minier | bminier@lathropgage.com; mvargas@lathropgage.com; krodriguez@lathropgage.com |
| Michael L Molinaro | michael.molinaro@akerman.com; kelley.evans@akerman.com |
| James Morgan | jem@h2law.com; smckinney@howardandhoward.com |
| Margreta Morgulas | mmorgulas@okinhollander.com |
| Kevin H. Morse | khmorse@saul.com |
| Christopher J. Nadeau | cnadeau@traublieberman.com |
| Roger J Naus | rjnaus@wwmlaw.com; gbrown@wwmlaw.com |
| David M Neff | dneff@perkinscoie.com; nbagatti@perkinscoie.com; david-neff-perkins-coie-2051@ecf.pacerpro.com |
| David Neier | dneier@winston.com |
| John R. O'Connor | joconnor@sfgh.com; bkdocket@sfgh.com |
| Michael V Ohlman | mvohlman@ohlmanlaw.com; admin@ohlmanlaw.com |
| Mark Page | mpage@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; BankruptcyDepartment@Kelleydrye.com |
| Robert L. Pattullo Jr. | pattullo@pattullolaw.com |
| Jeffrey Pawlitz | jpawlitz@kirkland.com |
| Lars Peterson | lapeterson@foley.com |

7

| | |
|---|---|
| Lanora Pettit | lpettit@robbinsrussell.com |
| Paul Possinger | ppossinger@proskauer.com; mthomas@proskauer.com; mlespinasselee@proskauer.com; nwilliams@proskauer.com; npetrov@proskauer.com; erodriguez@proskauer.com; ddesatnick@proskauer.com |
| Jody B. Pravecek | jody@pcfcash.com |
| Megan Preusker | mpreusker@mwe.com |
| Eric S. Prezant | eric.prezant@bclplaw.com; dortiz@bclplaw.com |
| Scott A Pyle | spyle@rubinoruman.com; amanuel@ rubinoruman.com; ttoso@rubinoruman.com |
| Robert Radasevich | rradasevich@ngelaw.com; ewilson@ngelaw.com; ecfdocket@ngelaw.com |
| Amy Rapoport | agibson@agdglaw.com; wserritella@agdglaw.com; jcole@agdglaw.com |
| N. Neville Reid | nreid@foxswibel.com; bkdocket@foxswibel.com; bwilson@foxswibel.com |
| Benjamin Rhode | benjamin.rhode@kirkland.com; dzott@kirkland.com; jzeiger@kirkland.com; judson.brown@kirkland.com; christopher.greco@kirkland.com; tlambert@kirkland.com; gabriel.king@kirkland.com; aaron.david@kirkland.com |
| Richard Reinthaler | rreinthaler@winston.com |
| Trent L. Richards | trichards@blgwins.com; hdaniels@blgwins.com |
| Michael J. Ripes | mripes@rnbk.com |
| Zachary A Risk | riskz1@michigan.gov |
| Richard Schonfeld | rreyes@cslawoffice.net |
| Peter J. Roberts | proberts@shawfishman.com |
| Daniel P. Roeser | droeser@goodwinlaw.com |
| David Rosner | drosner@kasowitz.com; courtnotices@kasowitz.com |
| Craig Rothenberg | crothenberg@rrbslawnj.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com; jean.montgomery@bfkn.com |
| Christina Sanfelippo | csanfelippo@shawfishman.com; orafalovsky@shawfishman.com |
| Brandy A Sargent | basargent@stoel.com; erheaston@stoel.com; docketclerk@stoel.com; obhaker@stoel.com; cejordan@stoel.com; eleliasen@stoel.com jason.abrams@stoel.com |
| Ryan T. Schultz | rschultz@foxswibel.com; bkdocket@fslc.com |
| Leslee Schwartz | lschwartzatty@gmail.com |
| Samuel Schwartz | ecf@schwartzlawyers.com; schwartzecf@gmail.com |

