**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>Jointly Administered |

# CERTIFICATE OF SERVICE

      Jeffrey Chubak, an attorney, certifies that on October 9, 2018, he caused a true and correct copy of the *Reply Memorandum of Law in Support of Earl of Sandwich's Summary Judgment Motion*, originally filed October 8, 2018 under the ECF event "Brief in Support" (ECF No. 8426) to be refiled under the ECF event "Reply in Support" (ECF No. 8430) causing notice of the latter filing to be sent by e-mail to all persons on the annexed ECF Service List, and that he also e-mailed a copy of said filing to Whitebox's counsel at the following addresses: timothy.casey@dbr.com; james.millar@dbr.com; clay.pierce@dbr.com.

                                                                       /s/ Jeffrey Chubak

**ECF SERVICE LIST**

| | |
|---|---|
| David S. Adduce | dadduce@komdr.com |
| David Agay | dagay@mcdonaldhopkins.com; mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com |
| Charles G. Albert | calbert@awpc-law.com; ecrouch@awpc-law.com |
| Stephanie Albrecht-Pedrick | spedrick@youngbloodlegal.com |
| Angela M. Allen | aallen@jenner.com |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com |
| Jeffrey E. Altshul | jaltshul@altshullaw.com |
| Rick Amos | amoslaw@cableone.net |
| Margaret M. Anderson | panderson@foxswibel.com; cjelks@foxswibel.com; bkdocket@foxswibel.com |
| George P. Apostolides | george.apostolides@saul.com; leanne.solomon@saul.com |
| Edmund Aronowitz | earonowitz@gelaw.com; alebdjiri@gelaw.com; gnovod@gelaw.com; tschuster@gelaw.com; |
| Amy A Aronson | amyaronson@comcast.net |
| Reuel D Ash | rash@ulmer.com |
| Brian A. Audette | baudette@perkinscoie.com; nbagatti@perkinscoie.com; docketchi@perkinscoie.com; brian-audette-perkins-coie-8180@ecf.pacerpro.com; russ-allen-6413@ecf.pacerpro.com; rdallen@perkinscoie.com |
| Jason Bach | jbach@bachlawfirm.com; aloraditch@bachlawfirm.com; sandra.herbstreit@bachlawfirm.com |
| Joseph A Baldi | jabaldi@baldiberg.com; jmanola@baldiberg.com; r51351@notify.bestcase.com |
| Ronald Barliant | ronald.barliant@goldbergkohn.com; kristina.bunker@goldbergkohn.com |
| Paige E. Barr | paige.barr@kattenlaw.com |
| William J. Barrett | william.barrett@bfkn.com; mark.mackowiak@bfkn.com; gregory.demo@bfkn.com; ecf-6ec602372536@ecf.pacerpro.com; william-barrett-bfkn-3622@ecf.pacerpro.com |
| Richard M Bendix, Jr | rbendix@dykema.com |
| Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Robert R. Benjamin | rrbenjamin@gct.law; mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com |
| Bruce Bennett | bbennett@jonesday.com; slevinson@jonesday.com; dciarlo@jonesday.com |
| Michael T. Benz | benz@chapman.com; eickmann@chapman.com |
| Peter L. Berk | plberk@orb-legal.com; hmilman@orb-legal.com; milmanhr42820@notify.bestcase.com; hmbonesteel@gmail.com |
| Mark A. Berkoff | mberkoff@ngelaw.com; cdennis@ngelaw.com; ecfdocket@ngelaw.com mmirkovic@ngelaw.com |
| Florence Bonaccorso-Saenz | florence.saenz@la.gov |
| Ross T. Brand | rbrand@klueverplatt.com; bknotice@klueverplatt.com |
| Adam G. Brief | Adam.Brief@usdoj.gov |

