# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** A. Benjamin Goldgar                **Hearing Date** November 13, 2018

**Bankruptcy Case No.** 15 B 1145                **Adversary No.**

**Title of Case:** Caesars Entertainment Operating Co., Inc., *et al.*

**Brief Statement of Motion:** Order striking November 14, 2018, omnibus hearing

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Since it appears that all matters will be continued to other dates, the omnibus hearing in these cases set for November 14, 2018, at 10:30 a.m. is stricken. No agenda needs to be filed.

The next omnibus hearing remains set for December 19, 2018, at 10:30 a.m. in courtroom 642.

*/s/ A. Benjamin Goldgar*