| | |
|---|---|
| John Sciaccotta | jsci@agdglaw.com; molson@agdglaw.com |
| Susan H Seabury | susan.seabury@bakertilly.com |
| David R. Seligman | dseligman@kirkland.com, maureen.mccarthy@kirkland.com; gregory.pesce@kirkland.com; christopher.hayes@kirkland.com gerardo.mijaresshafai@kirkland.com; alice.nofzinger@kirkland.com; anthony.abate@kirkland.com; kyle.arendsen@kirkland.com |
| Jack M. Shapiro | jack@danielgoodmanlaw.com |
| Brian L. Shaw | bshaw@foxrothschild.com; cknez@foxrothschild.com |
| Patrick Sibley | psibley@pryorcashman.com; slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Stephen J. Siegel | ssiegel@novackandmacey.com; cziganto@novackandmacey.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com; mark.joachim@arentfox.com; jackson.toof@arentfox.com; beth.brownstein@arentfox.com; manuel.arreaza@arentfox.com; lisa.indelicato@arentfox.com |
| Kevin C. Smith | ksmith@smithsersic.com; dgreen@smithsersic.com |
| Wesley J. Smith | wes@cjmlv.com |
| Jeffrey I. Snyder | jsnyder@bilzin.com; eservice@bilzin.com |
| Jean Soh | jsoh@polsinelli.com; chicagodocketing@polsinelli.com |
| Michael T Sprengnether | mts@doherty-progar.com |
| Catherine L Steege | csteege@jenner.com; docketing@jenner.com |
| Richard A Stieglitz | rstieglitz@cahill.com |
| Richard M Strassberg | rstrassberg@goodwinlaw.com |
| Roman Sukley | roman.l.sukley@usdoj.gov; USTPRegion11.es.ecf@usdoj.gov; cameron.g.gulden@usdoj.gov |
| Benjamin Swetland | bswetland@cherry-law.com |
| John E Tangren | jtangren@gelaw.com; gnovod@gelaw.com; |
| Mark K. Thomas | mthomas@proskauer.com |
| Joseph M. Tiller | jtiller@jonesday.com |
| L. Judson Todhunter | JTodhunter@howardandhoward.com |
| Jennifer A. Trofa | jtrofa@subranni.com; desk@subranni.com |
| John D. VanDeventer | jvandeventer@jenner.com |
| Elizabeth B. Vandesteeg | evandesteeg@sfgh.com; bkdocket@sfgh.com |

| | |
|---|---|
| Michael D Warner | mwarner@coleschotz.com; klabrada@coleschotz.com |
| Matthew Warren | matthew.warren@lw.com; chefiling@lw.com; beth.arnold@lw.com |
| Martin J. Wasserman | mwasserman@carlsondash.com; knoonan@carlsondash.com |
| Louis H. Watson | louis@watsonnorris.com |
| Daniel I. Waxman | lexbankruptcy@wyattfirm.com |
| Jeramy D Webb | jwebb@proskauer.com |
| Brian P Welch | bwelch@burkelaw.com; gbalderas@burkelaw.com |
| Paul M Weltlich | pweltlich@lksu.com |
| Latonia Williams | lwilliams@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Sean P. Williams | sean.williams@saul.com |
| Jolene Wise | wisej@sec.gov |
| Samuel C. Wisotzkey | swisotzkey@kmksc.com; kmksc@kmksc.com |
| Scott A Wolfson | swolfson@wolfsonbolton.com; stravis@wolfsonbolton.com |
| Xiaoming Wu | notice@billbusters.com; billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com |
| Amanda S. Yarusso | amanda.yarusso@gmail.com |
| Barbara L Yong | blyong@gctlaw.com; mperez@gctlaw.com; myproductionss@gmail.com; tstephenson@gctlaw.com; aleon@gctlaw.com; r61390@notify.bestcase.com |
| Artur Zadrozny | artur@bzlaw-firm.com |
| David I Zalman | dzalman@kelleydrye.com |
| Scott M. Zauber | szauber@subranni.com; desk@subranni.com |
| Jeffrey Zeiger | jzeiger@kirkland.com |
| David J Zott | dzott@kirkland.com; joe.graham@kirkland.com; james.sprayregen@kirkland.com; maureen.mccarthy@kirkland.com; anthony.abate@kirkland.com; jeffrey.zeiger@kirkland.com |