| | |
|---|---|
| Erich S Buck | ebuck@ag-ltd.com; aweir@ag-ltd.com |
| Edwin H. Caldie | ed.caldie@stinson.com; laura.schumm@stinson.com |
| Matthew Callister | mqc@cll-law.com |
| Andrew D. Campbell | acampbell@novackmacey.com |
| Christine M Capitolo | cmc@tbpc.net |
| John P Carlin | jcarlin@suburbanlegalgroup.com; suburbanlegalgroup@iamthewolf.com |
| Timothy R. Casey | timothy.casey@dbr.com; Andrew.groesch@dbr.com |
| Joseph E. Cohen | jcohen@cohenandkrol.com; jcohenattorney@gmail.com; gkrol@cohenandkrol.com; jneiman@cohenandkrol.com; acartwright@cohenandkrol.com |
| Christopher Combest | christopher.combest@quarles.com; Faye.Feinstein@quarles.com |
| Christopher M. Cahill | ccahill@lowis-gellen.com; abockman@lowis-gellen.com |
| Kurt M. Carlson | kcarlson@carlsondash.com; knoonan@carlsondash.com; bmurzanski@carlsondash.com |
| Frederick L Carpenter | fcarpenter@dfreeland.com |
| Stephen B. Chaiken | schaiken@ag-ltd.com; aweir@agltd.com |
| Hugo L. Chanez | hchanez@cochranfirm.com |
| Thomas A. Christensen | tchristensen@huckbouma.com;mheneghan@huckbouma.com |
| Scott R Clar | sclar@craneheyman.com; mjoberhausen@craneheyman.com; asimon@craneheyman.com |
| William J. Connelly | wconnelly@hinshawlaw.com;jhernandez@hinshawlaw.com |
| Daniel Czamanske | dan@chapman-lewis-swan.com; debbie@chapman-lewis-swan.com |
| Ryan Dahl | ryan.dahl@kirkland.com; david.eaton@kirkland.com; joe.graham@kirkland.com; josh.altman@kirkland.com; alyssa.bachman@kirkland.com; nicole.stringfellow@kirkland.com |
| Ryan A Danahey | rad@doherty-progar.com |
| Debra Dandeneau | Debra.Dandeneau@bakermckenzie.com |
| Alex Darcy | adarcy@askounisdarcy.com |
| Aaron Davis | aaron.davis@bclplaw.com; kathryn.farris@bclplaw.com; CHDocketing@bclplaw.com |
| Jason J DeJonker | jason.dejonker@bclplaw.com; carol.duracka@bclplaw.com; chdocketing@bclplaw.com |
| Denise A. Delaurent | Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov |
| Maria A Diakoumakis | mdiakoumakis@dykema.com; DocketCH@dykema.com; bmederich@dykema.com |
| Edward Dial | edial@schreiblaw.com |
| Chris L. Dickerson | chris.dickerson@dlapiper.com; jeremy.hall@dlapiper.com; jonathan.pfleeger@dlapiper.com |
| Ira S. Dizengoff | idizengoff@akingump.com; srochester@akingump.com; jrubin@akingump.com; apreis@akingump.com; tyhong@akingump.com |
| Kevin W Doherty | kwd@doherty-progar.com |
| Robert L. Doty | robert.doty@ohioattorneygeneral.gov |
| Dino J. Domina | djd@ddominalaw.com |