Non-ECF Parties Served By E-mail:

| | |
|---|---|
| Robert Lynch, Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois 60601-3397<br>E-mail: Robert.Lynch2@Illinois.gov | Simon Property Group, L.P.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, Indiana 46204<br>E-mail: rtucker@simon.com |
| Lawrence M. Schwab<br>Kenneth T. Law<br>Bialson, Bergen & Schwab, a Professional<br>Corporation<br>2600 El Camino Real, Suite 300<br>Palo Alto, California 94306<br>E-mail: KLaw@bbslaw.com | IUPAT Pension Fund<br>c/o Dawn M. Costa<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street<br>Philadelphia, Pennsylvania 19106<br>E-mail: dcosta@jslex.com;<br>bankruptcy@jslex.com |
| Shawn M. Christianson<br>Buchalter Nemer, A Professional Corporation<br>55 Second Street, 17th floor<br>San Francisco, California 94105-3493<br>E-mail: schristianson@buchalter.com | Albert A. Ciardi<br>Ciardi Ciardi & Astin<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, Pennsylvania 19103<br>E-mail: aciardi@ciardilaw.com |
| Sabrina L. Streusand<br>Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Road<br>Suite 811<br>Austin, Texas 78704<br>E-mail: streusand@slollp.com | Jeffrey H. Davidson<br>Gabriel I. Glazer<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>E-mail: jdavidson@pszjlaw.com;<br>gglazer@pszjlaw.com |
| John A. Morris<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017-2024<br>E-mail: jmorris@pszjlaw.com | Pillsbury Winthrop Shaw & Pittman LLP<br>Kathy Jorrie<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, California 90017-5406<br>E-mail: kathy.jorrie@pillsburylaw.com |

78714202.10

| | |
|---|---|
| Tobey M. Daluz<br>Leslie C. Heilman<br>Ballard Spahr LLP<br>919 Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>E-mail: daluzt@ballardspahr.com;<br>      heilmanl@ballardspahr.com | Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Attn: David N. Crapo<br>E-mail dcrapo@gibbonslaw.com |
| Philip C. Dublin<br>Abid Qureshi<br>Sara L. Brauner<br>David M. Zensky<br>Robert H. Pees<br>Shenghao Stan Chiueh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>E-mail: pdublin@akingump.com;<br>      aqureshi@akingump.com;<br>      sbrauner@akingump.com;<br>      dzensky@akingump.com;<br>      rpees@akingump.com;<br>      schiueh@akingump.com | EMC Corporation<br>c/o Receivables Management Services<br>Attn: Ronald L. Rowland, Agent<br>307 International Circle, Ste. 270<br>Hunt Valley, Maryland 21030<br>E-mail: Ronald.Rowland@iqor.com |
| Credit Suisse AG, Cayman Islands Branch<br>Attn: Sean Portrait<br>Eleven Madison Avenue<br>New York, New York 10010<br>E-mail: agency.loanops@credit-suisse.com | Cahill Gordon & Reindel LLP<br>William Miller<br>Joel H. Levitin<br>80 Pine Street<br>New York, New York 10005<br>E-mail: wmiller@cahill.com;<br>      jlevitin@cahill.com |
| Stephanie Wickouski<br>Michelle McMahon<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>E-mail: Stephanie.wickouski@bryancave.com;<br>      Michelle.mcmahon@bryancave.com | Sandra E. Horwitz<br>Managing Director<br>Delaware Trust Company<br>2711 Centerville Road<br>Wilmington, Delaware 19808<br>E-mail: shorwitz@delawaretrust.com |
| City of Reno<br>Michael Chaump<br>Business Relations Manager<br>P.O. Box 1900<br>Reno, Nevada 89505<br>E-mail: chaumpm@reno.gov | Craig A. Barbarosh<br>Katten Muchin Rosenman LLP<br>650 Town Center Drive<br>Suite 700<br>Costa Mesa, California 92626-7122<br>E-mail: craig.barbarosh@kattenlaw.com |