2

| | |
|---|---|
| David R. Doyle | ddoyle@foxrothschild.com; kjanecki@foxrothschilds.com |
| Devon J. Eggert | deggert@freeborn.com; bkdocketing@freeborn.com; |
| Robert E Eggmann | ree@carmodymacdonald.com; pjf@carmodymacdonald.com; reggmann@ecf.inforuptcy.com; ala@carmodymacdonald.com |
| William J Factor | wfactor@wfactorlaw.com; wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com |
| Thomas R. Fawkes | tomf@goldmclaw.com; seanw@restructuringshop.com; teresag@restructuringshop.com |
| Laura M. Finnegan | lmfinnegan@baumsigman.com |
| Daniel A. Fliman | courtnotices@kasowitz.com |
| Erik Fox | efox@cogburnlaw.com |
| Joseph D. Frank | jfrank@fgllp.com; ccarpenter@fgllp.com; jkleinman@fgllp.com; mmatlock@fgllp.com |
| Jamie S Franklin | jsf@thefranklinlawfirm.com |
| Jonathan P. Friedland | jfriedland@sfgh.com; bkdocket@sfgh.com; |
| Adam Friedman | afriedman@olshanlaw.com |
| Thomas B Fullerton | thomas.fullerton@akerman.com |
| Matthew Gartner | matthew.gartner@huschblackwell.com; legalsupportteam-10flnorth-slc@huschblackwell.com |
| Eugene J. Geekie, Jr. | eugene.geekie@saul.com; cynthia.enright@saul.com |
| Mary Anne Gerstner | gerstlaw2@sbcglobal.net |
| Sara T. Ghadiri | ghadiri@chapman.com |
| Steven A. Ginther | ndilecf@dor.mo.gov |
| Gabriel Glazer | gglazer@pszjlaw.com |
| David L. Going | dgoing@armstrongteasdale.com; crupp@armstrongteasdale.com |
| Craig T. Goldblatt | craig.goldblatt@wilmerhale.com |
| Gordon E. Gouveia | ggouveia@foxrothschild.com; kjanecki@foxrothschild.com |
| Lorraine M Greenberg | lgreenberg@greenberglaw.net; r41893@notify.bestcase.com |
| Joshua Greenblatt | josh.greenblatt@kirkland.com; kenymanagingclerk@kirkland.com |
| Nicole Greenblatt | nicole.greenblatt@kirkland.com; bfriedman@kirkland.com; melissa.koss@kirkland.com; alex.cross@kirkland.com |
| Lisa Gretchko | lgretchko@howardandhoward.com |
| Steven B Gross | sbg224@gmail.com |
| Cameron M. Gulden | USTPRegion11.es.ecf@usdoj.gov |
| John W Guzzardo | jguzzardo@hmblaw.com; ecfnotices@.hmblaw.com |
| Stephen C. Hackney | stephen.hackney@kirkland.com |
| William S. Hackney, III | whackney@salawus.com; jadams@salawus.com; mcockream@salawus.com; dkreide@salawus.com |
| Oren B. Haker | oren.haker@stoel.com; jennifer.lowes@stoel.com; docketclerk@stoel.com |
| Aaron L. Hammer | ahammer@hmblaw.com; ecfnotices@hmblaw.com |
| Kristopher Hansen | mmagzamen@stroock.com; dmohamed@stroock.com; mlaskowski@stroock.com; jcanfield@stroock.com; fmerola@stroock.com; jlau@stroock.com |
| Carrie Hardman | chardman@winston.com; dcunsolo@winston.com; carrie-hardman-4684@ecf.pacerpro.com |