78714202.10

| | |
|---|---|

13

| | |
|---|---|
| David A. Crichlow<br>Karen Dine<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>Suite 1414<br>New York, New York 10022-2585<br>E-mail: david.crichlow@kattenlaw.com;<br>　　　karen.dine@kattenlaw.com | Kelley Drye & Warren LLP<br>James S. Carr<br>Eric R. Wilson<br>Kristin S. Elliott<br>101 Park Avenue<br>New York, New York 10178<br>E-mail: ewilson@kelleydrye.com;<br>　　　kelliott@kelleydrye.com |
| Kenneth H. Eckstein<br>Gregory A. Horowitz<br>Douglas H. Mannal<br>Daniel M. Eggermann<br>Matthew C. Ziegler<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>E-mail: keckstein@kramerlevin.com;<br>　　　ghorowitz@kramerlevin.com;<br>　　　dmannal@kramerlevin.com;<br>　　　deggermann@kramerlevin.com;<br>　　　mziegler@kramerlevin.com | Law Debenture Trust Company of New York<br>James D. Heaney<br>Managing Director<br>400 Madison Avenue, 4th Floor<br>New York, New York 10017<br>E-mail: james.heaney@lawdeb.com |
| Proskauer Rose LLP<br>Martin Bienenstock, Judy Liu, Phil Abelson<br>and Vincent Indelicato<br>Eleven Times Square<br>New York, New York 10036-8299<br>E-mail: mbienenstock@proskauer.com;<br>　　　jliu@proskauer.com;<br>　　　pabelson@proskauer.com;<br>　　　vindelicato@proskauer.com | Stroock & Stroock & Lavan LLP<br>Kenneth Pasquale<br>Erez Gilad<br>180 Maiden Lane<br>New York, New York 10038<br>E-mail: kpasquale@stroock.com;<br>　　　egilad@stroock.com |
| John R. Ashmead<br>Arlene R. Alves<br>Kalyan Das<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>E-mail: ashmead@sewkis.com;<br>　　　alves@sewkis.com;<br>　　　das@sewkis.com | White & Case LLP<br>Attn: Thomas E. Lauria<br>Southeast Financial Center<br>200 S. Biscayne Blvd.<br>Suite 4900<br>Miami, Florida 33131<br>E-mail: tlauria@whitecase.com |

| | |
|---|---|
| White & Case LLP<br>Attn: J. Christopher Shore and Harrison Denman<br>1155 Avenue of the Americas<br>New York, New York 10036<br>E-mail: cshore@whitecase.com;<br>    hdenman@whitecase.com | John H. Bae<br>Kaitlin Walsh<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>666 Third Avenue<br>New York, New York 10017<br>E-mail: jhbae@mintz.com;<br>    KRWalsh@mintz.com |
| William Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>E-mail: bkannel@mintz.com | The Stepnowski Law Offices<br>Frank Stepnowski<br>1515 N. Harlem Avenue<br>Suite 205-2<br>Oak Park, Illinois 60302<br>E-mail: Frank@Steppergroup.com |
| Michael L. Testa<br>Testa, Heck, Scrocca & Testa, P.A.<br>424 Landis Avenue – P.O. Box 749<br>Vineland, New Jersey 08360<br>E-mail: mtesta@testalawyers.com | Kevin Mangan<br>Morgan L. Patterson<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>E-mail: kmangan@wcsr.com;<br>    mpatterson@wcsr.com |
| TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207<br>E-mail: bill.mccormick@ag.tn.gov | WPB Partners LLC<br>Attn: John J. Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, Virginia 23230-1656<br>E-mail: jmarshall@jmpartnersllc.com |
| Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, Georgia 30363-1031<br>E-mail: darryl.laddin@agg.com | J. Christian Nemeth<br>Michael A. Pope<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>E-mail: jnemeth@mwe.com<br>    mpope@mwe.com |

78714202.10

| | |
|---|---|
| Timothy W. Walsh<br>Monica S. Asher<br>Michael Galen<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York 10173<br>E-mail: twwalsh@mwe.com<br>　　　masher@mwe.com<br>　　　mgalen@mwe.com | Alyssa B. Russell<br>Kirkland & Ellis LLP<br>300 N. LaSalle Street<br>Chicago, Illinois 60654<br>E-mail: alyssa.russell@kirkland.com |
| Daniel J. Gallagher<br>Law Office of Daniel J. Gallagher, Esq.<br>26 S. New York Avenue, 1st Floor<br>Atlantic City, New Jersey 08401<br>E-mail: dgallagher@dangallagheraclaw.com | Randall S. Eisenberg<br>Scott Tandberg<br>AlixPartners<br>40 West 57th Street<br>New York, New York 10019<br>E-mail: reisenberg@alixpartners.com;<br>　　　standberg@alixpartners.com |
| American Express, Global Merchant Services<br>Attn: Craig McDowell<br>Three World Financial Center<br>200 Vesey Street<br>New York, New York 10285<br>E-mail: Craig.B.McDowell@aexp.com | Cole Schotz, PC<br>Attn: Michael D. Sirota<br>1325 Avenue of the Americas<br>19th Floor<br>New York, New York 10019<br>Attn: msirota@coleschotz.com |
| Donald C. Marro<br>3318 Bust Head Road<br>The Plains, Virginia 20198<br>E-mail: dmarro@crosslink.net | Darren S. Klein<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>E-mail: darren.klein@davispolk.com |
| Mark C. Gardy<br>James S. Notis<br>Meagan Farmer<br>Gardy & Notis, LLP<br>126 East 56th Street, 8th Floor<br>New York, New York 10022<br>E-mail: mgardy@gardylaw.com<br>　　　jnotis@gardylaw.com<br>　　　mfarmer@gardylaw.com | Lawrence M. Jacobson<br>Glickfeld, Fields & Jacobson LLP<br>9720 Wilshire Boulevard<br>Suite 700<br>Beverly Hills, California 90212<br>E-mail: lmj@gfjlawfirm.com |