| | |
|---|---|
| B. Lane Hasler | lanehasler@blhpc.com |
| Teri L. Havron | teri@ghalaw.com; tracee@ghalaw.com |
| Mark F. Hebbeln | mhebbeln@foley.com |
| Ashley Hendricks | ahendricks@cglawms.com |
| Bernard A Henry | bhenry@rieckcrotty.com |
| Daniel O Herrera | dherrera@caffertyclobes.com |
| David R. Herzog | drhlaw@mindspring.com; herzogschwartz@gmail.com |
| Roger J. Higgins | rhiggins@rogerhigginslaw.com |
| Timothy W. Hoffman | thoffmann@jonesday.com; kdenton@jonesday.com |
| John M Holowach | jholowach@jmhlegalgroup.com; bankruptcy@rjlegalgroup.com |
| Patrick L. Huffstickler | phuffstickler@dykema.com; aseifert@dykema.com |
| Paula K. Jacobi | pjacobi@btlaw.com; jsantana@btlaw.com; |
| Steve Jakubowski | sjakubowski@rsplaw.com |
| Elizabeth L. Janczak | ejanczak@freeborn.com; bkdocketing@freeborn.com |
| Bridgette E. Jenkins | bjenkins@walinskilaw.com |
| Julie A. Johnston-Ahlen | jjohnston-ahlen@novackandmacey.com; mbianchi@novackmacey.com |
| Gary M. Kaplan | gkaplan@fbm.com |
| Harold L. Kaplan | hkaplan@foley.com |
| Brett A. Kaufman | brett@kaufmanlegal.net |
| Dennis J. Kellogg | dennisk@denniskellogglaw.com |
| Benjamin Kelly | benkellysr@comcast.net |
| Michael Kelly | michael.kelly@usdoj.gov; MRavelo@usa.doj.gov |
| Claire G. Kenny | cgkenny@mgklaw.com |
| Brittany E Kirk | brittany.kirk@dinsmore.com; alison.kidney@dinsmore.com |
| John Klamo | gillt222@gmail.com |
| Gregg Kleiner | gkleiner@mckennalong.com; wowen@mckennalong.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com; ccarpenter@fgllp.com; mmatlock@fgllp.com |
| Richard S. Lauter | richard.lauter@lewisbrisbois.com; lbbscaesars@gmail.com; |
| Ryan O. Lawlor | ryan.lawlor@bryancave.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Vincent E. Lazar | vlazar@jenner.com; docketing@jenner.com; thooker@jenner.com |
| Alan M. Lebensfeld | alan.lebensfeld@lsandspc.com |
| Caren A. Lederer | calederer@gct.law; mperez@gct.law; stasciotti@gct.law; tstephenson@gct.law; aleon@gct.law |
| Steven H. Leech | s.leech@gozdel.com |
| Mark E. Leipold | mleipold@gouldratner.com; gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecf_notice@juralaw.net |
| John P. Leon | jleon@subranni.com; desk@subranni.com |
| Theodore S. Leonas | tl@leonaslawoffices.com |
| Brandon Levitan | blevitan@proskauer.com; npetrov@proskauer.com; mbienenstock@proskauer.com; jliu@proskauer.com; pabelson@proskauer.com; GRAICHT@proskauer.com; vindelicato@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; ctheodoridis@proskauer.com |
| Michael Joseph Linneman | linnemanm@jbltd.com |

| | |
|---|---|
| Jordan M Litwin | jordan@litwinlawfirm.com |
| Sara E. Lorber | slorber@wfactorlaw.com; slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com |
| David M. Madden | dmadden@sfgh.com |
| Haig M. Maghakian | paronzon@milbank.com; tkreller@milbank.com; rbaggs@milbank.com; dmuhrez@milbank.com; svora@milbank.com; rwindom@milbank.com |
| John Malevitis | jhnymal@comcast.net |
| Jeff J. Marwil | jmarwil@proskauer.com; mzerjal@proskauer.com; ctheodoridis@prokauer.com; sma@proskauer.com; |
| Richard McCord | rmccord@certilmanbalin.com |
| William F. McCormick | bill.mccormick@ag.tn.gov |
| Daniel J McGuire | dmcguire@winston.com; ECF_BANK@winston.com; dan-mcguire-2746@ecf.pacerpro.com |
| Regina McIlvaine | regina@lowenthalabrams.com; antoinette@lowenthalabrams.com |
| Joshua M. Mester | jmester@jonesday.com; gmarinelli@jonesday.com; vcrawford@jonesday.com; ekswanholt@jonesday.com; aldufault@jonesday.com |
| James H. Millar | james.millar@dbr.com |
| Nicholas M. Miller | nmiller@ngelaw.com; ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com |
| Bryan E. Minier | bminier@lathropgage.com; mvargas@lathropgage.com; krodriguez@lathropgage.com |
| Michael L Molinaro | michael.molinaro@akerman.com; kelley.evans@akerman.com |
| James Morgan | jem@h2law.com; smckinney@howardandhoward.com |
| Margreta Morgulas | mmorgulas@okinhollander.com |
| Kevin H. Morse | khmorse@saul.com |
| Christopher J. Nadeau | cnadeau@traublieberman.com |
| Roger J Naus | rjnaus@wwmlaw.com; gbrown@wwmlaw.com |
| David M Neff | dneff@perkinscoie.com; nbagatti@perkinscoie.com; david-neff-perkins-coie-2051@ecf.pacerpro.com |
| David Neier | dneier@winston.com |
| John R. O'Connor | joconnor@sfgh.com; bkdocket@sfgh.com |
| Michael V Ohlman | mvohlman@ohlmanlaw.com; admin@ohlmanlaw.com |
| Mark Page | mpage@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; BankruptcyDepartment@Kelleydrye.com |
| Robert L. Pattullo Jr. | pattullo@pattullolaw.com |
| Jeffrey Pawlitz | jpawlitz@kirkland.com |
| Lars Peterson | lapeterson@foley.com |
| Lanora Pettit | lpettit@robbinsrussell.com |
| Paul Possinger | ppossinger@proskauer.com; mthomas@proskauer.com; mlespinasselee@proskauer.com; nwilliams@proskauer.com; npetrov@proskauer.com; erodriguez@proskauer.com; ddesatnick@proskauer.com |
| Jody B. Pravecek | jody@pcfcash.com |
| Megan Preusker | mpreusker@mwe.com |