| | |
|---|---|
| Internal Revenue Service<br>Attn: Linda Lorello<br>400 N. 8th Street<br>Box 76<br>Richmond, Virginia 23219<br>E-mail: Linda.Lorello@irs.gov | Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, Massachusetts 02110<br>E-mail: Bankruptcy2@ironmountain.com |
| Johnson, Yacoubian & Paysse<br>Attn:  Alan J. Yacoubian, Danielle Culotta,<br>Harley Richard, Sandra Noya,  Laurie Cupstid<br>& Alejandro J. Rodriguez<br>701 Poydras Street<br>Suite 4700<br>New Orleans, Louisiana 70139-7708<br>E-mail: ajy@jyplawfirm.com<br>      cmg@jyplawfirm.com<br>      dcc@jyplawfirm.com<br>      her@jyplawfirm.com<br>      lfc@jyplawfirm.com<br>      ajr@jyplawfirm.com<br>      dhr@jyplawfirm.com | Jones Day<br>Attn:  Philip Le B. Douglas, Geoffrey S.<br>Stewart, Todd R. Geremia, Rajeev Muttreja &<br>Alex P. McBrid<br>222 East 41st Street<br>New York, New York 10017<br>E-mail: pldouglas@jonesday.com<br>      gstewart@jonesday.com<br>      trgeremia@jonesday.com<br>      rmuttreja@jonesday.com<br>      apmcbride@jonesday.com |
| Kozacky Weitzel McGrath, PC<br>Attn:  Jessica Fricke Garro & Jerome R.<br>Weitzel<br>55 W. Monroe Street<br>Suite 2400<br>Chicago, Illinois 60603<br>E-mail: jgarro@kwmlawyers.com<br>      jweitzel@kwmlawyers.com | Great Southern Bank<br>Legal Department<br>Attn: Angela R. Huffman<br>1451 E. Battlefield Street<br>Springfield, Missouri 65804<br>E-mail: ahuffman@greatsouthernbank.com |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, Texas 77253<br>E-mail: houston_bankruptcy@lgbs.com | Locke Lord, LLP<br>Attn: Alan Katz, Esq.<br>Three World Financial Center<br>New York, New York 10261<br>E-mail: akatz@lockelord.com |

78714202.10

| | |
|---|---|
| Merkel & Cocke, PA<br>Attn: Edward P. Connell<br>P.O. Box 1388<br>Clarksdale, Mississippi 38614<br>E-mail: tconnell@merkel-cocke.com | Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>Attn:  Jeffrey D. Saferstein, Esq., Samuel E. Lovett, Lewis R. Clayton, Jonathan Hurwitz, Michael E. Gertzman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>E-mail: jsaferstein@paulweiss.com<br>　　　　slovett@paulweiss.com<br>　　　　lclayton@paulweiss.com<br>　　　　jhurwitz@paulweiss.com<br>　　　　mgertzman@paulweiss.com |
| Perkins Coie LLP<br>Attn: John D. Penn<br>500 North Akard Street<br>Suite 3300<br>Dallas, Texas 75201-3347<br>E-mail: jpenn@perkinscoie.com | Schulte Roth & Zabel, LLP<br>Attn:  James T. Bentley, Ronald E. Richman, Alan R. Glickman, & David M. Hillman<br>919 Third Avenue<br>New York, New York 10022<br>E-mail: james.bentley@srz.com<br>　　　　ronald.richman@srz.com<br>　　　　alan.glickman@srz.com<br>　　　　david.hillman@srz.com |
| The Law Offices of C. G. Gordon Martin<br>C. G. Gordon Martin<br>99 South Lake Avenue<br>Suite 501<br>Pasadena, California 91101<br>E-mail: cggordonmartin@earthlink.net | Wilmer Cutler Pickering Hale and Dorr, LLP<br>Attn: Benjamin W. Loveland<br>60 State Street<br>Boston, Massachusetts 02109<br>E-mail: Benjamin.Loveland@wilmerhale.com |
| Wilmer Cutler Pickering Hale and Dorr, LLP<br>Attn:  Howard M. Shapiro, Bruce Berman, Craig Goldblatt<br>1875 Pennsylvania Avenue<br>Washington, D.C. 20006<br>E-mail: Howard.Shapiro@wilmerhale.com<br>　　　　Bruce.Berman@wilmerhale.com<br>　　　　Craig.Goldblatt@wilmerhale.com | Winston & Strawn, LLP<br>Attn: Gregory M. Gartland<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>E-mail: ggartland@winston.com |