| | |
|---|---|
| Eric S. Prezant | eric.prezant@bclplaw.com; dortiz@bclplaw.com |
| Scott A Pyle | spyle@rubinoruman.com; amanuel@ rubinoruman.com; ttoso@rubinoruman.com |
| Robert Radasevich | rradasevich@ngelaw.com; ewilson@ngelaw.com; ecfdocket@ngelaw.com |
| Amy Rapoport | agibson@agdglaw.com; wserritella@agdglaw.com; jcole@agdglaw.com |
| N. Neville Reid | nreid@foxswibel.com; bkdocket@foxswibel.com; bwilson@foxswibel.com |
| Benjamin Rhode | benjamin.rhode@kirkland.com; dzott@kirkland.com; jzeiger@kirkland.com; judson.brown@kirkland.com; christopher.greco@kirkland.com; tlambert@kirkland.com; gabriel.king@kirkland.com; aaron.david@kirkland.com |
| Richard Reinthaler | rreinthaler@winston.com |
| Trent L. Richards | trichards@blgwins.com; hdaniels@blgwins.com |
| Michael J. Ripes | mripes@rnbk.com |
| Zachary A Risk | riskz1@michigan.gov |
| Richard Schonfeld | rreyes@cslawoffice.net |
| Peter J. Roberts | proberts@shawfishman.com |
| Daniel P. Roeser | droeser@goodwinlaw.com |
| David Rosner | drosner@kasowitz.com; courtnotices@kasowitz.com |
| Craig Rothenberg | crothenberg@rrbslawnj.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com; jean.montgomery@bfkn.com |
| Christina Sanfelippo | csanfelippo@shawfishman.com; orafalovsky@shawfishman.com |
| Brandy A Sargent | basargent@stoel.com; erheaston@stoel.com; docketclerk@stoel.com; obhaker@stoel.com; cejordan@stoel.com; eleliasen@stoel.com jason.abrams@stoel.com |
| Ryan T. Schultz | rschultz@foxswibel.com; bkdocket@fslc.com |
| Leslee Schwartz | lschwartzatty@gmail.com |
| Samuel Schwartz | ecf@schwartzlawyers.com; schwartzecf@gmail.com |
| John Sciaccotta | jsci@agdglaw.com; molson@agdglaw.com |
| Susan H Seabury | susan.seabury@bakertilly.com |
| David R. Seligman | dseligman@kirkland.com, maureen.mccarthy@kirkland.com; gregory.pesce@kirkland.com; christopher.hayes@kirkland.com gerardo.mijaresshafai@kirkland.com; alice.nofzinger@kirkland.com; anthony.abate@kirkland.com; kyle.arendsen@kirkland.com |
| Jack M. Shapiro | jack@danielgoodmanlaw.com |
| Brian L. Shaw | bshaw@foxrothschild.com; cknez@foxrothschild.com |
| Patrick Sibley | psibley@pryorcashman.com; slieberman@pryorcashman.com; msilverman@pryorcashman.com |
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Stephen J. Siegel | ssiegel@novackandmacey.com; cziganto@novackandmacey.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com; mark.joachim@arentfox.com; jackson.toof@arentfox.com; beth.brownstein@arentfox.com; manuel.arreaza@arentfox.com; lisa.indelicato@arentfox.com |
| Kevin C. Smith | ksmith@smithsersic.com; dgreen@smithsersic.com |