78714202.10

Non-ECF Parties Served By First Class Mail:

| | |
|---|---|
| Arizona Department of Gaming<br>Dan Bergin, Director<br>1110 W. Washington St., Suite 450<br>Phoenix, Arizona 85007 | Attorney General for the State of Illinois<br>Attn: Bankruptcy Section<br>500 S. 2nd Street<br>Springfield, Illinois 62701 |
| Bureau of Gambling Control<br>Kamala D. Harris, Attorney General<br>4949 Broadway, Suite E-231<br>Sacramento, CA 95820 | California Gambling Control Commission<br>Tina Littleton, Executive Director<br>2399 Gateway Oaks Dr., Suite 220<br>Sacramento, CA 95833-4231 |
| Illinois Gaming Board (IGB)<br>Emily Mattison – General Counsel<br>160 North LaSalle Street, Suite 300<br>Chicago, IL 60601 | Indiana Gaming Commission (IGC)<br>Ernest E. Yelton, Executive Director<br>101 W. Washington Street<br>East Tower, Suite 1600<br>Indianapolis, IN 46204 |
| Louisiana Gaming Control Board (LGCB)<br>Ronnie Jones, Chairman<br>7901 Independence Blvd.<br>Building A<br>Baton Rouge, LA 70806 | Mississippi Gaming Commission<br>Allen Godfrey, Executive Director<br>620 North Street, Suite 200<br>Jackson, MS 39202 |
| Missouri Gaming Commission<br>Roger Stottlemyre, Executive Director<br>3417 Knipp Drive<br>P.O. Box 1847<br>Jefferson City, MO 65102 | Nevada State Gaming Control Board &<br>Gaming Commission<br>Michael LaBadie, Marc Warren and David<br>Staley<br>555 East Washington Ave<br>Suite 2600<br>Las Vegas, NV 89101 |
| New Jersey Division of Gaming Enforcement<br>David L. Rebuck, Director<br>1300 Atlantic Ave<br>Atlantic City, NJ 08401-0000 | North Carolina Department of Revenue<br>Lyons Gray, Secretary of Revenue<br>501 N. Wilmington St.<br>Raleigh, NC 27604 |
| Ohio Casino Control Commission<br>John Barron, Deputy Executive Director &<br>General Counsel<br>10 West Broad Street, 6th Floor<br>Columbus, OH 43215 | Pennsylvania Gaming Control Board<br>Kevin F. O'Toole, Executive Director<br>P.O. Box 69060<br>Harrisburg, PA 17106-9060 |

78714202.10

| | |
|---|---|
| State Lottery & Gaming Control Agency<br>Stephen L. Martino, Esq., Director<br>Montgomery Park Business Center<br>1800 Washington Blvd., Suite 330<br>Baltimore, MD 21230 | State of Arizona Attorney General<br>Attn:  Bankruptcy Department<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| State of California Attorney General<br>Attn:  Bankruptcy Department<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004 | State of Connecticut Attorney General<br>Attn:  Bankruptcy Department<br>55 Elm Street<br>Hartford, CT 06106 |
| State of Georgia Attorney General<br>Attn:  Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta. GA 30334-1300 | State of Indiana Attorney General<br>Attn:  Bankruptcy Department<br>Indiana Government Center South – 5th Floor<br>302 Washington Street<br>Indianapolis, IN 46204 |
| State of Iowa Attorney General<br>Attn:  Bankruptcy Department<br>Hoover State Office Building<br>1305 E Walnut<br>Des Moines, IA 50319 | State of Kentucky Attorney General<br>Attn:  Bankruptcy Department<br>700 Capitol Avenue, Capitol Building<br>Suite 118<br>Frankfort, Kentucky 40601 |
| State of Louisiana Attorney General<br>Attn:  Bankruptcy Department<br>P.O Box 94095<br>Baton Rouge, LA 70804-4095 | State of Maryland Attorney General<br>Attn:  Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| State of Massachusetts Attorney General<br>Attn:  Bankruptcy Department<br>1 Ashburton Place<br>Boston, MA 02108-1698 | State of Michigan  Attorney General<br>Attn:  Bankruptcy Department<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |
| State of Minnesota Attorney General<br>Attn:  Bankruptcy Department<br>State Capitol, Suite 102<br>St. Paul, MN 55155 | State of Mississippi Attorney General<br>Attn:  Bankruptcy Department<br>Department of Justice, Walter Sillers Building<br>550 High St., Suite 1200<br>P.O. Box 220<br>Jackson, MS 39205 |