| | |
|---|---|
| Wesley J. Smith | wes@cjmlv.com |
| Jeffrey I. Snyder | jsnyder@bilzin.com; eservice@bilzin.com |
| Jean Soh | jsoh@polsinelli.com; chicagodocketing@polsinelli.com |
| Michael T Sprengnether | mts@doherty-progar.com |
| Catherine L Steege | csteege@jenner.com; docketing@jenner.com |
| Richard A Stieglitz | rstieglitz@cahill.com |
| Richard M Strassberg | rstrassberg@goodwinlaw.com |
| Roman Sukley | roman.l.sukley@usdoj.gov; USTPRegion11.es.ecf@usdoj.gov; cameron.g.gulden@usdoj.gov |
| Benjamin Swetland | bswetland@cherry-law.com |
| John E Tangren | jtangren@gelaw.com; gnovod@gelaw.com; |
| Mark K. Thomas | mthomas@proskauer.com |
| Joseph M. Tiller | jtiller@jonesday.com |
| L. Judson Todhunter | JTodhunter@howardandhoward.com |
| Jennifer A. Trofa | jtrofa@subranni.com; desk@subranni.com |
| John D. VanDeventer | jvandeventer@jenner.com |
| Elizabeth B. Vandesteeg | evandesteeg@sfgh.com; bkdocket@sfgh.com |
| Michael D Warner | mwarner@coleschotz.com; klabrada@coleschotz.com |
| Matthew Warren | matthew.warren@lw.com; chefiling@lw.com; beth.arnold@lw.com |
| Martin J. Wasserman | mwasserman@carlsondash.com; knoonan@carlsondash.com |
| Louis H. Watson | louis@watsonnorris.com |
| Daniel I. Waxman | lexbankruptcy@wyattfirm.com |
| Jeramy D Webb | jwebb@proskauer.com |
| Brian P Welch | bwelch@burkelaw.com; gbalderas@burkelaw.com |
| Paul M Weltlich | pweltlich@lksu.com |
| Latonia Williams | lwilliams@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Sean P. Williams | sean.williams@saul.com |
| Jolene Wise | wisej@sec.gov |
| Samuel C. Wisotzkey | swisotzkey@kmksc.com; kmksc@kmksc.com |
| Scott A Wolfson | swolfson@wolfsonbolton.com; stravis@wolfsonbolton.com |
| Xiaoming Wu | notice@billbusters.com; billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com |
| Amanda S. Yarusso | amanda.yarusso@gmail.com |
| Barbara L Yong | blyong@gctlaw.com; mperez@gctlaw.com; myproductionss@gmail.com; tstephenson@gctlaw.com; aleon@gctlaw.com; r61390@notify.bestcase.com |
| Artur Zadrozny | artur@bzlaw-firm.com |
| David I Zalman | dzalman@kelleydrye.com |
| Scott M. Zauber | szauber@subranni.com; desk@subranni.com |
| Jeffrey Zeiger | jzeiger@kirkland.com |
| David J Zott | dzott@kirkland.com; joe.graham@kirkland.com; james.sprayregen@kirkland.com; maureen.mccarthy@kirkland.com; anthony.abate@kirkland.com; jeffrey.zeiger@kirkland.com |