78714202.10

| | |
|---|---|
| State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65101 | State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>Old Supreme Court Building<br>100 North Carson Street<br>Carson City, NV 89701 |
| State of New Jersey Attorney General<br>Attn: Bankruptcy Department<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080 | State of New Jersey Casino Control<br>Commission<br>Matthew B. Levinson, CEO<br>Arcade Building<br>Tennessee Ave & Boardwalk<br>Atlantic City, NJ 08401-0000 |
| State of New York Attorney General<br>Attn: Bankruptcy Department<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>Dept. of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>State Office Tower, 14th Floor<br>30 East Broad Street<br>Columbus, OH 43266-0410 | State of Oregon Attorney General<br>Attn: Bankruptcy Department<br>Justice Bldg.<br>116 2 Court Street NE<br>Salem, OR 97301 |
| State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>1600 Strawberry Square<br>16th Floor<br>Harrisburg, PA 17120 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 |
| State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>Remert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | State of Tennessee Attorney General<br>Attn: Bankruptcy Department<br>425 5th Avenue North<br>P.O. Box 20207<br>Nashville, TN 37243 |
| State of Texas Attorney General<br>Attn: Bankruptcy Department<br>PO Box 12548<br>Austin, TX 78711-2548 | State of Utah Attorney General<br>Attn: Bankruptcy Department<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |

| | |
|---|---|
| State of Virginia Attorney General<br>Attn:  Bankruptcy Department<br>900 East Main Street<br>Richmond, VA 23219 | State of Washington Attorney General<br>Attn:  Bankruptcy Department<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| State of West Virginia Attorney General<br>Attn:  Bankruptcy Department<br>State Capitol, Bldg. 1, Room E-26<br>1900 Kanawha Blvd. East<br>Charleston, WV 25305 | State of Wisconsin Attorney General<br>Attn:  Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Attorney General<br>Attn:  Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 | Environmental Protection Agency – Region 5<br>Attn: Richard L. Nagle, Bankruptcy Contact<br>Mail Code: C-14J<br>77 West Jackson Blvd.<br>Chicago, Illinois 60604 |
| Illinois Department of Revenue<br>Attn: Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Illinois Environmental Protection Agency<br>Attn: Director or Chief Legal Counsel<br>1021 N. Grand Avenue E<br>Springfield, Illinois 62702 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, Pennsylvania 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Internal Revenue Service<br>Territory Manager, Insolvency Territory 7<br>230 S. Dearborn Street<br>Mail Stop 5000 CHI Room 3022<br>Chicago, Illinois 60604 | Securities and Exchange Commission<br>Office of General Counsel<br>100 F Street, NE<br>Washington, DC 20549 |
| U.S. Securities and Exchange Commission<br>Attn: Regional Director<br>Chicago Regional Office<br>175 West Jackson Blvd., Ste. 900<br>Chicago, Illinois 60604 | United States Attorney for the Northern<br>District of Illinois Eastern Division<br>Zachary T. Fardon<br>Attn: Bankruptcy Section<br>219 S. Dearborn St. 5th Floor<br>Chicago, Illinois 60604 |

78714202.10

| | |
|---|---|
| Iowa Gaming Commission<br>Attn: Brian J. Ohorilko, Administrator<br>Capitol Medical Office Building<br>1300 Des Moines Street, Ste. 100<br>Des Moines, Iowa 50309-5508 | Caesars Entertainment Operating Company, Inc.<br>One Caesars Palace Dr.<br>Las Vegas, Nevada 89109<br>Attn: Timothy J. Lambert |
| Caesars Entertainment Corp.<br>Attn: General Counsel<br>1 Caesars Palace Drive<br>Las Vegas, Nevada 89109 | BOKF, N.A.<br>c/o BOK Financial<br>Corporate Trust<br>George Kubin<br>1600 Broadway, 3rd Floor<br>Denver, Colorado 80202 |
| UMB Bank, National Association<br>Attn: Gavin Wilkinson, Corporate Trust and Escrow Services<br>120 South 6th Street, Suite 1400<br>Minneapolis, Minnesota 55082 | U.S. Bank Global Corporate Trust Services<br>Deborah Ibrahim, Vice President<br>One Federal Street<br>Boston, Massachusetts 02110-0000 |
| U.S. Bank National Association<br>Attn: Corporate Trust Services<br>Raymond S. Haverstock<br>60 Livingston Avenue<br>St. Paul, Minnesota 55107-1419 | Wilmington Savings Fund Society, FSB<br>Attn: Patrick Healy<br>500 Delaware Avenue<br>Wilmington, Delaware 19801 |
| Wilmington Trust, NA<br>Geoffrey J. Lewis<br>Rodney Square North<br>1100 N. Market Street<br>Wilmington, Delaware 19890-0001 | Paul A. Rubin<br>Rubin LLC<br>345 Seventh Avenue<br>21st Floor<br>New York, New York 10001 |
| James G. Aaron<br>Ansell Grimm & Aaron<br>1500 Lawrence Avenue, CN-7807<br>Ocean, New Jersey 07712 | Hillen, Wicker & Tapscott<br>c/o Michael D. Tapscott<br>322 Jefferson Street<br>Tupelo, Mississippi 38804 |
| Rosenthal & Rosenthal<br>1370 Broadway<br>New York, New York 10018<br>Attn: Anthony DiTirro | Earl E. Farkas<br>Peter J. Wozniak<br>Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP<br>One East Wacker Drive, Suite 1700<br>Chicago, Illinois 60601 |

78714202.10

| | |
|---|---|
| Russell J. Reid<br>Reid, McCarthy, Ballew & Leahy, L.L.P.<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle, Washington 98119 | Paul S. Aronzon<br>Thomas R. Kreller<br>Haig M. Maghakian<br>Milbank, Tweed, Hadley & McCloy LLP<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, California 90067 |
| Emil A. Kleinhaus<br>Harold S. Novikoff<br>Marc Wolinsky<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019 | Robert W. Hamilton<br>Jones Day<br>325 John H. McConnell Boulevard<br>Columbus, Ohio 43215 |
| David S. Torborg<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 | Joseph L. Sorkin<br>Steven M. Pesner<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036 |
| Christopher A. Hall<br>Jones Day<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, Illinois 60601 | Ayanna Lewis-Gruss<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, New York 10019-6142 |
| Robert D. Nosek<br>Jaspreet S. Mayall<br>Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue, 9th Floor<br>East Meadow, New York 11554 | Scott J. Fandre<br>C. Daniel Motsinger<br>Krieg DeVault LLP<br>30 N. LaSalle Street, Suite 2800<br>Chicago, Illinois 60602 |
| Mesirow Financial Holdings, Inc.<br>Attn: Jeffrey M. Levine<br>353 North Clark Street<br>Chicago, Illinois 60654 | Adam L. Schiff<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019 |
| Jeffrey L. Wagoner<br>W M Law, P.C.<br>15095 W. 116th Street<br>Olathe, Kansas 66062 | Michael T. Mervis<br>Proskauer Rose LLP<br>11 Times Square<br>New York, New York 10036 |

78714202.10

| | |
|---|---|
| Sydney J. Darling<br>Stephen V. Falanga<br>Walsh, Pizzi, O'Reilly Falanga LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Suite 600<br>Newark, New Jersey 07102 | Gwendolyn J. Godfrey<br>Lisa Wolgast<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE<br>Atlanta, Georgia 33966 |
| American Express Travel Related Services Co., Inc.<br>c/o Becket & Lee LLP<br>Attn: Larry Butler, Claims Administrator<br>P.O. Box 3001<br>Malvern, Pennsylvania 19355-0701 | Autumn L. Sharp<br>Carlson Dash, LLC<br>216 S. Jefferson Street<br>Suite 504<br>Chicago, Illinois 60661 |
| Credit Suisse AG, Cayman Islands Branch<br>Attn: Dennis Kao<br>Eleven Madison Avenue<br>New York, New York 10010 | Law Debenture Trust Company of New York<br>Attn: Thomas Musarra<br>801 2nd Avenue<br>Suite 403<br>New York, New York 10017 |

78714202.10